## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| AMC Investors, LLC | : | Case No. 08-12264 (CSS) |
| | | |
| AMC Investors II, LLC | : | Case No. 08-12265 (CSS) |
| | : | |
| Debtors. | : | |
| | : | |
| Eugenia VI Venture Holdings, on behalf of AMC Investors, LLC and AMC Investors II, LLC | : | |
| | | |
| Plaintiffs, | : | Adv. Pro. No. 11-52317 |
| v. | : | |
| | : | Re Docket No. 4, 5, 25, 29 |
| Maplewood Holdings, LLC | | |
| Maplewood Management, LP | : | |
| Maplewood Partners, LPP | : | Adv. Pro. No. 11-52318 |
| Robert V. Glaser, and | | |
| Robert J. Reale | : | Re Docket No. 4, 5, 25, 29 |
| | | |
| Defendants. | : | |

## ORDER

Upon consideration of the Motion by Maplewood Holdings LLC, Maplewood Management LP, Maplewood Partners LP, Robert V. Glaser and Robert J. Reale to Dismiss Adversary Complaint [D.I. 4] filed on July 5, 2011 (the "Motion"), and the response thereto; and the Court finding that the Court has jurisdiction over the Motion, pursuant to 28 U.S.C. §1334; and notice of the Motion was adequate under the circumstances.

IT IS HEREBY ORDERED THAT, the Motion is DENIED.

Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: July 25, 2012