# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AMC INVESTORS, LLC, | ) | Case No. 08-12264 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| AMC INVESTORS II, LLC, | ) | Case No. 08-12265 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| EUGENIA VI VENTURE HOLDINGS, LTD., ON BEHALF OF AMC INVESTORS, LLC AND AMC INVESTORS II, LLC, | ) ) ) | Adv. Pro. No. 11-52317 (CSS) |
| Plaintiffs, | ) | Adv. Pro. No. 11-52318 (CSS) |
| vs. | ) | |
| MAPLEWOOD HOLDINGS LLC, MAPLEWOOD MANAGEMENT LP, MAPLEWOOD PARTNERS LP, ROBERT V. GLASER, AND ROBERT J. REALE, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION
OF ROBERT V. GLASER**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, made applicable to these proceedings by Rules 7026 and 7030 of the Federal Rules of

Bankruptcy Procedure, plaintiff Eugenia VI Venture Holdings, Ltd., on behalf of AMC

RLF1 8329948v.1

Investors, LLC and AMC Investors II, LLC, by and through its attorneys, will upon oral examination take the deposition of Robert V. Glaser on May 7, 2013, starting at 9:30 a.m., at the offices of Akerman Senterfitt, One Southeast Third Avenue, Miami, FL 33131, or at such other time and place as is mutually agreed upon. The deposition will take place under oath before a duly authorized notary public, or other person authorized by law to administer oaths, recorded by stenographic means by a court reporter, and/or by audio and/or visual means by a videographer, and will continue day-to-day thereafter until completed. LiveNote may be used during this deposition.

You are invited to attend and cross-examine.

Dated: March 19, 2013
Wilmington, Delaware

/s/ Marcos A. Ramos
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
Cory D. Kandestin (No. 5025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

GIBSON, DUNN & CRUTCHER LLP
Mitchell A. Karlan
200 Park Avenue
50th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

-and-

2

Jeremy L. Graves
1801 California Street
Suite 4200
Denver, Colorado 80202
Telephone: (303) 298-5700
Facsimile: (303) 298-5907

*Counsel for Eugenia VI Venture Holdings,
Ltd. for and on behalf of debtors AMC
Investors, LLC and AMC Investors II, LLC*

3