# **EXHIBIT D**

## Miller, Curtis

| | |
|---|---|
| **From:** | Karlan, Mitchell A. <MKarlan@gibsondunn.com> |
| **Sent:** | Thursday, March 14, 2013 3:34 PM |
| **To:** | brian.miller@akerman.com |
| **Cc:** | ramos@RLF.com; Miller, Curtis |
| **Subject:** | RE: amc depos |

Brian -- we need to move more quickly.  I have told you I won't ask any questions of Mr. Glazer that I have already asked him in the SDNY case.  I am not prepared to agree to more than that.  As for dates, I am able to go to Miami on the following dates and want to proceed on one of them.  April 17, 18, 19.  We will proceed with the deposition of Mr. Glazer in his individual capacity, and if time permits that day, we will also depose him as the representative of any non-debtor defendants on whose behalf he wishes to testify.

Mitchell A. Karlan
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166
Tel 212.351.3827  Fax 212.351.5254 Cell 917.572.3907

---

**From:** brian.miller@akerman.com [brian.miller@akerman.com]
**Sent:** Thursday, March 14, 2013 1:28 PM
**To:** Karlan, Mitchell A.
**Cc:** ramos@RLF.com; CMiller@MNAT.com
**Subject:** RE: amc depos

Mitch,

Attached for your review is our draft stipulation on discovery.  You will note that we propose limiting discovery only to new matters.  We endeavored to compare your 30(b)(6) topics to the prior depositions of MapleWood people in determining which categories have not been covered previously.  Please let us know your thoughts and hopefully we can come to agreement.

With respect to Glaser's deposition, he has a lot of travel in April, so we propose the first week of May, specifically May 6, 7, or 8.  You can use our office, or if you prefer another location in Miami, please let us know.  We propose that Glaser be deposed only once in every capacity.  Assuming that you do not intend to duplicate old testimony, we think that is very feasible to be completed in one day.  Finally, we likely will need to take short depositions of Ekkehart and David Alexander, which I presume will be in New York.  We could do both on the same day.  Please check on their availability and let us know potential dates.

We look forward to hearing from you.

Brian

V Card | Bio | akerman.com



**Akerman Senterfitt • Akerman Senterfitt LLP • Attorneys at Law**

BOCA RATON  DALLAS  DENVER  FORT LAUDERDALE  JACKSONVILLE  LAS VEGAS  LOS ANGELES  MADISON  MIAMI
NAPLES  NEW YORK  ORLANDO  PALM BEACH  SALT LAKE CITY  TALLAHASSEE  TAMPA  TYSONS CORNER
WASHINGTON, D.C.  WEST PALM BEACH

akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Karlan, Mitchell A. [mailto:MKarlan@gibsondunn.com]
**Sent:** Friday, March 08, 2013 11:12 AM
**To:** Miller, Brian (Sh-Mia)
**Subject:** amc depos

Brian:

I have, as we discussed, reflected on your position as set forth during our recent phone call.

I understood you to say that your clients are not willing to volunteer to be the 30(b)(6) witness for either of the two Debtors, and you do not believe that the Court can compel them play that role.

To avoid immediate motion practice, we will proceed as follows:

We will adjourn without date the depositions of the debtors.  We will proceed with the deposition of defendant Glaser.  If you wish, I agree to immediately after the deposition of Mr. Glaser take the 30(b)(6) depositions of the institutional defendants.  Let me know if that is your preference.

I agree to depose Mr. Glaser in Miami.  I will send you the location shortly.  Please tell me two consecutive business days in April when we can do this (I don't expect to use both days but let's block them just in case).

Mitch

**Mitchell A. Karlan**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3827 • Fax +1 212.351.5254  Cell 917.572.3907
MKarlan@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.