**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Adversary Defendants' Motion for Protective Order** was caused to be made on April 9, 2013, in the manner indicated upon the entities identified below.

Date:  April 9, 2013 /s/ Curtis S. Miller
Curtis S. Miller (No. 4583)

**VIA HAND DELIVERY**

Mark D. Collins, Esq.
Marcos A. Ramos
Cory D. Kandestin
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

Mitchell Karlan
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Jeremy Graves
Gibson Dunn & Crutcher, LLP
1801 California Street
Denver, CO  80202

7126278.1