IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| AMC INVESTORS, LLC | : | Case No. 08-12264 (CSS) |
| | : | |
| Debtor. | : | |
| In re: | : | Chapter 7 |
| | : | |
| AMC INVESTORS, LLC | : | Case No. 08-12265 (CSS) |
| | : | |
| Debtor. | : | |
| EUGENIA VI VENTURE HOLDINGS, LTD., ON BEHALF OF AMC INVESTORS, LLC, and AMC INVESTORS II, LLC, | : | |
| Plaintiffs, | : | Adv. Pro. No. 11-52317 |
| v. | : | |
| MAPLEWOOD HOLDINGS, LLC, MAPLEWOOD MANAGEMENT LP, MAPLEWOOD PARTNERS LP, ROBERT V. GLASER, and ROBERT J. REALE, | : | Adv. Pro. No. 11-52318 |
| Defendants. | : | |

### ORDER

Upon consideration of the Adversary Defendants' Motion for Protective Order [D.I. 57] filed on April 9, 2013 (the "Motion"); the Court having reviewed the Motion and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on May 2, 2013 (the

"Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion and the Hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the Motion is DENIED.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: May 2, 2013