

Fort Lauderdale
Jacksonville
Miami
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

One Southeast Third Avenue
28th Floor
Miami, Florida 33131-1714

www.akerman.com

305 374 5600 *tel*   305 374 5095 *fax*

January 9, 2006

Brian P. Miller
305 982 5626
brian.miller@akerman.com

*Via Facsimile Transmission*

Julianne Ryan, Esq.
Kaufman Borgeest & Ryan LLP
200 Summit Lake Drive
Valhalla, New York 10595

*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

Re:   MapleWood Partners LP
      AIG Policy No. 487-33-10
      AIG Claim No. 654-002553

Dear Ms. Ryan:

**REDACTED**

*Contract Litigation Against AMC Investors Entities (Guaranty Litigation).* After we moved to dismiss this action for lack of federal-court subject-matter jurisdiction, Eugenia voluntarily dismissed and re-filed in New York Supreme Court. We moved to disqualify Gibson Dunn, which was denied. The AMC Investors entities responded to the complaint by not contesting liability, but disputing Eugenia's damages. We served interrogatories on Eugenia to attempt to fix the amount of damages, to which Eugenia objected *in toto*. There are no hearings scheduled in this action.

AMC-AKER 01786

{M2353372;2}

Julianne Ryan, Esq.
January 9, 2006
Page 2

---

**REDACTED**

AMC-AKER 01787

{M2353372;2}

Julianne Ryan, Esq.
January 9, 2006
Page 3

---

**REDACTED**

AMC-AKER 01788

{M2353372;2}

Julianne Ryan, Esq.
January 9, 2006
Page 4

---

**REDACTED**

AMC-AKER 01789

{M2353372;2}

Julianne Ryan, Esq.
January 9, 2006
Page 5

---

REDACTED

AMC-AKER 01790

{M2353372;2}

Julianne Ryan, Esq.
January 9, 2006
Page 6

---

REDACTED

In addition, we would desire that the parties reach a global settlement at the mediation to resolve all pending state-court matters and other potential claims, if possible. These other matters include the following:

*Eugenia v. AMC Investors LLC, et al.*, Index No. 603193/05 (New York County);

AMC-AKER 01791

{M2353372;2}

Julianne Ryan, Esq.
January 9, 2006
Page 7

---

REDACTED

AMC-AKER 01792

{M2353372;2}

Julianne Ryan, Esq.
January 9, 2006
Page 8

REDACTED

Very truly yours,

Brian P. Miller

Enclosure

AMC-AKER 01793

{M2353372;2}