ATLANTA
MIAMI
ORLANDO
ST. PETERSBURG
TALLAHASSEE
TAMPA
WEST PALM BEACH

# CARLTON FIELDS

ATTORNEYS AT LAW

Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2114
P.O. Box 019101
Miami, Florida 33131-9101

Steven J. Brodie
305.539.7302 direct
sbrodie@carltonfields.com

305.530.0050
305.530.0055 fax
www.carltonfields.com

May 26, 2011

Via email: hlumpkin@vpl-law.com

R. Hugh Lumpkin, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street, Suite 2150
Miami, FL 33131-2151

Via email: bmiller@akerman.com

Brian P. Miller, Esq.
Akerman Senterfitt
One Southeast Third Avenue, 28th
Floor
Miami, Florida 33131-1714

| Re: | Insured | : | **MapleWood Partners, LP ("MapleWood")** |
| | Policy | : | **Risk Capital Protector - Venture Capital/Private Equity Managerial and Professional Liability Insurance Policy (the "Policy")** |
| | Policy Number | : | **487-33-10** |
| | Policy Period | : | **September 1, 2004 – September 1, 2005** |
| | Limit of Liability | : | **$5,000,000** |
| | Retention | : | **$250,000** |
| | Chartis Claim No. | : | **654-002553** |

Gentlemen:

We are in receipt of Akerman Senterfitt's invoices for services rendered through April 30, 2011 in the following matters:

1.)
2.)    AMC Investor Bankruptcy; and
3.)

As set forth in my letter of May 5, 2011 to Hugh Lumpkin, the Policy has been completely exhausted and, therefore, AISLIC will not be paying any additional Defense Costs, including the above referenced invoices and any prior invoices which amounts exceeded the limits. For your convenience, I attach a copy of my May 5, 2011 letter. As the Policy has been exhausted, there is no need to forward to AISLIC any future invoices regarding Defense Costs. Please do not hesitate to contact us if you have questions.

Very truly yours,

Steven J. Brodie

SJB/tsa
Enclosure(s)
cc: Robert MacAneney (via email)
    Julianna Ryan (via email)
16830068.1

AMC-AKER 01888

ATLANTA
MIAMI
ORLANDO
ST. PETERSBURG
TALLAHASSEE
TAMPA
WEST PALM BEACH

# CARLTON FIELDS

### ATTORNEYS AT LAW

Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2114
P.O. Box 019101
Miami, Florida 33131-9101

305.530.0050
305.530.0055 fax
www.carltonfields.com

Steven J. Brodie
305.539.7302 direct
sbrodie@carltonfields.com

May 5, 2011

<u>Via Email and U.S Mail</u>

R. Hugh Lumpkin, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street, Suite 2150
Miami, FL 33131-2151

| Re: | Insured | : | MapleWood Partners, LP ("MapleWood") |
|---|---|---|---|
| | Policy | : | Risk Capital Protector - Venture Capital/Private Equity Managerial and Professional Liability Insurance Policy |
| | Policy Number | : | 487-33-10 |
| | Policy Period | : | September 1, 2004 – September 1, 2005 |
| | Limit of Liability | : | $5,000,000 |
| | Retention | : | $250,000 |
| | Chartis Claim No. | : | 654-002553 |
| | Our File No. | : | 707.249 |

Dear Hugh:

We write to you in your capacity as coverage counsel for all Insureds under the captioned Policy.

As you know, the above-captioned Private Equity Managerial and Professional Liability Insurance Policy has a Limit of Liability (including Defense Costs) of $5,000,000. Please refer to Section 5 of the Policy for further reference if necessary. This Limit has now been completely exhausted by:

1.  Advancements totaling                   in defense counsel fees and costs related to MapleWood litigations;[1]

2.

---

[1] Pursuant to the advancement terms, conditions and reservations for recoupment set forth in our letter of October 9, 2007. You and defense counsel have received detailed charts listing the amounts advanced on each occasion.

17301157.1

AMC-AKER 01889

Page 2

3.

**Further to our letter of April 15, 2011, as a result of these payments, the $5,000,000 Limit of Liability has been exhausted.**

AISLIC's recent payment of                    has exhausted what remained of the full Limit of Liability and AISLIC will have no responsibility to advance or fund any other defense costs or any other amount of any kind, involving or related to any matter including any other Claims or Notices of Circumstances that may have been reported under the Policy.

As you know from our letter of October 9, 2007 and subsequent correspondence, all defense cost amounts advanced in the MapleWood matters are subject to recoupment by AISLIC and all of its rights are reserved in that regard.

Please do not hesitate to contact us if you have any questions about this notice or AISLIC's calculations.

Very truly yours,

Steven J. Brodie

SJB/tsa

cc: (via e-mail only)

Robert MacAneney
Chartis Insurance

Julianna Ryan
Kaufman Borgeest & Ryan LLP

Brian Miller
Akerman Senterfitt

Constantine Pourakis
Stevens & Lee

17301157.1                                        AMC-AKER 01890