# EXHIBIT E

{27517212;1}



Brian P. Miller

Akerman LLP
One Southeast Third Avenue
Suite 2500
Miami, FL 33131-1714
Tel: 305.374.5600
Fax: 305.374.5095

Dir: 305.982.5626
brian.miller@akerman.com

November 15, 2013

**VIA FEDERAL EXPRESS**

Mitchell A. Karlan, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 50th Floor
New York, NY 10166

    Re:    MapleWood Privilege Logs – Various Lawsuits

Dear Mitch:

Enclosed please find five privilege logs, which constitute privilege logs the MapleWood Defendants have previously produced in the various other lawsuits prosecuted by Eugenia and/or its affiliates. We have also enclosed the transmittal correspondence for each of these privilege logs showing that all of these logs, with the exception of the privilege log submitted in the lawsuit captioned, *Casita L.P. v. MapleWood Equity Partners (Offshore) Ltd.*, were previously provided directly to you.

                                    Very truly yours,

                                    **AKERMAN LLP**

                                    *Brian P. Miller*

                                    Brian P. Miller
                                    (Signed in his absence to avoid delay)

cc:    Marcos Ramos, Esq. (w/o enclosures)
        Jeremy Graves, Esq. (w/o enclosures)
        Curtis Miller, Esq. (w/o enclosures)

akerman.com

{27478229;1}