# EXHIBIT F

{27517212;1}



Brian P. Miller

Akerman Senterfitt
One Southeast Third Avenue
Suite 2500
Miami, FL 33131-1714
Tel: 305.374.5600
Fax: 305.374.5095

Dir: 305.982.5626
brian.miller@akerman.com

February 18, 2013

<u>Via Federal Express – (212) 351-4000</u>

Mitchell A. Karlan, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 50th Floor
New York, New York  10166

Re:   **In re AMC Investors, LLC, Debtor**
      **District of Delaware U.S. Bankruptcy Court Case No. 08-12264 (CSS)**
      **In re AMC Investors II, LLC, Debtor**
      **District of Delaware U.S. Bankruptcy Court Case No. 08-12265 (CSS)**

Dear Mitch:

Enclosed please find documents responsive to Eugenia's First Request for Production of Documents directed to Defendants MapleWood Holdings, LLC, MapleWood Management LP, MapleWood Partners LP, Robert V. Glaser and Robert J Reale dated January 11, 2013 (AMC-INV 03540 through AMC-INV 03735).

Very truly yours,

Brian P. Miller

Enclosures
cc:   Curtis Miller, Esq. (w/o enc.)
      Marcos A. Ramos, Esq. (w/o enc.)

akerman.com

BOCA RATON    DALLAS    DENVER    FORT LAUDERDALE    JACKSONVILLE    LAS VEGAS    LOS ANGELES    MADISON    MIAMI    NAPLES
NEW YORK    ORLANDO    PALM BEACH    SALT LAKE CITY    TALLAHASSEE    TAMPA    TYSONS CORNER    WASHINGTON, D.C.
WEST PALM BEACH

{25837191;1}