# EXHIBIT G

{27517212;1}

| | |
|---|---|
| **From:** | Miller, Brian (Sh-Mia) |
| **Sent:** | Monday, October 21, 2013 2:52 PM |
| **To:** | 'Ramos, Marcos A.'; Graves, Jeremy L. |
| **Cc:** | Bombulie, James (Assoc-Mia); 'Miller, Curtis' |
| **Subject:** | FW: Meet and Confer Information |

I apologize for not getting this information to you earlier, but here is some follow up in preparation for today's continued meet and confer.

1. You asked for the Bates ranges of documents we produced in the earlier litigation that are incorporated into this litigation. Following is the entirety of the production Bates ranges from all litigation (including the Delaware Bankruptcy adversary proceeding). If you have misplaced any of the documents, we would be happy to discuss arrangements for you to copy anything missing.

MW-AMC 0001-4157
MW-AMC-EP-00001-86057
MW-OFF-0001-2212
MW-Casita-B&R 001-187
MW-DRV-00001-33125
AMC-INV-00001-03735
AMC-INV-E-00001-03849
AMC-AKER 00001-01911
B&R 0001-1351

2. With respect to our issues with Casita's discovery, we intend to discuss the following issues:

(a) Admissions/Interrogatories relating to when Plaintiff had knowledge regarding breaches of fiduciary duty (RFA 1-4; 21-22; 26-28; 31-37 & 39 ; ROGS 10-13).
(b) Admissions regarding relationship between Casita and Eugenia (RFA 40-43)
(c) Documents regarding Eugenia's right to take control of Debtors as of June 6, 2005 (RFA 29 and 30)

Thank you.

Brian

**Brian P. Miller**
Chair, Securities Litigation Practice
Akerman Senterfitt | One Southeast Third Avenue | 25th Floor | Miami, FL 33131
Dir: 305.982.5626 | Main: 305.374.5600 | Fax: 305.374.5095
brian.miller@akerman.com

1