# EXHIBIT H

{27517212;1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 7 |
| AMC Investors, LLC, ) | Case No. 08-12264 (CSS) |
| Debtor. ) | |
| In re ) | Chapter 7 |
| AMC Investors II, LLC, ) | Case No. 08-12265 (CSS) |
| Debtor. ) | |
| EUGENIA VI VENTURE HOLDINGS, LTD. ON BEHALF OF AMC INVESTORS, LLC AND AMC INVESTORS, II, LLC, ) | Adv. Pro. No. 11-52317 |
| | **Re: D.I. 88** |
| Plaintiffs, ) | |
| vs. ) | Adv. Pro. No. 11-52318 |
| MAPLEWOOD HOLDINGS LLC, MAPLEWOOD MANAGEMENT LP, MAPLEWOOD PARTNERS LP. ROBERT V. GLASER, AND ROBERT J. REALE, ) | **Re: D.I. 70** |
| Defendants. ) | |

STATE OF FLORIDA     )
                     ) ss:
COUNTY OF MIAMI-DADE )

Ronald Augustin, being duly sworn, deposes and says:

1. I am the controller of MapleWood Partners LP and have served in that capacity since August 2000. I am over eighteen years of age and am competent to testify. I make this Affidavit to supplement my sworn deposition testimony taken on July 17, 2013 in the above-referenced matter.

{27381097-1}

2. The source of the compensation paid to Berkowitz Dick Pollack & Brant in connection with the Debtors' tax preparation work for the year ending December 31, 2006 was MapleWood Equity Partners L.P. and MapleWood Equity Partners (Offshore) Ltd.

_____
Ronald Augustin

STATE OF FLORIDA           )
                           ) ss:
COUNTY OF MIAMI-DADE       )

The foregoing instrument was sworn to and subscribed before me this 18 day of November, 2013, by Ronald Augustin who is personally known to me or who has produced _____ (type of identification) as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

_____
(Print, Type or Stamp Commissioned Name of Notary Public)



ARSAK JACK ARU
Notary Public - State of Florida
My Comm. Expires Jul 22, 2015
Commission # EE 94509