# EXHIBIT I

1                 UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF DELAWARE

2

3    IN RE:  AMC INVESTORS, LLC,

4                   Debtor,          No. 08-12264 (CSS)

5    _____/

6    vs.

7    IN RE:  AMC INVESTORS II, INC.,

8                   Debtor.          No. 08-12265 (CSS)

     _____/

9

     EUGENIA VI VENTURE HOLDINGS, LTD.,

10   ON BEHALF OF AMC INVESTORS, LLC and
     AMC INVESTORS II, LLC,

11                   Plaintiffs,

12   vs.

13   MAPLEWOOD HOLDINGS, LLC., MAPLEWOOD
     MANAGEMENT LP, MAPLEWOOD PARTNERS LP,

14   ROBERT V. GLASER and ROBERT J. REALE,

15                   Defendants.

16   _____/

17

                            One Southeast Third Avenue

18                          Miami, Florida
                            July 30, 2013

19                          9:30 a.m. - 3:27 p.m.

20

21            THE VIDEOTAPED DEPOSITION OF

22                   ROBERT GLASER

23

24       Taken before KIMBERLY FONTALVO, RPR, CLR,

25      and Notary Public, State of Florida at Large

Page 2

1   APPEARANCES:
2
    On behalf of Plaintiffs:
3
    GIBSON, DUNN & CRUTCHER, LLP
4   200 Park Avenue, 50th Floor
    New York, NY  10166
5   BY:  MITCHELL A. KARLAN, ESQ.
6
    On behalf of Adversary Defendants:
7
    AKERMAN, SENTERFITT & EIDSON
8   One S.E. 3rd Avenue, 28th Floor
    Miami, Florida 33131-1704
9   BY:  BRIAN MILLER, ESQ.
    BY:  JAMES BOMBULIE, ESQ.
10
11  On behalf of Adversary Defendants:
12  MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
    1201 N. Market St.
13  Wilmington, DE  19899
    BY:  CURTIS S. MILLER, ESQ.
14
15
16  ALSO PRESENT:  Jason Stapleton, Videographer
17
18
19
20
21
22
23
24
25

```
 1                    I N D E X
 2
     Examination                          Page
 3   Direct        By Mr. Karlan:            4
     Cross         By Mr. Miller:          163
 4   Redirect      By Mr. Karlan:          165
 5                 GLASER EXHIBITS
 6   No.                                   Page
 7   Exhibit 1     Volume 1 of Deposition of    5
                   Robert Glaser
 8   Exhibit 2     Volume 2 of Deposition of    5
                   Robert Glaser
 9   Exhibit 3     Motion to Dismiss        26
     Exhibit 4     Amended Judgment         48
10   Exhibit 5     Appellate Brief          50
     Exhibit 6     Transcript of Status     63
11                 Conference Hearing
     Exhibit 7     Certificate of Formation 67
12   Exhibit 8     Amended and Restated Credit  71
                   Agreement
13   Exhibit 9     Joint Reply              80
     Exhibit 10    Disclosure of Compensation   91
14                 of Attorney for Debtor
     Exhibit 11    Disclosure of Compensation   91
15                 of Attorney for Debtor
     Exhibit 12    Billing                  94
16   Exhibit 13    Debtors' Objection to    96
                   Authorize Examination of
17                 Debtors and Production of
                   Documents
18   Exhibit 13    Debtors' Objection to Motion 114
                   to Authorize Examination of
19                 Debtors and Production of
                   Doucments
20   Exhibit 14    Supplemental Disclosure of   120
                   Compensation
21   Exhibit 15    Supplemental Disclosure of   120
                   Compensation
22   Exhibit 16B   Letter dated February 3,     123
                   2010
23   Exhibit 17    Debtors' Objection to Motion 125
                   to Authorize Examination of
24                 Debtors and Production of
                   Documents
25   Exhibit 18    Letter dated January 15,     125
                   2010
```

1  Exhibit 19      Composite invoices            139
   Exhibit 20      Debtors' Opposition to        141
2                  Motion to Enforce Compliance
   Exhibit 21      Debtors' Combined Objection   142
3                  to Eugenia's Motion for
                   Standing to Assert Estate
4                  Claims
   Exhibit 22      Debtors Motion for Leave to   146
5                  Appeal to the District Court
   Exhibit 24      Notice of Appeal              153
6  Exhibit 25      Letter dated September 13,    154
                   2005
7
8  16A AND 23 NOT IDENTIFIED AND NOT ATTACHED.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1          VIDEOGRAPHER:  We're on the record.  This      09:01:49

2     is Media Unit No. 1.  We are here today,           09:45:45

3     July 30, 2013, approximately 9:45 for the          09:45:48

4     videotaped deposition of Robert V. Glaser, case    09:45:51

5     styled AMC Investors v. Maplewood Holdings,        09:45:55

6     Case No. 08-12265 (CSS).                           09:45:57

7          Videographer is Jason Stapleton.  The         09:46:02

8     court reporter is Kimberly Fontalvo.               09:46:04

9          At this time, would counsel please state      09:46:07

10     their appearances for the record.                 09:46:09

11          MR. KARLAN:  Mitchell Karlan for the         09:46:10

12     Plaintiff Debtors.                                09:46:13

13          MR. MILLER:  Brian Miller from Akerman       09:46:16

14     Senterfitt.  Also with me is Jimmy Bombulie of    09:46:17

15     Akerman Senterfitt and Curtis Miller of Morris,   09:46:20

16     Nichols, Arsht & Tunnell.                         09:46:23

17  Thereupon:                                           09:46:30

18               ROBERT V. GLASER                        09:46:30

19  a witness named in the notice heretofore filed,      09:46:30

20  being of lawful age and having been first duly       09:46:30

21  sworn, stated "yes, I do" and testified on his oath  09:46:30

22  as follows:                                          09:46:30

23               DIRECT EXAMINATION                      09:46:30

24  BY MR. KARLAN:                                       09:46:32

25          Q.   Good morning, Mr. Glaser.               09:46:33

Page 6

| | | |
|---|---|---|
| 1 | A.    Good morning. | 09:46:34 |
| 2 | Q.    Sir, in February of 2006, I examined you | 09:46:36 |
| 3 | at a deposition in connection with litigations that | 09:46:45 |
| 4 | were then pending in the United States District | 09:46:49 |
| 5 | Court for the Southern District of New York. | 09:46:51 |
| 6 | Do you recall that? | 09:46:55 |
| 7 | A.    Yes, I do. | 09:46:56 |
| 8 | Q.    Have you had an opportunity to review the | 09:46:57 |
| 9 | transcript of that testimony? | 09:46:58 |
| 10 | A.    Yes, I have. | 09:47:00 |
| 11 | Q.    Do you wish to make any changes in your | 09:47:01 |
| 12 | answers to those questions? | 09:47:03 |
| 13 | A.    No, I can't think of any at this time. | 09:47:06 |
| 14 | (Thereupon, the referred-to document was | 09:47:08 |
| 15 | marked by the court reporter for Identification | 09:47:08 |
| 16 | as Glaser Deposition Exhibit 1.) | 09:47:08 |
| 17 | (Thereupon, the referred-to document was | 09:48:35 |
| 18 | marked by the court reporter for Identification | 09:48:35 |
| 19 | as Glaser Deposition Exhibit 2.) | 09:48:35 |
| 20 | BY MR. KARLAN: | 09:48:37 |
| 21 | Q.    Let me show you what has been marked as | 09:47:12 |
| 22 | Glaser Deposition Exhibits 1 and 2.  I won't ask you | 09:47:16 |
| 23 | to read these, although you're free to.  I'll | 09:47:23 |
| 24 | represent to you that they were provided to me by | 09:47:26 |
| 25 | Mr. Miller, your counsel, and that he has told me | 09:47:29 |

1   that they are the transcripts of testimony that you    09:47:35

2   gave, in a litigation in which I am not currently       09:47:41

3   counsel, on June 21 and June 22, 2012.  You may read    09:47:49

4   them if you wish.                                       09:48:00

5          My question is:  Do you recall giving that      09:48:01

6   testimony?                                              09:48:02

7       A.   Yes, I did.                                    09:48:03

8       Q.   And have you had a chance to review the        09:48:04

9   transcript of that testimony since you gave it?         09:48:06

10      A.   Yes, I did.                                    09:48:10

11      Q.   Do you wish to make any changes to any of      09:48:11

12  the answers you gave in response to the questions       09:48:13

13  that were put to you on those days?                     09:48:16

14      A.   No, I can't think of any as we sit here.       09:48:18

15          In both these transcripts and the other,        09:48:21

16  there are some typos here and there, but there's no     09:48:22

17  material difference or change to be made.               09:48:25

18      Q.   Thank you, sir.                                09:48:28

19          MR. MILLER:  And is Exhibit 1 Volume I and      09:48:28

20      Exhibit 2 is Volume II?                             09:48:31

21          MR. KARLAN:  Yes, sir.                          09:48:33

22  BY MR. KARLAN:                                          09:48:38

23      Q.   Mr. Glaser, can you tell me what you did       09:48:39

24  to prepare for your deposition today, please?           09:48:40

25      A.   I reviewed documents and met with counsel.     09:48:43

1     Q.    When did you do that?                         09:48:47

2     A.    Well, I met with counsel on a few            09:48:48

3  occasions, most recently yesterday.  And I've looked  09:48:51

4  at documents on several occasions, most recently      09:48:54

5  yesterday.                                            09:48:57

6     Q.    What documents did you review in             09:49:01

7  preparation for your deposition?                      09:49:03

8     A.    I looked at the transcripts of the past      09:49:06

9  depositions that you provided to me.  I looked at     09:49:09

10 the transcripts of some other depositions.  I         09:49:11

11 reviewed the materials that were produced by AMC       09:49:14

12 Investors and AMC Investors II as part of the          09:49:17

13 discovery process.  So things of that nature.          09:49:21

14    Q.    Did you speak to anyone other than your      09:49:24

15 lawyers to prepare for your deposition?                09:49:27

16    A.    No.                                           09:49:29

17    Q.    And just to be precise about it, did you     09:49:29

18 speak to any former member of the board of directors  09:49:33

19 of AMC Computer Corporation?                           09:49:39

20    A.    No, I did not.                                09:49:41

21    Q.    Did you speak to -- withdrawn.               09:49:42

22          Who is representing you personally here      09:49:53

23 today at your deposition?                              09:49:55

24    A.    Akerman Senterfitt.                           09:49:58

25    Q.    And who is paying Akerman Senterfitt to      09:50:01

                                                    Page 9

1    represent you in this litigation?                    09:50:04

2           MR. MILLER:  I object to that.  I don't       09:50:07

3       think there's any relevance to that.  So I'm      09:50:08

4       going to instruct him not to answer that          09:50:10

5       question.                                          09:50:13

6           MR. KARLAN:  I'll withdraw the question.       09:50:14

7    BY MR. KARLAN:                                        09:50:15

8       Q.   Are Akerman Senterfitt's -- are Akerman       09:50:16

9    Senterfitt's attorney's fees in connection with this 09:50:26

10   litigation being paid by any Maplewood entity?        09:50:29

11          MR. MILLER:  Same objection and                09:50:35

12      instruction.  You can ask him if the Debtors        09:50:36

13      are paying the bills and I'll let him answer        09:50:40

14      that question.                                      09:50:42

15          MR. KARLAN:  What is the basis for your         09:50:43

16      instruction not to answer that question?           09:50:43

17          MR. MILLER:  I don't think it has any           09:50:44

18      relevance to anything.  If anything, it would       09:50:45

19      be post judgment discovery, if you ever get to      09:50:47

20      that point.                                         09:50:49

21          MR. KARLAN:  So is there any basis other        09:50:50

22      than relevance?                                     09:50:52

23          MR. MILLER:  I've articulated the basis.        09:50:53

24          MR. KARLAN:  You're not asserting               09:50:55

25      attorney/client privilege?                          09:50:57

1          MR. MILLER:  I don't think so.          09:50:57

2     BY MR. KARLAN:                                09:50:58

3          Q.   Who retained Akerman Senterfitt to  09:51:06

4     represent you in this litigation?             09:51:08

5          A.   Well, I guess I did.                09:51:12

6          Q.   Do you have a signed retention agreement   09:51:15

7     with Akerman Senterfitt?                      09:51:18

8          A.   Not that I recall as I sit here today.   09:51:21

9          Q.   To your knowledge, does any Maplewood   09:51:23

10    entity have a signed retention agreement with  09:51:26

11    Akerman Senterfitt?                           09:51:29

12         A.   Not that I recall, as I sit here today.   09:51:31

13         Q.   To your knowledge, does AMC Investors,   09:51:33

14    LLC, or AMC Investors II, LLC, have a signed  09:51:37

15    retention agreement with Akerman Senterfitt?  09:51:43

16         A.   Not that I recall as I sit here today.   09:51:47

17         Q.   Do you -- I can break this down if you   09:51:48

18    need me to.                                   09:51:53

19              Do you or any of the Maplewood entities or   09:51:54

20    the two Debtors in this case have a signed retention   09:51:59

21    agreement with the law firm of Morris Nichols in   09:52:06

22    Delaware?                                     09:52:08

23         A.   Before I answer that question, I would ask   09:52:09

24    you to please define your term "Maplewood entities."   09:52:11

25         Q.   Sure.                               09:52:15

| | | |
|---|---|---|
| 1 | So you know the Defendants in this case | 09:52:15 |
| 2 | are Maplewood Holdings, LLC, Maplewood Management LP | 09:52:17 |
| 3 | and Maplewood Partners LP.  And when I asked you a | 09:52:23 |
| 4 | moment ago about the Maplewood entities, those are | 09:52:28 |
| 5 | the entities to which I was referring. | 09:52:31 |
| 6 | A.    Okay.  So for the purposes of this | 09:52:33 |
| 7 | deposition, when you use the term "Maplewood | 09:52:35 |
| 8 | entities," I should assume you're referring to | 09:52:37 |
| 9 | Maplewood Holdings, Maplewood Partners, and | 09:52:39 |
| 10 | Maplewood Management? | 09:52:41 |
| 11 | Q.    Correct. | 09:52:42 |
| 12 | A.    Yes.  And I'm sorry.  Could you repeat the | 09:52:43 |
| 13 | question, then, now that I understand the term? | 09:52:45 |
| 14 | Q.    Do either you or any of the Maplewood | 09:52:47 |
| 15 | entities or either of the two Debtors in this case | 09:52:48 |
| 16 | have a signed retention agreement with the law firm | 09:52:52 |
| 17 | of Morris Nichols in Delaware? | 09:52:55 |
| 18 | A.    Not that I recall as I sit here today. | 09:52:58 |
| 19 | Q.    Who decided to retain Akerman Senterfitt | 09:53:00 |
| 20 | for the Debtors? | 09:53:05 |
| 21 | A.    Well, it would have been Maplewood | 09:53:09 |
| 22 | Management LP, which is the manager of the Debtors | 09:53:11 |
| 23 | acting through its general partner, Maplewood | 09:53:17 |
| 24 | Holdings, LLC, which acted through its managing | 09:53:19 |
| 25 | member, that is Robert V. Glaser, that is me. | 09:53:24 |

1           MR. KARLAN:  Could I just hear the          09:53:31

2      question back?  I've got it here.  Never mind.   09:53:32

3  BY MR. KARLAN:                                       09:53:37

4      Q.   And if I ask you the same question with     09:53:37

5  respect to Morris Nichols, would the answer be the   09:53:39

6  same?                                                09:53:43

7      A.   I'm familiar with the name Morris Nichols.  09:53:44

8  But as I sit here today, I can't remember everything 09:53:46

9  about Morris Nichols, so . . .                       09:53:49

10     Q.   Do you know that they're a law firm?        09:53:51

11     A.   Yes.                                         09:53:52

12     Q.   Do you know who they represent?             09:53:54

13     A.   There's been so much litigation, as you're  09:53:56

14  well aware, in so many venues over such an extended 09:53:58

15  period of time that I can't, as we sit here today,   09:54:03

16  in all honesty.                                      09:54:05

17     Q.   Do you know what -- withdrawn.              09:54:08

18          Have you heard of a law firm called         09:54:10

19  Stevens & Lee?                                       09:54:12

20     A.   Yes.                                         09:54:13

21     Q.   Do you know who they represent?             09:54:15

22     A.   The easiest way for me to answer that       09:54:17

23  question is I believe that there was a time in the   09:54:21

24  course of its representation that Akerman Senterfitt 09:54:22

25  advised multiple parties that they needed to use a   09:54:24

1   local law firm on some work and they recommended        09:54:29

2   Stevens & Lee.                                           09:54:31

3        Q.   To represent whom?                            09:54:33

4        A.   A variety of entities.  As I sit here         09:54:34

5   today, I couldn't tell you who.  As you know, there     09:54:36

6   are many, many entities that have been involved in      09:54:39

7   multiple pieces of litigation over several years.       09:54:41

8        Q.   Are you appearing today as the corporate      09:54:45

9   representative of any of the Defendants?                09:54:47

10       A.   Yes, I believe that I am.                      09:54:53

11       Q.   Are you appearing today -- let me ask your     09:54:55

12   counsel this question.                                  09:54:57

13            MR. KARLAN:  Is Mr. Glaser being produced      09:54:59

14        as the 30(b)(6) representative of the Debtors      09:55:01

15        as well?                                           09:55:04

16            MR. MILLER:  To be precise, the 30(b)(6)       09:55:06

17        representative of the Debtors would be             09:55:10

18        Maplewood Management LP.                           09:55:13

19            MR. KARLAN:  Okay.  And Mr. Glaser is          09:55:15

20        being produced as that witness?                    09:55:15

21            MR. MILLER:  Mr. Glaser is appearing here      09:55:18

22        today as the managing member of Maplewood          09:55:19

23        Holdings, LLC, which in turn is the general        09:55:21

24        partner of Maplewood Management.  So in that       09:55:24

25        capacity, yes, he's the 30(b)(6) witness for       09:55:27

Page 14

1    the Debtors.                                         09:55:30

2          MR. KARLAN:  Understood.  Thank you.          09:55:30

3    BY MR. KARLAN:                                       09:55:32

4    Q.    What efforts did you make to -- prior to       09:55:34

5    your testimony today, to ascertain what              09:55:37

6    attorney/client relationships the Debtors have had   09:55:41

7    over the last five years?                            09:55:45

8    A.    Well, as I said, I spoke with counsel          09:55:47

9    about that.                                          09:55:49

10   Q.    Did you review any invoices?                   09:55:54

11   A.    I believe that invoices were included in       09:55:56

12   the package of material that we produced as part of  09:55:58

13   discovery.  And I did see those invoices, yes.       09:56:02

14   Q.    Did those invoices refresh your                09:56:05

15   recollection that at some points in time Stevens &   09:56:07

16   Lee has represented the Debtors?                     09:56:09

17   A.    I believe that they did, yes.                  09:56:12

18   Q.    And that Akerman Senterfitt has at some        09:56:14

19   points in time represented the Debtors?              09:56:17

20   A.    Yes, I believe that they did.                  09:56:21

21   Q.    Let me show you an exhibit that was marked     09:56:34

22   at a prior deposition as Reale Deposition            09:56:39

23   Exhibit 18.  Take a moment and review that, please.  09:57:12

24   A.    Yes.  This is a letter dated June 6 of         09:57:48

25   2005 from Mr. Teddy Klinghoffer of Akerman           09:57:51

| | | |
|---|---|---|
| 1 | Senterfitt to Mitchell Karlan -- that's you -- of | 09:57:54 |
| 2 | Gibson, Dunn & Crutcher regarding AMC Computer.  And | 09:57:57 |
| 3 | it discusses an offer being made by AMC Investors | 09:58:00 |
| 4 | and AMC Investors II -- I think the Debtors in this | 09:58:03 |
| 5 | situation -- as guarantors of a loan to AMC Computer | 09:58:06 |
| 6 | in which the Debtors offered to give to Eugenia the | 09:58:11 |
| 7 | stock that they held in AMC Computer and any | 09:58:16 |
| 8 | interest held by AMC Investors and AMC Computer. | 09:58:19 |
| 9 | MR. KARLAN:  Move to strike as not | 09:58:23 |
| 10 | responsive to any question. | 09:58:24 |
| 11 | BY MR. KARLAN: | 09:58:25 |
| 12 | Q.   There's no question pending at the moment, | 09:58:25 |
| 13 | sir. | 09:58:27 |
| 14 | A.   Well, you gave me a piece of paper and I | 09:58:27 |
| 15 | was identifying what you gave me because the video | 09:58:29 |
| 16 | can't see what it is and you didn't describe what it | 09:58:31 |
| 17 | is, as you did the other exhibit.  So that's why I | 09:58:34 |
| 18 | identified what it was. | 09:58:36 |
| 19 | MR. KARLAN:  Move to strike that remark as | 09:58:37 |
| 20 | well. | 09:58:39 |
| 21 | Why don't we take a moment, and why don't | 09:58:42 |
| 22 | you take a moment, Mr. Miller, to explain to | 09:58:43 |
| 23 | your client that he's here to answer questions | 09:58:46 |
| 24 | and only to do that. | 09:58:49 |
| 25 | Let's take five minutes, please. | 09:58:51 |

Page 16

| | | |
|---|---|---|
| 1 | THE WITNESS:  No, thank you. | 09:58:53 |
| 2 | VIDEOGRAPHER:  Time is 9:58.  Off the | 09:58:54 |
| 3 | record. | 09:58:56 |
| 4 | (Thereupon, a recess was taken, after | 09:58:57 |
| 5 | which the following proceedings were held:) | 09:58:57 |
| 6 | VIDEOGRAPHER:  Time is 10:00.  We're back | 10:00:04 |
| 7 | on the record. | 10:00:45 |
| 8 | BY MR. KARLAN: | 10:00:46 |
| 9 | Q.  Did you see Reale Exhibit 19 -- 18 before | 10:00:48 |
| 10 | it was signed? | 10:00:52 |
| 11 | A.  I don't recall that.  It's a letter dated | 10:00:55 |
| 12 | 2005.  It's now 2013.  So I'm not sure of that. | 10:00:57 |
| 13 | Q.  Did you look at this document before your | 10:01:00 |
| 14 | deposition? | 10:01:03 |
| 15 | A.  Yes, I did. | 10:01:05 |
| 16 | Q.  Did you discuss it with your counsel? | 10:01:07 |
| 17 | A.  I can't recall if we discussed it.  I | 10:01:09 |
| 18 | certainly looked at it. | 10:01:11 |
| 19 | Q.  Did you discuss it with Mr. Klinghoffer, | 10:01:12 |
| 20 | the author? | 10:01:17 |
| 21 | A.  At what time period? | 10:01:19 |
| 22 | Q.  In preparation for your 30(b)(6) | 10:01:21 |
| 23 | deposition. | 10:01:23 |
| 24 | A.  No, I did not. | 10:01:24 |
| 25 | Q.  Why not? | 10:01:25 |

1      A.    He was not part of my preparation process.    10:01:27

2      Q.    What is your understanding of your    10:01:29

3   obligations as a 30(b)(6) witness?    10:01:31

4      A.    To the best of my ability, to honestly    10:01:34

5   answer questions that you raise within the context    10:01:36

6   of this deposition as it relates to corporate    10:01:41

7   entities.    10:01:44

8      Q.    Do you understand that you are under any    10:01:46

9   obligation to prepare for this deposition?    10:01:48

10     A.    Yes.    10:01:52

11     Q.    Why did you not speak to Mr. Klinghoffer    10:01:54

12   when you knew that this exhibit had already been    10:01:56

13   marked and that questions had already been asked    10:01:59

14   about it of other witnesses who were unable to    10:02:01

15   answer them?    10:02:04

16          MR. MILLER:  Let me just clarify.    10:02:05

17          Are you asking him in the capacity as a    10:02:07

18      30(b)(6) witness --    10:02:07

19          MR. KARLAN:  Yes.    10:02:09

20          MR. MILLER:  -- for the Debtors?    10:02:09

21          MR. KARLAN:  Yes.    10:02:10

22          MR. MILLER:  Okay.    10:02:10

23     A.    I spoke to the law firm for the Debtors of    10:02:11

24   Akerman Senterfitt and they have numerous attorneys    10:02:14

25   working for them.  I didn't need to speak to every    10:02:17

| 1 | attorney that worked on every document.  I just | 10:02:20 |
| 2 | needed to speak with the attorneys handling the | 10:02:23 |
| 3 | case.  So I did not speak to Mr. Klinghoffer about | 10:02:27 |
| 4 | this particular piece of paper in preparation for | 10:02:30 |
| 5 | this deposition. | 10:02:33 |
| 6 | BY MR. KARLAN: | 10:02:33 |
| 7 | Q.   Who told you that you did not need to | 10:02:34 |
| 8 | speak to Mr. Klinghoffer in preparation for this | 10:02:37 |
| 9 | deposition? | 10:02:39 |
| 10 | A.   I never asked anybody the question if I | 10:02:40 |
| 11 | needed to speak to him, so no one answered that | 10:02:41 |
| 12 | question. | 10:02:44 |
| 13 | Q.   Why are you confident that you did not | 10:02:45 |
| 14 | need to? | 10:02:46 |
| 15 | A.   Because I spoke to counsel of Akerman | 10:02:47 |
| 16 | Senterfitt to prepare me for the deposition, and it | 10:02:49 |
| 17 | would have been my understanding that if I needed to | 10:02:52 |
| 18 | look at other things or speak to other people, my | 10:02:54 |
| 19 | counsel would have advised me as such. | 10:02:56 |
| 20 | Q.   Who authorized Mr. Klinghoffer to sign | 10:02:59 |
| 21 | this letter? | 10:03:01 |
| 22 | A.   Well, I would imagine, since he was | 10:03:02 |
| 23 | representing AMC Investors and AMC Investors II, he | 10:03:05 |
| 24 | would have been authorized by Maplewood | 10:03:10 |
| 25 | Management LP, their managers acting through their | 10:03:11 |

```
1    general partner, Maplewood Holdings, acting through    10:03:15
2    their managing member Robert V. Glaser.                10:03:17
3         Q.   When you say you imagine, do you mean        10:03:21
4    you're guessing at that?                               10:03:23
5         A.   No.   You're asking me about who authorized  10:03:24
6    the execution of a letter in June of 2005.   It's      10:03:26
7    July of 2013.   That's eight years ago.   And so I     10:03:30
8    don't have a specific recollection of exactly what     10:03:35
9    happened when eight years ago as it relates to one     10:03:38
10   letter.                                                10:03:41
11        Q.   Tell me if the following is correct:   You   10:03:41
12   don't know who authorized Mr. Klinghoffer to sign      10:03:43
13   this letter; is that correct?                          10:03:47
14        A.   That's not what I testified.                 10:03:49
15        Q.   Who authorized him to sign it?               10:03:51
16        A.   I believe that it was authorized by          10:03:53
17   Maplewood Management LP acting through Maplewood        10:03:57
18   Holdings, LLC, as general partner acting through its   10:03:59
19   managing member Robert V. Glaser.                      10:04:02
20        Q.   Why do you believe that?                     10:04:06
21        A.   Because that would have been the typical     10:04:07
22   way for things to happen at that time.   And at that   10:04:08
23   time, I was having numerous conversations with         10:04:10
24   Mr. Klinghoffer.                                       10:04:12
25        Q.   Do you know whether Mr. Klinghoffer's time   10:04:15
```

1    records reflect who authorized him to send this          10:04:17

2    letter?                                                    10:04:21

3        A.   I wouldn't know about Mr. Klinghoffer's          10:04:21

4    time records.                                              10:04:23

5        Q.   Because did you not look at them in              10:04:24

6    preparation for today?                                     10:04:26

7        A.   I generally don't look at                        10:04:27

8    Mr. Klinghoffer's time records.  I generally look at      10:04:28

9    invoices.                                                  10:04:34

10       Q.   Is it correct that in preparation for your       10:04:35

11   deposition today you did not look at any                  10:04:36

12   contemporaneous records of Mr. Klinghoffer's              10:04:39

13   activities at the time immediately preceding the          10:04:42

14   signing of Reale Exhibit 18?                               10:04:46

15       A.   I'm sorry.                                        10:04:48

16           MR. MILLER:  Object to the form.                   10:04:49

17       A.   Yeah, I don't understand your question.          10:04:49

18   BY MR. KARLAN:                                             10:04:51

19       Q.   Okay.  Did you look at Mr. Klinghoffer's         10:04:51

20   time records in preparation for today?                     10:04:53

21       A.   I'm not in the habit of seeing time             10:04:56

22   records from any attorney.  So, no, I didn't look at      10:04:58

23   them because I don't see the records that attorneys       10:05:00

24   keep of their time.                                        10:05:03

25       Q.   Did you look at any of the contemporaneous       10:05:04

Page 21

```
 1    time entries that were included in Mr. Klinghoffer's    10:05:08

 2    bills or his law firm's bills for work he performed     10:05:12

 3    for the Debtors?                                        10:05:16

 4        A.   As I've testified to already, I did look       10:05:18

 5    through documents that were provided as part of         10:05:20

 6    discovery, which included some invoices, yes.           10:05:23

 7        Q.   Do those time records reflect                  10:05:27

 8    conversations with you about Exhibit -- about Reale     10:05:28

 9    Exhibit 18?                                             10:05:32

10        A.   I can't recall whether those time records      10:05:33

11    refer to a specific letter or general conversations.    10:05:35

12        Q.   And you did not ask Mr. Klinghoffer            10:05:39

13    whether he recalls being authorized to send this        10:05:42

14    letter; is that correct?                                10:05:44

15        A.   As I told you, I do believe that               10:05:45

16    Mr. Klinghoffer was authorized to send the letter.      10:05:47

17    So I've already testified to that.                      10:05:50

18        Q.   That isn't the question that I asked you.      10:05:52

19        A.   I'm trying to answer your questions.           10:05:53

20        Q.   I don't think you are.                         10:05:54

21        A.   Okay.                                          10:05:55

22        Q.   Did you --                                     10:05:55

23             MR. MILLER:   Let's not argue with the         10:05:56

24        witness.                                            10:05:57

25             MR. KARLAN:   Let's have the witness           10:05:58
```

1    testify properly.                                    10:05:59

2         MR. MILLER:  He is.                             10:06:00

3         MR. KARLAN:  Really?  Want to see if a          10:06:01

4    judge thinks so?  Why don't we move to              10:06:03

5    Delaware.  This is really going to be a long        10:06:06

6    and unpleasant day otherwise.                       10:06:08

7         MR. MILLER:  Look, we've been here for 15       10:06:10

8    minutes.  He's answering your questions.  Let's     10:06:12

9    move on.                                             10:06:14

10        MR. KARLAN:  Let's read -- let's read --        10:06:14

11   we're not going to move on.  I have a pending        10:06:15

12   question that hasn't been answered.                 10:06:18

13        MR. MILLER:  All right.  Well, let him          10:06:19

14   answer it instead of arguing with him.              10:06:21

15        MR. KARLAN:  Can you read it back,              10:06:23

16   Ms. Reporter, please?                               10:06:23

17        (Thereupon, the requested portion was read     10:06:33

18   back by the reporter as above recorded.)            10:06:33

19   A.   I did not speak with Mr. Klinghoffer about     10:06:35

20   this letter, as I testified previously in this      10:06:37

21   deposition.                                          10:06:39

22   BY MR. KARLAN:                                       10:06:42

23   Q.   Thank you, sir.                                10:06:59

24        Did Stevens & Lee bill -- withdrawn.           10:07:07

25        Did Akerman Senterfitt bill the Debtors        10:07:15

| | | |
|---|---|---|
| 1 | for legal services at any time separately from the | 10:07:18 |
| 2 | bills they rendered to Maplewood? | 10:07:25 |
| 3 | A.   I believe that they did, yes. | 10:07:28 |
| 4 | Q.   And who authorized the payment of those | 10:07:33 |
| 5 | bills? | 10:07:38 |
| 6 | A.   AMC Investors would have authorized the | 10:07:41 |
| 7 | payment of those bills acting through Maplewood | 10:07:44 |
| 8 | Management LP, their manager acting through | 10:07:46 |
| 9 | Maplewood Holdings, LLC, its general partner, acting | 10:07:46 |
| 10 | through Robert V. Glaser, its managing member. | 10:07:54 |
| 11 | Q.   Who actually disbursed the cash to pay | 10:08:00 |
| 12 | those bills? | 10:08:04 |
| 13 | MR. MILLER:  I'm going to object to that | 10:08:04 |
| 14 | question.  We've covered this in the other | 10:08:06 |
| 15 | depositions.  I'm going instruct the witness | 10:08:08 |
| 16 | not to answer for the reasons I previously | 10:08:10 |
| 17 | articulated. | 10:08:12 |
| 18 | MR. KARLAN:  Which are not privileged. | 10:08:13 |
| 19 | They're something other than privileged; | 10:08:14 |
| 20 | is that fair? | 10:08:15 |
| 21 | MR. MILLER:  For the reasons I articulated | 10:08:17 |
| 22 | and I believe I said that I did not think that | 10:08:18 |
| 23 | there was a privilege.  I believe that's what I | 10:08:19 |
| 24 | said previously. | 10:08:21 |
| 25 | MR. KARLAN:  Whether you said it | 10:08:22 |

1    previously or not --                        10:08:22

2         MR. MILLER:  But I'm sure the transcript    10:08:22

3    will stand for itself.                      10:08:24

4         MR. KARLAN:  -- is there a privilege      10:08:25

5    today?                                      10:08:26

6         MR. MILLER:  I don't think so.         10:08:26

7  BY MR. KARLAN:                                10:08:32

8         Q.    Putting aside whose cash was used to pay    10:08:34

9    the bill, what persons were involved in the process    10:08:38

10   of disbursing the cash?  Was it you or was it other    10:08:43

11   persons?                                     10:08:47

12        A.    Well, typically an invoice like that would    10:08:48

13   be reviewed by AMC Investors through Maplewood    10:08:54

14   Management LP through Maplewood Holdings, LLC,    10:08:57

15   through its managing director Robert V. Glaser.    10:08:59

16   Once that was done and the invoice was reviewed and    10:09:04

17   approved for payment, then processing of payment    10:09:07

18   would have been handled by the people or individuals    10:09:12

19   who physically processed payments.           10:09:15

20        Q.    Did those people have names?        10:09:27

21        A.    Yes.  I think, as in other depositions,    10:09:30

22   perhaps Mr. Augustin said that he sometimes was    10:09:32

23   involved in some of that administration.  Sometimes    10:09:35

24   it was a Mr. Jack Aru involved in those        10:09:37

25   administrative tasks.  I don't know if there were    10:09:40

1    other people involved as well.  But those probably   10:09:44

2    would have been the primary people to handle   10:09:46

3    payments for most entities involved in the Maplewood   10:09:50

4    structure.   10:09:54

5        Q.   Did AMC Investors, LLC, or AMC Investors   10:09:56

6    II, LLC, have checking accounts at any time?   10:10:00

7        A.   Yes, I believe they did.   10:10:06

8        Q.   At what institution?   10:10:08

9        A.   I believe they were at Citibank.   10:10:10

10        Q.   Who had signing authority on those   10:10:12

11    accounts?   10:10:16

12        A.   Those accounts for AMC Investors would   10:10:17

13    have executed any signatures through Maplewood   10:10:20

14    Management LP as their manager acting through   10:10:24

15    Maplewood Holdings, LLC, its managing member,   10:10:28

16    acting -- I mean its general partner acted upon by   10:10:31

17    Robert V. Glaser, its managing member.   10:10:36

18        Q.   Did you personally ever sign a check on   10:10:40

19    those Citibank accounts?   10:10:42

20        A.   No.   10:10:43

21        Q.   Who else had authority to sign checks, if   10:10:45

22    anyone, on those Citibank accounts?   10:10:48

23        A.   No one.   10:10:50

24        MR. KARLAN:   I understand there are going   10:10:57

25       to be instructions on these questions, but I   10:10:58

| | | |
|---|---|---|
| 1 | just want to get them on the record so that the | 10:11:00 |
| 2 | judge will have something to go on. | 10:11:02 |
| 3 | The questions I would ask, among others, | 10:11:05 |
| 4 | if I were permitted to do so, would include | 10:11:07 |
| 5 | which checking accounts were used to pay the | 10:11:13 |
| 6 | Akerman Senterfitt bills for the work that the | 10:11:18 |
| 7 | firm performed for the Debtors and who signed | 10:11:21 |
| 8 | those checks. | 10:11:28 |
| 9 | MR. MILLER:  I would object to that | 10:11:30 |
| 10 | question.  It's also compound, but nonetheless. | 10:11:32 |
| 11 | MR. KARLAN:  I was listing more than one | 10:11:34 |
| 12 | question. | 10:11:36 |
| 13 | MR. MILLER:  No problem. | 10:11:36 |
| 14 | I would instruct the witness not to answer | 10:11:37 |
| 15 | those with respect to the payment of invoices | 10:11:39 |
| 16 | for AMC Investors I and II.  But I think he | 10:11:40 |
| 17 | already testified that no one ever signed a | 10:11:47 |
| 18 | check, so I'm not sure if there -- | 10:11:49 |
| 19 | MR. KARLAN:  No. | 10:11:51 |
| 20 | MR. MILLER:  -- would be an answer to the | 10:11:51 |
| 21 | second part of your question. | 10:11:51 |
| 22 | MR. KARLAN:  Well, let's go back and make | 10:11:53 |
| 23 | sure I understood that correctly. | 10:11:54 |
| 24 | BY MR. KARLAN: | 10:11:56 |
| 25 | Q.   No one, to your knowledge, ever signed a | 10:11:56 |

1    check at the Citibank account or accounts that were    10:11:58

2    in the name of the two Debtors; is that correct?       10:12:03

3         A.   I believe that is correct, yes.              10:12:07

4         Q.   That's not what I'm asking you.              10:12:10

5              (Thereupon, the referred-to document was     10:12:36

6         marked by the court reporter for Identification   10:12:36

7         as Glaser Deposition Exhibit 3.)                  10:12:36

8    BY MR. KARLAN:

9         Q.   Let me show you what has been marked as      10:12:13

10   Glaser Deposition Exhibit 3.                           10:12:16

11             MR. KARLAN:   And, Brian, it is the motion   10:12:19

12        of AMC Investors, LLC, to dismiss the             10:12:27

13        involuntary petition.   Should be at Tab B in     10:12:30

14        your book.                                        10:12:40

15             MR. MILLER:   The binder is defective.       10:12:53

16   BY MR. KARLAN:                                         10:12:54

17        Q.   Sir, have you ever seen Glaser Deposition    10:13:10

18   Exhibit 3?                                             10:13:12

19        A.   I can't say for certain.  I believe that I   10:13:12

20   did, but I don't -- it doesn't ring any bells.  I      10:13:14

21   think it's dated in 2008.  It's 2013 here.  It's a     10:13:16

22   handful of pages long, but I don't have a specific     10:13:24

23   recollection of seeing this document before.           10:13:26

24        Q.   And you have no recollection of reviewing    10:13:27

25   it in preparation for your deposition?                 10:13:29

Page 28

```
 1        A.    No, I don't recall reviewing this specific   10:13:31

 2   document in preparation for this deposition.            10:13:33

 3        Q.    Are you generally aware that following the    10:13:36

 4   commencement of involuntary bankruptcy cases in         10:13:39

 5   Delaware against the two Debtors' motions,              10:13:44

 6   purportedly on their behalf, to dismiss the             10:13:49

 7   bankruptcy cases were filed?                            10:13:55

 8        A.    Yes.                                          10:13:57

 9        Q.    Did you direct those motions to be filed?     10:13:59

10        A.    I think that AMC Investors had               10:14:03

11   consultations with its counsel and decided to pursue    10:14:07

12   those motions.                                          10:14:12

13        Q.    What human being representing AMC            10:14:13

14   Investors directed counsel to file those motions?      10:14:15

15        A.    As you know and as I've testified            10:14:20

16   previously, AMC Investors entities, both of them act    10:14:22

17   through their manager, Maplewood Management, which      10:14:25

18   acts through its general partner, Maplewood            10:14:28

19   Holdings, which acts through its managing member,      10:14:30

20   who is the individual Robert V. Glaser.                10:14:34

21        Q.    I just want to make sure you're not          10:14:39

22   speaking of some other Robert V. Glaser.               10:14:42

23             The answer to my question is you did,         10:14:44

24   correct?                                                10:14:46

25        A.    The one and only, yes, Robert V. Glaser.     10:14:47
```

| | | |
|---|---|---|
| 1 | Q.    Why did you do that? | 10:14:51 |
| 2 | A.    I'm sorry.  Why did I act for AMC | 10:14:55 |
| 3 | Investors or why did we file this motion? | 10:14:57 |
| 4 | Q.    Why did you direct lawyers, purportedly | 10:15:00 |
| 5 | acting on behalf of the Debtors, to move to dismiss | 10:15:03 |
| 6 | the bankruptcy cases? | 10:15:06 |
| 7 | MR. MILLER:  Object to the form. | 10:15:08 |
| 8 | A.    It was our view that it was an abuse of | 10:15:10 |
| 9 | the bankruptcy process. | 10:15:12 |
| 10 | BY MR. KARLAN: | 10:15:13 |
| 11 | Q.    When you say "our view," to whom, other | 10:15:24 |
| 12 | than yourself, are you referring? | 10:15:26 |
| 13 | A.    AMC Investors. | 10:15:28 |
| 14 | Q.    Are you referring to any other human | 10:15:30 |
| 15 | being, other than yourself? | 10:15:31 |
| 16 | A.    Well, on behalf of AMC Investors, I | 10:15:32 |
| 17 | personally spoke with its counsel, Akerman | 10:15:34 |
| 18 | Senterfitt.  So I don't think I am referring to any | 10:15:36 |
| 19 | other individual as it relates to that conclusion. | 10:15:39 |
| 20 | Q.    Did you believe it was in the best | 10:15:44 |
| 21 | interests of the Debtors to have the bankruptcy | 10:15:46 |
| 22 | cases dismissed? | 10:15:52 |
| 23 | A.    Yes. | 10:15:54 |
| 24 | Q.    Why? | 10:15:54 |
| 25 | A.    Well, my understanding -- and I'm not a | 10:15:56 |

1   lawyer, as you know -- of the bankruptcy process is      10:15:58

2   it typically works when there are multiple creditors     10:16:01

3   to sort things out.  In this case, there really was      10:16:06

4   only one material creditor and that was a Eugenia        10:16:09

5   entity.                                                  10:16:12

6           So, first, we thought it was an abuse of        10:16:13

7   the bankruptcy process.  And, second, we thought the     10:16:14

8   motivation was very clear.  The state court had          10:16:16

9   issued a judgment in the amount of approximately         10:16:19

10  $11 million against AMC Investors that we thought        10:16:21

11  was egregiously wrong and in error.  And AMC             10:16:25

12  Investors had filed an appeal of that judgment and       10:16:31

13  that appeal was, I believe, within one week of being     10:16:33

14  heard when the movement was made for the involuntary     10:16:36

15  bankruptcy petition.                                     10:16:40

16          So we viewed the movement for the               10:16:41

17  involuntary bankruptcy petition as an effort on the      10:16:44

18  part of Eugenia to make sure that the appeal of the      10:16:48

19  judgment amount was never heard.                         10:16:51

20      Q.   Have you finished your answer?                 10:17:06

21      A.   I believe that I have, yes.                    10:17:06

22      Q.   Did you at the time Exhibit 3, Glaser          10:17:10

23  Exhibit 3, was filed believe that you owed fiduciary     10:17:15

24  duties to the Debtors?                                   10:17:20

25      A.   I'm going to have to ask you if you would      10:17:24

1   be so kind as to define "you."                          10:17:26

2       Q.   Robert V. Glaser, the one and only.            10:17:29

3       A.   Robert V. Glaser, I personally was the         10:17:31

4   managing member of Maplewood Holdings, which was the     10:17:34

5   general partner of Maplewood Management, which was       10:17:37

6   the manager of AMC Investors.  And I believe that I      10:17:41

7   personally, through those entities, had an              10:17:46

8   obligation to try to act in the best interest of the     10:17:48

9   Debtors and of the Debtors' owners.                     10:17:50

10      Q.   Did you believe you had a duty to act in        10:18:05

11  the best interest of the Debtors' creditors at the       10:18:09

12  time you authorized the filing of Exhibit 3?             10:18:13

13      A.   Well, when you say "the Debtors'                10:18:19

14  creditors," the situation, as I previously explained     10:18:22

15  to you, was one where we thought the Debtors'            10:18:25

16  creditors had a judgment that was grossly in error.      10:18:29

17  So could I act on behalf of the creditors of the         10:18:32

18  Debtors in accepting a judgment that was grossly in      10:18:37

19  error?  No, I could not act in the creditors' behalf     10:18:41

20  in that situation.                                       10:18:44

21      Q.   Did you -- I'm sorry.  Have you finished        10:18:45

22  your answer?                                             10:18:47

23      A.   I believe that I have.                          10:18:48

24      Q.   Did you believe you had an obligation at        10:18:49

25  the time you authorized the filing of Glaser            10:18:51

Page 32

1    Exhibit 3 to act in the best interest of Debtors'    10:18:55

2    creditor?                                            10:19:00

3         A.   I think I just answered that question.    10:19:02

4         Q.   Are you able to answer my question yes or 10:19:06

5    no?                                                  10:19:09

6         A.   No, I don't believe I can.                10:19:10

7         Q.   Do you believe you have a working         10:19:13

8    understanding of the expression "fiduciary duty"?   10:19:15

9         A.   Well, I think it's a technical and legal  10:19:19

10   term.  I think it applies -- it has different       10:19:21

11   implications in different scenarios in different     10:19:24

12   positions.  So I -- as I've testified previously,    10:19:27

13   I'm not a lawyer.  I certainly don't have the same   10:19:30

14   level of understanding that you would have,          10:19:33

15   Mr. Karlan, or other attorneys at this table.  But I 10:19:36

16   do have a businessman's understanding of what I      10:19:39

17   think a fiduciary duty is.                           10:19:41

18        Q.   Would you please tell me what that is?     10:19:43

19        A.   Well, fiduciary duties, depending upon the 10:19:45

20   circumstances, are owed to different parties to act  10:19:48

21   in an honest, forthright, and fair method to protect 10:19:50

22   the interests of the parties that you have an        10:19:54

23   obligation to.                                       10:19:57

24        Q.   Did you believe, at the time you          10:20:01

25   authorized the filing of Glaser Exhibit 3, that you  10:20:03

1  had an obligation to protect the best interests of    10:20:08

2  any entity that was a creditor of the Debtors?    10:20:15

3      A.   Well, there was primarily one creditor of    10:20:20

4  the Debtors.  They were not the only creditor, but    10:20:24

5  they were the primary creditor, as I recall.  Maybe    10:20:27

6  they were the only one.  I can't recall as I sit    10:20:31

7  here, but I think they were the primary one.  And as    10:20:34

8  I said, they were making a claim that we believed    10:20:37

9  they knew was fraudulent and incorrect, and we    10:20:39

10  believed that the judgment that had been issued by a    10:20:44

11  state court judge, based upon a very brief hearing    10:20:47

12  with very limited information, was done in error by    10:20:50

13  the judge -- I'm sure in good faith, but certainly    10:20:55

14  in error.  And we believe that the Debtors, AMC    10:20:57

15  Investors entities, had an obligation to at least    10:21:01

16  set the record straight.    10:21:05

17        Your question is also complicated for me    10:21:09

18  by the fact that acting in the interest of the    10:21:12

19  creditors of AMC Investors is a little complicated    10:21:16

20  when AMC Investors had no material assets    10:21:18

21  whatsoever.  And the creditors knew that from day    10:21:22

22  one.    10:21:27

23      Q.   Do you believe that the judgment in New    10:21:33

24  York State court against the Debtors in connection    10:21:37

25  with their guarantee was procured by fraud?    10:21:48

```
 1        A.    "Fraud" is a legal term.  I'm not          10:21:53
 2   qualified to identify what was fraud and what was     10:21:57
 3   not.                                                  10:22:00
 4             I do know that the judge in the state       10:22:01
 5   court did not have available to them all of the       10:22:06
 6   information that the federal judge, Judge Batts,      10:22:09
 7   had, when they determined that there was no loss      10:22:13
 8   incurred by Eugenia as lender to AMC Computer at      10:22:17
 9   all, that Eugenia was repaid in full all of its       10:22:22
10   principal.  And that federal judge also rules that    10:22:26
11   Eugenia made $4 million of profits in addition to     10:22:28
12   its principal.  And that federal judge ruled that if  10:22:32
13   there was any, quote, loss, end quote, it was that    10:22:35
14   Eugenia missed out on $4 million of additional        10:22:38
15   profits under its loan.                               10:22:42
16             So with the judge ruling that the -- there  10:22:44
17   was no loss of principal, there was only $4 million   10:22:48
18   of additional profits not received and there was a    10:22:51
19   state court judge who had issued a judgment prior to  10:22:53
20   that, with less information, that there was an        10:22:56
21   $11 million obligation to -- by the Debtors to the    10:22:59
22   creditor, it was felt that that was something that    10:23:06
23   should be contested.                                  10:23:09
24        Q.    What was something that should be          10:23:14
25   contested?                                            10:23:15
```

1      A.   The roughly $11 million claim by Eugenia      10:23:17

2  against AMC Investors, two entities that never had      10:23:22

3  any assets except for their stock in AMC Computer      10:23:26

4  and were precluded from any assets or any business      10:23:30

5  except the ownership of the stock of AMC Computer by   10:23:34

6  the words in the guarantee that Eugenia required      10:23:38

7  them to sign.                                           10:23:40

8      Q.   How much money do you believe, if any, the   10:23:41

9  Debtors ever owed Eugenia VI Venture Holdings,         10:23:48

10  Limited, on the guarantee?                             10:23:51

11      A.   Well, I don't know what I believe.  I know   10:23:55

12  what a federal judge ruled.                            10:23:57

13           The federal judge ruled that Eugenia was     10:23:59

14  paid back in full.  The federal judge ruled that      10:24:01

15  Eugenia received $4 million in profits.  And the      10:24:06

16  federal judge ruled that if Eugenia had any, quote,   10:24:09

17  losses, end quote, it was merely a missed             10:24:11

18  opportunity to collect an additional $4 million of    10:24:15

19  profit.                                                10:24:18

20           Now, one has to say:  Was that -- quote,     10:24:18

21  loss, end quote -- loss of $4 million by Eugenia      10:24:21

22  caused by AMC Investors or was it caused by the       10:24:26

23  actions of Eugenia itself?                             10:24:28

24      Q.   Is your answer to my question you don't      10:24:34

25  know what you believe?  My question to you was:       10:24:36

1   What do you believe?  Is that your answer, you don't    10:24:38

2   know what you believe?                                  10:24:40

3        A.    I believe what I just answered to you.       10:24:41

4        Q.    What is your position, sitting here today,   10:24:43

5   as to whether at any time the Debtors ever owed         10:24:45

6   Eugenia VI any money under the guarantee?               10:24:51

7        A.    The AMC Investors were guarantors of a       10:24:55

8   loan.  And provided that loan was properly handled      10:24:58

9   and administered, the AMC Investors entities would      10:25:02

10  have been obligated, under the guarantee, to turn       10:25:06

11  over any of their assets in satisfaction of any         10:25:08

12  justifiable debt.  So there are a lot of conditions     10:25:11

13  there.  So, as I've already testified, a federal       10:25:14

14  judge ruled that Eugenia was paid in full.              10:25:18

15       Q.    Is the answer to my question that your       10:25:22

16  position is that the Debtors never owed Eugenia VI      10:25:25

17  Venture Holdings, Limited, any money under the          10:25:31

18  guarantee?                                              10:25:33

19       A.    No, I think my testimony would be:  Under    10:25:34

20  the circumstances of the guarantee and the ruling of    10:25:37

21  the federal judge, it became clear, late in 2008,       10:25:39

22  that it was not necessarily the case that the loan      10:25:43

23  had been properly administered by Eugenia.  Again,      10:25:47

24  not being a lawyer and not having litigated it, I       10:25:51

25  don't know whether the guarantee was valid given        10:25:53

Page 37

1     Eugenia's gross negligence.                            10:25:55

2          Q.    I'm going to ask one more time, sir.        10:26:03

3                Are you able to identify any number,        10:26:05

4     whether that number is zero or any number larger       10:26:08

5     than zero, that is the sum of money that the Debtors   10:26:14

6     ever owed Eugenia VI under the guarantee?  If you      10:26:21

7     can't, you can't.  We'll move on.                      10:26:26

8          A.    No, I have on --                            10:26:27

9          Q.    You haven't identified a number.  I'm       10:26:29

10    asking you to identify a number.  If you can't,        10:26:31

11    we'll move on.                                         10:26:32

12         A.    Let me try again.                           10:26:33

13                I defer to the judgment and the opinion of 10:26:34

14    the federal judge that looked at thousands of pages    10:26:37

15    of discovery items and motions and concluded Eugenia   10:26:39

16    had been paid in full of its principal of its loan.    10:26:43

17    Eugenia made $4 million of profits.  And if Eugenia    10:26:49

18    had any losses -- quote, losses, end quote -- they     10:26:52

19    would have been, at maximum, about $4 million.  So I   10:26:56

20    stand by the ruling made by the judge.                 10:27:00

21         Q.    Do you believe that the Debtors owed        10:27:05

22    Eugenia VI Venture Holdings, Limited, $4 million       10:27:10

23    approximately under the guarantee?                     10:27:12

24         A.    I don't know that because the issue was     10:27:14

25    not litigated about whether or not there was a valid   10:27:17

1    claim under the guarantee given the gross negligence    10:27:21

2    of the lender.    10:27:22

3         Q.    Why was it not litigated?    10:27:25

4         A.    Well, AMC Investors really didn't have    10:27:29

5    financial resources and had been involved in other    10:27:31

6    Maplewood entities, had been involved in numerous    10:27:36

7    rounds of litigation, and the cost and effort to    10:27:39

8    have achieved that end would have been substantial,    10:27:43

9    and at the end of the day, AMC Investors didn't have    10:27:46

10   any money to pay the $4 million whether it was valid    10:27:49

11   or invalid.    10:27:53

12        Q.    You mean it didn't have any cash?    10:27:54

13        A.    Didn't have any assets whatsoever.    It    10:27:56

14   wasn't allowed to have any assets except for the    10:27:58

15   stock of AMC Computer, which it offered to Eugenia    10:28:00

16   in June of 2005, which they declined to accept.    10:28:05

17        Q.    Do you have a working understanding of the    10:28:09

18   expression "intangible assets"?    10:28:17

19        A.    I do have a businessman's understanding of    10:28:20

20   the term "intangible assets."    10:28:24

21        Q.    Is it your experience that claims against    10:28:28

22   other persons are one form of intangible asset?    10:28:33

23        A.    It is possible that a claim could be an    10:28:38

24   intangible asset.    It's also possible that a claim    10:28:42

25   could be completely bogus and not an intangible    10:28:44

| | | |
|---|---|---|
| 1 | asset.  So it would depend upon the circumstances | 10:28:47 |
| 2 | and the nature of the claim. | 10:28:49 |
| 3 | Q.   What efforts did you make at any time to | 10:28:51 |
| 4 | ascertain whether the Debtors had any intangible | 10:28:54 |
| 5 | assets in the form of claims against other persons? | 10:28:57 |
| 6 | A.   There were conversations held by AMC | 10:29:03 |
| 7 | Investors through Maplewood Management through | 10:29:08 |
| 8 | Maplewood Holdings through Robert V. Glaser with | 10:29:10 |
| 9 | counsel to AMC Investors about whether or not there | 10:29:12 |
| 10 | were any meaningful and worthwhile claims worth | 10:29:16 |
| 11 | pursuing at various points in time. | 10:29:20 |
| 12 | Q.   And who were the persons or entities | 10:29:22 |
| 13 | against whom those claims -- let me start the | 10:29:27 |
| 14 | question again. | 10:29:33 |
| 15 | When you had those conversations with | 10:29:34 |
| 16 | Akerman Senterfitt, who did you discuss suing? | 10:29:36 |
| 17 | A.   You want a complete list? | 10:29:40 |
| 18 | Q.   I want everyone you can recall. | 10:29:42 |
| 19 | A.   Mitchell Karlan.  I think you know how to | 10:29:44 |
| 20 | spell that.  Gibson, Dunn & Crutcher.  I think you | 10:29:46 |
| 21 | know how to spell that.  Eugenia.  Ekkehart | 10:29:50 |
| 22 | Hassels-Weiler.  Hans-Werner Hector.  David | 10:29:52 |
| 23 | Alexander.  I think we also considered were there | 10:29:55 |
| 24 | any possibility of legal actions against the two | 10:30:00 |
| 25 | different Mr. Chabras, C-H-A-B-R-A-S.  That would | 10:30:04 |

1   be -- I think it's Surinder Chabra, Narinder Chabra.        10:30:09

2   I think we asked whether there were any other               10:30:13

3   members of the management of AMC Computer that could        10:30:15

4   have been sued.  I think we considered were there           10:30:19

5   any members of the board of directors of AMC                10:30:22

6   Computer that could be sued.  So we considered an           10:30:25

7   extensive number of individuals and entities.              10:30:29

8        Q.   Are there any writings that reflect those         10:30:36

9   deliberations?                                              10:30:39

10       A.   No, I don't believe so.                           10:30:40

11       Q.   Why not?                                          10:30:41

12       A.   Pardon?                                           10:30:42

13       Q.   Why not?                                          10:30:44

14       A.   You asked the question as if you assume           10:30:45

15   it's typical to have a meeting with lawyers and            10:30:46

16   write things down about it.  So I've done a lot of         10:30:49

17   work with a lot of law firms, including yours,             10:30:53

18   Gibson, Dunn & Crutcher, and my experience is the          10:30:56

19   norm is you have a lot of conversations with your          10:30:58

20   lawyers and you don't write them down.                     10:31:00

21       Q.   Did you ask any lawyer to perform any             10:31:02

22   written analysis of the claims or potential claims         10:31:05

23   against the list of any of the persons on the list         10:31:11

24   you just named?                                            10:31:14

25       A.   I do not recall doing that.  Of course            10:31:15

```
 1   that would have happened somewhere between five and    10:31:17

 2   eight years ago.  But I don't recall that as I sit     10:31:19

 3   here today.                                            10:31:22

 4       Q.   Why not?  That is to say:  Why did you not    10:31:23

 5   do that?                                               10:31:25

 6       A.   I didn't feel it was necessary based upon     10:31:27

 7   the conversations that we had.                         10:31:28

 8       Q.   What were the lawyers -- what were the        10:31:33

 9   names of the lawyers with whom you had those           10:31:35

10   conversations?                                         10:31:36

11       A.   Well, those conversations occurred five to    10:31:37

12   eight years ago.  I'm pretty confident that they       10:31:40

13   included Mr. Teddy Klinghoffer and Mr. Brian Miller.   10:31:42

14   I can't recall if they included any other attorneys.   10:31:45

15       Q.   Can you recall if they included attorneys     10:31:49

16   at any law firm other than Akerman Senterfitt?         10:31:52

17       A.   As I sit here today trying to recollect       10:31:56

18   conversations held in 2005, no, I can't recall if      10:31:58

19   there were any other law firms, other than the ones    10:32:03

20   I just identified.                                     10:32:06

21       Q.   Did you discuss with Mr. Klinghoffer,         10:32:07

22   Mr. Miller, or any other lawyer at any time whether    10:32:09

23   the Debtors had valid claims against you or any of     10:32:15

24   the Maplewood entities?                                10:32:21

25       A.   Well, yes, the topic of discussions about     10:32:24
```

Page 42

```
 1   claims against entities, whether it by your client,      10:32:28
 2   the creditor, or by other entities, I think we did       10:32:32
 3   have a discussion about that, yes.                       10:32:35
 4        Q.   When is your best -- what is your best          10:32:39
 5   recollection about when you had those conversations?     10:32:42
 6        A.   I think they probably would have been          10:32:44
 7   sometime between -- in the 2005 and 2008 time frame.     10:32:46
 8        Q.   And are there any writings that reflect        10:32:53
 9   those conversations?                                     10:32:55
10        A.   No, I don't believe so.                        10:32:57
11        Q.   And no written analysis was made of those      10:33:00
12   potential claims, to your knowledge; is that             10:33:03
13   correct?                                                 10:33:04
14        A.   No, I don't believe so.                        10:33:05
15        Q.   At the time that you had these                 10:33:07
16   conversations with Mr. Klinghoffer and Mr. Miller,       10:33:10
17   Mr. Klinghoffer and Mr. Miller were your lawyers and     10:33:14
18   also the lawyers for the three Maplewood entities,       10:33:18
19   correct?                                                 10:33:20
20        A.   They were lawyers for many different           10:33:21
21   Maplewood entities, including Maplewood Holdings,        10:33:24
22   Maplewood Management, Maplewood Partners, AMC            10:33:28
23   Investors, AMC Investors II, and a variety of            10:33:30
24   individuals and additional corporate entities, yes.     10:33:34
25        Q.   Including yourself?                            10:33:37
```

1        A.    Including myself.                        10:33:39

2        Q.    And you believe it was appropriate to ask  10:33:40

3    that law firm to perform the analysis you've just   10:33:42

4    described?                                           10:33:45

5        A.    Yes.                                       10:33:46

6        Q.    When you say that you asked them to        10:33:54

7    analyze -- withdrawn.                                10:33:56

8              When you say that you discussed with them  10:33:58

9    potential claims against members of the board of    10:34:00

10   directors of AMC Computer, can you tell me which     10:34:03

11   directors you are thinking of?                       10:34:07

12       A.    We just looked at the issue of all         10:34:09

13   directors.                                           10:34:12

14       Q.    And that include those directors that were 10:34:13

15   employed by or otherwise affiliated with any of the  10:34:16

16   three Maplewood entities that are defendants in this 10:34:18

17   case?                                                10:34:21

18       A.    Yes.                                       10:34:21

19       Q.    All of whom were represented at the time   10:34:22

20   by Mr. Miller in the New York litigation, correct?   10:34:24

21             MR. MILLER:  Object to the form.           10:34:28

22       A.    Could you repeat the question so I         10:34:31

23   understand it?                                       10:34:32

24   BY MR. KARLAN:                                       10:34:33

25       Q.    Sure.  Let me ask a different question.    10:34:33

Page 44

```
 1              ^^Glenn Dell was a member of the board of    10:34:39
 2      directors of AMC Computer Corporation, correct?      10:34:46
 3          A.   Yes.                                        10:34:50
 4          Q.   And he was a defendant in the New York      10:34:51
 5      federal litigation, correct?                         10:34:54
 6          A.   I believe that he was, yes.                 10:34:55
 7          Q.   And he was represented in that litigation   10:34:57
 8      by Mr. Miller and his law firm, correct?             10:34:59
 9          A.   Yes, I --                                   10:35:00
10               MR. MILLER:  Objection, no foundation.      10:35:01
11          A.   I don't know that, but I believe that to    10:35:04
12      be the case.                                         10:35:06
13      BY MR. KARLAN:                                       10:35:07
14          Q.   And General Glosson -- I believe his name   10:35:07
15      was -- was a member of the board of directors of AMC 10:35:18
16      Computer Corporation, correct?                       10:35:22
17          A.   Yes.  Of course, all of these answers for   10:35:24
18      Mr. Dell and Mr. Glosson would relate to certain     10:35:25
19      periods of time and not others.  But, yes, he was a  10:35:29
20      director of AMC Computer Corp.                       10:35:31
21          Q.   He was a director between -- he was a       10:35:33
22      director prior to 2005, correct?                     10:35:34
23          A.   I believe that he was, yes.                 10:35:37
24          Q.   And he was a defendant in the New York      10:35:39
25      federal litigation, correct?                         10:35:41
```

Page 45

| | | |
|---|---|---|
| 1 | A.    I believe that he was. | 10:35:42 |
| 2 | Q.    And he was represented in that litigation | 10:35:45 |
| 3 | by Mr. Miller and his law firm, correct? | 10:35:46 |
| 4 | MR. MILLER:  Objection, no foundation. | 10:35:49 |
| 5 | A.    I don't know who his attorneys were for | 10:35:51 |
| 6 | certain, so I couldn't answer that question with a | 10:35:54 |
| 7 | definitive answer. | 10:35:56 |
| 8 | BY MR. KARLAN: | 10:35:57 |
| 9 | Q.    What efforts did you make to ascertain the | 10:36:01 |
| 10 | answer to that question prior to your deposition | 10:36:04 |
| 11 | today? | 10:36:06 |
| 12 | A.    I don't believe that I had any | 10:36:07 |
| 13 | conversation where I asked who was the attorney for | 10:36:11 |
| 14 | General Glosson in the federal litigation that was | 10:36:13 |
| 15 | lost by Eugenia. | 10:36:18 |
| 16 | Q.    Why did you not sue the Chabras on behalf | 10:36:30 |
| 17 | of the guarantors? | 10:36:33 |
| 18 | A.    Sued them for what? | 10:36:35 |
| 19 | Q.    What was the thought process that led you | 10:36:39 |
| 20 | to decline to commence litigation on behalf of the | 10:36:42 |
| 21 | guarantors against the Chabras? | 10:36:47 |
| 22 | A.    Well, in 2005, Eugenia called its loan and | 10:36:50 |
| 23 | effectively put AMC into liquidation.  And at that | 10:36:57 |
| 24 | time, Eugenia and its affiliates, over the next year | 10:37:02 |
| 25 | or two, filed multiple lawsuits against multiple | 10:37:06 |

1    parties in multiple jurisdictions.  I can't even         10:37:10

2    remember the number now, but it seems to me like         10:37:13

3    there was somewhere between 10 and 15 different          10:37:15

4    pieces of litigation.                                    10:37:18

5            And so when we looked at the issues at          10:37:20

6    that time, quite frankly, we didn't know what had        10:37:22

7    happened at AMC Computer, contrary to your               10:37:24

8    allegations.  But we didn't know.  And we figured we     10:37:27

9    could find out a very cheap way.  That there was a       10:37:31

10   three-year period of time, as I understand it, under    10:37:34

11   the statute of limitations when lawsuits could have     10:37:36

12   been filed.                                              10:37:39

13           And given all of the lawsuits that you had      10:37:41

14   filed and given that we knew that there was going to     10:37:44

15   be extensive document production, depositions, and      10:37:46

16   discovery of both people at Casita, C-A-S-I-T-A, and    10:37:49

17   Eugenia and people at AMC Computer and people with      10:37:56

18   Maplewood, we thought that we had plenty of time to     10:37:58

19   very cheaply, on behalf of the Debtors, AMC             10:38:02

20   Investors, sit back and watch and let the evidence      10:38:05

21   come forth to see if there was anything that would      10:38:07

22   be a cause for action.  As that process unfolded, we    10:38:12

23   decided that there was not a cause for action.          10:38:18

24           Turns out that was a good decision.  We         10:38:20

25   didn't have to spend any money doing discovery or       10:38:22

Page 47

1    filing -- hiring lawyers and doing litigation.  And      10:38:25

2    as you know, a federal judge, Batts, ruled in 2008       10:38:28

3    that no fraud had been committed at AMC Computer --      10:38:31

4    I'm not a lawyer, but that's my understanding -- no      10:38:35

5    fraud had been committed and that there had been no      10:38:38

6    breach of fiduciary duty.                                10:38:41

7            So that's why.                                   10:38:43

8        Q.    Who is the "we" that you were referring to     10:38:50

9    in your last answer when you say "we decided"?           10:38:54

10       A.    Well, I, as managing member of Maplewood       10:38:58

11   Holdings, LLC, which directly or indirectly oversaw      10:39:02

12   multiple entities including AMC Investors, had           10:39:07

13   conversations with Akerman Senterfitt.  And those        10:39:10

14   conversations would have encompassed any particular      10:39:15

15   company within the Maplewood structure as being a        10:39:18

16   possible Plaintiff in a lawsuit.                         10:39:21

17       Q.    So the "we" is you and Mr. Miller and          10:39:24

18   Mr. Klinghoffer?                                         10:39:25

19       A.    Those conversations primarily occurred         10:39:29

20   between Robert V. Glaser, Brian Miller, Teddy            10:39:32

21   Klinghoffer.  There may have been other attorneys or     10:39:36

22   specialists involved.  I can't remember their names.     10:39:39

23   But those were certainly the primary attorneys           10:39:42

24   involved in that -- in those discussions.                10:39:43

25       Q.    Have you now completed your answer when I      10:39:57

Page 48

1   asked you to describe your thought processes?        10:40:00

2        A.   I believe that I have, yes.               10:40:02

3        Q.   Okay.  Thank you.                         10:40:04

4             What individual directed the defense of   10:40:24

5   the guarantee lawsuit in state court against the two 10:40:29

6   guarantors?                                          10:40:36

7             MR. MILLER:  You are referring to AMC     10:40:37

8        Investors I and II, right?                     10:40:38

9             MR. KARLAN:  Yes, sir.                    10:40:41

10       A.   Sorry, Mr. Karlan.  I want to do my best  10:40:42

11  to answer your question, so -- I didn't understand   10:40:44

12  it because there's been so many litigations in state 10:40:47

13  court and otherwise.  So could you try to rephrase   10:40:50

14  it and be precise so I can try to answer it?         10:40:54

15  BY MR. KARLAN:                                       10:40:57

16       Q.   Are you aware, sitting here today, that a 10:40:58

17  judgment was entered in state court on the           10:41:00

18  guarantee?                                           10:41:04

19       A.   Yes.                                       10:41:06

20       Q.   And do you recall that AMC Investors I and 10:41:08

21  II were represented in that litigation by the law    10:41:12

22  firms of Stevens & Lee and Akerman Senterfitt?       10:41:17

23       A.   Yes, I do.                                 10:41:20

24       Q.   What individual client directed the       10:41:21

25  activities of those two law firms on behalf of the   10:41:26

|    |                                                                          |          |
|----|--------------------------------------------------------------------------|----------|
| 1  | guarantors?                                                              | 10:41:30 |
| 2  | A.   Well, the direction to those law firms, as                         | 10:41:31 |
| 3  | I said before, happened by Robert V. Glaser acting a                    | 10:41:33 |
| 4  | in his capacity as managing member of Maplewood                         | 10:41:39 |
| 5  | Holdings, which was the general partner of Maplewood                     | 10:41:41 |
| 6  | Management, which Maplewood Management was the                          | 10:41:44 |
| 7  | manager of AMC Investors and AMC Investors II.  It                      | 10:41:46 |
| 8  | was also the general partner of Maplewood Equity                        | 10:41:49 |
| 9  | Partners LP.  It was also the manager of Maplewood                      | 10:41:54 |
| 10 | Equity Partners Offshore Limited.  So I was the                         | 10:41:58 |
| 11 | individual in that corporate capacity.                                  | 10:42:01 |
| 12 | (Thereupon, the referred-to document was                                | 10:42:25 |
| 13 | marked by the court reporter for Identification                         | 10:42:25 |
| 14 | as Glazer Deposition Exhibit 4.)                                        | 10:42:25 |
| 15 | BY MR. KARLAN:                                                           |          |
| 16 | Q.   Let me show you what's been marked as                              | 10:42:04 |
| 17 | Glaser Exhibit 4.  And it is Exhibit F to the -- to                     | 10:42:06 |
| 18 | Tab C.                                                                   | 10:42:23 |
| 19 | MR. MILLER:  Is it a disclosure of                                      | 10:42:30 |
| 20 | compensation of attorney for Debtor?                                    | 10:42:30 |
| 21 | MR. KARLAN:  No.  Tab C in your book is                                 | 10:42:33 |
| 22 | the objection of Eugenia.  And Exhibit F is                             | 10:42:36 |
| 23 | that document.                                                          | 10:42:49 |
| 24 | MR. MILLER:  What is it that we're looking                              | 10:42:51 |
| 25 | for?  Maybe that will help.                                             | 10:42:52 |

| | | |
|---|---|---|
| 1 | MR. KARLAN:  I can give you my copy. | 10:42:54 |
| 2 | MR. MILLER:  Maybe you can just describe | 10:42:55 |
| 3 | what the document is. | 10:42:56 |
| 4 | MR. KARLAN:  It's the judgment. | 10:42:56 |
| 5 | MR. MILLER:  The judgment. | 10:42:57 |
| 6 | MR. KARLAN:  I'm going to give you my | 10:42:57 |
| 7 | copy.  Here.  It's easier and it's faster. | 10:42:57 |
| 8 | BY MR. KARLAN: | 10:42:59 |
| 9 | Q.   Let me show you what's been marked as | 10:43:00 |
| 10 | Glaser Exhibit 4, sir, and ask you if you can tell | 10:43:01 |
| 11 | me what that is. | 10:43:04 |
| 12 | A.   Well, it's identified as an amended | 10:43:08 |
| 13 | judgment executed by the Honorable Helen Freedman | 10:43:11 |
| 14 | and it's relating to Plaintiff Eugenia.  It seems to | 10:43:18 |
| 15 | be against AMC Investors I and II.  And it looks | 10:43:21 |
| 16 | like the amount is a total of about 11.7 or | 10:43:28 |
| 17 | $11.8 million, I think.  There's two different | 10:43:31 |
| 18 | numbers written here, so it's a little bit | 10:43:34 |
| 19 | confusing.  But it appears to be a judgment entered | 10:43:37 |
| 20 | by a state court in New York. | 10:43:39 |
| 21 | Q.   Have you ever seen it before? | 10:43:41 |
| 22 | A.   I believe that I have, back at the time | 10:43:42 |
| 23 | that it was issued, which I guess would have been in | 10:43:45 |
| 24 | 2007. | 10:43:48 |
| 25 | Q.   Thank you. | 10:43:50 |

Page 51

```
 1              (Thereupon, the referred-to document was    10:44:01
 2         marked by the court reporter for Identification  10:44:01
 3         as Glaser Deposition Exhibit 5.)                 10:44:01
 4  BY MR. KARLAN:
 5         Q.   Let me show you what's been marked as       10:43:57
 6  Glaser Exhibit 5.                                       10:44:00
 7              MR. MILLER:   Thank you.                     10:44:16
 8  BY MR. KARLAN:                                          10:44:27
 9         Q.   You're free to read as much of that as you  10:44:27
10  wish.  I'm just going to ask you if you're able to      10:44:30
11  tell me what it is.                                     10:44:34
12         A.   This seems to be a document that is about   10:44:52
13  41 pages long.  It is a filing with the New York        10:44:57
14  Supreme Court appellate division, first department,     10:45:02
15  by AMC Investors and AMC Investors II as defendants     10:45:05
16  and appellants.  I've not read the entire package in    10:45:12
17  the brief time that I've had, but I believe it is an    10:45:15
18  appeal of the state court judgment that you gave me     10:45:18
19  and identified as Exhibit 4.                            10:45:22
20         Q.   Have you ever seen that brief before, sir?  10:45:25
21         A.   I believe that I have some years ago, yes.  10:45:28
22         Q.   Are you the person who authorized the       10:45:30
23  taking of that appeal?                                  10:45:33
24         A.   I believe that Robert V. Glaser as          10:45:34
25  managing member of Maplewood Holdings, LLC, the         10:45:36
```

1    general partner of Maplewood Management who was the    10:45:39

2    manager of AMC Investors and AMC Investors II, yes,    10:45:42

3    in that capacity, I did that.    10:45:45

4              MR. MILLER:  Here's your copy, Mitch.    10:46:33

5              MR. KARLAN:  You done with it?    10:46:36

6              MR. MILLER:  Yeah, we found the extra one.    10:46:36

7              MR. KARLAN:  Okay.    10:46:39

8              THE WITNESS:  I don't want to disrupt your    10:46:40

9         flow.    10:46:42

10             MR. KARLAN:  You need a break?    10:46:43

11             THE WITNESS:  No.  But I want to let you    10:46:44

12        know that soon I would like to get a break.    10:46:45

13             MR. KARLAN:  This is fine.  I was actually    10:46:48

14        going to ask.  We've been going for -- let's    10:46:48

15        take five minutes, however long you need.    10:46:49

16             VIDEOGRAPHER:  10:46.  Off the record.    10:46:51

17             (Thereupon, a recess was taken, after    10:46:52

18        which the following proceedings were held:)    10:46:52

19             VIDEOGRAPHER:  Time is 10:54.  We are back    10:55:23

20        on the record.    10:55:27

21    BY MR. KARLAN:    10:55:27

22        Q.   Mr. Glaser, your counsel has just    10:55:29

23    refreshed my recollection during the break about    10:55:31

24    certain facts, so I just want to back up for a    10:55:33

25    moment.    10:55:37

Page 53

1          In the New York litigation in federal          10:55:39

2    court, were you personally a defendant?              10:55:40

3          A.   I can't recall as I sit here today.       10:55:45

4    Probably.  But I can't recall.                       10:55:46

5          Q.   And do you recall that you were           10:55:49

6    represented by Mr. Miller and his law firm?          10:55:51

7          A.   If I -- as I said, I can't recall.  But if 10:55:56

8    I was, I certainly would have been represented by    10:55:59

9    Mr. Miller and Akerman Senterfitt.                   10:56:02

10         Q.   Whether you were a defendant or not, you  10:56:04

11   recall that your deposition was taken, correct?      10:56:05

12         A.   Yes, I do recall that.  We discussed that 10:56:07

13   earlier today I think.                               10:56:09

14         Q.   And at your deposition, Mr. Miller        10:56:10

15   defended you, correct?                               10:56:12

16         A.   Yes, I believe that he did.               10:56:13

17         Q.   Okay.  We were looking at Exhibit 5,      10:56:15

18   Glaser Exhibit 5.                                    10:56:19

19              Did you consult with Mr. Miller and his   10:56:30

20   colleagues about which arguments would be made in    10:56:37

21   this appellate brief and which would not?            10:56:43

22         A.   I don't know that I talked about which    10:56:48

23   arguments would not be made in this brief.  I'm      10:56:51

24   pretty confident that I reviewed drafts of it, asked 10:56:55

25   questions of it, and made comments on it.  But I     10:56:58

Page 54

```
1   can't recall specifically a conversation about we      10:57:02

2   won't raise this point.  I remember more speaking       10:57:06

3   about what we did raise.                                10:57:09

4        Q.   All right.  Do you recall that at no time     10:57:12

5   in the guarantee litigation, that is neither in the     10:57:15

6   trial court nor in your appeal briefs, did the          10:57:20

7   guarantors argue that they had zero liability to the    10:57:28

8   plaintiff?                                              10:57:34

9        A.   I believe that is the case.  I would point    10:57:36

10  out that I think this was filed in November of 2008,    10:57:38

11  and I don't think that the guarantors had the           10:57:42

12  benefit of the rulings of Judge Batts in federal        10:57:45

13  court which, as I recall, occurred in December of       10:57:50

14  2008.                                                   10:57:54

15       Q.   Is it your position today that Judge Batts    10:58:03

16  ruled that the guarantors have no liability under       10:58:07

17  the guarantee to the Plaintiff, Eugenia VI, in the      10:58:12

18  guarantee litigation?                                   10:58:17

19       A.   Well, I have to answer that I think there     10:58:19

20  are a lot of assumptions in what you said.              10:58:21

21            My understanding, and I am not an             10:58:23

22  attorney, is that Judge Batts ruled that were was --    10:58:27

23  or found -- I don't know the right -- correct words,    10:58:29

24  not as an attorney -- that, in fact, a couple of        10:58:31

25  things:  There had been no fraud committed at AMC       10:58:35
```

1    Computer, there had been no breach of fiduciary duty    10:58:39

2    committed at AMC Computer, and that Eugenia had been    10:58:42

3    repaid in full all of the principal it lent.  In    10:58:49

4    fact, I think she found that it was kind of like a    10:58:54

5    revolving credit facility like a credit card.  So I    10:58:56

6    think she determined that AMC Computer had borrowed    10:59:00

7    about 135 million and had repaid 139 million.    10:59:03

8         So she found that Eugenia had been paid in    10:59:08

9    full.  She found that Eugenia had received    10:59:10

10   $4 million of profits.  And she found that if    10:59:14

11   Eugenia had any claims at all, they were for missed    10:59:20

12   profit opportunities amounting to $4 million and    10:59:23

13   that they could not sue for that under a fraud    10:59:27

14   statute in New York, if there had been fraud.  I    10:59:30

15   don't recall that she specifically identified the    10:59:34

16   obligations of AMC Investors in her ruling.  So I    10:59:38

17   can't say that she found that.  I don't recall.  She    10:59:44

18   may have.  But I don't recall that.    10:59:46

19        Q.   Putting aside what Judge Batts ruled or    10:59:48

20   didn't rule, what is your position today about    10:59:51

21   whether the guarantors owe any money under the    10:59:55

22   guarantee?    10:59:59

23        A.   Well, there's a lot in the question, so I    11:00:03

24   have to kind of look at it.    11:00:06

25        The guarantors were asked to provide a    11:00:08

1    guarantee.  And at the time that they were asked to    11:00:09

2    provide the guarantee, Eugenia, the lender doing the    11:00:12

3    asking, said they wanted a guarantee because the    11:00:16

4    prior lender, GE Capital, had a guarantee, so we    11:00:20

5    want one, too.  They were told you understand that    11:00:23

6    the AMC Investors entities do not now have and never    11:00:28

7    have had any assets of any kind except for their    11:00:32

8    stock ownership of AMC Computer and incidental cash.    11:00:37

9    So I understand that the guarantee isn't worth    11:00:42

10   anything except for the stock of AMC Computer.  And    11:00:45

11   they said, yes, we understand that, but we still    11:00:48

12   want the guarantee anyway.  So they were given the    11:00:50

13   guarantee by two corporate holding companies who    11:00:54

14   never had any assets in the first place.  But they    11:00:57

15   wanted it, they asked for it, and they received it.    11:01:01

16          MR. KARLAN:  Could you read my question    11:01:09

17       back?    11:01:10

18          (Thereupon, the requested portion was read    11:01:21

19       back by the reporter as above recorded.)    11:01:21

20       A.   Under the guarantee, I think that the    11:01:23

21   guarantors owed any money to Eugenia that resulted    11:01:25

22   from a properly handled loan on their part had they    11:01:33

23   had any money to pay it.    11:01:39

24          MR. KARLAN:  Could you read my question    11:01:41

25       again, please?    11:01:42

Page 57

1         (Thereupon, the requested portion was read    11:01:57

2     back by the reporter as above recorded.)    11:01:57

3     A.    My position today is, as I said previously    11:01:58

4  in this deposition, that the issue has never been    11:02:00

5  determined whether Eugenia administered the loan    11:02:04

6  properly and, therefore, had a valid claim under the    11:02:06

7  guarantees.  That issue was never addressed.  If    11:02:09

8  Eugenia handled the loan properly and had a valid    11:02:12

9  claim under the guarantees then Eugenia would have    11:02:15

10  had a claim for some amount of money -- I don't know    11:02:18

11  the amount, maybe $4 million -- for some amount of    11:02:21

12  money against AMC Investors I and II.  However,    11:02:24

13  Eugenia always knew that they never had any money to    11:02:30

14  pay it.    11:02:34

15  BY MR. KARLAN:    11:02:34

16     Q.    Putting aside whether any court has ever    11:02:36

17  determined the issue that you've just described,    11:02:40

18  what is your personal position about whether the    11:02:46

19  guarantors owe any money under the guarantee?    11:02:51

20     A.    Well, I don't have a personal position on    11:02:56

21  that at this point in time.    11:02:58

22     Q.    Thank you.    11:02:59

23     A.    I'd have to say I don't understand all    11:03:00

24  that happened at Eugenia other than what I've read    11:03:02

25  in the court case, and I'm not sure that a guarantee    11:03:04

```
 1   is valid at all times and all circumstances just      11:03:09
 2   because it's signed regardless of the behavior of      11:03:12
 3   the lender.                                            11:03:15
 4        Q.    Thank you.                                  11:03:16
 5              Before we leave Exhibit G, do you recall    11:03:29
 6   that some part of state court judgment was for         11:03:34
 7   principal and interest, some part was for fees, and    11:03:37
 8   some part was for attorney's fees, and some part was   11:03:41
 9   for accounting fees?                                   11:03:45
10        A.    I do recall that, yes.                      11:03:47
11        Q.    Do you recall that on appeal, the           11:03:50
12   guarantors, under your direction, challenged, among    11:03:54
13   other things, the accounting fees and the attorney's   11:04:00
14   fees?                                                  11:04:03
15        A.    Yes, I do recall that.                      11:04:05
16        Q.    With respect to -- you also recall that on  11:04:07
17   appeal, under your direction, the guarantors           11:04:12
18   challenged approximately a hundred thousand dollars    11:04:15
19   of nonuse fees and agency fees?                        11:04:18
20        A.    I don't recall that specific detail as I    11:04:24
21   sit here today.                                        11:04:28
22        Q.    Do you recall that, under your direction,   11:04:30
23   that's all that the guarantors challenged on appeal?   11:04:31
24        A.    Well, when you say "that's all," there are  11:04:39
25   assumptions there, so I have to try to address them.   11:04:42
```

1          My understanding was is that Eugenia's         11:04:44

2     only losses -- quote, losses, end quote -- were     11:04:47

3     $4 million of foregone profits.  The judgment was   11:04:51

4     for $11 million.  The $7 million difference -- it   11:04:54

5     was my understanding -- was for accounting fees and 11:04:57

6     legal fees.  The -- acting on behalf of the Debtors, 11:05:00

7     AMC Investors, it looked like accountants and       11:05:06

8     lawyers were billing $7 million to help Eugenia     11:05:09

9     collect $4 million.  That didn't make any sense to  11:05:12

10    us.  We actually thought that perhaps either those  11:05:16

11    advisors were working very inefficiently or perhaps 11:05:21

12    their bills were inflated because they handled --   11:05:27

13    they included expenses that actually related to     11:05:31

14    other issues in other litigation that was going on  11:05:34

15    at the time.                                        11:05:37

16         Q.   What is your understanding of the amount  11:05:39

17    of money that was awarded in the state court        11:05:42

18    judgment for attorney's fees?                       11:05:45

19         A.   I don't have an understanding of that.  I 11:05:48

20    think that the approximate amount awarded was about 11:05:50

21    $11 million.  And I know --                         11:05:54

22         Q.   For everything?                           11:05:57

23         A.   For everything.                           11:05:58

24         Q.   Okay.                                     11:05:59

25         A.   I believe that the total amount was       11:05:59

Page 60

```
 1   approximately $11 million.  I remember that as I sit      11:06:01
 2   here today.  And as I sit here today, I remember          11:06:04
 3   Judge Batts indicating that it was her conclusion         11:06:08
 4   that there was only $4 million of foregone profits        11:06:11
 5   that was lost by Eugenia.  And I also believe that        11:06:14
 6   an investigation was done at one time by the board        11:06:21
 7   of AMC Computer and they thought that there was a         11:06:22
 8   $4 million number.                                        11:06:25
 9          So my understanding as I sit here today            11:06:27
10   that there was about four hundred -- $4 million of        11:06:29
11   foregone profits and the rest related to fees and         11:06:31
12   expense.                                                  11:06:36
13      Q.   Would you look at page 11 of Exhibit 5,           11:06:37
14   Glaser Exhibit 5, please?                                 11:06:41
15      A.   Certainly.  Exhibit 11.                           11:06:42
16      Q.   Page 11.                                          11:06:52
17          Directing your attention to the second            11:06:53
18   full paragraph on page 11, you see the first             11:06:55
19   sentence reads, "First, the 2.75 million attorney's       11:06:58
20   fees award must be vacated because it is not              11:07:04
21   supported by competent and substantial evidence."        11:07:07
22      A.   Yes.                                              11:07:12
23      Q.   Do you see that?                                  11:07:12
24      A.   Yes, I do.                                        11:07:12
25      Q.   Looking at the first sentence of the next        11:07:13
```

Page 61

| | | |
|---|---|---|
| 1 | paragraph on page 11, do you see it says, "The trial | 11:07:16 |
| 2 | court's $1,000,504 accounting fees award must be | 11:07:19 |
| 3 | vacated because it, too, is utterly | 11:07:26 |
| 4 | unsubstantiated." | 11:07:30 |
| 5 | Do you see that? | 11:07:33 |
| 6 | A.   Yes, do I. | 11:07:34 |
| 7 | Q.   Does that refresh your recollection that | 11:07:35 |
| 8 | the judgment on the guarantee in state court | 11:07:37 |
| 9 | included approximately $3.75 million for attorney's | 11:07:39 |
| 10 | fees and accounting fees? | 11:07:45 |
| 11 | A.   No.  If you turn to page 15, No. 1, the | 11:07:46 |
| 12 | sentence starts, "At trial, respondent sought a | 11:07:51 |
| 13 | staggering $4.3 million in attorney's fees." | 11:07:53 |
| 14 | So I haven't read this whole document I | 11:07:57 |
| 15 | haven't had the opportunity to.  What I know is that | 11:07:58 |
| 16 | there are different numbers of attorney's fees | 11:08:02 |
| 17 | mentioned here.  I think there are different numbers | 11:08:04 |
| 18 | included in the judgment that was issued by the | 11:08:06 |
| 19 | judge.  And what I also know is that this was filed | 11:08:08 |
| 20 | in November of 2008 before the ruling by Judge Batts | 11:08:10 |
| 21 | in federal court about what really happened. | 11:08:14 |
| 22 | Q.   Tell me if the following is correct: | 11:08:17 |
| 23 | Sitting here today, you don't know how much of the | 11:08:18 |
| 24 | judgment was for accounting fees and attorney's | 11:08:21 |
| 25 | fees? | 11:08:24 |

| | | |
|---|---|---|
| 1 | A.    I believe that based -- sitting here | 11:08:24 |
| 2 | today, I believe that Eugenia's only alleged losses | 11:08:27 |
| 3 | amounted to $4 million and everything else, whether | 11:08:32 |
| 4 | they had been rolled into the loan by Eugenia when | 11:08:36 |
| 5 | they shouldn't have been or whether they were for | 11:08:39 |
| 6 | legal and accounting fees, added up to $7 million. | 11:08:40 |
| 7 | That's what I know sitting here today, because | 11:08:44 |
| 8 | Judge Batts found that. | 11:08:46 |
| 9 | Q.    Is the following correct:  You do not | 11:08:49 |
| 10 | know, sitting here today, how much of | 11:08:52 |
| 11 | Judge Freedman's judgment in the state court | 11:08:55 |
| 12 | litigation was for attorney's fees and accounting | 11:08:58 |
| 13 | fees? | 11:09:04 |
| 14 | A.    What is -- I would say to that is I think | 11:09:06 |
| 15 | Judge Freedman did not have the benefit of the | 11:09:10 |
| 16 | significant information that Judge Batts had.  And | 11:09:12 |
| 17 | so I don't know what Judge Freedman found, looked | 11:09:14 |
| 18 | at, ruled, or decided.  I only know that Judge Batts | 11:09:19 |
| 19 | had a lot more information and a lot more time and | 11:09:22 |
| 20 | made a much more thorough and detailed accounting | 11:09:24 |
| 21 | and ruling. | 11:09:27 |
| 22 | Q.    And you did not read Exhibit 5 in | 11:09:28 |
| 23 | preparation for your deposition; is that correct? | 11:09:31 |
| 24 | A.    I don't believe that I read this recently. | 11:09:34 |
| 25 | It has been read by me in the past. | 11:09:37 |

Page 63

| | | |
|---|---|---|
| 1 | Q.   But not in the last month; is that fair? | 11:09:40 |
| 2 | A.   That is correct. | 11:09:42 |
| 3 | Q.   Not in the last year; is that fair? | 11:09:43 |
| 4 | A.   I don't know that I could say that.  It | 11:09:46 |
| 5 | might be true. | 11:09:47 |
| 6 | Q.   You have no memory of its contents, | 11:09:49 |
| 7 | however, whenever you last read it; is that fair? | 11:09:51 |
| 8 | A.   I cannot recall when I last read it. | 11:09:55 |
| 9 | That's correct. | 11:09:57 |
| 10 | Q.   And you don't remember what it says; is | 11:09:57 |
| 11 | that correct? | 11:10:00 |
| 12 | A.   Well, Mr. Karlan, I've been through | 11:10:00 |
| 13 | multiple pieces of litigation, many with you, | 11:10:03 |
| 14 | including tens of thousands of pages.  So your | 11:10:07 |
| 15 | implication seems to be there's something wrong with | 11:10:12 |
| 16 | me because I can't remember when I read one 30-page | 11:10:16 |
| 17 | document.  But, no, I can't remember when I read it. | 11:10:20 |
| 18 | Sorry. | 11:10:21 |
| 19 | Q.   I'm not asking you when you read it.  I | 11:10:21 |
| 20 | did ask you that, but we've moved on. | 11:10:24 |
| 21 | I'm not asking you:  Is it correct that | 11:10:26 |
| 22 | whenever you last read it, you don't presently | 11:10:26 |
| 23 | recall what it says? | 11:10:29 |
| 24 | A.   I recall what I just looked at, but I'm | 11:10:33 |
| 25 | sure it says a lot more because I haven't been given | 11:10:34 |

Page 64

```
 1    the opportunity to read the entire exhibit.           11:10:37

 2         Q.   And when you say you haven't been given      11:10:40

 3    the opportunity, do you mean that you were told not    11:10:42

 4    to read it before today?                               11:10:45

 5         A.   No.   I mean that you asked me a question     11:10:47

 6    about a specific line in it, so I only referred to a   11:10:49

 7    couple of lines and I didn't take up the time of the   11:10:51

 8    deposition to read the whole exhibit.                  11:10:54

 9              (Thereupon, the referred-to document was     11:11:09

10         marked by the court reporter for Identification   11:11:09

11         as Glaser Deposition Exhibit 6.)                  11:11:09

12    BY MR. KARLAN:                                         

13         Q.   Would you look, please, at what's been       11:11:00

14    marked as Glaser Exhibit 6.  It's Exhibit H.          11:11:01

15              MR. MILLER:  Exhibit H to C?                 11:11:12

16              MR. KARLAN:  Yes.                            11:11:13

17              MR. MILLER:  That's a transcript from the    11:11:32

18         bankruptcy court?                                 11:11:33

19              MR. KARLAN:  Correct.                        11:11:33

20              MR. MILLER:  October 7?                      11:11:35

21              MR. KARLAN:  Correct.                        11:11:35

22              MR. MILLER:  2008?                           11:11:36

23              MR. KARLAN:  Correct.                        11:11:37

24    BY MR. KARLAN:                                         11:11:45

25         Q.   Whenever you're ready, sir, my question      11:11:46
```

Page 65

1    will be:  Have you ever seen this transcript before?   11:11:48

2        A.    I don't have a recollection of seeing this   11:12:18

3    transcript before.                                    11:12:19

4        Q.    Thank you.                                  11:12:21

5              Would you look, please, at page 9,          11:12:40

6    line 23?                                              11:12:46

7              First of all, let me ask you, sir:  Do you  11:12:54

8    recognize the name Mr. Pourakis?                      11:12:57

9        A.    I believe that Mr. Pourakis was an          11:13:00

10   attorney as Stevens & Lee.                            11:13:03

11       Q.    All right.  Would you follow along with me  11:13:05

12   as I read, starting on page 9, line 23, and then I'm  11:13:06

13   going to carry over to page 10?                       11:13:10

14             "The Court:  Well, does the entity -- I     11:13:13

15   mean do the investor entities have any assets?"       11:13:16

16             "Mr. Pourakis:  Only in the stock in the    11:13:22

17   now defunct AMC Computer Corporation."                11:13:24

18             "The Court:  All right.  Well, who's" --     11:13:26

19             "Mr. Pourakis:  Who's footing the bill?"    11:13:31

20             "The Court:  Yeah."                         11:13:34

21             "Mr. Pourakis:  There are -- AMC Investors  11:13:35

22   is one of a group of various funds that are managed   11:13:42

23   by an entity.  Well, we'll use the term 'the          11:13:45

24   Maplewood Management entities.'"                      11:13:48

25             "The Court:  Okay."                         11:13:49

Page 66

1        "Mr. Pourakis:  So there is -- the fees        11:13:52

2    are coming out of there."                          11:13:55

3            Let me stop there.                         11:13:59

4            Is it correct, as Mr. Pourakis says, that  11:14:03

5    the fees for his representation were being paid by  11:14:07

6    Maplewood Management entities?                      11:14:14

7        A.   I don't know.  I wasn't at the hearing.   11:14:18

8    I've never seen this before.  I don't know what     11:14:20

9    Mr. Pourakis was -- was he in the context of this.  11:14:21

10   I don't know what he was answering, what he was not 11:14:26

11   answering, so I can't comment on what Mr. Pourakis  11:14:30

12   was saying.                                         11:14:32

13       Q.   Is it true that the fees were being paid   11:14:33

14   by Maplewood entities?                             11:14:36

15           MR. MILLER:  I'll object and instruct not   11:14:37

16       to answer.                                     11:14:39

17           MR. KARLAN:  Notwithstanding Mr. Pourakis'  11:14:42

18       representation to the court?                    11:14:44

19           MR. MILLER:  My instruction stands.        11:14:48

20   BY MR. KARLAN:                                     11:14:54

21       Q.   Let me continue reading, sir, please, on  11:14:54

22   page 10 now.  I'm on line 10.                      11:14:56

23           This is Mr. Pourakis speaking.            11:15:00

24           "There's also apparently -- my            11:15:03

25   understanding is that there is also an insurance   11:15:06

Page 67

1   policy which may be applicable here."                    11:15:08

2          Did any insurance policy cover any portion   11:15:17

3   of attorney's fees incurred by either of the Debtors   11:15:21

4   at any time?                                            11:15:25

5          A.   Well, I think that AMC Investors made     11:15:29

6   claims under the insurance policy for various          11:15:32

7   Maplewood entities and those claims were denied.       11:15:35

8          Q.   Is the answer to my question no?          11:15:38

9          A.   The answer to your question is what I just   11:15:40

10  gave you.                                               11:15:43

11         MR. KARLAN:  Would you read my question        11:15:44

12     back, please?                                       11:15:45

13         (Thereupon, the requested portion was read     11:15:56

14     back by the reporter as above recorded.)           11:15:56

15  BY MR. KARLAN:                                          11:15:57

16         Q.   I'll ask a different question.            11:15:58

17         Did any insurance company make payments        11:16:00

18  under any policy to either Debtor to cover any         11:16:02

19  attorney's fees either Debtor ever incurred?           11:16:06

20         A.   In this litigation?                        11:16:10

21         Q.   Ever.                                       11:16:12

22         A.   Ever?  I don't know.  As it relates to    11:16:13

23  this litigation, I believe that no insurance company   11:16:16

24  did make a payment.                                     11:16:19

25         Q.   And by "this litigation," what are you    11:16:20

```
 1   referring to?                                        11:16:22

 2        A.    The AMC Investors guarantee of AMC        11:16:22

 3   Computer.                                            11:16:25

 4              (Thereupon, the referred-to document was  11:16:54

 5        marked by the court reporter for Identification 11:16:54

 6        as Glaser Deposition Exhibit 7.)                11:16:54

 7   BY MR. KARLAN:

 8        Q.    Let me show you what's been marked as      11:16:45

 9   Glaser Exhibit 7, which is Exhibit J to Tab C.       11:16:47

10              MR. MILLER:  C, I think.                   11:16:53

11   BY MR. KARLAN:                                        11:16:55

12        Q.    It's to Delaware Secretary of State.       11:16:56

13              Are you able to tell us what those are?    11:17:24

14   And by that, I mean not just reading them.  I mean   11:17:25

15   have you ever seen them and do you understand what   11:17:28

16   they are?                                            11:17:30

17        A.    I'm not sure I recall seeing them.  I can  11:17:31

18   read them.  Would you like me to read them out loud? 11:17:33

19        Q.    No.  I just want to know --                11:17:39

20              MR. MILLER:  Can I interrupt for just a    11:17:40

21        second?                                          11:17:42

22   BY MR. KARLAN:                                        11:17:42

23        Q.    -- if you've ever seen them before.        11:17:42

24              MR. KARLAN:  Of course.                    11:17:42

25              MR. MILLER:  Does the exhibit include      11:17:43
```

Page 69

```
1      unreported cases or --                      11:17:44
2           MR. KARLAN:  No.                       11:17:44
3           MR. MILLER:  -- is it only the two pages? 11:17:45
4           MR. KARLAN:  Here's mine.  Take mine.  11:17:47
5      Take mine.                                  11:17:48
6           MR. MILLER:  Okay.  Thank you.         11:17:49
7           So it's only two Delaware Secretary of 11:17:51
8      State documents?                            11:17:53
9           MR. KARLAN:  (Nodding head.)           11:17:55
10          MR. MILLER:  Thank you.                11:17:56
11  BY MR. KARLAN:                                 11:17:56
12     Q.   No, sir.  My only question to you is   11:17:56
13  whether you've seen them before.  If you haven't, 11:17:58
14  you haven't.                                   11:18:00
15     A.   I don't recall seeing them before.    11:18:01
16     Q.   Okay.  Was there ever a time when AMC  11:18:03
17  Investors and AMC Investors II were paying any kind 11:18:13
18  of taxes to the state of Delaware?             11:18:16
19     A.   If there were registration taxes, I would 11:18:22
20  imagine they would have been paid.  But as I sit 11:18:25
21  here today, I can't answer about bills that might 11:18:27
22  have been received by those two corporate entities 11:18:31
23  in the period of 2000 to 2005.                 11:18:33
24     Q.   And from that, may I assume also that if 11:18:39
25  such taxes were paid, you don't know where the money 11:18:45
```

Page 70

| | | |
|---|---|---|
| 1 | came from? | 11:18:48 |
| 2 | A.   Yeah, I don't know if they were paid and I | 11:18:50 |
| 3 | don't know if there were any due or billed.  And | 11:18:51 |
| 4 | certainly I don't expect to have any income taxes. | 11:18:55 |
| 5 | I just don't know if there were any franchise taxes | 11:18:58 |
| 6 | or state taxes -- | 11:19:01 |
| 7 | Q.   And if there were, you don't know where | 11:19:03 |
| 8 | the money came from? | 11:19:07 |
| 9 | A.   No, I would not know that as I sit here | 11:19:09 |
| 10 | today. | 11:19:11 |
| 11 | Q.   Are you aware whether -- withdrawn. | 11:19:13 |
| 12 | Do you know whether AMC Investors and AMC | 11:19:15 |
| 13 | Investors II ceased to be in existence and good | 11:19:21 |
| 14 | standing under the laws of the state of Delaware? | 11:19:27 |
| 15 | A.   I assume that they did at some point in | 11:19:29 |
| 16 | time, because they had no assets and no business | 11:19:31 |
| 17 | operations. | 11:19:35 |
| 18 | Q.   Is that a reason for the state to stop | 11:19:37 |
| 19 | letting them be in existence and in good standing? | 11:19:42 |
| 20 | Is that your understanding? | 11:19:45 |
| 21 | A.   Yes.  If they have no business purpose, I | 11:19:45 |
| 22 | would imagine they would go out of existence. | 11:19:48 |
| 23 | Q.   And you believe that the state makes that | 11:19:54 |
| 24 | determination, whether they have a purpose? | 11:19:55 |
| 25 | A.   Probably a decision like that would be | 11:19:58 |

1    made in some cases by the state, I would imagine.    11:20:00

2    But in other cases, they would be made by the    11:20:03

3    company through its counsel.  So --    11:20:06

4         Q.   Do you see that each of these two    11:20:11

5    certificates, which are dated in November of 2008,    11:20:13

6    indicate that the state canceled the existence of    11:20:16

7    each of the companies "by reason of" --    11:20:24

8         A.   Yes.    11:20:27

9         Q.   -- "its negligent, refusal, or failure to    11:20:28

10   pay the annual taxes"?    11:20:30

11        A.   I saw that in there, yes.    11:20:33

12        Q.   Do you know why that particular obligation    11:20:36

13   of AMC Investors, LLC, and AMC Investors II, LLC,    11:20:39

14   was not paid whereas its obligations to various law    11:20:48

15   firms was paid?    11:20:51

16             MR. MILLER:  Object to the form.  Calls    11:20:54

17        for a legal conclusion.    11:20:55

18        A.   Yeah, I don't know why.  I'm sure that    11:20:56

19   that issue was looked at by people who understand    11:21:01

20   those issues more than me.  As I recall, you filed a    11:21:04

21   motion for involuntary bankruptcy.  The company had    11:21:07

22   no assets, had no cash, turned its cash -- and had    11:21:09

23   some cash, turned it over to you, to Eugenia, in    11:21:12

24   good faith.  And so I don't know.  Maybe Eugenia    11:21:15

25   could have paid the bills.    11:21:18

Page 72

| | | |
|---|---|---|
| 1 | BY MR. KARLAN: | 11:21:18 |
| 2 | Q.   Do you know why the annual taxes were not | 11:21:26 |
| 3 | paid by the same people who were paying AMC | 11:21:28 |
| 4 | Investors' legal fees? | 11:21:30 |
| 5 | A.   No, I don't know that as I sit here today. | 11:21:31 |
| 6 | (Thereupon, the referred-to document was | 11:22:00 |
| 7 | marked by the court reporter for Identification | 11:22:00 |
| 8 | as Glaser Deposition Exhibit 8.) | 11:22:00 |
| 9 | MR. KARLAN:  I don't know, Mr. Miller, | 11:21:42 |
| 10 | that we've ever had Mr. Glaser identify the | 11:21:42 |
| 11 | credit agreement.  So I just, out of an | 11:21:46 |
| 12 | abundance of caution, have marked it.  I | 11:21:48 |
| 13 | suspect that somewhere along the line he has, | 11:21:51 |
| 14 | but -- or if you just want to stipulate with me | 11:21:53 |
| 15 | that this is a copy, that's fine. | 11:21:55 |
| 16 | BY MR. KARLAN: | 11:21:58 |
| 17 | Q.   I'm showing you Exhibit 8, sir. | 11:21:58 |
| 18 | MR. MILLER:  Where is it? | 11:22:13 |
| 19 | (Thereupon, a discussion was held off the | 11:22:16 |
| 20 | record, after which the following proceedings | 11:22:16 |
| 21 | were held:) | 11:22:16 |
| 22 | MR. KARLAN:  Go to Tab H in your book and | 11:22:36 |
| 23 | go to Exhibit A of Tab H.  You got it? | 11:22:41 |
| 24 | MR. MILLER:  We've got it. | 11:22:54 |
| 25 | MR. CURTIS MILLER:  This is Glaser 7? | 11:23:11 |

Page 73

| | | |
|---|---|---|
| 1 | MR. MILLER:  8. | 11:23:13 |
| 2 | BY MR. KARLAN: | 11:23:20 |
| 3 | Q.   So my question to you, sir:  Is there -- | 11:23:21 |
| 4 | are you able to identify that as the credit | 11:23:22 |
| 5 | agreement between AMC Computer Corp. and Eugenia VI? | 11:23:25 |
| 6 | A.   Well, it is identified as an amended and | 11:23:29 |
| 7 | restated credit agreement dated January 30, 2002 by | 11:23:31 |
| 8 | and among AMC Computers, borrowers, the other credit | 11:23:36 |
| 9 | parties, and Eugenia VI Venture Holdings, Limited. | 11:23:40 |
| 10 | It is, I guess, about 57 pages, single spaced. | 11:23:43 |
| 11 | It definitely appears to be a credit | 11:23:47 |
| 12 | agreement.  I could not tell you for certain if this | 11:23:50 |
| 13 | was the credit agreement or not.  I couldn't tell | 11:23:52 |
| 14 | you it wasn't.  It's very detailed, very | 11:23:54 |
| 15 | comprehensive.  Not every page is initialed by | 11:23:57 |
| 16 | anybody.  There are some signatures at the back.  So | 11:24:00 |
| 17 | it could be, but I don't have the knowledge today to | 11:24:02 |
| 18 | tell you that it was or it wasn't.  It certainly | 11:24:05 |
| 19 | looks like it is, but I don't know that. | 11:24:08 |
| 20 | Q.   And did you read the credit agreement in | 11:24:11 |
| 21 | preparation for your deposition today? | 11:24:15 |
| 22 | A.   No, I did not read the credit agreement | 11:24:18 |
| 23 | recently. | 11:24:20 |
| 24 | Q.   Did you look at, even briefly, cursorily, | 11:24:21 |
| 25 | the credit agreement in preparation for your | 11:24:24 |

Page 74

1   deposition today?                                          11:24:27

2       A.   I looked to -- through the documents that         11:24:28

3   were provided as part of discovery and I believe          11:24:29

4   that the credit agreement was provided as part of         11:24:31

5   the discovery in this litigation.                         11:24:33

6           MR. KARLAN:  Off the record just for one          11:24:42

7       second.                                               11:24:43

8           Can I look at what I gave you?                     11:24:43

9           VIDEOGRAPHER:  11:24.  Off the record.            11:24:46

10          (Thereupon, a recess was taken, after             11:24:48

11      which the following proceedings were held:)           11:24:48

12          VIDEOGRAPHER:  11:25.  We're back on the           11:25:49

13      record.                                               11:25:51

14      A.   So based upon the discussion off the             11:25:51

15  record, this would --                                     11:25:53

16  BY MR. KARLAN:                                            11:25:53

17      Q.   There's no question.                             11:25:53

18      A.   -- appear not to be the --                       11:25:54

19      Q.   There's no question to you, sir.                 11:25:56

20      A.   -- complete agreement.  Seems to be an           11:25:57

21  incomplete agreement.                                     11:25:59

22          MR. KARLAN:  Move to strike.                      11:26:01

23  BY MR. KARLAN:                                            11:26:19

24      Q.   Do you understand -- did you understand,         11:26:19

25  in 2004 and '5, sir, that under the credit agreement      11:26:20

Page 75

1    between AMC Computer and Eugenia VI, Eugenia VI was     11:26:25

2    at all times to be oversecured as a lender?            11:26:32

3         A.   No.                                          11:26:35

4         Q.   Did you ever read the credit agreement       11:26:36

5    before it was executed?                                11:26:38

6         A.   I believe that I read at least portions of   11:26:40

7    it.                                                    11:26:42

8         Q.   Did you believe you understood it when you   11:26:43

9    read it?                                               11:26:44

10        A.   I believe that I did.                        11:26:46

11        Q.   And it was not your understanding at the     11:26:48

12   time that Eugenia VI was to at all times be            11:26:51

13   oversecured?                                           11:26:55

14        A.   No.                                          11:26:56

15        Q.   And tell me, please, what you understand     11:26:57

16   the expression "oversecured" to mean.                  11:26:59

17        A.   Oversecured would mean to be that -- well,   11:27:03

18   could mean different -- many different things,         11:27:06

19   but -- so let me try to approach that.                 11:27:09

20             There were two different components to       11:27:13

21   this loan, as I recall.  There was a revolving based   11:27:15

22   portion of this loan in which Eugenia lent money       11:27:19

23   based upon a percentage of the accounts receivable     11:27:25

24   and inventory of the borrower.  And there was an       11:27:30

25   additional part of the loan that was a term loan       11:27:33

| | | |
|---|---|---|
| 1 | that was not linked to a percentage of the accounts | 11:27:38 |
| 2 | receivable in the inventory. | 11:27:42 |
| 3 | And so when you talk about being, whatever | 11:27:45 |
| 4 | term used, oversecured, if Eugenia were choosing to | 11:27:51 |
| 5 | lend, for example, 85 cents on the dollar, 85 cents | 11:27:54 |
| 6 | out of every dollar of accounts receivable, the | 11:27:59 |
| 7 | revolver might be oversecured, but that would depend | 11:28:02 |
| 8 | upon the definition of the word "collateral" in the | 11:28:06 |
| 9 | loan agreement.  Some lenders would say my loan can | 11:28:09 |
| 10 | be no more than 85 percent of the accounts | 11:28:12 |
| 11 | receivable but I need extra collateral over here, | 11:28:15 |
| 12 | too. | 11:28:19 |
| 13 | So without knowing what the loan agreement | 11:28:19 |
| 14 | said I can't say.  But the answer to my question | 11:28:21 |
| 15 | specifically was because of the term "loan portion," | 11:28:24 |
| 16 | I'm not sure that the term "loan portion" caused | 11:28:26 |
| 17 | Eugenia to be oversecured at all times. | 11:28:32 |
| 18 | Q.   And what efforts did you make, prior to | 11:28:35 |
| 19 | your deposition today, to ascertain whether or not, | 11:28:36 |
| 20 | under the loan agreements, Eugenia VI was to be | 11:28:39 |
| 21 | oversecured at all times? | 11:28:45 |
| 22 | A.   I don't think that I looked at that | 11:28:46 |
| 23 | particular issue.  I don't recall seeing it in your | 11:28:48 |
| 24 | 10(b)(6) [sic.] notice. | 11:28:51 |
| 25 | Q.   Did you understand, in 2004 and 2005, that | 11:28:55 |

1   at all times, under the revolver, Eugenia VI was to   11:28:58

2   be oversecured?   11:29:03

3       A.   I believe that the way the revolver was   11:29:05

4   constructed was that Eugenia was going to lend a   11:29:08

5   portion of accounts receivable and inventory, but   11:29:12

6   not the full amount.  As it relates to the revolver,   11:29:14

7   that would have resulted them in having less of a   11:29:18

8   loan outstanding than the face value of the accounts   11:29:21

9   receivable in the inventory.   11:29:25

10      Q.   Do you recall that not all accounts   11:29:27

11  receivable were qualified to be collateral under the   11:29:29

12  loan?   11:29:33

13          MR. MILLER:   Object to form.   11:29:33

14  BY MR. KARLAN:   11:29:36

15      Q.   Go ahead.   11:29:36

16      A.   The loan agreement, I'm sure, as most loan   11:29:38

17  agreements do, take all accounts receivable and   11:29:40

18  define some as being eligible and being ineligible.   11:29:43

19  So, as I sit here today, I can't tell you what was   11:29:48

20  the definition in a loan agreement written 10 or 11   11:29:51

21  years ago in 2002.  But I would have assumed that   11:29:55

22  some accounts receivables were eligible and some   11:30:00

23  accounts receivables were ineligible, based upon the   11:30:03

24  face of the loan agreement.  And then, of course,   11:30:07

25  there is how the lender chooses to administer the   11:30:09

| | | |
|---|---|---|
| 1 | loan agreement, because they can always choose to | 11:30:12 |
| 2 | make exceptions to those definitions any time they | 11:30:14 |
| 3 | would like to. | 11:30:16 |
| 4 | Q.   Would you agree with me that so long as | 11:30:17 |
| 5 | Eugenia VI remained oversecured -- withdrawn. | 11:30:21 |
| 6 | Would you agree with me that so long as | 11:30:24 |
| 7 | Eugenia VI was oversecured, the guarantors did not | 11:30:28 |
| 8 | need to be concerned with having liability under the | 11:30:31 |
| 9 | guarantee? | 11:30:36 |
| 10 | A.   I don't know your measurement of | 11:30:39 |
| 11 | oversecured. | 11:30:45 |
| 12 | Q.   Is that your answer to my question? | 11:30:46 |
| 13 | A.   Yes. | 11:30:48 |
| 14 | Q.   Did you believe, in 2004, that Eugenia VI | 11:30:49 |
| 15 | was oversecured? | 11:30:54 |
| 16 | A.   I don't know that I ever thought about the | 11:30:57 |
| 17 | term "oversecured" in 2004.  The question was:  Was | 11:30:58 |
| 18 | Eugenia secured?  And I knew that they did have -- | 11:31:03 |
| 19 | Q.   This isn't my question.  This is your | 11:31:06 |
| 20 | question now? | 11:31:07 |
| 21 | A.   I'm trying to answer your question. | 11:31:08 |
| 22 | Q.   I think you did.  You don't know that you | 11:31:09 |
| 23 | thought about it. | 11:31:12 |
| 24 | MR. MILLER:  Let's not interrupt the | 11:31:12 |
| 25 | witness.  Let him answer your question. | 11:31:13 |

Page 79

| | | |
|---|---|---|
| 1 | MR. KARLAN:  No, he's answered it.  I'm | 11:31:15 |
| 2 | not sitting here for that crap.  And you can | 11:31:18 |
| 3 | quote me. | 11:31:19 |
| 4 | BY MR. KARLAN: | 11:31:21 |
| 5 | Q.   Did you pay any attention in 2004 to | 11:31:21 |
| 6 | whether or not Eugenia VI had a security interest in | 11:31:24 |
| 7 | collateral worth more than the outstanding amount of | 11:31:30 |
| 8 | the revolver? | 11:31:34 |
| 9 | MR. MILLER:  I'll object to the form. | 11:31:36 |
| 10 | A.   To finish my answer, AMC Computer -- | 11:31:37 |
| 11 | MR. KARLAN:  Let's take a break.  I'm | 11:31:40 |
| 12 | going to get the judge on the phone right now. | 11:31:42 |
| 13 | I'm done.  I'm not taking it.  I'm going to get | 11:31:43 |
| 14 | the judge. | 11:31:45 |
| 15 | VIDEOGRAPHER:  Time is 11:31.  Off the | 11:31:47 |
| 16 | record. | 11:31:49 |
| 17 | (Thereupon, a recess was taken, after | 11:31:49 |
| 18 | which the following proceedings were held:) | 11:31:49 |
| 19 | VIDEOGRAPHER:  Time is 11:51.  We're back | 11:52:05 |
| 20 | on the record.  Media Unit 2. | 11:52:08 |
| 21 | MR. KARLAN:  I've spoken to Mr. Ramos at | 11:52:10 |
| 22 | Richards Layton.  He is going to make inquiries | 11:52:13 |
| 23 | to see whether anyone can hear us today.  I'm | 11:52:16 |
| 24 | going to make my best efforts to make whatever | 11:52:21 |
| 25 | progress we can. | 11:52:25 |

Page 80

```
 1         So there's no misunderstanding, there's no    11:52:27
 2     chance we're completing this deposition today.    11:52:30
 3     And I will be making a motion.  Whether it's --   11:52:34
 4     whether I'm able to make it today or not, I       11:52:40
 5     don't believe the witness has fulfilled his       11:52:43
 6     obligations, under the law, to be a 30(b)(6)      11:52:46
 7     witness, given the notices that we served, and    11:52:52
 8     I think the transcript makes that abundantly      11:52:56
 9     clear.  I'll make whatever progress we're able    11:52:59
10     to make today.                                    11:53:05
11         MR. MILLER:  Obviously we disagree.  But      11:53:06
12     Mr. Glaser is here to answer your questions.      11:53:08
13     And if you file a motion, we'll respond to it,    11:53:10
14     and whatever the court rules, the court will      11:53:13
15     rule.                                             11:53:15
16  BY MR. KARLAN:                                       11:53:15
17     Q.   Mr. Glaser, what efforts did you make in     11:53:16
18  2004 to ascertain whether or not the outstanding    11:53:23
19  indebtedness under the revolver was more or less    11:53:31
20  than the value of the eligible collateral?          11:53:37
21     A.   Well, I don't know.  And your question       11:53:43
22  implies an assumption, that I had some obligation to 11:53:46
23  do that.  I was not an employee or director of AMC   11:53:51
24  Computer.  The AMC Investors entities were minority  11:53:53
25  shareholders of AMC Computer.  The lender Eugenia to 11:53:57
```

1    AMC Computer specified a borrowing process related      11:54:02

2    to the collateral, including the submitting of          11:54:05

3    borrowing base certificates, and they had to be         11:54:08

4    filled out by the CEO or the financial staff of AMC     11:54:10

5    Computer, and that was done which AMC Computer.          11:54:13

6            So in terms of the day-to-day borrowing         11:54:17

7    nothing, I think there were a few conversations with    11:54:22

8    Eugenia about the loan along the way.  They never       11:54:25

9    complained about it.  But I didn't do anything other    11:54:27

10   than that, that I can recall as I sit here today.       11:54:30

11       Q.   Thank you.                                     11:54:33

12            (Thereupon, the referred-to document was       11:55:12

13       marked by the court reporter for Identification     11:55:12

14       as Glaser Deposition Exhibit 9.)                    11:55:12

15   BY MR. KARLAN:

16       Q.   Let me show you what has been marked as        11:54:36

17   Glaser Exhibit 9 --                                     11:54:38

18            MR. KARLAN:   -- which, Brian, is Tab D in     11:54:40

19       your book, and is the alleged Debtors' joint        11:55:01

20       reply in further support of their motions to        11:55:06

21       dismiss the involuntary petitions.                  11:55:08

22   BY MR. KARLAN:                                          11:55:45

23       Q.   Have you ever seen that before, sir?           11:55:46

24       A.   I'm reviewing it now.                          11:55:48

25            Yes, I believe that I have seen it before.     11:57:04

Page 82

1       Q.   Did you authorize the filing of Exhibit 9?   11:57:06

2       A.   I believe that I did, in my capacity as      11:57:12

3    managing member of Maplewood Holdings, LLC, the      11:57:14

4    general partner of Maplewood Management, which was   11:57:17

5    the manager of AMC Investors and AMC Investors II,   11:57:19

6    yes.                                                 11:57:22

7       Q.   Did you -- did you believe that the filing   11:57:22

8    of Exhibit 9 was in the best interests of the        11:57:24

9    Debtors?                                             11:57:27

10      A.   Yes.                                          11:57:29

11      Q.   Did you believe it was in the best           11:57:30

12   interests of the Debtors' creditors?                 11:57:31

13      A.   Well, there was a disagreement between the   11:57:33

14   Debtors and the creditors, so I believe it was in    11:57:36

15   the best interests of the Debtors.                   11:57:38

16      Q.   Did you consider, before authorizing the     11:57:42

17   filing of Exhibit 9, whether the filing of it was in 11:57:45

18   the best interests of the Debtors' creditors?        11:57:47

19      A.   It may not have been in the interest of      11:57:51

20   all creditors.  But it was considered and there were 11:57:52

21   countervailing issues.  And weighing all the facts   11:57:57

22   and circumstances at the time, it was thought that   11:58:05

23   filing this appeal was in the best interests of the  11:58:08

24   Debtors.                                             11:58:10

25      Q.   What were the countervailing issues?         11:58:12

1        A.    Well, I think that I have pointed out        11:58:15

2   several of them before.  So I can mention them        11:58:17

3   again, which was that, as it says in this brief,      11:58:21

4   there was a dispute as it related to the amount that  11:58:24

5   was owed.  Eugenia was implying that the AMC          11:58:27

6   Investors entities should have paid when Eugenia      11:58:34

7   knew all along they never had any assets to satisfy   11:58:38

8   the judgment.  So this was a two-party dispute.       11:58:40

9            So, as I said before, it seemed here that   11:58:45

10  Eugenia always knew that the Debtors did not have     11:58:49

11  any cash or assets to make any payment to them        11:58:54

12  except the stock, which was offered to them, which    11:58:56

13  they refused.  And so now it seemed to us that they   11:58:58

14  had an inflated judgment by a state court who did     11:59:03

15  not have the benefit of all the facts and             11:59:06

16  circumstances that the federal judge did, and so we   11:59:08

17  thought it was in the best interest of all parties    11:59:10

18  to contest an inflated judgment in terms of amount.   11:59:13

19       Q.    Have you finished your answer?             11:59:17

20       A.    I believe that I have, yes.                11:59:19

21       Q.    Did you understand that the bankruptcy     11:59:20

22  process would leave you no opportunity to contest     11:59:21

23  the amount of the judgment?                           11:59:24

24            MR. MILLER:  Object to the form, calls for  11:59:26

25       legal conclusion.                                11:59:27

1          A.    I'm not a lawyer, so I can't make a legal      11:59:30

2     conclusion.  But as I testified earlier today, it        11:59:33

3     was our view that the primary reason that Eugenia         11:59:36

4     and you filed an involuntary bankruptcy motion            11:59:39

5     roughly one week before the appeal would be heard on      11:59:44

6     the amount of the judgment was because you didn't         11:59:45

7     want that appeal to go forward because you were           11:59:48

8     afraid you were going to lose it.                         11:59:50

9     BY MR. KARLAN:                                            11:59:51

10         Q.    And you believe that the filing of the         11:59:53

11    bankruptcy petition precluded any judicial review of      11:59:56

12    the amount of the judgment?                               12:00:00

13         A.    Well, I think it precluded the people that     12:00:01

14    had been overseeing AMC Investors from pursuing           12:00:04

15    that.  I think it probably would have been up to the      12:00:07

16    trustee whether or not to pursue that issue.  But         12:00:10

17    I'm not a lawyer and I don't know.                        12:00:12

18         Q.    What was your thinking at the time?            12:00:14

19         A.    I'm sorry.  My thinking about what at          12:00:18

20    which time?                                               12:00:20

21         Q.    I'll withdraw the question.                    12:00:20

22               At the time you authorized the filing of       12:00:22

23    Exhibit 9, Glaser Exhibit 9, was it your belief that      12:00:25

24    if the bankruptcy process were permitted to proceed       12:00:31

25    there would be no opportunity to contest the amount       12:00:36

Page 85

1    of the judgment?                                    12:00:39

2         A.    I'm not sure that I knew the answer to    12:00:43

3    that question at that moment in time.              12:00:45

4         Q.    Did you think about it?                  12:00:48

5         A.    I thought that we thought -- we thought at  12:00:51

6    the time that the bankruptcy process was being     12:00:55

7    abused and was being abused given the fact that    12:00:59

8    there was only one material creditor and it was in  12:01:03

9    an effort to protect an inflated judgment given in  12:01:06

10   state court.  And so, therefore, we thought it was  12:01:10

11   in the best interests of all parties to make these  12:01:12

12   filings.                                           12:01:15

13        Q.    Can you tell me what you thought on the   12:01:16

14   following question at the time you authorized the  12:01:18

15   filing of Exhibit 9:  In what way was the bankruptcy  12:01:21

16   process going to protect the judgment?             12:01:26

17        A.    I think the net effect -- and, again, I'm  12:01:31

18   not an attorney, but as I recall from discussions,  12:01:33

19   the net effect of that at that time was that AMC    12:01:36

20   Investors' ability to appeal and litigate the appeal  12:01:39

21   of the amount of the judgment in New York State    12:01:46

22   court would be either prohibited or constrained.   12:01:48

23        Q.    And what about its ability to appeal or   12:01:53

24   litigate the amount of the judgment in the         12:01:56

25   bankruptcy court?                                  12:01:58

1        A.    I can't recall what I thought about that        12:02:01

2    issue in 2008.                                            12:02:03

3        Q.    What is your best recollection of the           12:02:06

4    approximate amount of fees paid to all counsel in         12:02:09

5    the New York State guarantee action prior to the          12:02:15

6    filing of the bankruptcy petition?                        12:02:19

7             MR. MILLER:   When you say "all counsel,"         12:02:22

8        are you referring to yourself, too?                   12:02:24

9             MR. KARLAN:   All counsel representing the        12:02:26

10       guarantors.                                           12:02:27

11            MR. MILLER:   Okay.                               12:02:28

12            MR. KARLAN:   Both of the two firms              12:02:29

13       representing the guarantors.                          12:02:30

14       A.    Mr. Karlan, I realize that I annoyed you        12:02:33

15   and that certainly has not been my intent.  I             12:02:36

16   sincerely am trying to understand your questions and      12:02:39

17   sometimes the definitions and assumptions included        12:02:42

18   in them.  And so I'm not being evasive.  But could I      12:02:45

19   ask you to reask that question so I can try to            12:02:50

20   understand it?                                            12:02:52

21   BY MR. KARLAN:                                            12:02:52

22       Q.    Akerman Senterfitt and Stevens & Lee            12:02:53

23   represented the two guarantors in the New York State      12:02:55

24   guarantee action both in the trial court and on           12:02:59

25   appeal.                                                   12:03:03

Page 87

1        What is your best recollection of the        12:03:03

2   approximate total fees paid to those two firms for   12:03:07

3   that work?                                           12:03:10

4        A.   I don't have a recollection, as we sit    12:03:12

5   here today.  As I mentioned previously, there were   12:03:13

6   10 to 15 different pieces of litigation filed in the 12:03:16

7   2005-to-2008 time frame with multiple lawyers and    12:03:21

8   multiple bills coming in on a monthly basis.  And I  12:03:25

9   have no recollection of that, as I sit here today.   12:03:29

10       Q.   Why did you authorize the spending of any  12:03:32

11  money at all to defend or oppose the guarantee       12:03:37

12  action?                                              12:03:42

13       A.   Well, as I mentioned before, we thought    12:03:45

14  that it was in the best interest of AMC Investors to 12:03:47

15  do so, because we thought that the judgment was      12:03:51

16  inflated.                                            12:03:53

17       Q.   I'm sorry.  I'm not -- I know I'm          12:03:54

18  interrupting, but I think we're miscommunicating.    12:03:57

19  I'm asking you a different question.                 12:04:00

20            At the time the guarantee action was first 12:04:03

21  commenced in New York State court, one of your       12:04:05

22  options was simply to take a default judgment,       12:04:09

23  correct?                                             12:04:12

24       A.   I think it would have been, yes.           12:04:13

25       Q.   But, instead, you retained counsel and     12:04:15

Page 88

| | | |
|---|---|---|
| 1 | paid them -- someone paid them -- to defend that | 12:04:17 |
| 2 | lawsuit through two evidentiary hearings and two | 12:04:22 |
| 3 | appeals, correct? | 12:04:28 |
| 4 | A.    I believe that is correct, yes. | 12:04:30 |
| 5 | Q.    Why did you do that? | 12:04:32 |
| 6 | A.    Well, as I've testified previously today, | 12:04:34 |
| 7 | we thought that the amount that was being claimed | 12:04:37 |
| 8 | was improper and inaccurate and included monies and | 12:04:40 |
| 9 | funds that were not entitled to be received. | 12:04:45 |
| 10 | Furthermore, Eugenia always knew that AMC Investors | 12:04:48 |
| 11 | never had the money to pay anything.  So we had to | 12:04:55 |
| 12 | reflect on why would Eugenia seek a judgment if AMC | 12:04:58 |
| 13 | Investors has no money to pay?  The only conclusion | 12:05:01 |
| 14 | we could come to was that perhaps Eugenia was going | 12:05:05 |
| 15 | to try to use that litigation to seek out money from | 12:05:07 |
| 16 | other parties other than AMC Investors, such as AMC | 12:05:12 |
| 17 | Investors' shareholders. | 12:05:15 |
| 18 | That suspicion was reinforced by the fact | 12:05:17 |
| 19 | that a litigation had been filed by Eugenia or | 12:05:21 |
| 20 | Casita against Maplewood Equity Partners LP, the | 12:05:24 |
| 21 | majority member of both AMC Investors entities.  And | 12:05:30 |
| 22 | so we felt that there was a duty and an obligation | 12:05:34 |
| 23 | to make sure that any judgment that was received | 12:05:37 |
| 24 | where someone might pursue to collect it from | 12:05:42 |
| 25 | somebody else needed to be accurate. | 12:05:45 |

Page 89

1    Q.   Did you have fiduciary duties to AMC        12:05:47

2    Investors' -- withdrawn.                         12:05:53

3         Did you have fiduciary duties in 2006, '7,  12:05:56

4    and '8 to the shareholders of the guarantors?    12:06:01

5         MR. MILLER:  Objection, calls for legal     12:06:08

6    conclusion.                                      12:06:09

7    A.   Yeah, I'm not a lawyer.  I don't know.  I    12:06:10

8    would have assumed that my obligations were to look  12:06:12

9    out for AMC Investors and also to look for AMC --  12:06:16

10   the interest of AMC Investors' owners.  Yes, I would  12:06:21

11   have assumed that I had those, but I'm not a lawyer.  12:06:26

12   BY MR. KARLAN:                                   12:06:28

13   Q.   And was it to protect the interests of AMC  12:06:28

14   Investors' owners that you decided to defend and  12:06:31

15   oppose the guarantee action?                     12:06:34

16   A.   Well, I think that what was going on --     12:06:37

17   and you have to --                               12:06:39

18   Q.   Are you able to answer my question yes or   12:06:40

19   no?  If you're not, just tell me.                12:06:42

20   A.   Many of your questions I'm not able to      12:06:44

21   answer yes or no.                                12:06:46

22   Q.   Is this one of them?                         12:06:47

23   A.   It would appear to be.                       12:06:48

24        Similarly, Mr. Karlan --                     12:06:49

25   Q.   Let me withdraw it.  Let me withdraw it.    12:06:51

1        A.    -- you can ask me the question have you        12:06:51

2    stopped beating your wife, Bob, or you have stopped        12:06:53

3    harassing your secretary, Bob, and I could answer        12:06:56

4    that question by saying yes, which implies I did        12:06:58

5    harass or I did beat my wife, or I can answer no        12:07:03

6    when, in fact, it might be that never did either        12:07:06

7    one.  So when you ask me a question and ask me for        12:07:08

8    yes or no, I have to look at the words you use, the        12:07:12

9    assumptions you make, and the definitions.  And I am        12:07:15

10   sincerely trying to answer your questions.  I may        12:07:18

11   not always give you the answer you wish, but I'm        12:07:21

12   trying to answer them honestly, thoughtfully, and        12:07:23

13   truthfully.        12:07:27

14        MR. KARLAN:  Move to strike,        12:07:29

15        nonresponsive.        12:07:29

16   BY MR. KARLAN:        12:07:30

17        Q.    Please listen to the following question.        12:07:31

18   If you're able to answer it yes or no, please do so.        12:07:32

19   If you're not able to answer it yes or no, please        12:07:37

20   tell me and I'll withdraw it.        12:07:39

21        Was your decision to defend and oppose a        12:07:51

22   guarantee action in New York State court motivated        12:07:55

23   by your belief that such action was in the best        12:07:59

24   interests of the shareholders of AMC Investors I and        12:08:04

25   II?        12:08:09

Page 91

1      A.    I can't answer that yes or no.                12:08:09

2           MR. MILLER:  So you are withdrawing the        12:08:12

3      question, then, Mr. Karlan?                         12:08:14

4           MR. KARLAN:  I'll move on to something         12:08:15

5      else.  I'll get a judge to rule on it.              12:08:16

6           MR. MILLER:  Well, if you're withdrawing       12:08:21

7      the question, there's nothing to rule on.           12:08:21

8      That's why I would like clarity as to whether       12:08:22

9      you're withdrawing the question or if you want      12:08:25

10     Mr. Glaser to answer it the best he can.            12:08:27

11          MR. KARLAN:  He has answered it.  He said      12:08:28

12     he's not able to answer it yes or no.  That's       12:08:29

13     my answer.                                          12:08:31

14     BY MR. KARLAN:                                      12:08:33

15     Q.    Did you consider, in deciding to defend       12:08:44

16     the guarantee action in New York State court, the  12:08:49

17     possibility that Eugenia might choose to use the    12:08:52

18     judgment, if any, obtained in that case to recover  12:08:55

19     money from you personally?                          12:09:00

20     A.    No, I have no recollection of ever            12:09:03

21     considering that.                                   12:09:04

22     Q.    That is, in fact, what has happened in        12:09:06

23     effect, correct?                                    12:09:09

24     A.    I haven't looked at it that way, but I        12:09:10

25     guess that's the case.                              12:09:12

Page 92

```
 1              (Thereupon, the referred-to document was      12:09:31
 2         marked by the court reporter for Identification    12:09:31
 3         as Glaser Deposition Exhibit 10.)                  12:09:31
 4              (Thereupon, the referred-to document was      12:09:33
 5         marked by the court reporter for Identification    12:09:33
 6         as Glaser Deposition Exhibit 11.)                  12:09:33
 7    BY MR. KARLAN:
 8         Q.   Would you look, please, at Exhibits 10 and    12:09:15
 9    11, Glaser 10 and Glaser 11, which are, for Brian's     12:09:18
10    benefit, Tabs E and F in your book?                     12:09:25
11              MR. MILLER:  So 10 is disclosure              12:09:35
12         compensation for AMC Investors, LLC, and 11 is     12:09:37
13         disclosure compensation -- are they the same?      12:09:39
14              MR. KARLAN:  May I?                            12:09:49
15              This is 10.  This is 11.                       12:09:57
16    BY MR. KARLAN:                                          12:10:03
17         Q.   Have you ever seen Glaser Exhibits 10 and     12:10:04
18    11 before, sir?                                         12:10:06
19         A.   I don't recall seeing these specific         12:10:07
20    pieces of paper.  I'm not -- they're not addressed      12:10:09
21    to me, nor did I execute them or sign them.             12:10:11
22              MR. MILLER:  Sorry to interrupt.              12:10:15
23              So 10 is the one that refers to $6,000?       12:10:15
24              MR. KARLAN:  Correct.                          12:10:18
25              MR. MILLER:  Okay.                             12:10:19
```

Page 93

1        I also note that they appear to be              12:10:32

2    incomplete because they refer to an exhibit         12:10:34

3    that is not attached.                               12:10:36

4        (Thereupon, a discussion was held off the       10:37:10

5    record, after which the following proceedings       10:37:10

6    were held:)                                         10:37:10

7  BY MR. KARLAN:                                        12:10:54

8        Q.   Do you have any recollection of reviewing  12:10:55

9  these documents in draft before they were filed?     12:10:56

10       A.   No.  The documents you gave me are --      12:10:58

11 appear to be forms filled out by two different law    12:11:01

12 firms given to the United States Bankruptcy Court     12:11:06

13 regarding their activities.  So, no, I don't believe  12:11:08

14 that I saw them or reviewed them in advance.          12:11:11

15       Q.   They're your lawyers, though, right?       12:11:14

16       A.   They are lawyers.  And for this piece of   12:11:16

17 paper, I don't know -- I guess they're the lawyers    12:11:19

18 for AMC Investors.                                    12:11:21

19       Q.   That you retained?                         12:11:23

20       A.   Yes.  But that doesn't mean I look at      12:11:24

21 every piece of paper that a lawyer prepares and       12:11:26

22 gives to a court.                                     12:11:28

23       Q.   I didn't say it did.  I asked you whether  12:11:30

24 you reviewed this in draft.  The answer would have    12:11:33

25 been no, I think.                                     12:11:35

Page 94

```
 1        A.   And I gave it that answer to you, more      12:11:36
 2   than once.                                            12:11:38
 3        Q.   You gave me about seven lines.              12:11:39
 4             The answer is no, correct?                  12:11:40
 5             MR. MILLER:  Objection, asked and           12:11:42
 6        answered.                                        12:11:42
 7        A.   I do not recall that I saw these prior to   12:11:43
 8   or subsequent to them being filed with the           12:11:45
 9   bankruptcy court.                                     12:11:47
10   BY MR. KARLAN:                                        12:11:48
11        Q.   Do you know if the --                       12:11:48
12        A.   I don't know how to be more clear than      12:11:48
13   that.                                                 12:11:48
14        Q.   Do you know if the information contained    12:11:48
15   in these forms is accurate, namely that for legal    12:11:49
16   services these firms have agreed to accept in one    12:11:54
17   case $6600 and in one case $38,000?                   12:11:57
18             MR. MILLER:  Object to the form.            12:12:03
19        A.   I don't know if they are accurate.          12:12:03
20   BY MR. KARLAN:                                        12:12:04
21        Q.   Do you know whether those sums were paid?   12:12:06
22        A.   As I sit here today, I don't have a         12:12:08
23   recollection of whether or not they were paid.  I    12:12:10
24   would assume that they were, but I don't know.        12:12:12
25        Q.   Why would you assume that?                  12:12:14
```

Page 95

1       A.   Usually bills from attorneys get paid or       12:12:16
2   they stop doing work.                                   12:12:18
3       Q.   Well, this is a bill to -- do you know         12:12:19
4   whether this firm stopped doing work?                   12:12:21
5       A.   Well, one of them is Akerman Senterfitt        12:12:24
6   and they're still sitting here today.  And the other    12:12:26
7   one, Stevens & Lee, did continue to do work.  So I      12:12:29
8   would believe that these bills were paid.               12:12:33
9       Q.   And who paid them?                             12:12:35
10          MR. MILLER:  Objection, same instruction        12:12:37
11      not to answer that question.                        12:12:38
12          MR. KARLAN:  Which is not privilege?            12:12:40
13          MR. MILLER:  Same reasons I articulated         12:12:42
14      before.                                             12:12:43
15          MR. KARLAN:  Brian, I'm entitled to know        12:12:44
16      each time whether it's privilege or not.            12:12:46
17          Is it privilege?                                12:12:48
18          MR. MILLER:  I don't think it relates to        12:12:48
19      privilege, no.                                      12:12:50
20          (Thereupon, the referred-to document was        12:14:09
21      marked by the court reporter for Identification     12:14:09
22      as Glazer Deposition Exhibit 12.)                   12:14:09
23          MR. KARLAN:  I'm not sure I'm going to be       12:13:31
24      able to find this for you quickly, so why don't     12:13:33
25      you take a moment and look at that before I         12:13:35

Page 96

```
 1      show it to the witness.                    12:13:37
 2  BY MR. KARLAN:                                 12:14:09
 3      Q.   Let me show you Glaser Exhibit 12, sir,  12:14:10
 4  and ask if you've ever seen it before.        12:14:13
 5          MR. MILLER:  I'm sorry.  May I see it  12:14:18
 6      again?                                     12:14:19
 7          MR. KARLAN:  Of course.                12:14:20
 8          MR. MILLER:  Number 35, is that Docket 12:14:21
 9      Entry 35 you have there?                   12:14:22
10          (Thereupon, a discussion was held off the  12:14:32
11      record, after which the following proceedings  12:14:32
12      were held:)                                12:14:32
13          MR. CURTIS MILLER:  What's the date on the  12:15:39
14      first page?                                12:15:40
15          THE WITNESS:  The date on the first page  12:15:41
16      here is November 13, 2008.  Filed 11/6/09 is  12:15:43
17      another date up here.                      12:15:50
18  BY MR. KARLAN:                                 12:16:01
19      Q.   Have you ever seen that before, sir?  12:16:03
20      A.   I don't recall with specificity seeing  12:16:04
21  these particular pages, no.                    12:16:07
22      Q.   Did the firm of Stevens & Lee, as a matter  12:16:08
23  of routine, submit its bills to you for review and  12:16:13
24  approval?                                      12:16:18
25      A.   I think they submitted them to AMC    12:16:19
```

1  Investors, LLC, as addressed here, and they went to   12:16:21

2  Maplewood to my attention.  So, yes, the answer is I   12:16:25

3  believe that they did do that as a routine matter.    12:16:29

4      Q.   The offices of AMC Investors, LLC, were at  12:16:31

5  the same place as the offices of Maplewood, correct?  12:16:35

6      A.   That is correct.                            12:16:39

7      Q.   Who paid Exhibit 12?                        12:16:48

8           MR. MILLER:  Same objection and            12:16:51

9      instruction not to answer.                       12:16:53

10          (Thereupon, the referred-to document was   12:17:00

11     marked by the court reporter for Identification  12:17:00

12     as Glaser Deposition Exhibit 13.)               12:17:00

13 BY MR. KARLAN:                                        12:16:56

14     Q.   Let me show you Glaser Exhibit 13.          12:16:56

15          Before I do that, let me just back up for   12:17:11

16 one moment.                                           12:17:13

17          Mr. Glaser, you've made reference several   12:17:13

18 times to the fact that there were, back in the mid    12:17:15

19 2000s, a significant number of litigations pending    12:17:18

20 in a variety of jurisdictions.                        12:17:24

21          Other than the guarantee action in the New  12:17:27

22 York State court which resulted in the judgment       12:17:31

23 we've looked at earlier today, do you have any        12:17:34

24 recollection of any litigations where either of the   12:17:36

25 Debtors was a party?                                  12:17:43

Page 98

1          A.    Where either of the Debtors was a party?    12:17:45

2               Well, as I said, it's 2013.  Most of the    12:17:49

3    litigation was commenced 2005 to 2008.  I don't    12:17:52

4    recall, at this moment in time, more litigation    12:17:57

5    relating to AMC Investors.  It is possible, because    12:18:02

6    there was so much litigation, that I don't -- that    12:18:06

7    there was and I don't remember it today.  But today    12:18:09

8    I don't recall it.    12:18:12

9          Q.    Do you have any recollection of ever    12:18:13

10   authorizing affirmative litigation by either of the    12:18:15

11   guarantors against any third party?    12:18:19

12         A.    No.  I think, as we talked about earlier    12:18:24

13   today, we considered the possibility of instituting    12:18:26

14   litigation against various parties.  We took a    12:18:31

15   wait-and-see attitude while information was    12:18:34

16   developed and gathered.  And then, by about 2008, we    12:18:37

17   had decided that that was not something that was    12:18:40

18   worth pursuing.    12:18:42

19         Q.    Now, the consideration of possible    12:18:43

20   affirmative litigation that you testified about    12:18:47

21   earlier, was that a process focused on potential    12:18:49

22   litigation to be brought by the guarantors or by    12:18:55

23   other entities?    12:19:00

24         A.    I would say that the discussions were wide    12:19:02

25   ranging, and as we discussed the opportunity for    12:19:05

Page 99

1    litigation, we were having discussion as it related    12:19:08

2    to AMC Investors entities as well as other entities    12:19:12

3    who might bring litigation.  So it was a    12:19:16

4    conversation that included them but was not    12:19:19

5    exclusive to them.    12:19:21

6        Q.    When -- what's your best recollection of    12:19:22

7    the first time that you considered bringing    12:19:24

8    affirmative litigation on behalf of either of the    12:19:27

9    Debtors?    12:19:30

10        A.    I think we began looking at that issue in    12:19:33

11    as early as the summer of 2005.    12:19:36

12        Q.    And what damages were you seeking to    12:19:38

13    recover -- withdrawn.    12:19:40

14            What damages were you considering suing to    12:19:42

15    recover on behalf of the guarantors in the summer of    12:19:45

16    2005?    12:19:50

17        A.    Well, at that time, we didn't know    12:19:51

18    everything that we knew in 2008 or today.  So I    12:19:55

19    can't say that we articulated it.  At that time,    12:19:59

20    before discovery had been concluded, we didn't know    12:20:06

21    whether Eugenia had lost any money, a little money,    12:20:09

22    a lot of money.  We didn't know if anybody had done    12:20:11

23    something proper or improper.  So we didn't identify    12:20:14

24    any particular monetary damages at that point in    12:20:19

25    time.  What we saw was litigation being filed    12:20:22

1    against a variety of people, and that caused us to        12:20:25

2    scratch our head and say is there any litigation we       12:20:28

3    should be filing.  Unlike others in the process, we       12:20:31

4    held our powder dry and held back until we could          12:20:35

5    gather more information before we made a decision to      12:20:39

6    proceed or not to proceed.                                12:20:42

7         Q.   Did you believe -- were you finished with       12:20:43

8    your answer?                                              12:20:45

9         A.   I believe that I have, yes.                     12:20:46

10        Q.   Did you believe, in the summer of 2005,         12:20:47

11   that the guarantors had suffered any injury or            12:20:48

12   damages or loss?                                          12:20:54

13        A.   Well, the guarantors had no assets of any       12:20:56

14   kind whatsoever, so we could not envision them, at        12:20:58

15   that time, incurring any kind of loss.                    12:21:03

16        Q.   So there was no reason to consider              12:21:06

17   litigation on their behalf?                               12:21:07

18        A.   Well, at that point in time, we didn't          12:21:09

19   know all of the facts and circumstances.  So we did       12:21:11

20   consider it, but we -- all we decided to do was           12:21:13

21   let's wait and see until more information develops        12:21:17

22   over time as a result of the discovery process that       12:21:20

23   will unfold, in other litigation.                         12:21:22

24        Q.   Let me read you back an answer you just         12:21:28

25   gave a moment ago and make sure you didn't misspeak.      12:21:31

```
1    Okay?                                            12:21:33

2        A.    Okay.                                  12:21:33

3        Q.    This is page 92, line 3.               12:21:40

4            "Question:  Did you believe, in the summer  12:21:43

5        of 2005, that the guarantors had suffered any   12:21:44

6        injury or damages or loss?"                  12:21:47

7            "Answer:  Well, the guarantors had no    12:21:51

8        assets of any kind whatsoever, so we could not  12:21:52

9        envision them at that time incurring any kind   12:21:56

10       of loss."                                    12:21:58

11           Is that your testimony, sir?             12:22:01

12       A.    Yeah, I think -- reading it back, I might  12:22:04

13   say they had no assets of material value.  They had  12:22:06

14   the stock in AMC Computer, which they offered to   12:22:08

15   Eugenia.  They had -- there was some cash in a bank  12:22:11

16   account someplace, but they had no material assets.  12:22:14

17       Q.    Other than that, you're fine with that  12:22:17

18   testimony?                                        12:22:18

19       A.    I believe that is accurate, yes.       12:22:19

20       Q.    Let me show you what was marked as Reale  12:22:21

21   Exhibit 19.                                       12:22:23

22           (Thereupon, a discussion was held off the  12:22:40

23       record, after which the following proceedings  12:22:40

24       were held:)                                   12:22:40

25           MR. MILLER:  Could we perhaps break for   12:22:54
```

1      lunch in ten minutes or so?                    12:22:56

2           MR. KARLAN:  You name the time.            12:22:57

3           MR. MILLER:  Whenever you're at a          12:23:00

4      convenient stopping point.                      12:23:01

5           MR. KARLAN:  This is going to take two     12:23:02

6      seconds.  We'll just finish this document.      12:23:03

7  BY MR. KARLAN:                                      12:23:03

8      Q.   Have you ever seen Reale Exhibit 19        12:23:04

9  before, sir?                                        12:23:05

10     A.   This is a letter from Eugenia VI Venture   12:23:06

11 Holdings to AMC Investors and AMC Investors II      12:23:09

12 regarding their guarantee, and I think it's         12:23:15

13 essentially a demand for payment under the          12:23:17

14 guarantee.  And, yes, I have seen it before.        12:23:19

15     Q.   Did you see it at the time it was sent?    12:23:21

16     A.   I believe that I did see it at the time it 12:23:23

17 was sent.                                           12:23:25

18     Q.   What actions, if any, did you take in      12:23:25

19 response to the receipt of that document?           12:23:27

20     A.   A letter was sent to Eugenia by counsel to 12:23:33

21 AMC Investors, Mr. Klinghoffer, in which he said, as 12:23:39

22 you know:  The Debtors don't have any assets and are 12:23:43

23 precluded from having any other assets or business, 12:23:47

24 the only thing they own is the stock of AMC          12:23:49

25 Computer, they are happy to give you the stock of    12:23:53

1   AMC Computer in response to your letter, and they're   12:23:56

2   happy to give you their rights in AMC Investors such   12:24:00

3   that you can vote, essentially proxies.  And so the   12:24:02

4   Debtors responded by offering, to AMC Investors, all   12:24:09

5   of the assets that they had.   12:24:14

6        Q.   Have you finished your answer?   12:24:18

7        A.   I believe that I have.   12:24:20

8        Q.   Is Reale Exhibit 18 the document to which   12:24:21

9   you were referring in your last answer?  It is the   12:24:23

10  document I showed you earlier today.   12:24:34

11       A.   I believe that it is.  It's the same   12:24:35

12  document that you showed me earlier today in --   12:24:37

13       Q.   Yes.   12:24:38

14       A.   -- as a different exhibit.  Yes.   12:24:38

15            MR. KARLAN:  Okay.  Why don't we take our   12:24:45

16       lunch break.   12:24:47

17            VIDEOGRAPHER:  Time is 12:24.  Going off   12:24:48

18       the record.   12:24:50

19            (Thereupon, a lunch recess was taken,   12:24:51

20       after which the following proceedings were   12:24:51

21       held:)   12:24:51

22            VIDEOGRAPHER:  Time is 13:21.  We are back

23       on the record.   01:21:36

24  BY MR. KARLAN:   01:21:37

25       Q.   Were the shares of common stock of AMC   01:21:38

Page 104

1    Computer Corporation held in certificated form?    01:21:42

2         A.   Well, they would have been issued in --    01:21:49

3    AMC Computer's common stock would have been issued    01:21:51

4    in about 2000 and I believe that they were held in    01:21:55

5    stock certificate form.    01:21:59

6         Q.   Who had physical custody of them in 2005?    01:22:00

7         A.   2005?  I don't know the answer to that    01:22:04

8    question today.    01:22:06

9              MR. MILLER:  By the way -- I'm sorry -- I    01:22:23

10             assume your question was with respect to the    01:22:25

11             AMC Investors' shares, right?    01:22:29

12             MR. KARLAN:  I was just going there.  I    01:22:30

13             was just going there.    01:22:30

14   BY MR. KARLAN:    01:22:30

15        Q.   My question was imprecise.  Let me start    01:22:31

16   again.    01:22:33

17             The shares of stock of AMC Computer    01:22:33

18   Corporation which are referred to in Reale    01:22:41

19   Exhibit 18, were those held in certificated form at    01:22:45

20   the time the letter was sent?    01:22:51

21        A.   I believe that there were stock    01:22:52

22   certificates and I believe the stock certificates    01:22:54

23   were given to Eugenia at the time the guarantee was    01:22:58

24   issued.  That would be the best of my current    01:23:05

25   recollection.    01:23:08

1      Q.   Does Maplewood -- do any of the Maplewood    01:23:21

2   Defendants in this case maintain warehouse           01:23:27

3   facilities for the storage of the books and records  01:23:30

4   of the guarantors?                                   01:23:34

5      A.   Yes.                                         01:23:35

6      Q.   Where are those located?                     01:23:36

7      A.   In North Miami.                              01:23:38

8      Q.   Where?                                       01:23:40

9      A.   Well, I could drive there, but I couldn't    01:23:41

10  tell you the exact street address as we sit here     01:23:43

11  today.                                               01:23:45

12     Q.   Do you know the name of the warehouse?       01:23:46

13     A.   No, it doesn't have a name.  It's a          01:23:48

14  warehouse and people -- different people have        01:23:49

15  different businesses that rent warehouse space       01:23:53

16  there.                                               01:23:56

17     Q.   It's not a warehouse that's owned by any     01:23:57

18  of the Maplewood entities; is that correct?          01:24:00

19     A.   Correct.                                     01:24:03

20     Q.   To whom do you pay the rent?                 01:24:04

21     A.   The landlord.                                01:24:08

22     Q.   Whose name is?                               01:24:09

23     A.   Off the top of my head, I couldn't tell      01:24:10

24  you that here today.                                 01:24:12

25     Q.   And who pays that rent?                      01:24:13

1       A.    I believe it's paid by Maplewood Partners.   01:24:15

2       Q.    Does -- do any of the guarantors owe any   01:24:20

3   money to any of the Maplewood entities?   01:24:25

4       A.    Do any of the guarantors?  The guarantors,   01:24:27

5   I -- AMC Investors I and II, I can't recall that   01:24:31

6   they do, no.   01:24:34

7       Q.    Who has access to the warehouse in which   01:24:47

8   the books and records of the guarantors are stored?   01:24:48

9       A.    Well, I think I have access to it.   01:24:51

10   Mr. Aru has access to it.  Mr. -- Aru, A-R-U.   01:24:54

11   Mr. Augustin, A-U-G-U-S-T-I-N.  And at various   01:24:57

12   times, as part of the discovery process, attorneys   01:25:04

13   for Akerman Senterfitt have had access to the   01:25:06

14   warehouse to look for documents responsive to   01:25:09

15   discovery requests.   01:25:12

16       Q.    What e-mail addresses do you use for   01:25:39

17   Maplewood business?   01:25:43

18       A.    Rvglaser@maplewoodpartners.com.   01:25:47

19       Q.    What efforts have been made to find and   01:25:57

20   preserve e-mails, from 2005 through 2008, sent or   01:26:02

21   received by you at that address that discuss the   01:26:14

22   possibility of commencing affirmative litigation on   01:26:18

23   behalf of the guarantors against anyone?   01:26:21

24       A.    Well, I would answer the question this   01:26:26

25   way:  All information relating to the computer   01:26:27

1    servers for Maplewood Partners and, therefore, any    01:26:30

2    e-mail I sent on any issue, not just the one that     01:26:33

3    you talked about, all of those electronic records     01:26:35

4    and files were turned over to Akerman Senterfitt,     01:26:40

5    and I believe they hired an outside technology        01:26:41

6    consulting firm to search all of that data to         01:26:46

7    develop all of the information that would be           01:26:50

8    responsive to any discovery requests in any of the    01:26:52

9    litigation that has occurred.                          01:26:56

10       Q.   Were you involved personally in that         01:26:59

11   process?                                               01:27:02

12       A.   I'm sorry.  Which process?                    01:27:02

13       Q.   The process you just described of            01:27:04

14   searching the data to develop the information that    01:27:14

15   would be responsive?                                   01:27:15

16       A.   No, we did not search the data.  I was       01:27:16

17   involved in that I directed that all of the computer  01:27:19

18   records and files of Maplewood be turned over to      01:27:22

19   Akerman Senterfitt.  And then Akerman Senterfitt      01:27:24

20   managed the process of hiring the technology          01:27:26

21   consultant to search it.                               01:27:28

22       Q.   Do you know what the technology              01:27:30

23   consultant's name was/is?                              01:27:32

24       A.   Not off the top of my head, no.              01:27:36

25       Q.   Do you know what assignment or assignments   01:27:39

1    they were given specifically?                        01:27:42

2        A.    Not off the top of my head.  But my        01:27:44

3    understanding was that Akerman Senterfitt asked them 01:27:47

4    to produce all information responsive to discovery   01:27:50

5    requests received in various pieces of litigation,   01:27:53

6    including this one.                                   01:27:55

7        Q.    Was that one -- a one-time request or was  01:27:58

8    that done on various occasions?                      01:28:00

9        A.    I think it was done on various occasions   01:28:04

10   for various pieces of litigation.                    01:28:06

11       Q.    Do you know one way or the other whether   01:28:09

12   any search was made to locate e-mails sent or        01:28:10

13   received by you to anyone that discussed the         01:28:15

14   possibility of commencing affirmative litigation on  01:28:19

15   behalf of the guarantors against anyone?             01:28:23

16       A.    It is my belief and understanding that any 01:28:25

17   e-mail that I sent or received that in any way       01:28:27

18   referenced AMC Investors I or II or AMC Computer was 01:28:30

19   searched.                                            01:28:34

20       Q.    Do you know whether those -- withdrawn.    01:28:35

21       Do you any -- do you know whether any such       01:28:38

22   e-mails were found?  And by "such e-mails," I mean   01:28:42

23   e-mails sent or received by you that discuss the     01:28:46

24   possibility of commencing affirmative litigation on  01:28:51

25   behalf of the guarantors?                            01:28:53

1     A.    Well, I testified earlier today, as you'll    01:28:57

2   recall, that while there were conversations on that    01:28:59

3   topic, I did not recall that there was any written    01:29:02

4   communications relating to it.  I believe that a    01:29:04

5   search was done for that, but I don't believe any    01:29:06

6   e-mails were located with that topic.    01:29:09

7     Q.    Thank you.    01:29:12

8          What is your current opinion, if any, on    01:30:02

9   the subject of the first date upon which AMC    01:30:09

10  Computer was insolvent?    01:30:17

11         MR. MILLER:  Object to the form.    01:30:20

12    A.    Well, I would start off by saying that I    01:30:21

13  am not a lawyer and I'm not an attorney, and so,    01:30:24

14  therefore, I don't feel qualified to use the word    01:30:29

15  "insolvent," because I know it means different    01:30:31

16  things to different people.    01:30:35

17         I do know that in December of 2008,    01:30:36

18  Judge Batts ruled that AMC Computer -- or found,    01:30:39

19  whatever you want to describe -- AMC Computer was,    01:30:43

20  in fact, insolvent before Eugenia made its loan and    01:30:45

21  that Eugenia knew that it was insolvent before it    01:30:50

22  made its loan.  In fact, Mr. Hassels-Weiler was    01:30:53

23  quoted as saying that AMC Computer was hanging on by    01:30:56

24  a thread.  And Judge Batts also found that Eugenia    01:30:59

25  made its loan to AMC Computer with the specific    01:31:04

1    view, knowing that it was insolvent, to try to gain      01:31:06

2    some profits to recoup its equity investment that it     01:31:10

3    had made in AMC Computer.                                01:31:13

4            MR. KARLAN:  Can you read my question            01:31:18

5        back, please?                                        01:31:19

6            (Thereupon, the requested portion was read       01:31:20

7        back by the reporter as above recorded.)             01:31:20

8        A.   My answer to that, to try to be as              01:31:44

9    specific as possible, is I am not an attorney nor an     01:31:46

10   accountant, so the definition of the word               01:31:49

11   "insolvent" is not one that I am familiar with for       01:31:51

12   the purposes of this deposition.  But I accept the       01:31:54

13   ruling of Judge Batts who found that AMC Computer        01:31:58

14   was insolvent prior to Eugenia making its loan.          01:32:01

15   BY MR. KARLAN:                                           01:32:06

16       Q.   Did you believe that AMC Computer was           01:32:08

17   insolvent at the time the credit agreement with          01:32:10

18   Eugenia was executed?                                    01:32:16

19       A.   Well, as I said, I'm not an expert or a         01:32:17

20   lawyer or an accountant on the definition of the         01:32:21

21   term "insolvency."  I have heard insolvency used in      01:32:23

22   many different ways.  So we're in a legal proceeding     01:32:28

23   and so I don't know what the definition is from a        01:32:32

24   legal standpoint.  So I don't have an answer to your     01:32:35

25   question.                                                01:32:37

1    Q.    Did you have an opinion one way or another    01:32:38

2    at the time the credit agreement was signed as to    01:32:41

3    whether AMC Computer was or was not insolvent?    01:32:43

4    A.    That all hinges on the definition of the    01:32:48

5    word "insolvency."  And you've not defined it and    01:32:49

6    I've told you I'm not qualified to define it.  So I    01:32:53

7    don't think I can answer your question.    01:32:56

8    Q.    What efforts have you made before this    01:33:06

9    deposition to learn the answer to that question?    01:33:11

10    A.    Well, I think, as I testified, from a    01:33:16

11    legal perspective, I read Judge Batts' opinion and    01:33:19

12    accepted her definition of what constituted    01:33:23

13    insolvency from a legal standpoint.  So that's the    01:33:27

14    only issue that I've looked at as it related to it.    01:33:31

15    Q.    You've not looked at any financial    01:33:35

16    statements or auditor's reports to prepare for your    01:33:37

17    deposition today; is that correct?    01:33:41

18    A.    I have.    01:33:42

19    Q.    What do those show, on this question?    01:33:44

20    A.    I'm sorry.  I don't understand your    01:33:48

21    question.    01:33:49

22    Q.    Really?    01:33:50

23    A.    Yes.    01:33:51

24    Q.    What auditor's reports did you look at in    01:33:52

25    preparation for your deposition?    01:33:55

1      A.    I think I saw some of the financial        01:33:56

2    statements of AMC Computer.                         01:33:59

3      Q.    Which ones?                                 01:34:01

4      A.    I can't recall which ones.                  01:34:02

5      Q.    Did you see any opinions from auditors      01:34:04

6    concerning those financial statements?              01:34:09

7      A.    Well, I know that AMC Computer received     01:34:11

8    audited financial statements for several years, and 01:34:15

9    so I looked at those opinions.                      01:34:17

10      Q.    For which years?                           01:34:20

11      A.    Well, I know over time I've certainly see  01:34:22

12    the audited financial statements for 1999, 2000,   01:34:25

13    2001.  I think there was one for 2002, but I'm not 01:34:31

14    sure as I sit here today.                          01:34:34

15      Q.    Have you finished your answer?             01:34:39

16      A.    I believe that I have, yes.                01:34:40

17      Q.    Did you ever tell the auditors of AMC at   01:34:55

18    any time that you believe that the company was     01:35:00

19    insolvent, AMC Computer?                           01:35:01

20      A.    No, I don't remember ever having a         01:35:04

21    conversation to that effect.                       01:35:06

22      Q.    Would you have felt yourself obligated to  01:35:10

23    tell them that if you so believed?                 01:35:13

24      A.    Would I have felt obligated?  Let me try   01:35:17

25    to think.  Of AMC Computer?                        01:35:19

1              So I was not an employee of AMC Computer.    01:35:21

2     I was not a director of AMC Computer.  I was not    01:35:24

3     involved in preparing the financial statements of    01:35:28

4     AMC Computer or managing it.  So I'm not even sure    01:35:31

5     that the auditors would have had a conversation with    01:35:35

6     me.                                                  01:35:37

7              Had I thought that AMC was insolvent -- it    01:35:38

8     gets back to the definition of "insolvency."         01:35:41

9     There's -- I know there's a legal definition.  I     01:35:44

10    assume there's an accounting definition.  And there   01:35:47

11    are a variety of financial definitions.  So I don't   01:35:49

12    know which insolvency.  But would I have felt          01:35:52

13    compelled if I really thought AMC was totally          01:35:56

14    insolvent?  I might have, but I don't know.  I         01:35:59

15    didn't face that issue.                                01:36:01

16         Q.   What are the financial definitions of       01:36:02

17    "insolvency"?                                          01:36:03

18         A.   Well, there are many, I'm sure.  One that    01:36:04

19    would be typical is does the company have the cash    01:36:06

20    flow to sustain its operations on an ongoing basis.   01:36:11

21         Q.   Did you ever believe that AMC Computer did   01:36:15

22    not have the cash flow to sustain its operations on   01:36:17

23    an ongoing basis?                                      01:36:21

24         A.   Yes.  When Eugenia cut off its loan          01:36:24

25    facility, it could no longer borrow on a revolving    01:36:28

basis. It could no longer meet its obligations. 01:36:32
Q. Was that the first time that you had that 01:36:37
opinion? 01:36:38
A. Yes, I think so. I think prior to that 01:36:38
there are times when AMC's liquidity and ability to 01:36:40
meet its obligations were constrained and that's why 01:36:43
AMC went through several rounds and efforts to cut 01:36:47
its expenses, cut its overhead, cut its costs so 01:36:49
that it could meet its obligations. 01:36:54
Q. Are there any other financial definitions 01:36:54
of "insolvency" with which you're familiar? 01:36:57
A. There are probably more, but the ability 01:36:59
to meet your obligations on an ongoing basis would 01:37:01
be the one that I would have most personal 01:37:08
familiarity with. But I want to make sure I'm 01:37:09
clarifying for the record I don't know if that's 01:37:12
legal definition or an accounting definition. That 01:37:13
might just be a business operator's definition. 01:37:15
Q. Mr. Glaser, I apologize. I've committed 01:37:20
not to ask you questions that I've previously asked 01:37:22
you, but I can't find in your transcripts that I 01:37:24
ever went through your educational background with 01:37:27
you. 01:37:30
What is the highest level of formal 01:37:30
education that you achieved? 01:37:34

Page 115

```
 1       A.    Other than these depositions?  Sorry.  I     01:37:35

 2   couldn't resist.                                        01:37:38

 3             I have an MBA in finance and international    01:37:39

 4   business.                                               01:37:42

 5       Q.    In what year did you receive the MBA?         01:37:43

 6       A.    I believe it was 1978.                        01:37:45

 7       Q.    From what institution?                        01:37:47

 8       A.    New York University.                          01:37:48

 9             (Thereupon, the referred-to document was      01:38:24

10       marked by the court reporter for Identification     01:38:24

11       as Glaser Deposition Exhibit 13.)                   01:38:24

12   BY MR. KARLAN:

13       Q.    Would you look, please, at Glaser             01:38:19

14   Exhibit 13?                                             01:38:21

15             Have you ever seen this document before,      01:39:37

16   sir?                                                    01:39:38

17       A.    I believe that I have.                        01:39:38

18       Q.    Did you authorize its filing?                 01:39:40

19       A.    I believe that AMC Investors authorized       01:39:42

20   its filing, acting through Maplewood Management as      01:39:45

21   manager, acting through Maplewood Holdings as           01:39:46

22   general partner, which acted through its managing       01:39:49

23   member who was me, Robert V. Glaser.                    01:39:53

24       Q.    Did you believe that the filing of            01:39:56

25   Exhibit 13 was in the best interests of the             01:39:58
```

```
 1    creditors of Eugenia -- excuse me -- creditors of     01:40:00

 2    the Debtors?                                          01:40:02

 3         A.   I believe that it was in the best interest  01:40:04

 4    of AMC Investors and I guess in the interest of       01:40:06

 5    their owners as well.  As we pointed out, AMC         01:40:13

 6    Investors was in a dispute with its creditors, so I   01:40:19

 7    don't know that it was in the interest of the         01:40:23

 8    creditors that it had a dispute with.                 01:40:25

 9         Q.   Putting aside the best interests of AMC's   01:40:29

10    owners to which you referred in your last alleged     01:40:35

11    answer, was the filing of Glaser Exhibit 13 in the    01:40:38

12    best interest of AMC Investors?                       01:40:45

13         A.   I believe it was.                           01:40:49

14         Q.   Can you explain why?                        01:40:52

15         A.   Well, I think in the summary of the         01:40:54

16    argument, it points out that -- essentially that      01:40:57

17    Eugenia had already received the books and records    01:41:01

18    of AMC Investors entities.  Eugenia had launched a    01:41:04

19    whole host of other proceedings in state and federal  01:41:08

20    courts.  Eugenia was now trying to move the same      01:41:11

21    kind of disputes into bankruptcy court, in part       01:41:14

22    because they had lost in some -- in federal court.    01:41:18

23    And they were making allegations that were untrue     01:41:23

24    about concealing assets.  And they were trying to     01:41:25

25    make an end run around a state court order.           01:41:29
```

1        So, yes, I think it was in the interest of    01:41:31

2    AMC Investors as summarized in that summary.  I've    01:41:36

3    not read that entire filing at this moment as I sit    01:41:41

4    here in this deposition, but I think the summary of    01:41:44

5    the argument kind of sums it up.    01:41:45

6        Q.  Did you read this document in the last    01:41:47

7    week?    01:41:49

8        A.  I'm not sure that I did read it in the    01:41:50

9    last week.  I may have.  But I can't say for    01:41:52

10    certain.    01:41:54

11        Q.  What were you opposing by filing    01:41:55

12    Exhibit 13?    01:41:59

13        MR. MILLER:  Object to the form.    01:42:01

14        A.  Well, I think the document speaks for    01:42:06

15    itself.  It's a summary of an argument and I think    01:42:08

16    it sets forth very clearly what was being opposed    01:42:10

17    and why it was being opposed.  I could read it out    01:42:13

18    loud for you, but I think it would be a waste of    01:42:15

19    time.  So I don't feel that I can paraphrase it    01:42:17

20    here.  It's a formal legal document filed with the    01:42:20

21    court, bankruptcy court, that is 11 pages long and    01:42:23

22    it speaks for itself.    01:42:26

23    BY MR. KARLAN:    01:42:27

24        Q.  Do you recall that there came a time in    01:42:28

25    connection with the guarantor's bankruptcy case that    01:42:30

1    a request was made for your deposition?                    01:42:34

2         A.   I don't -- I don't recall that at this           01:42:42

3    point in time, no.                                          01:42:44

4         Q.   Okay.                                             01:42:45

5         A.   There may have been.  As I said, there's         01:42:45

6    been a lot of litigation and a lot of jurisdictions         01:42:47

7    and it gets jumbled after eight years.                      01:42:49

8         Q.   Would you look at the first full paragraph        01:42:53

9    on the first page of Exhibit 13 and follow along            01:42:55

10   with me as I read it?                                       01:42:57

11        "The objection of AMC Investors, LLC, and             01:43:00

12   AMC Investors II, LLC, as Debtors herein, defined as        01:43:04

13   the 'Debtors,' to the application of Eugenia VI             01:43:08

14   Venture Holdings, Limited, 'Eugenia,' for entry of          01:43:12

15   an order pursuant to Rule 2004 of the Federal Rules         01:43:16

16   of Bankruptcy Procedure, authorizing and directing          01:43:20

17   the production of documents in the examination of           01:43:24

18   each of the Debtors through deposition of Robert V.         01:43:26

19   Glaser, 'Glaser,' was respectfully set forth as             01:43:31

20   follows."                                                   01:43:35

21        Does that refresh your recollection that              01:43:35

22   there came a time in connection with the                    01:43:37

23   bankruptcy --                                               01:43:41

24        A.   It looks like were you attempting to             01:43:41

25   depose me here, yes.                                        01:43:42

1    Q.    And this document is your objection to          01:43:44

2    that attempt; is that correct?                         01:43:46

3    A.    I believe it does.  Later in the document,       01:43:48

4    it addresses those issues.                             01:43:50

5    Q.    And it's filed not on behalf of you, but         01:43:53

6    on behalf, purportedly, of the Debtors themselves,     01:43:55

7    correct?                                               01:43:58

8    A.    I don't know.  I imagine the document            01:44:01

9    specifies that.  I'm not aware, but this document      01:44:03

10    is -- again, I don't know how to interpret it.  It's   01:44:05

11    filed by AMC Investors, I guess.                       01:44:11

12    Q.    And you authorized the filing of this?          01:44:13

13    A.    As I testified to previously in the manner      01:44:17

14    I testified.                                           01:44:19

15    Q.    So why would it not be in the best              01:44:21

16    interests of the Debtors to have your deposition       01:44:24

17    taken?                                                 01:44:27

18         MR. MILLER:  Object to the form.                 01:44:27

19    A.    Well, I'll try to -- since you ask, I said      01:44:28

20    the document speaks for itself.  But if we turn to     01:44:32

21    page 6, it says "requests are harassing and           01:44:34

22    abusive."                                              01:44:38

23         17, it says that your efforts were an            01:44:39

24    improper device to design and abuse and harass.       01:44:42

25    Talking about 18, Debtors' books and records, you     01:44:49

1    wanted every document relating to me.                    01:44:53

2           You've already deposed Glaser, in               01:44:55

3    paragraph 20.  You had already deposed a                 01:44:57

4    representative of AMC Investors.  Then I attended a      01:44:59

5    341 meeting and answered questions there.  You're       01:45:05

6    asking the same questions, which was a waste of time    01:45:10

7    and resources.                                          01:45:12

8           And in 24, it talks about a vendetta            01:45:14

9    against Glaser and Maplewood entities.                  01:45:17

10          So I think, as I said previously, the           01:45:20

11   document speaks for itself.                             01:45:23

12   BY MR. KARLAN:                                          01:45:24

13      Q.  I'm not asking you, sir, why the                01:45:26

14   deposition of Glaser would have been contrary to the   01:45:29

15   best interests of Glaser.  I'm not asking you          01:45:35

16   whether a deposition of Glaser would have been         01:45:38

17   contrary to the best interests of Maplewood.           01:45:42

18          I'm asking you why you believe, in             01:45:45

19   authorizing the filing of Glaser 13, that the          01:45:48

20   deposition of Glaser was contrary to the best         01:45:51

21   interests of AMC Investors I and II.                    01:45:56

22          MR. MILLER:  Objection, asked and              01:45:59

23      answered.                                           01:45:59

24   BY MR. KARLAN:                                          01:46:00

25      Q.  Do you have anything further to add to         01:46:00

Page 121

1    your answer or are you finished?                    01:46:02

2           MR. MILLER:  Objection --                    01:46:03

3       A.   My answer is that I believe the document    01:46:05

4    speaks for itself.                                  01:46:06

5    BY MR. KARLAN:                                       01:46:07

6       Q.   Well, I can't hear it.                       01:46:13

7           Do you have anything further to add to       01:46:14

8    your answer?                                         01:46:15

9       A.   No.                                          01:46:17

10      Q.   Who do you believe was being harassed by    01:46:18

11   the request to depose you?                           01:46:20

12          MR. MILLER:  I'm sorry.  I didn't hear the   01:46:23

13      question.                                         01:46:24

14   BY MR. KARLAN:                                       01:46:24

15      Q.   Who do you believe was being harassed by    01:46:25

16   the request to depose you?                           01:46:27

17      A.   Any and all entities connected with myself  01:46:29

18   or any Maplewood entity.                             01:46:32

19          (Thereupon, the referred-to document was     01:46:33

20      marked by the court reporter for Identification  01:46:33

21      as Glaser Deposition Exhibit 14.)                01:46:33

22          (Thereupon, the referred-to document was     01:46:57

23      marked by the court reporter for Identification  01:46:57

24      as Glaser Deposition Exhibit 15.)                01:46:57

25

Page 122

1   BY MR. KARLAN:

2       Q.   Would you look, please, at Exhibit --        01:46:54

3   Glaser Exhibit 14?                                    01:46:56

4            Actually, in the interest of time, why       01:47:09

5   don't I give you at the same time Glaser Exhibit 15.  01:47:11

6            And my question, when you're ready, sir,     01:47:17

7   whenever you're ready, is:  Have you ever seen these  01:47:19

8   before?                                               01:47:20

9       A.   Similar to my answer for Exhibits 10 and     01:47:21

10  11, I don't believe that I saw these.  These were     01:47:24

11  documents prepared by attorneys and submitted to the  01:47:26

12  court, and I don't think I reviewed and approved      01:47:29

13  these documents before the attorneys submitted them.  01:47:32

14      Q.   Do you know whether these bills were paid,   01:47:45

15  or these amounts were paid?                           01:47:46

16      A.   As I sit here today, I think, as I           01:47:49

17  answered before, I don't know for a fact, but I       01:47:51

18  assume so.                                            01:47:53

19      Q.   And who paid them?                           01:47:55

20           MR. MILLER:  Same objection and instruct     01:47:57

21       not to answer for the reasons previously         01:47:58

22       articulated.                                     01:48:00

23  BY MR. KARLAN:                                        01:48:33

24      Q.   Can we just go back for a moment, sir, to    01:48:56

25  Glaser Exhibit 13?                                    01:48:59

1          Could you look at the last page?            01:49:01

2          MR. MILLER:  Signatures or the last         01:49:05

3      substantive page?                               01:49:06

4          MR. KARLAN:  The signatures.                01:49:08

5          MR. MILLER:  Okay.                          01:49:09

6   BY MR. KARLAN:                                      01:49:12

7      Q.   That document is executed by Stevens &     01:49:12

8   Lee, correct?                                       01:49:17

9      A.   I'm sorry.  Are you asking me that         01:49:18

10  question?                                           01:49:19

11     Q.   Yes, sir.                                   01:49:20

12     A.   On the page 12, it does indicate that it   01:49:20

13  was instituted by Stevens & Lee.                    01:49:24

14     Q.   And they identify themselves as counsel    01:49:27

15  for the Debtors?                                    01:49:29

16     A.   I believe that they do.                     01:49:30

17     Q.   And then, just so we're all clear, on      01:49:32

18  Exhibits -- Glaser Exhibits 14 and 15, if you look  01:49:35

19  at paragraph numbered 1 of each of these forms --   01:49:46

20  and I think the forms are identical but for the     01:49:51

21  blanks -- do you see that each of these two firms is 01:49:54

22  purporting to report to the bankruptcy court with   01:49:59

23  respect to "services rendered or to be rendered on  01:50:04

24  behalf of the Debtors."                             01:50:10

25          Do you see that?                            01:50:13

Page 124

| | | |
|---|---|---|
| 1 | A.    Yes. | 01:50:14 |
| 2 | Q.    Thank you. | 01:50:17 |
| 3 | MR. KARLAN:  What number are we up to? | 01:50:26 |
| 4 | MR. MILLER:  16. | 01:50:27 |
| 5 | MR. KARLAN:  Thank you. | 01:50:28 |
| 6 | (Thereupon, the referred-to document was | 01:50:50 |
| 7 | marked by the court reporter for Identification | 01:50:50 |
| 8 | as Glaser Deposition Exhibit 16B.) | 01:50:50 |
| 9 | MR. KARLAN:  I marked something as 16A, | 01:50:32 |
| 10 | but we're going to skip it for now and may come | 01:50:33 |
| 11 | back to it. | 01:50:36 |
| 12 | Let's go to 16B. | 01:50:46 |
| 13 | MR. MILLER:  Thank you.  16B. | 01:50:52 |
| 14 | BY MR. KARLAN: | 01:51:12 |
| 15 | Q.    Have you ever seen this before, sir? | 01:51:48 |
| 16 | A.    I don't recall seeing it.  I may have. | 01:51:52 |
| 17 | But as I sit here at this moment in time, I'm not | 01:51:53 |
| 18 | sure I recall that I saw it. | 01:51:56 |
| 19 | Q.    Would you look at paragraph numbered 3 on | 01:51:58 |
| 20 | the third page of the exhibit, which is page 2 of | 01:52:01 |
| 21 | the letter? | 01:52:03 |
| 22 | A.    Yes, I see number -- a paragraph numbered | 01:52:07 |
| 23 | 3 where it says "Request No. 12." | 01:52:08 |
| 24 | Q.    Right.  So Mr. Miller writes to Mr. Ramos, | 01:52:10 |
| 25 | "It is clear from the documents that Debtors | 01:52:13 |

```
 1    produced that they have no insurance coverage."  And    01:52:16

 2    it goes on from there.                                  01:52:19

 3          Is that a true statement?                         01:52:22

 4    A.    Well, it's true in the sense that AISLIC          01:52:24

 5    denied coverage in this instance for this case.  I'm    01:52:29

 6    not sure they had no coverage at all.  They may have    01:52:32

 7    had no coverage given the nature of this claim on       01:52:35

 8    this case.                                              01:52:37

 9          It goes on to say we're willing to provide        01:52:41

10    copy of this nonapplicable insurance policy and was     01:52:43

11    enclosed with this letter.                              01:52:47

12    Q.    Was it your opinion that the insurance            01:52:48

13    company properly denied coverage?                       01:52:51

14          MR. MILLER:  Objection, calls for legal           01:52:55

15          conclusion.                                       01:52:56

16    A.    Yeah, I'm not an expert on legal insurance        01:52:57

17    or in these matters, other than as a businessman.  I    01:53:04

18    would say, as near as I can tell, D&O insurance         01:53:08

19    policies are a fraud perpetrated on the public where    01:53:13

20    insurance companies write policies that they never      01:53:15

21    intend to pay under unless you sue them.  So I don't    01:53:18

22    know whether their conclusion is correct or not, but    01:53:21

23    they appeared to feel that there was no coverage in     01:53:25

24    this instance of this case because of the               01:53:28

25    contractual nature of a guarantee.                      01:53:30
```

```
 1              (Thereupon, the referred-to document was    01:53:31
 2       marked by the court reporter for Identification   01:53:31
 3       as Glaser Deposition Exhibit 17.)               01:53:31
 4  BY MR. KARLAN:                                         01:53:56
 5       Q.   Would you look at Exhibit 17, please?       01:53:57
 6            MR. MILLER:  It appears to be the same as    01:54:21
 7       13.                                               01:54:25
 8            MR. KARLAN:  Is it the same?  Okay.  My      01:54:26
 9       apologies.  We can put that aside, sir.  I've    01:54:26
10       marked the same document twice.  17 and 13 are   01:54:30
11       the same.                                         01:54:31
12              (Thereupon, the referred-to document was    01:54:54
13       marked by the court reporter for Identification   01:54:54
14       as Glaser Deposition Exhibit 18.)               01:54:54
15  BY MR. KARLAN:                                         01:54:55
16       Q.   Would you look at Glaser 18, please?        01:54:56
17            Have you ever seen this document before,    01:55:57
18  sir?                                                   01:55:59
19       A.   I may have, but I can't recall at this      01:56:01
20  point as I sit here today.                             01:56:02
21            The document appears to be a letter         01:56:14
22  from -- it's hard to understand because it seems to   01:56:17
23  be a letter, but then there seems to be copies of    01:56:22
24  the court filing, but then it's got answers to it.   01:56:26
25  But near as I can make out, documents and            01:56:30
```

Page 127

| 1 | information requests had been delivered to Akerman | 01:56:33 |
| 2 | Senterfitt relating to AMC Investors and AMC | 01:56:36 |
| 3 | Investors II, and I believe this is the methodology | 01:56:39 |
| 4 | by which that information was -- Akerman Senterfitt | 01:56:43 |
| 5 | was transmitting documents responsive to those | 01:56:50 |
| 6 | requests. | 01:56:53 |
| 7 |    Q.   And you don't have any present | 01:56:54 |
| 8 | recollection of ever seeing this before? | 01:56:56 |
| 9 |    A.   I don't have any present recollection of | 01:56:58 |
| 10 | having seen this before.  I may have, but as I sit | 01:57:00 |
| 11 | here today, I can't recall. | 01:57:03 |
| 12 |    Q.   Would you look at page -- the page that is | 01:57:05 |
| 13 | numbered 6 at the bottom? | 01:57:07 |
| 14 |       Can you look at Request No. 16, which is | 01:57:17 |
| 15 | at the bottom of the page?  Follow along as I read. | 01:57:17 |
| 16 |       "All documents referring or relating to | 01:57:20 |
| 17 | Robert Glaser including, but not limited to, any | 01:57:24 |
| 18 | payments or transfers of any kind whatsoever by the | 01:57:28 |
| 19 | Debtors and/or their affiliates to Robert Glaser and | 01:57:31 |
| 20 | all communications related thereto." | 01:57:35 |
| 21 |       And the answer states, "In addition to the | 01:57:40 |
| 22 | general objections set forth above, Debtors object | 01:57:42 |
| 23 | to this request because it is overbroad, burdensome, | 01:57:44 |
| 24 | and is not limited in time or scope.  Neither | 01:57:46 |
| 25 | Debtors nor their affiliates made any payments or | 01:57:51 |

1    transfers to Mr. Glaser."                          01:57:54

2              Do you see that?                          01:57:55

3         A.   Yes.                                      01:57:56

4         Q.   Did you review this answer in substance,  01:57:58

5    even if it was done orally, before the answer was   01:58:02

6    given?                                              01:58:05

7         A.   Yes, I believe that counsel asked me.  He 01:58:06

8    would say I just want to make sure that AMC          01:58:08

9    Investors didn't make any payments to you.  So I     01:58:11

10   think there was a verbal discussion on that point.   01:58:15

11        Q.   So can you tell me what is meant, then, by 01:58:19

12   the three words "nor their affiliates" in that       01:58:21

13   answer?                                              01:58:24

14        A.   I didn't write this letter, so I don't     01:58:25

15   know what the writer meant.                          01:58:26

16        Q.   Well, you authorized these answers to be   01:58:29

17   made; is that correct?                               01:58:31

18        A.   I authorized responding to the legal       01:58:33

19   request.  But as I said earlier, I don't recall      01:58:36

20   seeing this, nor do I recall reviewing the draft of  01:58:38

21   it, so I'm not exactly sure what the writer of the   01:58:41

22   letter meant when he wrote it.                       01:58:44

23        Q.   Okay.  I thought I asked you a moment ago  01:58:46

24   whether this answer was reviewed with you, even      01:58:48

25   orally, before it was given and I thought you said   01:58:51

Page 129

1    yes.                                                    01:58:53

2            Am I mistaken?                                  01:58:54

3        A.    No, I said I was asked whether or not I       01:58:55

4    received any payments from the AMC Investors            01:58:57

5    entities.                                               01:59:00

6            And I said I had a discussion about that        01:59:01

7    and conferred to my attorneys that I had not.           01:59:04

8            Then you asked me a different question          01:59:07

9    about what did my attorneys mean by those words.        01:59:09

10   And I said I don't know what they meant.                01:59:11

11       Q.    Were you ever asked, prior to the giving      01:59:14

12   of this answer, whether any affiliate of the Debtors    01:59:15

13   ever made any payment or transfer to you?               01:59:20

14       A.    Well, I don't know what the definition of     01:59:22

15   "affiliate of the Debtor" means.                        01:59:24

16       Q.    That's my point.                              01:59:29

17           Did the Debtors have any affiliates, in         01:59:33

18   your opinion?                                           01:59:35

19       A.    Well, AMC Investors was managed by            01:59:38

20   Maplewood Management.  I don't know technically -- I    01:59:41

21   don't know the legal definition of the word             01:59:48

22   "affiliate" and I know the word "affiliate" is often    01:59:49

23   defined in certain agreements to be something of its    01:59:53

24   own.  So I don't know the definition of the word        01:59:55

25   "affiliate" in the context of this letter.  And as I    01:59:57

1    said, I didn't write the letter, so I don't know          02:00:02

2    what they were referring to.                              02:00:04

3         Q.   Well, there's no objection anywhere in          02:00:28

4    this document to the use of the word "affiliate,"         02:00:29

5    that I can find.                                          02:00:33

6              Let me ask you this, sir:  At any time          02:00:36

7    between 2000 and 2008 -- withdraw the question.           02:00:40

8              At any time between 2000 and 2010, did you      02:00:51

9    receive any payments or transfers of any kind from        02:00:58

10   any of the three Maplewood entities that are              02:01:03

11   Defendants in this litigation?                            02:01:05

12        A.   Sure.  I received some transfers from           02:01:09

13   Maplewood Holdings and Maplewood Management and           02:01:11

14   Maplewood Partners.                                       02:01:14

15        Q.   Can you tell me what you received, please?      02:01:16

16        A.   When you say "what," can you tell me what       02:01:19

17   you mean by what?                                         02:01:22

18        Q.   Did you receive cash?                           02:01:23

19        A.   Not physical cash, but I received probably      02:01:25

20   checks or money transfers.                                02:01:28

21        Q.   In what amount and on what dates and from       02:01:30

22   whom, please?                                             02:01:33

23        A.   No idea.                                        02:01:34

24        Q.   And what efforts did you make, before this      02:01:35

25   deposition, to learn the answers to those questions?     02:01:37

Page 131

1      A.   To come up with a detailed list of every         02:01:41

2  payment ever made to me by Maplewood Management,         02:01:44

3  Maplewood Partners, and Maplewood Holdings?             02:01:47

4      Q.   Yes, sir.                                        02:01:50

5      A.   None.                                            02:01:51

6      Q.   Would you look at page No. 5 at the             02:02:24

7  bottom?                                                  02:02:29

8           Would you look at Request No. 12 and            02:02:43

9  follow along as I read it to you?                        02:02:45

10          "All insurance policies in which Debtors        02:02:49

11  have or could have a legal or equitable interest as     02:02:52

12  of, 1, June 7, 2005; 2, September 30, 2008; and/or      02:02:57

13  3, June 5, 2009, and all communications related         02:03:04

14  thereto."                                                02:03:11

15          "Answer:  No such documents exist."             02:03:13

16          Do you see that, sir?                           02:03:17

17      A.   Yes.                                            02:03:17

18      Q.   Is the statement "no such documents exist"     02:03:18

19  correct?                                                 02:03:20

20      A.   Well, if our lawyers wrote it, I assume it     02:03:21

21  is.  I guess perhaps they searched and found that       02:03:25

22  AMC Investors had no documents relating to those        02:03:31

23  topics in its files.  I don't know whether the          02:03:34

24  attorneys wrote letters to the insurance company.       02:03:36

25  And I don't know whether -- I don't know about the      02:03:40

1    attorneys' files.  But the attorneys had all of the    02:03:43

2    documents and records of AMC Investors.  And as I    02:03:46

3    said, I didn't write this letter.  They did.  So I    02:03:48

4    assume it's accurate.    02:03:50

5         Q.   Did anyone consult with you about this    02:03:52

6    response before it was filed, served?    02:03:54

7         A.   It seems to me that somewhere somebody had    02:03:57

8    a conversation with me to ask if we had any specific    02:04:00

9    insurance policy relating only to AMC Investors.    02:04:04

10   And I think I told them that we had a general    02:04:09

11   insurance policy for Maplewood umbrella of    02:04:14

12   companies.  So I think there was a conversation    02:04:17

13   about it.    02:04:20

14        Q.   And you told them that there was policy    02:04:23

15   relating to Maplewood?    02:04:25

16        A.   Well, I don't know if I told them that.    02:04:26

17   They knew, as you saw from prior correspondence    02:04:27

18   here, that we had made a claim to try to get    02:04:30

19   coverage from -- I believe it was called the AISLIC,    02:04:33

20   A-I-S-L-I-C, policy, who denied that claim.  So they    02:04:37

21   were aware of that policy for certain.    02:04:40

22        Q.   Let's not, for the moment, focus on the    02:04:48

23   part of Request No. 12 that asks for "all    02:04:50

24   communications related thereto."  Let's just focus    02:04:54

25   on the part of the request that asks for policies in    02:04:57

```
 1   which Debtors have or could have a legal or        02:05:01

 2   equitable interest.                                02:05:05

 3           Do you see that?                           02:05:06

 4       A.   I see that.                               02:05:07

 5       Q.   Were there such policies?                 02:05:08

 6       A.   The attorneys here say no such documents  02:05:10

 7   exist, so I have to assume that no such documents  02:05:12

 8   that were responsive to whatever it was that you   02:05:16

 9   transmitted to them existed or our attorneys made an 02:05:18

10   error.  I don't know which.                        02:05:22

11       Q.   Who was the insured under the AISLIC      02:05:30

12   insurance policy that we discussed a moment ago when 02:05:36

13   we were looking at Exhibit 16B?                    02:05:42

14       A.   Well, I think multiple parties were       02:05:45

15   arguably insured.  When I say "arguably," I've had  02:05:48

16   arguments with insurance companies about who was   02:05:52

17   insured and who was not insured.  And as I recall,  02:05:56

18   in this case, AISLIC denied coverage to AMC        02:05:58

19   Investors based upon a contractual exclusion saying 02:06:06

20   that any claims against AMC Investors or AMC       02:06:09

21   Investors II came out of a contract, that being a  02:06:14

22   guarantee, and regardless of whether they were     02:06:17

23   insured or not insured, there was no coverage      02:06:21

24   available.                                         02:06:23

25       Q.   You don't recall who the named insured was 02:06:27
```

1   on that policy?                                          02:06:31

2        A.   No, I don't at this time.  There are many,    02:06:34

3   many different companies in the Maplewood group of      02:06:37

4   companies.  And there were many different insurers      02:06:39

5   over a period of time.  And there were many             02:06:44

6   different lawsuits filed from 2005 onwards.  So I        02:06:47

7   have to say that, no, I don't have that recollection    02:06:48

8   as I sit here at this moment in time.                   02:06:51

9        Q.   In preparation for your deposition today,     02:06:53

10  have you looked, say, in the last two weeks, at the     02:06:55

11  AISLIC policy?                                          02:06:58

12       A.   I looked through all of the documents that    02:07:00

13  were provided as part of discovery from AMC             02:07:02

14  Investors.  It may be that that was one of them.  I     02:07:06

15  can't recall.                                           02:07:08

16       Q.   What would be involved -- I'm going back      02:07:16

17  now, sir, to Request No. 16, which is on page No. 6.    02:07:18

18            What would be involved in getting an          02:07:22

19  answer --                                               02:07:27

20       A.   Sorry.  You're in Exhibit 18?                 02:07:28

21       Q.   I'm sorry.  I'm sorry.  I'm skipping          02:07:30

22  around too much.                                        02:07:31

23            I am on Exhibit 18.  I'm going back now to    02:07:32

24  page No. 6.                                             02:07:37

25       A.   Yes.                                          02:07:38

Page 135

1    Q.    Question 16.                                    02:07:38

2    A.    Uh-huh.                                         02:07:39

3    Q.    What would be involved in getting an           02:07:39

4    answer to the question I asked you a moment ago:     02:07:41

5    Tell me what transfers and payments you have         02:07:44

6    received since 2000 from the three Maplewood         02:07:48

7    entities that are the defendants in this litigation? 02:07:54

8    A.    I think it would have to be looking at all     02:07:58

9    of the books and records, financial accounts of     02:08:00

10   those entities since 2000.                           02:08:04

11   Q.    What about your tax returns, if you looked     02:08:08

12   at your tax returns, would that provide a shorter,   02:08:10

13   easier, faster way for you to answer that question?  02:08:13

14   A.    Probably not.                                  02:08:16

15   Q.    Why is that?                                   02:08:17

16   A.    Tax returns are very confusing.  I'm not       02:08:18

17   sure I understand them.                              02:08:20

18   Q.    How much did you pay for that MBA?             02:08:24

19   A.    Plenty.  But the tax code, as your tax         02:08:28

20   partners, I think Mr. Peter Bambush, would tell you, 02:08:31

21   would probably fill up this room and I don't think   02:08:35

22   Mr. Bambush understands it.                          02:08:38

23   Q.    But on the first page of the 1040, you're      02:08:39

24   required to report all compensation that you've      02:08:41

25   received for services rendered; isn't that correct?  02:08:43

1    And you know that.                                      02:08:47

2         A.    And I know what?  Sorry.                     02:08:48

3         Q.    What I just said, you know that to be        02:08:50

4    true.                                                   02:08:51

5         A.    Yes, I comply with all the rules and         02:08:51

6    regulations of the Internal Revenue Service.            02:08:53

7         Q.    That's not the question I asked you.         02:08:54

8               Is it true what I just said?                 02:08:56

9         A.    I don't know.                                02:08:57

10        Q.    You don't know?                              02:08:58

11        A.    No.                                          02:08:59

12        Q.    Do you sign your own tax returns?            02:08:59

13        A.    After my accountants do, yes.                02:09:02

14        Q.    Do you read them before you sign them?       02:09:03

15        A.    A little bit.                                02:09:05

16        Q.    That's all?                                  02:09:07

17        A.    Yes.                                         02:09:08

18        Q.    Did you receive from any of the Maplewood    02:09:11

19   entities what -- the equivalent of a wage statement     02:09:13

20   for each tax year so you knew what to put on your       02:09:24

21   tax return?                                             02:09:27

22        A.    I received documents.  I think they call     02:09:27

23   them K-1s or some type of document like that, which     02:09:29

24   were provided to my accountants to prepare the tax      02:09:33

25   returns.                                                02:09:35

1    Q.   And those K-1s for each year would tell          02:09:36

2    you how much compensation you received from each      02:09:39

3    Maplewood entity, wouldn't it?                        02:09:43

4    A.   I don't know.  I'm not an expert on what         02:09:44

5    K-1s say and don't say.                               02:09:46

6    Q.   What are you an expert in?                       02:09:48

7    A.   I'm working on litigation, thanks to your        02:09:50

8    help.                                                 02:09:54

9    Q.   Can you answer my question, please?              02:09:55

10   A.   I wouldn't presume to call myself an             02:09:56

11   expert on anything.                                   02:09:58

12   Q.   Have you called yourself an expert in any        02:10:00

13   offering documents to prospective investors?          02:10:03

14   A.   I don't know that I've called myself an          02:10:07

15   expert.  I have -- in some offering documents, I      02:10:08

16   articulated my experience in the private equity       02:10:12

17   sector.                                               02:10:16

18   Q.   It's your testimony you don't know what          02:10:21

19   information is on a K-1 and you don't know what        02:10:23

20   information is on the first page of a 1040?            02:10:24

21        MR. MILLER:  Objection, asked and                02:10:27

22        answered, and harassing.                         02:10:27

23   A.   I don't believe I said that.                     02:10:28

24        MR. KARLAN:  I'm giving him a chance to           02:10:29

25        avoid being embarrassed at trial by being        02:10:31

1    caught up in an obvious lie.  I think that's         02:10:36

2    the appropriate and responsible thing to do.        02:10:38

3    Sometimes we tend to spar with each other and        02:10:40

4    we forget that things are being written down         02:10:43

5    and that answers are under oath.                     02:10:46

6  BY MR. KARLAN:                                         02:10:47

7    Q.   So is it your testimony that you don't          02:10:48

8  understand what's on a K-1 and that you don't --       02:10:50

9         MR. MILLER:  And sometimes counsel --           02:10:50

10 BY MR. KARLAN:                                         02:10:52

11   Q.   -- and that you don't understand what goes      02:10:52

12 on the first page of a 1040?                           02:10:54

13   A.   Well, I will try to answer your question.       02:10:56

14   Q.   Thank you.                                      02:10:59

15   A.   The tax code is complicated.  You don't         02:11:00

16 want to mess with the Internal Revenue Service.  So    02:11:03

17 I have a policy.  I hire a top name accounting firm     02:11:06

18 to do my taxes and have done so for many, many         02:11:10

19 years.  Interestingly enough, I was introduced to      02:11:13

20 that accounting firm by Gibson, Dunn & Crutcher.       02:11:15

21 And I give them all of the information that relates     02:11:20

22 to any of my income or any of my expenses, and I say   02:11:22

23 to them:  I want to comply with any law that there     02:11:26

24 is and pay whatever taxes I have to; but I don't       02:11:28

25 understand the code nor do I want to spend my time     02:11:32

| | | |
|---|---|---|
| 1 | trying to figure it out; would you please tell me | 02:11:35 |
| 2 | what I owe?  And that's what I do. | 02:11:37 |
| 3 | So I rely upon their judgment because I've | 02:11:39 |
| 4 | seen too many people try to think that they | 02:11:42 |
| 5 | understand what the tax code is and end up in | 02:11:44 |
| 6 | problems with the Internal Revenue Service, and I | 02:11:47 |
| 7 | don't want to be there.  I want to be a law abiding | 02:11:50 |
| 8 | taxpayer.  So I have not devoted very much time or | 02:11:52 |
| 9 | energy to worrying about those issues.  I devote my | 02:11:56 |
| 10 | attention to making sure I give the information to | 02:11:59 |
| 11 | my tax advisors and pay my taxes. | 02:12:02 |
| 12 | Q.   Have you finished your answer? | 02:12:05 |
| 13 | A.   I believe that I have. | 02:12:06 |
| 14 | Q.   Do you understand what information is in a | 02:12:07 |
| 15 | K-1? | 02:12:09 |
| 16 | A.   No. | 02:12:11 |
| 17 | Q.   Do you understand what goes on the first | 02:12:12 |
| 18 | page of a 1040? | 02:12:13 |
| 19 | A.   No. | 02:12:15 |
| 20 | Q.   Did you give your K-1s or your 1040s to | 02:12:16 |
| 21 | Akerman Senterfitt so that they would be able to | 02:12:19 |
| 22 | respond to the questions posed in Exhibit 18? | 02:12:22 |
| 23 | A.   No, I don't believe that I've given my | 02:12:28 |
| 24 | personal tax returns to Akerman Senterfitt. | 02:12:30 |
| 25 | Q.   Or your K-1s? | 02:12:35 |

1    A.   Or my K-1s.                                    02:12:37

2         (Thereupon, the referred-to document was      02:12:41

3    marked by the court reporter for Identification     02:12:41

4    as Glaser Deposition Exhibit 19.)                   02:12:41

5  BY MR. KARLAN:

6    Q.   Would you please look at Exhibit 19?           02:12:38

7    A.   I have briefly scanned it, yes.                02:13:47

8    Q.   Have you ever seen these before?              02:13:50

9    A.   I can't recall seeing these specific           02:13:51

10  invoices before.  I may have, but I can't recall.    02:13:53

11   Q.   Did you, in preparation for your               02:13:58

12  deposition today, review any of the bills rendered   02:14:00

13  by Stevens & Lee or Akerman Senterfitt during the    02:14:06

14  period 2005 to 2010?                                 02:14:12

15   A.   I leafed through the documents that were       02:14:16

16  provided by AMC Investors in response to the         02:14:17

17  discovery requests prior to today's deposition, yes. 02:14:21

18   Q.   I'm sorry, sir.  I don't know whether          02:14:25

19  that's a yes or a no?                                02:14:26

20   A.   I'm sorry.  I believe that I did, because      02:14:28

21  I believe they were included in that information     02:14:30

22  that I leafed through.                               02:14:32

23   Q.   All of them?                                   02:14:33

24   A.   I leafed through them and I assume all of      02:14:35

25  them were there, yes.                                02:14:38

1    Q.    Did you ask whether all of them were          02:14:40

2    there?                                              02:14:42

3    A.    I believe I instructed our attorneys to      02:14:43

4    make sure that all the responsive documents to the 02:14:45

5    discovery requests were there.                      02:14:47

6    Q.    I'm asking you a slightly different          02:14:49

7    question.                                           02:14:51

8         Do you know whether you looked at all of      02:14:52

9    the bills and invoices to Maplewood from Akerman or 02:14:53

10   Stevens between 2005 and 2010 in preparation for    02:15:01

11   your deposition?                                    02:15:05

12        MR. MILLER:  Object to the form.               02:15:05

13   A.    I don't know whether I did that.              02:15:07

14   BY MR. KARLAN:                                       02:15:08

15   Q.    Do you know whether any of those bills        02:15:11

16   have time entries that reflect consideration of     02:15:14

17   possible affirmative litigation to be brought by AMC 02:15:17

18   Investors I or II?                                   02:15:22

19   A.    No, I don't.                                  02:15:27

20   Q.    Would you look, please, the 6th page of      02:15:29

21   Exhibit 19, which says, at the very top, "page 6 of 02:15:39

22   23"?                                                02:15:45

23   A.    Uh-huh.                                       02:15:47

24   Q.    And would you look at the entry for 15,      02:15:47

25   October '07 by someone whose initials are SSH?      02:15:52

Page 142

| | | |
|---|---|---|
| 1 | A.    Uh-huh. | 02:16:00 |
| 2 | Q.    And in that time entry, that person | 02:16:01 |
| 3 | records that they conducted case law research on | 02:16:05 |
| 4 | tortious interference. | 02:16:09 |
| 5 | Do you see that? | 02:16:11 |
| 6 | A.    Uh-huh. | 02:16:12 |
| 7 | Q.    Do you know what that's a reference to? | 02:16:13 |
| 8 | A.    Not off the top of my head.  This is, as | 02:16:15 |
| 9 | you said, an entry made by somebody else and billed | 02:16:17 |
| 10 | in October of 2007.  I'm sitting here in July of | 02:16:21 |
| 11 | 2013, and I can't recall, from looking at this, | 02:16:26 |
| 12 | exactly what that related to at that point in time | 02:16:29 |
| 13 | six years ago. | 02:16:33 |
| 14 | Q.    Were these bills paid? | 02:16:35 |
| 15 | A.    Again, I assume so. | 02:16:38 |
| 16 | Q.    Who paid them? | 02:16:41 |
| 17 | MR. MILLER:  Objection, instruction not to | 02:16:46 |
| 18 | answer. | 02:16:47 |
| 19 | (Thereupon, the referred-to document was | 02:16:57 |
| 20 | marked by the court reporter for Identification | 02:16:57 |
| 21 | as Glaser Deposition Exhibit 20.) | 02:16:57 |
| 22 | BY MR. KARLAN: | 02:16:58 |
| 23 | Q.    Would you look at Exhibit 20, please? | 02:16:58 |
| 24 | A.    I have skimmed this document, which is 11 | 02:18:02 |
| 25 | pages long. | 02:18:07 |

Page 143

1      Q.    Did you authorize the filing of this          02:18:08

2  document on behalf of the Debtors?                      02:18:09

3      A.    I believe that it was authorized by AMC       02:18:11

4  Investors acting through Maplewood Management acting    02:18:13

5  through Maplewood Holdings, and as managing member      02:18:16

6  of Maplewood Holdings, I would have authorized it,      02:18:19

7  yes.                                                    02:18:23

8           (Thereupon, the referred-to document was      02:18:24

9      marked by the court reporter for Identification     02:18:24

10     as Glaser Deposition Exhibit 21.)                   02:18:24

11 BY MR. KARLAN:                                          02:18:29

12     Q.    Would you look at Exhibit 21, please?         02:18:30

13           Do you recall, sir, that there came a time    02:18:58

14 when Eugenia asked the bankruptcy court in the          02:19:01

15 guarantor's bankruptcy action for permission to         02:19:07

16 commence affirmative claims on behalf of the Debtors    02:19:12

17 seeking to recover money for the Debtors?               02:19:17

18     A.    Yes, I remember that the bankruptcy           02:19:22

19 trustee decided not to pursue those claims and          02:19:23

20 Eugenia asked to be approved to do so.                  02:19:26

21     Q.    And did you authorize the filing of           02:19:32

22 Exhibit 21?                                             02:19:34

23     A.    I believe that I did, yes.                    02:19:36

24     Q.    And it's filed, you will agree with me, on    02:19:39

25 behalf of the -- purportedly on behalf of the           02:19:42

1   Debtors, correct?                                    02:19:44

2       A.   Yes.  I would have authorized it through   02:19:45

3   AMC Investors through Maplewood Management through   02:19:48

4   Maplewood Holdings as the managing member of         02:19:50

5   Maplewood Holdings, as I testified to previously     02:19:54

6   today.                                               02:19:56

7       Q.   And you took the position that the Debtors  02:19:57

8   should not pursue litigation seeking to recover      02:20:00

9   money for their estate, correct?                     02:20:06

10           MR. MILLER:  Object to the form,            02:20:09

11       mischaracterizes the document.                  02:20:09

12       A.   This document is not about what the        02:20:13

13   Debtors should do.  I think this is the Debtors     02:20:15

14   objection to what Eugenia is trying to do.          02:20:18

15           So are you asking me a question about this  02:20:21

16   document or a different question?                   02:20:23

17   BY MR. KARLAN:                                      02:20:24

18       Q.   What did you think Eugenia wanted to do    02:20:25

19   that you were opposing in this brief?               02:20:26

20       A.   Well, I think that, as I recall the        02:20:29

21   situation --                                        02:20:35

22       Q.   Let me interrupt you just for one second.  02:20:36

23           Did you read this document in preparation   02:20:38

24   for your deposition?                                02:20:39

25       A.   I'm not sure that I read it yesterday.     02:20:40

1    I've certainly read it previously.                    02:20:42

2        Q.    Okay.    Sorry.    I interrupted you.    Go     02:20:43

3    ahead.                                                 02:20:45

4        A.    The -- as I recall the situation, Eugenia    02:20:46

5    encouraged the bankruptcy trustee to bring claims      02:20:51

6    against various people.    And I think the bankruptcy   02:20:54

7    trustee decided not to do that because of the cost     02:20:58

8    involved and because there was nothing to gain and     02:21:02

9    probably because of the ruling that was made by the    02:21:06

10   federal judge in the other case.    So the bankruptcy  02:21:08

11   trustee decided not to.    And then Eugenia asked to    02:21:10

12   do it any way, regardless, and to foot the bills and   02:21:15

13   foot the costs.    And I think this is AMC Investors'   02:21:18

14   objections to those efforts on the part of Eugenia.    02:21:21

15       Q.    Have you ever spoken to the bankruptcy       02:21:24

16   trustee?                                               02:21:27

17       A.    I went to a hearing in Delaware.    Your     02:21:28

18   former colleague, Mr. Fallic (phonetic) was there.     02:21:30

19   And we spoke to a gentleman, and I don't know          02:21:33

20   whether he was the bankruptcy trustee or an            02:21:35

21   assistant to the trustee or -- I don't think he was    02:21:37

22   a judge, so -- I don't know what his position was.     02:21:40

23   He might have been the bankruptcy trustee.             02:21:43

24       Q.    Who is the bankruptcy trustee in this        02:21:45

25   case?                                                  02:21:46

1       A.    Off the top of my head, I don't know.          02:21:46

2       Q.    And other than that 341 examination that       02:21:49

3   you just referred to, you don't have any                 02:21:51

4   recollection of ever speaking to him on any other        02:21:53

5   occasion?                                                02:21:56

6       A.    Well, I didn't reference it as a 341           02:21:57

7   examination.  It may have been that.  I don't know       02:21:59

8   that, because I'm not a lawyer.  I know I went to        02:22:00

9   Delaware and sat in front of a gentleman and talked     02:22:03

10  to him.  Maybe that was 341; maybe it was not.  But     02:22:05

11  I've never had any other conversations directly,        02:22:08

12  that I can recall at this moment in time, with the      02:22:10

13  bankruptcy trustee.                                     02:22:14

14      Q.    What is your basis for believing that the     02:22:14

15  bankruptcy trustee declined to pursue these claims?     02:22:17

16      A.    Briefings by counsel.                          02:22:23

17      Q.    Did you believe that the filing of            02:22:30

18  Exhibit 21 was in the best interest of the creditors    02:22:32

19  of the Debtors?                                          02:22:36

20          MR. MILLER:  Object to the form.                02:22:38

21      A.    As I've testified to previously, the          02:22:40

22  Debtors and the creditors were adversary parties.       02:22:43

23  So I'm not sure that the Debtors had an obligation       02:22:46

24  to accept the interest of the creditors that they       02:22:52

25  were in dispute with.                                    02:22:54

```
 1   BY MR. KARLAN:                                        02:22:56

 2        Q.   Did you understand, at the time you        02:23:05

 3   authorized the filing of Exhibit 21, that the        02:23:07

 4   litigation that Eugenia was seeking permission to    02:23:15

 5   commence would seek to recover money for the         02:23:21

 6   Debtors, not from the Debtors?                       02:23:26

 7        A.   Well, no, I didn't understand that.  What  02:23:29

 8   I understood it to be is that it would collect money 02:23:33

 9   for the Debtors that would then go to Eugenia.  So I 02:23:37

10   looked at it as an effort to get money into          02:23:40

11   Eugenia's pocket.                                    02:23:42

12             (Thereupon, the referred-to document was   02:23:48

13        marked by the court reporter for Identification 02:23:48

14        as Glaser Deposition Exhibit 22.)               02:23:48

15   BY MR. KARLAN:                                        02:23:50

16        Q.   Would you look at Exhibit 22, please?      02:23:50

17             Before we look at Exhibit 22, did you      02:23:55

18   think that was a bad thing if money got into         02:23:57

19   Eugenia's pocket?                                    02:23:59

20        A.   Well, AMC Investors was a guarantor on the 02:24:02

21   loan.  Eugenia made a loan.  Eugenia put AMC out of  02:24:06

22   business.  Eugenia had claims against AMC Investors  02:24:11

23   that were -- against AMC Computer that turned out to 02:24:15

24   have been inflated.  They may have had some          02:24:19

25   legitimate claims against AMC Computer.  They        02:24:22
```

1    certainly had a guarantee and called under the          02:24:26

2    guarantee.  And the guarantors had no assets other      02:24:28

3    than their stock in AMC Computer.  And the              02:24:32

4    guarantors offered that stock to Eugenia when AMC       02:24:36

5    Computer was still in business.  And AMC Computer --    02:24:41

6    and -- I'm sorry -- Eugenia declined to accept that     02:24:44

7    stock.  So this whole effort by Eugenia would appear    02:24:47

8    to be nonsensical in the sense that they're trying      02:24:52

9    to get money out of guarantors that don't have any      02:24:56

10   money.                                                  02:24:59

11       Q.   Let me ask you a question about Exhibit 21     02:25:03

12   that I asked you a moment ago.  I want to make sure     02:25:05

13   you and I are communicating clearly.                    02:25:08

14          In authorizing Exhibit 21, you understood        02:25:10

15   that Eugenia was proposing to start a new litigation    02:25:14

16   in the bankruptcy court; is that correct?               02:25:20

17       A.   I don't know whether it was in bankruptcy      02:25:23

18   court or another court, but Eugenia was looking to      02:25:25

19   step into the shoes of the trustee, as I understood     02:25:28

20   it, and file litigation against other parties,          02:25:31

21   purportedly on behalf of the guarantors.                02:25:33

22       Q.   Thank you.                                     02:25:37

23          Did you authorize the filing of                  02:25:38

24   Exhibit 22, purportedly on behalf of the Debtors?       02:25:39

25       A.   I believe it was authorized by AMC             02:25:44

| | | |
|---|---|---|
| 1 | Investors acting through Maplewood Management, | 02:25:46 |
| 2 | acting through Maplewood Holdings, acting through | 02:25:48 |
| 3 | its managing member Robert V. Glaser. | 02:25:50 |
| 4 | Q.   And you understand that this is a request | 02:25:52 |
| 5 | for permission to appeal to the district court from | 02:25:54 |
| 6 | the ruling permitting Eugenia to sue on behalf of | 02:25:58 |
| 7 | the Debtors? | 02:26:05 |
| 8 | A.   Yes. | 02:26:06 |
| 9 | Q.   Did you believe that the filing of | 02:26:08 |
| 10 | Exhibit 282 was in the best interest of the | 02:26:10 |
| 11 | creditors of the Debtors? | 02:26:13 |
| 12 | A.   As I've said repeatedly in this | 02:26:16 |
| 13 | deposition, I think that the Debtors and creditors | 02:26:20 |
| 14 | of the Debtors were in an adversary relationship.  I | 02:26:22 |
| 15 | think it was in the best interests of the Debtors, | 02:26:24 |
| 16 | the guarantors, AMC Investors entities. | 02:26:27 |
| 17 | Q.   Not to recover money? | 02:26:30 |
| 18 | MR. MILLER:  Object to the form. | 02:26:32 |
| 19 | A.   I'm sorry.  Was that a question? | 02:26:35 |
| 20 | BY MR. KARLAN: | 02:26:36 |
| 21 | Q.   You thought it was in the best interests | 02:26:37 |
| 22 | of the Debtors that they not recover any money. | 02:26:38 |
| 23 | Is that your testimony? | 02:26:41 |
| 24 | A.   We thought it was a waste of time because | 02:26:42 |
| 25 | we didn't think any money would be recovered, | 02:26:44 |

1   because we thought the claims were invalid and a          02:26:46

2   waste of time and effort, and we thought that it was     02:26:50

3   merely another venue to harass certain people in the     02:26:51

4   face of losses on the part of Eugenia in the past.       02:26:55

5        Q.    Whose time did you believe would be wasted    02:26:58

6   if the claims were prosecuted?                           02:26:59

7        A.    Court's time, lawyer's time, expert           02:27:03

8   witness time, stenographer's time, witness's times,     02:27:06

9   lot of people's times.                                   02:27:09

10       Q.    Which lawyers?                                 02:27:11

11       A.    I couldn't name them all.                      02:27:14

12       Q.    Can you name any?                              02:27:14

13       A.    No.                                            02:27:16

14            MR. KARLAN:  Take a short break.                02:27:27

15            VIDEOGRAPHER:  Time is 14:26.  Off the          02:27:29

16       record.                                             02:27:31

17            (Thereupon, a recess was taken, after          02:27:32

18       which the following proceedings were held:)         02:27:32

19            VIDEOGRAPHER:  Time is 14:51.  We're back       02:51:48

20       on the record.  Media Unit No. 3.                   02:51:50

21            MR. MILLER:  Before you begin Mr. Karlan,       02:51:52

22       I wanted to make a statement.                       02:51:53

23            During the course of the deposition,           02:51:56

24       you've shown us various documents that have         02:51:59

25       been marked as exhibits regarding filings in        02:52:02

1      the bankruptcy court, including Exhibits 14 and      02:52:05

2      15, which were the supplemental disclosure of        02:52:09

3      compensation.                                        02:52:11

4           During this break, after you had marked        02:52:13

5      these exhibits, I asked someone, Mr. Bombulie,       02:52:15

6      to do some more further research into the            02:52:19

7      pleading file in this and to look at the             02:52:22

8      transcript of the judge's hearing from               02:52:24

9      December 16 of 2009.                                 02:52:26

10          Is that the right date?                         02:52:29

11          MR. BOMBULIE:  Yes, I believe so.               02:52:33

12          December 16, 2009, correct.                     02:52:36

13          MR. MILLER:  So we looked at that               02:52:38

14     transcript, and in looking at that, it's             02:52:40

15     refreshed our memory that we had forgotten and       02:52:43

16     I think it seems apparent that you also had          02:52:44

17     forgotten that the judge already has made a          02:52:46

18     ruling on disclosure of the source of legal          02:52:48

19     fees for AMC Investors I and II.                     02:52:52

20          The judge made a ruling in the hearing on       02:52:55

21     December 16, 2009 and he directed the                02:52:58

22     supplemental disclosure in Exhibit 14 and 15 to      02:53:01

23     be filed, which discloses the source of              02:53:04

24     compensation for legal bills for AMC Investors       02:53:07

25     I and II.  We had forgotten about that before        02:53:11

Page 152

1    seeing these documents and having our memory          02:53:15

2    refreshed and looking into the issue further          02:53:18

3    during the break.                                     02:53:20

4         So now that we know about it, we're             02:53:21

5    bringing it to your attention and we will            02:53:23

6    withdraw our objections to Mr. Glaser answering      02:53:26

7    questions with respect to who paid the legal         02:53:29

8    bills for AMC Investors I and II.                    02:53:32

9         MR. KARLAN:  Well, thank you.                   02:53:35

10        Where on Exhibit 15 is that information?        02:53:36

11        MR. MILLER:  Paragraph 2 of Exhibit 14 and      02:53:40

12   15.                                                  02:53:41

13   BY MR. KARLAN:                                        02:53:46

14   Q.   Okay.  So could you get Exhibit 15 out in       02:53:47

15   front of you, sir?                                    02:53:50

16   A.   I have Exhibit 15 in front of me.               02:54:06

17   Q.   Would you look at paragraph No. 2 toward        02:54:09

18   the bottom of the first page and follow along as I    02:54:11

19   read?                                                 02:54:14

20   A.   Uh-huh.                                          02:54:15

21   Q.   "The source of the compensation paid to my      02:54:16

22   firm in connection with the Debtors' bankruptcy       02:54:19

23   cases was and is payments made from a retainer for    02:54:22

24   legal fees funded by Maplewood Equity Partners, LP,   02:54:26

25   and Maplewood Equity Partners Offshore Limited,       02:54:31

```
 1    collectively the Maplewood Funds, as described in      02:54:34

 2    the prior pleadings before this Court.  Eugenia,       02:54:39

 3    various Maplewood entities, and certain principals     02:54:44

 4    of the Maplewood entities have been engaged in         02:54:46

 5    litigation arising from the cessation of business      02:54:49

 6    operations of AMC Computer Corp., defined as 'AMC      02:54:52

 7    Computer.' Pursuant to their governing documents       02:54:58

 8    that predate this bankruptcy and the filing of the     02:55:03

 9    AMC Computer litigation, the Maplewood Funds are       02:55:07

10    contractually obligated to indemnify the Maplewood     02:55:10

11    parties for their legal fees and experiences.  Among   02:55:14

12    other things, Eugenia sued" -- well, it goes on from   02:55:19

13    there.                                                 02:55:23

14           Is -- sir, do you know whether what I've        02:55:23

15    read so far is true and accurate?                      02:55:27

16       A.   I believe that what you read is true and       02:55:29

17    accurate.                                              02:55:31

18       Q.   Okay.  So does the contractual obligation      02:55:31

19    of Maplewood entity -- sorry -- Maplewood Equity       02:55:38

20    Partners, LP, and Maplewood Equity Partners Offshore   02:55:43

21    Limited extend not only to the three Maplewood         02:55:49

22    entities that are Defendants in this litigation but    02:55:55

23    also to the Debtors themselves?                        02:55:58

24       A.   I believe they do.                             02:56:03

25       Q.   And are those funds paying your legal fees     02:56:15
```

Page 154

1    as well in this case?                              02:56:17

2        A.   I believe they're -- that I'm an          02:56:19

3    indemnified party and I believe that they're paying  02:56:20

4    my legal fees, yes.                                02:56:23

5            MR. KARLAN:   Thank you for that,          02:56:28

6        Mr. Miller.                                    02:56:29

7            (Thereupon, the referred-to document was   02:56:30

8        marked by the court reporter for Identification  02:56:30

9        as Glaser Deposition Exhibit 24.)              02:56:30

10   BY MR. KARLAN:                                     02:56:31

11       Q.   Sir, would you look at Exhibit 24?        02:56:32

12       A.   May I ask a question?                     02:56:32

13       Q.   Of course.                                02:56:32

14       A.   The last exhibit that I have in my pile is  02:56:33

15   22.                                                02:56:35

16       Q.   Yeah.                                     02:56:35

17       A.   Did I miss one or --                      02:56:35

18       Q.   No.  We're skipping -- I had premarked    02:56:37

19   Exhibits 16A and 23, but we're not going to use    02:56:40

20   them.                                              02:56:44

21       A.   Okay.                                     02:56:44

22       Q.   So we're now on 24.                       02:56:45

23            Did you authorize the filing of           02:56:49

24   Exhibit 24?                                        02:56:50

25       A.   I would believe that it was authorized by  02:56:54

Page 155

```
1    AMC Investors acting through Maplewood Management,    02:56:58
2    acting through its general partner Maplewood          02:56:59
3    Holdings, acting by its managing member, which is     02:57:01
4    Robert V. Glaser, which is me.                        02:57:05
5        Q.   Thank you.                                   02:57:07
6            MR. KARLAN:  Would you mark this as 25        02:57:16
7        please?  Give it to Mr. Miller so he can read     02:57:17
8        it.                                               02:57:21
9            MR. MILLER:  You don't have another copy      02:57:21
10       of this one?                                      02:57:22
11           MR. KARLAN:  I don't.  I'm sorry.             02:57:23
12           (Thereupon, the referred-to document was      02:57:25
13       marked by the court reporter for Identification   02:57:25
14       as Glaser Deposition Exhibit 25.)                 02:57:25
15   BY MR. KARLAN:                                        02:57:47
16       Q.   Would you look at Exhibit 25, sir, and       02:57:47
17   tell me if you've ever seen it before?                02:57:50
18       A.   Yes, I've taken a look at Exhibit 25, a      02:58:24
19   letter dated September 13, 2005 from Akerman          02:58:28
20   Senterfitt to AIG, an insurance company.             02:58:31
21       Q.   Have you ever seen that before?              02:58:35
22       A.   I don't recall seeing this before.  It's     02:58:37
23   from 2005.  That's eight years ago.  I may have, but  02:58:39
24   I don't recall as I sit here today.                   02:58:41
25       Q.   May I borrow your copy, please?              02:58:43
```

1    I want to just draw your attention to a    02:58:45

2  sentence in the third paragraph on the first page.    02:58:47

3  And I'll hand this back to you in a moment.    02:58:53

4    Mr. Miller writes to AIG, "While we have    02:58:58

5  not finalized our strategy yet, it appears that the    02:59:08

6  AMC Investors entities have no defenses to the    02:59:12

7  guarantee action other than perhaps to dispute the    02:59:17

8  amount of the judgment sought."    02:59:21

9    Let me show it to your lawyer for a    02:59:27

10  second.    02:59:29

11    Did you ever have any conversations with    02:59:36

12  Mr. Miller on that subject in or about    02:59:38

13  September 2005?    02:59:42

14    A.    I believe I did, yes.    02:59:44

15    Q.    And is that consistent with the    02:59:46

16  conversations you had?    02:59:47

17    A.    Yes, I think the position of AMC Investors    02:59:48

18  throughout this is correctly summarized there, that    02:59:51

19  they did issue a guarantee to Eugenia for its loans    02:59:53

20  to AMC Computer.  They always acknowledged that.    02:59:59

21  The only things they said was we could dispute the    03:00:02

22  amount and, B, we don't have any money to pay you.    03:00:05

23    Q.    Okay.  We looked today at several    03:00:08

24  pleadings and memoranda and briefs that you directed    03:00:22

25  to be filed in the bankruptcy case.  Specifically, I    03:00:27

Page 157

1   want to draw your attention, please, to Exhibit 22,     03:00:37
2   21, 20, and 17.                                          03:00:44
3           Did you ever review drafts of those              03:01:03
4   documents before they were filed?                        03:01:07
5       A.   I may very well have.  It was --                03:01:09
6           MR. KARLAN:  Can we just pause for one           03:01:16
7       second?                                              03:01:17
8           (Thereupon, a discussion was held off the        03:01:18
9       record, after which the following proceedings        03:01:18
10      were held:)                                          03:01:18
11      A.   It was routine for me to look at drafts of      03:01:22
12  more complicated documents.  It was not routine for      03:01:25
13  me to look -- to review drafts of perfunctory legal      03:01:29
14  documents.  I can't recall specifically reviewing        03:01:34
15  drafts of those particular documents which seem          03:01:36
16  pretty straightforward, but I think I looked at some     03:01:39
17  of them.  I can't tell you which ones.                   03:01:41
18  BY MR. KARLAN:                                           03:01:43
19      Q.   Do you know whether those drafts still          03:01:43
20  exist today?                                             03:01:44
21      A.   No, I wouldn't know if they did.  If we         03:01:47
22  had them, we provided them.                              03:01:51
23      Q.   Well, don't go so fast.                         03:01:53
24           But you don't know whether they exist or        03:01:57
25  not?                                                     03:01:59

Page 158

```
 1        A.    I have no files or records of drafts of      03:02:00
 2   those documents.                                         03:02:03
 3        Q.    Okay.  Have you seen copies of the notices    03:02:04
 4   of deposition pursuant to which you're here --           03:02:10
 5   notices of deposition pursuant to which you're here      03:02:13
 6   today?                                                    03:02:14
 7        A.    Yes.                                           03:02:15
 8        Q.    And you're generally aware that the           03:02:17
 9   notices have a series of numbered paragraphs             03:02:19
10   concerning topics on which you're to be prepared to      03:02:24
11   testify?                                                  03:02:26
12        A.    Yes.                                           03:02:28
13        Q.    What would you estimate to be the total       03:02:28
14   number of hours you spent with Mr. Miller in the         03:02:31
15   last two weeks, not counting today?                      03:02:33
16        A.    Well, for the record, I need to point out     03:02:38
17   there was a previously scheduled deposition over a       03:02:40
18   month or two ago that was, I think, canceled at the      03:02:42
19   last minute.  So I've done a few different preps --      03:02:45
20   prep sessions with Mr. Miller, not just in the last      03:02:50
21   week, but there was a time we thought the deposition     03:02:53
22   would occur a month or two ago.                          03:02:56
23            So with that caveat, I think I probably         03:02:58
24   spent -- I don't know -- probably 16 to 20-plus          03:03:01
25   hours with Mr. Miller.  But that's just a rough          03:03:05
```

1    guesstimate.                                            03:03:08

2        Q.    How many hours did you spend with             03:03:09

3    Mr. Miller in the last two weeks?                       03:03:10

4        A.    Last two weeks, between telephone calls       03:03:14

5    and this, I'm going to guess eight to ten hours.        03:03:16

6        Q.    What would you estimate to be the volume      03:03:22

7    in inches of documents that Mr. Miller has given you    03:03:24

8    to review in preparation for your deposition today?     03:03:28

9        A.    I never measured them.  If I were to          03:03:31

10   guess, I'm going to say somewhere between two and       03:03:34

11   three Bankers Boxes of materials.                       03:03:39

12       Q.    And does that include the transcripts of      03:03:48

13   your depositions, your prior depositions?               03:03:51

14       A.    Yes, I did look at that.  I'm not sure        03:03:55

15   they were in the box.  I think I looked at them         03:03:57

16   separately from the boxes that I just referred to.      03:04:00

17   But I did review the transcripts of my depositions,     03:04:02

18   as you asked me earlier in this deposition today.       03:04:05

19       Q.    Yeah.  But I'm asking you a different         03:04:07

20   question.                                               03:04:09

21            Are the two or three Bankers Boxes, when       03:04:09

22   you're giving me that measurement, does that include    03:04:11

23   the transcripts?                                        03:04:13

24       A.    No.                                           03:04:14

25       Q.    No.  Okay.                                    03:04:15

Page 160

1           I want to change the subject now, sir.          03:04:23

2           During 2001, '2, '3, '4, and '5, what fees      03:04:34

3    were paid by AMC Computer Corporation to any of the    03:04:47

4    three Maplewood defendants?                            03:04:55

5       A.   In 2000, I believe around the time of the      03:05:00

6    acquisition of AMC Computer, transaction advisory      03:05:04

7    fees, financing advisory fees, and post acquisition    03:05:10

8    management advisory fees were paid roughly in the      03:05:13

9    August of 2000/September of 2000 time period.  I       03:05:17

10   don't recall any other fees being paid to any          03:05:21

11   Maplewood entity after that date.                      03:05:25

12      Q.   And what was the approximate amount of the     03:05:29

13   August/September 2000 fees?                            03:05:31

14      A.   I can't recall as I sit here right now.        03:05:33

15      Q.   How many digits are in the number to the       03:05:35

16   left of decimal point?                                 03:05:38

17      A.   I can't remember the amount.  I'm going to     03:05:40

18   guess it was more than a million dollars, but I        03:05:42

19   can't remember the amount.                             03:05:44

20      Q.   More than a million and less than              03:05:46

21   10 million?                                            03:05:47

22      A.   Less than 10.  Yes, it was definitely          03:05:48

23   that.                                                  03:05:50

24      Q.   And was any -- withdrawn.                      03:05:51

25           To which Maplewood entity were those fees      03:05:56

1    paid, or entities?                                    03:06:00

2         A.   I don't know for certain.  Most likely      03:06:01

3    they would have been paid to Maplewood Partners        03:06:04

4    and/or Maplewood Management.                           03:06:07

5         Q.   Did any Maplewood entity have contractual   03:06:10

6    rights to recover or receive fees, beyond the ones     03:06:15

7    you've just described, from AMC Computer Corporation   03:06:20

8    between 2000 and 2005?                                 03:06:25

9         A.   Yes.  The Maplewood Partners entity had     03:06:29

10   the right to collect additional post acquisition       03:06:32

11   management fees, additional transaction advisory       03:06:36

12   fees, and additional financial advisory fees.  But     03:06:39

13   those fees were either not paid or waived.             03:06:43

14        Q.   Were those unpaid fees reflected on the     03:06:49

15   financial statements of the relevant Maplewood         03:06:58

16   entity?                                                03:07:01

17        A.   No.                                          03:07:02

18        Q.   As accounts receivable?                     03:07:06

19        A.   No.                                          03:07:09

20        Q.   Why is that?                                03:07:10

21        A.   As I recall, those entities kept their      03:07:11

22   books on a --                                          03:07:14

23        Q.   Cash basis?                                 03:07:16

24        A.   -- on an IRS cash basis of accounting, so   03:07:17

25   there would not be an accrual.  It would only be       03:07:20

1    accounted for if received.                              03:07:23

2            (Thereupon, a discussion was held off the       03:07:24

3        record, after which the following proceedings       03:07:24

4        were held:)                                         03:07:24

5    BY MR. KARLAN:                                          03:07:41

6        Q.    What is your best under- -- best             03:07:42

7    recollection of the approximate amount of those owed    03:07:44

8    but unpaid fees?                                        03:07:48

9        A.    Well, again, I don't have a specific          03:07:51

10   recollection, but using your dynamics before, I         03:07:53

11   would say that it was probably more than a million      03:07:56

12   and less than 10 million.                               03:07:58

13       Q.    Each year?                                    03:07:59

14       A.    No, in total.  And so there were no fees      03:08:00

15   being paid, but the Maplewood entities and the          03:08:04

16   people mentioned in your lawsuits and other people      03:08:07

17   were working their behinds off to help AMC Computer     03:08:10

18   and not getting paid anything for it.                   03:08:14

19       Q.    What records would we need to examine to      03:08:23

20   come up with the precise total of owed but unpaid       03:08:26

21   fees?                                                   03:08:32

22       A.    I would imagine there were advisory           03:08:34

23   services agreements with AMC Computer Corp.  I'm not    03:08:36

24   sure, when there were various refinancings done,        03:08:42

25   that somebody calculated what would have been due       03:08:46

Page 163

1    and payable had it not been waived.  So I would        03:08:48

2    guess the formulas to calculate that would have been   03:08:52

3    those advisory agreements, but I'm not sure somebody   03:08:54

4    calculated them.  It is possible that AMC Computer     03:08:57

5    accrued for them on their financial statements, but    03:09:01

6    I can't say that definitively as I sit here today.     03:09:03

7        Q.   And without trying to be provocative,         03:09:06

8    that's because you haven't looked at the financial     03:09:08

9    statements to see if it's there, correct?             03:09:11

10       A.   Of which entity?                              03:09:14

11       Q.   AMC.                                          03:09:16

12       A.   AMC Computer?                                 03:09:16

13       Q.   Yes.                                          03:09:17

14       A.   I have not looked at the financial            03:09:17

15   statements of AMC Computer in that level of detail.   03:09:19

16   I have looked at those financial statements at        03:09:21

17   various points in time, but I've not focused in on    03:09:23

18   that specific question that you just asked me.         03:09:26

19            MR. KARLAN:  Can I just have three            03:09:29

20       seconds?  I just want to look at a couple of       03:09:37

21       notes.  Probably done for today.  I apologize.    03:09:40

22       Just give me one second.                          03:09:56

23            I have no questions for the witness at        03:11:00

24       this moment.                                       03:11:05

25            I thank Mr. Miller for drawing our            03:11:07

1    attention to that piece of information that      03:11:10

2    escaped both of our attention.  That will        03:11:13

3    certainly eliminate a big piece of prospective   03:11:16

4    motion practice.                                 03:11:19

5        I believe that I will likely make a motion   03:11:21

6    to continue the deposition or somehow get        03:11:25

7    responses to various lines of inquiry that the   03:11:29

8    witness has not been prepared sufficiently to    03:11:32

9    respond to.  But I have nothing further for      03:11:35

10   today.                                           03:11:38

11       MR. MILLER:  We, of course, will oppose      03:11:38

12   that, I would imagine.                           03:11:40

13       Why don't you give us a minute to go off     03:11:41

14   the record and we'll confer with co-counsel.     03:11:43

15       VIDEOGRAPHER:  Time is 15:11.  Off the       03:11:47

16   record.                                          03:11:52

17       (Thereupon, a recess was taken, after        03:11:54

18   which the following proceedings were held:)      03:11:54

19       VIDEOGRAPHER:  Time 15:20.  We're back on    03:21:28

20   the record.                                      03:21:30

21                  CROSS-EXAMINATION                 03:21:31

22   BY MR. MILLER:                                   03:21:31

23       Q.  Mr. Glaser, I have a few follow-up       03:21:32

24   questions for you on behalf of the Defendants in the   03:21:34

25   Delaware adversary proceeding.                   03:21:37

```
 1          Earlier in your testimony you were asked    03:21:39
 2   whether you had received any monies from Maplewood   03:21:41
 3   Holdings, Maplewood Management, and Maplewood        03:21:44
 4   Partners.                                            03:21:47
 5          Do you remember that?                         03:21:48
 6     A.   Yes.                                          03:21:49
 7     Q.   And you testified that you had received       03:21:50
 8   some money over the years, at least from some of     03:21:52
 9   those entities.                                      03:21:55
10          Is that a fair characterization of what       03:21:55
11   you said previously?                                 03:21:57
12     A.   Yes.                                          03:21:59
13     Q.   Did you receive any money from Maplewood      03:22:01
14   Partners, Maplewood Management, or Maplewood         03:22:04
15   Holdings that in any way was attributable to AMC     03:22:06
16   Investors, LLC, or AMC Investors II, LLC, at any     03:22:13
17   point after January 1, 2003?                         03:22:17
18          MR. KARLAN:  Objection, leading.  And I       03:22:22
19      don't understand the word "attributable" in       03:22:23
20      that -- in that question.                         03:22:27
21   BY MR. MILLER:                                       03:22:28
22     Q.   Do you understand my question, Mr. Glaser?    03:22:28
23     A.   I do.                                         03:22:31
24          No, I did not receive any.                    03:22:31
25          MR. MILLER:  No further questions.            03:22:33
```

```
 1              REDIRECT EXAMINATION            03:22:34

 2   BY MR. KARLAN:                             03:22:35

 3       Q.   What do you understand the word   03:22:36

 4   "attributable" to mean in the question that was just  03:22:38

 5   asked?                                     03:22:41

 6       A.   I understood Mr. Miller to be asking me if  03:22:41

 7   Maplewood Management, Maplewood Partners, or  03:22:43

 8   Maplewood Holdings paid to me any monies that might  03:22:46

 9   have been attributable to or arose out of or came  03:22:49

10   from AMC Investors or AMC Investors II.    03:22:53

11       Q.   Is it correct to say that you have written  03:23:05

12   contracts with Management, Partners, and/or,  03:23:07

13   Holdings that just set forth the amount of money  03:23:11

14   that you're to be paid?                    03:23:15

15       A.   I'm sorry.  You were looking over there.  03:23:17

16   I thought you were looking at Mr. Miller.  03:23:18

17            Is it correct to say that you -- when you  03:23:21

18   say "you" --                               03:23:23

19       Q.   Let me withdraw the question.    03:23:24

20            Do you have a written agreement with  03:23:25

21   Maplewood Holdings?                        03:23:28

22       A.   Robert V. Glaser personally?     03:23:29

23       Q.   Yes.                             03:23:30

24       A.   No, other than the limited partnership  03:23:31

25   agreement or limited LLC agreement.        03:23:33
```

1      Q.   Do you have a written agreement with        03:23:36

2  Maplewood Partners?                                     03:23:43

3      A.   No, other than the limited partnership      03:23:45

4  agreement, I don't recall any other agreements.         03:23:46

5      Q.   Do you have one with Maplewood Management?   03:23:49

6      A.   No, other than the limited partnership      03:23:52

7  agreement, I don't recall any other agreements.         03:23:54

8      Q.   Pursuant to what agreement have you         03:24:02

9  received monies from any of the Maplewood Defendants    03:24:06

10 in the past eight years, nine years?                    03:24:11

11     A.   Well, I think some funds were paid in       03:24:22

12 accordance with the limited partnership agreement.      03:24:23

13 I think those primarily related to providing cash to    03:24:27

14 pay any tax liability attributable to the individual    03:24:32

15 arising out of any income of the partnerships.  But     03:24:36

16 that would be the only agreements, as I mentioned,      03:24:39

17 that there were, so that would be the only              03:24:40

18 agreements by which moneys was paid.                    03:24:43

19     Q.   And is that -- withdrawn.                   03:24:45

20     Are those the only payments that you have       03:24:46

21 received, that is payments to cover your income tax     03:24:48

22 liabilities?                                            03:24:54

23     A.   Well, again, I testified I'm not an         03:24:55

24 accounting expert or an IRS expert.  But there have     03:24:56

25 been times when Maplewood Partners have paid those      03:25:01

Page 168

```
1   tax distributions, or Maplewood Holdings or          03:25:04

2   Maplewood Management.  There have been times when    03:25:07

3   they've paid what are called a guaranteed payment or 03:25:09

4   a draw under a partnership.  There have been times   03:25:10

5   when they've paid capital distributions.  But I      03:25:14

6   wouldn't claim to know the characterization of every 03:25:17

7   single payment that was ever paid to me.  Some might 03:25:22

8   have been expense reimbursements.                    03:25:25

9       Q.   What is it you're referring to by           03:25:29

10  guaranteed payment?                                  03:25:31

11      A.   Again, I'm not a tax expert or an           03:25:33

12  accounting expert.  But as I recall, when the        03:25:35

13  entities were set up -- and by the way, they were    03:25:40

14  set up by attorneys from Gibson, Dunn & Crutcher --  03:25:43

15  they recommended the structure of Maplewood          03:25:45

16  Holdings, Maplewood Management, and Maplewood        03:25:48

17  Partners to undertake different activities.          03:25:51

18           It seems to me that they talked at that     03:25:54

19  time about, because I was not familiar with the      03:25:56

20  partnership structure from my prior employment, that 03:25:58

21  in a partnership, typically there are some payments  03:26:01

22  which are made that are called guaranteed payments   03:26:04

23  that have certain tax treatment and then there are   03:26:07

24  other payments that are not guaranteed payments that 03:26:09

25  have a different kind of tax treatment.  But I       03:26:11
```

1    couldn't tell what you that tax treatment was here,    03:26:14

2    because I don't know.  I just know we were doing    03:26:15

3    what our lawyers from Gibson, Dunn & Crutcher, now    03:26:18

4    at Gibson, Dunn & Crutcher, recommended.    03:26:20

5        Q.   Who is the individual who signs your    03:26:23

6    federal income tax returns?    03:26:28

7        A.   Individual?  I would sign my federal    03:26:32

8    income tax returns.    03:26:34

9        Q.   I thought you said you sign it after your    03:26:35

10   accountant signed it?    03:26:38

11       A.   Yes.  The accountants prepare them and    03:26:40

12   there's a line for them to sign off as the preparer.    03:26:41

13       Q.   What's that person's name?    03:26:44

14       A.   I don't know that it's a person.  I think    03:26:46

15   it's a firm.    03:26:47

16       Q.   What's that firm's name?    03:26:50

17       A.   PricewaterhouseCoopers.    03:26:52

18       Q.   And what is the person who signs your    03:26:53

19   return from Pricewaterhouse?    03:26:56

20       A.   I can't recall that as I sit here today.    03:26:58

21       Q.   In what city does that person reside?    03:27:01

22            MR. MILLER:  You know, I've given you a    03:27:05

23       lot of leeway here.  I don't see the    03:27:07

24       relevance --    03:27:08

25            MR. KARLAN:  We're going to depose that    03:27:09

1       person.                                                03:27:11

2              MR. MILLER:  -- in any of this.                 03:27:11

3              MR. KARLAN:  The subpoena is going out          03:27:11

4       tomorrow.  It's not a big secret.                      03:27:13

5   BY MR. KARLAN:                                             03:27:13

6       Q.   What's that person's --                           03:27:13

7              MR. MILLER:  And I'm going instruct him         03:27:13

8       not to answer.  I think --                             03:27:15

9              MR. KARLAN:  On what grounds?                   03:27:16

10             MR. MILLER:  This -- if --                       03:27:17

11             MR. KARLAN:  That I can't find a witness?       03:27:19

12             MR. MILLER:  If you're ever entitled to         03:27:20

13      discovery regarding Mr. Glaser's income or tax         03:27:22

14      returns, that would be post judgment discovery.        03:27:25

15      You don't have a judgment from him to get              03:27:27

16      this -- against him at this point.                     03:27:29

17             MR. KARLAN:  Congratulations for having an      03:27:32

18      opinion.                                               03:27:34

19  BY MR. KARLAN:                                             03:27:34

20      Q.   Answer my question.                               03:27:34

21      A.   No, thank you.                                    03:27:35

22      Q.   On what basis are you refusing to answer          03:27:38

23  the question of what city the person who signs your        03:27:40

24  tax returns from Pricewaterhouse resides?                  03:27:45

25      A.   My attorney has advised me not to answer          03:27:48

Page 171

1    further questions along that line, so I'm not going    03:27:51

2    to.                                                    03:27:52

3            MR. KARLAN:  You're instructing him not to    03:27:52

4        answer that question?                             03:27:54

5            MR. MILLER:  I did instruct him not to        03:27:55

6        answer that question.                             03:27:57

7            MR. KARLAN:  Okay.  We'll see you all         03:27:58

8        again.  I'm blocked.  I can't do anything         03:27:59

9        further now.                                      03:28:04

10           VIDEOGRAPHER:  Time is 15:27.  Deposition     03:28:06

11       concluded.  Off the record.                       03:28:09

12           (Thereupon, the taking of the deposition

13       was concluded at 3:27 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

Page 172

1                              AFFIDAVIT
2

     STATE OF FLORIDA              )
3    COUNTY OF _____    )
4

              I, _____, being
5        first duly sworn, do hereby acknowledge that I
         did read a true and certified copy of my
6        deposition which was taken in the case of AMC
         INVESTORS, taken on the 30th day of July, 2013,
7        and the corrections I desire to make are as
         indicated on the attached Errata Sheet.
8
                          _____
                                    (Deponent)
9
10          + + + + + + + + + + + + + + + + + +
11                            CERTIFICATE
12
13   STATE OF FLORIDA              )
     COUNTY OF _____    )
14
15

              Before me personally appeared
16       _____,
         to me well known / known to me to be the person
17       described in and who executed the foregoing
         instrument and acknowledged to and before me
18       that he executed the said instrument in the
         capacity and for the purpose therein expressed.
19
20            Witness my hand and official seal, this
         _____ day of _____, _____.
21
22
23                        _____
                                  (Notary Public)
24
25       My Commission Expires:

Page 173

1                         ERRATA SHEET

2        AMC INVESTORS

         Deponent:  ROBERT GLASER

3        Date of :  July 30th, 2013

4

5        PAGE    LINE         REMARKS

6        _____

7        _____

8        _____

9        _____

10       _____

11       _____

12       _____

13       _____

14       _____

15       _____

16       _____

17       _____

18       _____

19       _____

20

21                              _____

22                              Signature of Witness

         _____

23       (Notary Public)

24       Dated this _____ day of _____, _____.

25       My Commission Expires: _____

Page 174

1                     CERTIFICATE OF OATH

2

3      STATE OF FLORIDA    )

4      COUNTY OF BROWARD   )

5

6              I, the undersigned authority, certify

7

8      that ROBERT GLASER personally appeared before me

9

10     and was duly sworn.

11

12              WITNESS my hand and official seal this

13

14     4th day of August, 2013.

15

16

17

18

19

20     _____

21

22              KIMBERLY A. FONTALVO, RPR

23              Notary Public, State of Florida

24              My Commission No. DD0661766

25              Expires: 7/12/2015

Page 175

1                          CERTIFICATE

2

3        STATE OF FLORIDA  )

4        COUNTY OF BROWARD )

5

6                    I, KIMBERLY A. FONTALVO, RPR, do hereby

7           certify that I was authorized to and did

8           stenographically report the foregoing deposition

9           of ROBERT GLASER; that a review of the transcript

10          was requested; and that the transcript is a true

11          record of my stenographic notes.

12                    I FURTHER CERTIFY that I am not a

13          relative, employee, attorney, or counsel of any

14          of the parties, nor am I a relative or employee

15          of any of the parties' attorney or counsel

16          connected with the action, nor am I financially

17          interested in the action.

18                    Dated this 4th day of August, 2013.

19

20

21          _____

22

23          KIMBERLY A. FONTALVO, RPR

24          My Commission No. DD0661766

25          Expires: 7/12/2015

Page 176

```
1                    VERITEXT FLORIDA, LLC
                    19 W. FLAGLER, STE. 1020
2                      MIAMI, FL  33130
                        305-376-8800
3
4       ROBERT GLASER
        AKERMAN, SENTERFITT & EIDSON
5       One S.E. 3rd Avenue, 28th Floor
        Miami, Florida 33131-1704
6       BY:  BRIAN MILLER, ESQ.
7                                    August 4th, 2013
8       RE:  AMC INVESTORS
        CASE NO.
9       AVAILABLE FOR READING UNTIL:  30 days
10      ROBERT GLASER:
11               This letter is to advise you that the
        transcript of your deposition is available for
12      reading and signing.
13               PLEASE CALL THE ABOVE NUMBER TO MAKE AN
        APPOINTMENT to come to the Veritext office
14      closest to you to read and sign the transcript.
        Our office hours are 8:30 a.m. to 4:30 p.m.,
15      Monday through Friday.
                 In the event other arrangements are
16       made, please send us a notarized list of any and
         all corrections and/or changes, noting page and
17       line numbers, and the reason for such changes,
         so that we can furnish respective counsel with a
18       copy.
                 If the reading and signing has not been
19       completed prior to the above-referenced date, we
         shall concluded that you have waived the reading
20       and signing of the deposition transcript.
                 Your prompt attention to this matter is
21       appreciated.
22
23               KIMBERLY A. CHANDLER-FONTALVO, RPR
24
25      cc:  (All counsel)
```

| | |
|---|---|
| **&** | |
| **&** 2:3,7,12 5:16 | |
| 12:19 13:2 14:15 | |
| 15:2 22:24 39:20 | |
| 40:18 48:22 65:10 | |
| 86:22 95:7 96:22 | |
| 123:7,13 138:20 | |
| 140:13 168:14 | |
| 169:3,4 176:4 | |

| **0** | |
|---|---|
| **01:21:36** | 103:23 |
| **01:21:37** | 103:24 |
| **01:21:38** | 103:25 |
| **01:21:42** | 104:1 |
| **01:21:49** | 104:2 |
| **01:21:51** | 104:3 |
| **01:21:55** | 104:4 |
| **01:21:59** | 104:5 |
| **01:22:00** | 104:6 |
| **01:22:04** | 104:7 |
| **01:22:06** | 104:8 |
| **01:22:23** | 104:9 |
| **01:22:25** | 104:10 |
| **01:22:29** | 104:11 |
| **01:22:30** | 104:12,13 |
| 104:14 | |
| **01:22:31** | 104:15 |
| **01:22:33** | 104:16,17 |
| **01:22:41** | 104:18 |
| **01:22:45** | 104:19 |
| **01:22:51** | 104:20 |
| **01:22:52** | 104:21 |
| **01:22:54** | 104:22 |
| **01:22:58** | 104:23 |
| **01:23:05** | 104:24 |
| **01:23:08** | 104:25 |
| **01:23:21** | 105:1 |
| **01:23:27** | 105:2 |
| **01:23:30** | 105:3 |
| **01:23:34** | 105:4 |
| **01:23:35** | 105:5 |
| **01:23:36** | 105:6 |
| **01:23:38** | 105:7 |

| **01:23:40** | 105:8 |
|---|---|
| **01:23:41** | 105:9 |
| **01:23:43** | 105:10 |
| **01:23:45** | 105:11 |
| **01:23:46** | 105:12 |
| **01:23:48** | 105:13 |
| **01:23:49** | 105:14 |
| **01:23:53** | 105:15 |
| **01:23:56** | 105:16 |
| **01:23:57** | 105:17 |
| **01:24:00** | 105:18 |
| **01:24:03** | 105:19 |
| **01:24:04** | 105:20 |
| **01:24:08** | 105:21 |
| **01:24:09** | 105:22 |
| **01:24:10** | 105:23 |
| **01:24:12** | 105:24 |
| **01:24:13** | 105:25 |
| **01:24:15** | 106:1 |
| **01:24:20** | 106:2 |
| **01:24:25** | 106:3 |
| **01:24:27** | 106:4 |
| **01:24:31** | 106:5 |
| **01:24:34** | 106:6 |
| **01:24:47** | 106:7 |
| **01:24:48** | 106:8 |
| **01:24:51** | 106:9 |
| **01:24:54** | 106:10 |
| **01:24:57** | 106:11 |
| **01:25:04** | 106:12 |
| **01:25:06** | 106:13 |
| **01:25:09** | 106:14 |
| **01:25:12** | 106:15 |
| **01:25:39** | 106:16 |
| **01:25:43** | 106:17 |
| **01:25:47** | 106:18 |
| **01:25:57** | 106:19 |
| **01:26:02** | 106:20 |
| **01:26:14** | 106:21 |
| **01:26:18** | 106:22 |
| **01:26:21** | 106:23 |
| **01:26:26** | 106:24 |
| **01:26:27** | 106:25 |
| **01:26:30** | 107:1 |

| **01:26:33** | 107:2 |
|---|---|
| **01:26:35** | 107:3 |
| **01:26:40** | 107:4 |
| **01:26:41** | 107:5 |
| **01:26:46** | 107:6 |
| **01:26:50** | 107:7 |
| **01:26:52** | 107:8 |
| **01:26:56** | 107:9 |
| **01:26:59** | 107:10 |
| **01:27:02** | 107:11,12 |
| **01:27:04** | 107:13 |
| **01:27:14** | 107:14 |
| **01:27:15** | 107:15 |
| **01:27:16** | 107:16 |
| **01:27:19** | 107:17 |
| **01:27:22** | 107:18 |
| **01:27:24** | 107:19 |
| **01:27:26** | 107:20 |
| **01:27:28** | 107:21 |
| **01:27:30** | 107:22 |
| **01:27:32** | 107:23 |
| **01:27:36** | 107:24 |
| **01:27:39** | 107:25 |
| **01:27:42** | 108:1 |
| **01:27:44** | 108:2 |
| **01:27:47** | 108:3 |
| **01:27:50** | 108:4 |
| **01:27:53** | 108:5 |
| **01:27:55** | 108:6 |
| **01:27:58** | 108:7 |
| **01:28:00** | 108:8 |
| **01:28:04** | 108:9 |
| **01:28:06** | 108:10 |
| **01:28:09** | 108:11 |
| **01:28:10** | 108:12 |
| **01:28:15** | 108:13 |
| **01:28:19** | 108:14 |
| **01:28:23** | 108:15 |
| **01:28:25** | 108:16 |
| **01:28:27** | 108:17 |
| **01:28:30** | 108:18 |
| **01:28:34** | 108:19 |
| **01:28:35** | 108:20 |
| **01:28:38** | 108:21 |

| **01:28:42** | 108:22 |
|---|---|
| **01:28:46** | 108:23 |
| **01:28:51** | 108:24 |
| **01:28:53** | 108:25 |
| **01:28:57** | 109:1 |
| **01:28:59** | 109:2 |
| **01:29:02** | 109:3 |
| **01:29:04** | 109:4 |
| **01:29:06** | 109:5 |
| **01:29:09** | 109:6 |
| **01:29:12** | 109:7 |
| **01:30:02** | 109:8 |
| **01:30:09** | 109:9 |
| **01:30:17** | 109:10 |
| **01:30:20** | 109:11 |
| **01:30:21** | 109:12 |
| **01:30:24** | 109:13 |
| **01:30:29** | 109:14 |
| **01:30:31** | 109:15 |
| **01:30:35** | 109:16 |
| **01:30:36** | 109:17 |
| **01:30:39** | 109:18 |
| **01:30:43** | 109:19 |
| **01:30:45** | 109:20 |
| **01:30:50** | 109:21 |
| **01:30:53** | 109:22 |
| **01:30:56** | 109:23 |
| **01:30:59** | 109:24 |
| **01:31:04** | 109:25 |
| **01:31:06** | 110:1 |
| **01:31:10** | 110:2 |
| **01:31:13** | 110:3 |
| **01:31:18** | 110:4 |
| **01:31:19** | 110:5 |
| **01:31:20** | 110:6,7 |
| **01:31:44** | 110:8 |
| **01:31:46** | 110:9 |
| **01:31:49** | 110:10 |
| **01:31:51** | 110:11 |
| **01:31:54** | 110:12 |
| **01:31:58** | 110:13 |
| **01:32:01** | 110:14 |
| **01:32:06** | 110:15 |
| **01:32:08** | 110:16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **01:32:10** | 110:17 | **01:34:22** | 112:11 | **01:36:43** | 114:6 | **01:40:13** | 116:5 |
| **01:32:16** | 110:18 | **01:34:25** | 112:12 | **01:36:47** | 114:7 | **01:40:19** | 116:6 |
| **01:32:17** | 110:19 | **01:34:31** | 112:13 | **01:36:49** | 114:8 | **01:40:23** | 116:7 |
| **01:32:21** | 110:20 | **01:34:34** | 112:14 | **01:36:54** | 114:9,10 | **01:40:25** | 116:8 |
| **01:32:23** | 110:21 | **01:34:39** | 112:15 | **01:36:57** | 114:11 | **01:40:29** | 116:9 |
| **01:32:28** | 110:22 | **01:34:40** | 112:16 | **01:36:59** | 114:12 | **01:40:35** | 116:10 |
| **01:32:32** | 110:23 | **01:34:55** | 112:17 | **01:37:01** | 114:13 | **01:40:38** | 116:11 |
| **01:32:35** | 110:24 | **01:35:00** | 112:18 | **01:37:08** | 114:14 | **01:40:45** | 116:12 |
| **01:32:37** | 110:25 | **01:35:01** | 112:19 | **01:37:09** | 114:15 | **01:40:49** | 116:13 |
| **01:32:38** | 111:1 | **01:35:04** | 112:20 | **01:37:12** | 114:16 | **01:40:52** | 116:14 |
| **01:32:41** | 111:2 | **01:35:06** | 112:21 | **01:37:13** | 114:17 | **01:40:54** | 116:15 |
| **01:32:43** | 111:3 | **01:35:10** | 112:22 | **01:37:15** | 114:18 | **01:40:57** | 116:16 |
| **01:32:48** | 111:4 | **01:35:13** | 112:23 | **01:37:20** | 114:19 | **01:41:01** | 116:17 |
| **01:32:49** | 111:5 | **01:35:17** | 112:24 | **01:37:22** | 114:20 | **01:41:04** | 116:18 |
| **01:32:53** | 111:6 | **01:35:19** | 112:25 | **01:37:24** | 114:21 | **01:41:08** | 116:19 |
| **01:32:56** | 111:7 | **01:35:21** | 113:1 | **01:37:27** | 114:22 | **01:41:11** | 116:20 |
| **01:33:06** | 111:8 | **01:35:24** | 113:2 | **01:37:30** | 114:23,24 | **01:41:14** | 116:21 |
| **01:33:11** | 111:9 | **01:35:28** | 113:3 | **01:37:34** | 114:25 | **01:41:18** | 116:22 |
| **01:33:16** | 111:10 | **01:35:31** | 113:4 | **01:37:35** | 115:1 | **01:41:23** | 116:23 |
| **01:33:19** | 111:11 | **01:35:35** | 113:5 | **01:37:38** | 115:2 | **01:41:25** | 116:24 |
| **01:33:23** | 111:12 | **01:35:37** | 113:6 | **01:37:39** | 115:3 | **01:41:29** | 116:25 |
| **01:33:27** | 111:13 | **01:35:38** | 113:7 | **01:37:42** | 115:4 | **01:41:31** | 117:1 |
| **01:33:31** | 111:14 | **01:35:41** | 113:8 | **01:37:43** | 115:5 | **01:41:36** | 117:2 |
| **01:33:35** | 111:15 | **01:35:44** | 113:9 | **01:37:45** | 115:6 | **01:41:41** | 117:3 |
| **01:33:37** | 111:16 | **01:35:47** | 113:10 | **01:37:47** | 115:7 | **01:41:44** | 117:4 |
| **01:33:41** | 111:17 | **01:35:49** | 113:11 | **01:37:48** | 115:8 | **01:41:45** | 117:5 |
| **01:33:42** | 111:18 | **01:35:52** | 113:12 | **01:38:19** | 115:13 | **01:41:47** | 117:6 |
| **01:33:44** | 111:19 | **01:35:56** | 113:13 | **01:38:21** | 115:14 | **01:41:49** | 117:7 |
| **01:33:48** | 111:20 | **01:35:59** | 113:14 | **01:38:24** | 115:9,10 | **01:41:50** | 117:8 |
| **01:33:49** | 111:21 | **01:36:01** | 113:15 | 115:11 | | **01:41:52** | 117:9 |
| **01:33:50** | 111:22 | **01:36:02** | 113:16 | **01:39:37** | 115:15 | **01:41:54** | 117:10 |
| **01:33:51** | 111:23 | **01:36:03** | 113:17 | **01:39:38** | 115:16,17 | **01:41:55** | 117:11 |
| **01:33:52** | 111:24 | **01:36:04** | 113:18 | **01:39:40** | 115:18 | **01:41:59** | 117:12 |
| **01:33:55** | 111:25 | **01:36:06** | 113:19 | **01:39:42** | 115:19 | **01:42:01** | 117:13 |
| **01:33:56** | 112:1 | **01:36:11** | 113:20 | **01:39:45** | 115:20 | **01:42:06** | 117:14 |
| **01:33:59** | 112:2 | **01:36:15** | 113:21 | **01:39:46** | 115:21 | **01:42:08** | 117:15 |
| **01:34:01** | 112:3 | **01:36:17** | 113:22 | **01:39:49** | 115:22 | **01:42:10** | 117:16 |
| **01:34:02** | 112:4 | **01:36:21** | 113:23 | **01:39:53** | 115:23 | **01:42:13** | 117:17 |
| **01:34:04** | 112:5 | **01:36:24** | 113:24 | **01:39:56** | 115:24 | **01:42:15** | 117:18 |
| **01:34:09** | 112:6 | **01:36:28** | 113:25 | **01:39:58** | 115:25 | **01:42:17** | 117:19 |
| **01:34:11** | 112:7 | **01:36:32** | 114:1 | **01:40:00** | 116:1 | **01:42:20** | 117:20 |
| **01:34:15** | 112:8 | **01:36:37** | 114:2 | **01:40:02** | 116:2 | **01:42:23** | 117:21 |
| **01:34:17** | 112:9 | **01:36:38** | 114:3,4 | **01:40:04** | 116:3 | **01:42:26** | 117:22 |
| **01:34:20** | 112:10 | **01:36:40** | 114:5 | **01:40:06** | 116:4 | **01:42:27** | 117:23 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01:42:28 | 117:24 | 01:44:38 | 119:22 | 01:46:33 | 121:19,20 | 01:49:46 | 123:19 |
| 01:42:30 | 117:25 | 01:44:39 | 119:23 | 121:21 | | 01:49:51 | 123:20 |
| 01:42:34 | 118:1 | 01:44:42 | 119:24 | 01:46:54 | 122:2 | 01:49:54 | 123:21 |
| 01:42:42 | 118:2 | 01:44:49 | 119:25 | 01:46:56 | 122:3 | 01:49:59 | 123:22 |
| 01:42:44 | 118:3 | 01:44:53 | 120:1 | 01:46:57 | 121:22,23 | 01:50:04 | 123:23 |
| 01:42:45 | 118:4,5 | 01:44:55 | 120:2 | 121:24 | | 01:50:10 | 123:24 |
| 01:42:47 | 118:6 | 01:44:57 | 120:3 | 01:47:09 | 122:4 | 01:50:13 | 123:25 |
| 01:42:49 | 118:7 | 01:44:59 | 120:4 | 01:47:11 | 122:5 | 01:50:14 | 124:1 |
| 01:42:53 | 118:8 | 01:45:05 | 120:5 | 01:47:17 | 122:6 | 01:50:17 | 124:2 |
| 01:42:55 | 118:9 | 01:45:10 | 120:6 | 01:47:19 | 122:7 | 01:50:26 | 124:3 |
| 01:42:57 | 118:10 | 01:45:12 | 120:7 | 01:47:20 | 122:8 | 01:50:27 | 124:4 |
| 01:43:00 | 118:11 | 01:45:14 | 120:8 | 01:47:21 | 122:9 | 01:50:28 | 124:5 |
| 01:43:04 | 118:12 | 01:45:17 | 120:9 | 01:47:24 | 122:10 | 01:50:32 | 124:9 |
| 01:43:08 | 118:13 | 01:45:20 | 120:10 | 01:47:26 | 122:11 | 01:50:33 | 124:10 |
| 01:43:12 | 118:14 | 01:45:23 | 120:11 | 01:47:29 | 122:12 | 01:50:36 | 124:11 |
| 01:43:16 | 118:15 | 01:45:24 | 120:12 | 01:47:32 | 122:13 | 01:50:46 | 124:12 |
| 01:43:20 | 118:16 | 01:45:26 | 120:13 | 01:47:45 | 122:14 | 01:50:50 | 124:6,7,8 |
| 01:43:24 | 118:17 | 01:45:29 | 120:14 | 01:47:46 | 122:15 | 01:50:52 | 124:13 |
| 01:43:26 | 118:18 | 01:45:35 | 120:15 | 01:47:49 | 122:16 | 01:51:12 | 124:14 |
| 01:43:31 | 118:19 | 01:45:38 | 120:16 | 01:47:51 | 122:17 | 01:51:48 | 124:15 |
| 01:43:35 | 118:20,21 | 01:45:42 | 120:17 | 01:47:53 | 122:18 | 01:51:52 | 124:16 |
| 01:43:37 | 118:22 | 01:45:45 | 120:18 | 01:47:55 | 122:19 | 01:51:53 | 124:17 |
| 01:43:41 | 118:23,24 | 01:45:48 | 120:19 | 01:47:57 | 122:20 | 01:51:56 | 124:18 |
| 01:43:42 | 118:25 | 01:45:51 | 120:20 | 01:47:58 | 122:21 | 01:51:58 | 124:19 |
| 01:43:44 | 119:1 | 01:45:56 | 120:21 | 01:48:00 | 122:22 | 01:52:01 | 124:20 |
| 01:43:46 | 119:2 | 01:45:59 | 120:22,23 | 01:48:33 | 122:23 | 01:52:03 | 124:21 |
| 01:43:48 | 119:3 | 01:46:00 | 120:24,25 | 01:48:56 | 122:24 | 01:52:07 | 124:22 |
| 01:43:50 | 119:4 | 01:46:02 | 121:1 | 01:48:59 | 122:25 | 01:52:08 | 124:23 |
| 01:43:53 | 119:5 | 01:46:03 | 121:2 | 01:49:01 | 123:1 | 01:52:10 | 124:24 |
| 01:43:55 | 119:6 | 01:46:05 | 121:3 | 01:49:05 | 123:2 | 01:52:13 | 124:25 |
| 01:43:58 | 119:7 | 01:46:06 | 121:4 | 01:49:06 | 123:3 | 01:52:16 | 125:1 |
| 01:44:01 | 119:8 | 01:46:07 | 121:5 | 01:49:08 | 123:4 | 01:52:19 | 125:2 |
| 01:44:03 | 119:9 | 01:46:13 | 121:6 | 01:49:09 | 123:5 | 01:52:22 | 125:3 |
| 01:44:05 | 119:10 | 01:46:14 | 121:7 | 01:49:12 | 123:6,7 | 01:52:24 | 125:4 |
| 01:44:11 | 119:11 | 01:46:15 | 121:8 | 01:49:17 | 123:8 | 01:52:29 | 125:5 |
| 01:44:13 | 119:12 | 01:46:17 | 121:9 | 01:49:18 | 123:9 | 01:52:32 | 125:6 |
| 01:44:17 | 119:13 | 01:46:18 | 121:10 | 01:49:19 | 123:10 | 01:52:35 | 125:7 |
| 01:44:19 | 119:14 | 01:46:20 | 121:11 | 01:49:20 | 123:11,12 | 01:52:37 | 125:8 |
| 01:44:21 | 119:15 | 01:46:23 | 121:12 | 01:49:24 | 123:13 | 01:52:41 | 125:9 |
| 01:44:24 | 119:16 | 01:46:24 | 121:13,14 | 01:49:27 | 123:14 | 01:52:43 | 125:10 |
| 01:44:27 | 119:17,18 | 01:46:25 | 121:15 | 01:49:29 | 123:15 | 01:52:47 | 125:11 |
| 01:44:28 | 119:19 | 01:46:27 | 121:16 | 01:49:30 | 123:16 | 01:52:48 | 125:12 |
| 01:44:32 | 119:20 | 01:46:29 | 121:17 | 01:49:32 | 123:17 | 01:52:51 | 125:13 |
| 01:44:34 | 119:21 | 01:46:32 | 121:18 | 01:49:35 | 123:18 | 01:52:55 | 125:14 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01:52:56 | 125:15 | 01:57:07 | 127:13 | 01:59:07 | 129:8 | 02:01:44 | 131:2 |
| 01:52:57 | 125:16 | 01:57:17 | 127:14,15 | 01:59:09 | 129:9 | 02:01:47 | 131:3 |
| 01:53:04 | 125:17 | 01:57:20 | 127:16 | 01:59:11 | 129:10 | 02:01:50 | 131:4 |
| 01:53:08 | 125:18 | 01:57:24 | 127:17 | 01:59:14 | 129:11 | 02:01:51 | 131:5 |
| 01:53:13 | 125:19 | 01:57:28 | 127:18 | 01:59:15 | 129:12 | 02:02:24 | 131:6 |
| 01:53:15 | 125:20 | 01:57:31 | 127:19 | 01:59:20 | 129:13 | 02:02:29 | 131:7 |
| 01:53:18 | 125:21 | 01:57:35 | 127:20 | 01:59:22 | 129:14 | 02:02:43 | 131:8 |
| 01:53:21 | 125:22 | 01:57:40 | 127:21 | 01:59:24 | 129:15 | 02:02:45 | 131:9 |
| 01:53:25 | 125:23 | 01:57:42 | 127:22 | 01:59:29 | 129:16 | 02:02:49 | 131:10 |
| 01:53:28 | 125:24 | 01:57:44 | 127:23 | 01:59:33 | 129:17 | 02:02:52 | 131:11 |
| 01:53:30 | 125:25 | 01:57:46 | 127:24 | 01:59:35 | 129:18 | 02:02:57 | 131:12 |
| 01:53:31 | 126:1,2,3 | 01:57:51 | 127:25 | 01:59:38 | 129:19 | 02:03:04 | 131:13 |
| 01:53:56 | 126:4 | 01:57:54 | 128:1 | 01:59:41 | 129:20 | 02:03:11 | 131:14 |
| 01:53:57 | 126:5 | 01:57:55 | 128:2 | 01:59:48 | 129:21 | 02:03:13 | 131:15 |
| 01:54:21 | 126:6 | 01:57:56 | 128:3 | 01:59:49 | 129:22 | 02:03:17 | 131:16,17 |
| 01:54:25 | 126:7 | 01:57:58 | 128:4 | 01:59:53 | 129:23 | 02:03:18 | 131:18 |
| 01:54:26 | 126:8,9 | 01:58:02 | 128:5 | 01:59:55 | 129:24 | 02:03:20 | 131:19 |
| 01:54:30 | 126:10 | 01:58:05 | 128:6 | 01:59:57 | 129:25 | 02:03:21 | 131:20 |
| 01:54:31 | 126:11 | 01:58:06 | 128:7 | 02:00:02 | 130:1 | 02:03:25 | 131:21 |
| 01:54:54 | 126:12,13 | 01:58:08 | 128:8 | 02:00:04 | 130:2 | 02:03:31 | 131:22 |
| | 126:14 | 01:58:11 | 128:9 | 02:00:28 | 130:3 | 02:03:34 | 131:23 |
| 01:54:55 | 126:15 | 01:58:15 | 128:10 | 02:00:29 | 130:4 | 02:03:36 | 131:24 |
| 01:54:56 | 126:16 | 01:58:19 | 128:11 | 02:00:33 | 130:5 | 02:03:40 | 131:25 |
| 01:55:57 | 126:17 | 01:58:21 | 128:12 | 02:00:36 | 130:6 | 02:03:43 | 132:1 |
| 01:55:59 | 126:18 | 01:58:24 | 128:13 | 02:00:40 | 130:7 | 02:03:46 | 132:2 |
| 01:56:01 | 126:19 | 01:58:25 | 128:14 | 02:00:51 | 130:8 | 02:03:48 | 132:3 |
| 01:56:02 | 126:20 | 01:58:26 | 128:15 | 02:00:58 | 130:9 | 02:03:50 | 132:4 |
| 01:56:14 | 126:21 | 01:58:29 | 128:16 | 02:01:03 | 130:10 | 02:03:52 | 132:5 |
| 01:56:17 | 126:22 | 01:58:31 | 128:17 | 02:01:05 | 130:11 | 02:03:54 | 132:6 |
| 01:56:22 | 126:23 | 01:58:33 | 128:18 | 02:01:09 | 130:12 | 02:03:57 | 132:7 |
| 01:56:26 | 126:24 | 01:58:36 | 128:19 | 02:01:11 | 130:13 | 02:04:00 | 132:8 |
| 01:56:30 | 126:25 | 01:58:38 | 128:20 | 02:01:14 | 130:14 | 02:04:04 | 132:9 |
| 01:56:33 | 127:1 | 01:58:41 | 128:21 | 02:01:16 | 130:15 | 02:04:09 | 132:10 |
| 01:56:36 | 127:2 | 01:58:44 | 128:22 | 02:01:19 | 130:16 | 02:04:14 | 132:11 |
| 01:56:39 | 127:3 | 01:58:46 | 128:23 | 02:01:22 | 130:17 | 02:04:17 | 132:12 |
| 01:56:43 | 127:4 | 01:58:48 | 128:24 | 02:01:23 | 130:18 | 02:04:20 | 132:13 |
| 01:56:50 | 127:5 | 01:58:51 | 128:25 | 02:01:25 | 130:19 | 02:04:23 | 132:14 |
| 01:56:53 | 127:6 | 01:58:53 | 129:1 | 02:01:28 | 130:20 | 02:04:25 | 132:15 |
| 01:56:54 | 127:7 | 01:58:54 | 129:2 | 02:01:30 | 130:21 | 02:04:26 | 132:16 |
| 01:56:56 | 127:8 | 01:58:55 | 129:3 | 02:01:33 | 130:22 | 02:04:27 | 132:17 |
| 01:56:58 | 127:9 | 01:58:57 | 129:4 | 02:01:34 | 130:23 | 02:04:30 | 132:18 |
| 01:57:00 | 127:10 | 01:59:00 | 129:5 | 02:01:35 | 130:24 | 02:04:33 | 132:19 |
| 01:57:03 | 127:11 | 01:59:01 | 129:6 | 02:01:37 | 130:25 | 02:04:37 | 132:20 |
| 01:57:05 | 127:12 | 01:59:04 | 129:7 | 02:01:41 | 131:1 | 02:04:40 | 132:21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02:04:48 | 132:22 | 02:07:16 | 134:16 | 02:09:02 | 136:13 | 02:10:52 | 138:10,11 |
| 02:04:50 | 132:23 | 02:07:18 | 134:17 | 02:09:03 | 136:14 | 02:10:54 | 138:12 |
| 02:04:54 | 132:24 | 02:07:22 | 134:18 | 02:09:05 | 136:15 | 02:10:56 | 138:13 |
| 02:04:57 | 132:25 | 02:07:27 | 134:19 | 02:09:07 | 136:16 | 02:10:59 | 138:14 |
| 02:05:01 | 133:1 | 02:07:28 | 134:20 | 02:09:08 | 136:17 | 02:11:00 | 138:15 |
| 02:05:05 | 133:2 | 02:07:30 | 134:21 | 02:09:11 | 136:18 | 02:11:03 | 138:16 |
| 02:05:06 | 133:3 | 02:07:31 | 134:22 | 02:09:13 | 136:19 | 02:11:06 | 138:17 |
| 02:05:07 | 133:4 | 02:07:32 | 134:23 | 02:09:24 | 136:20 | 02:11:10 | 138:18 |
| 02:05:08 | 133:5 | 02:07:37 | 134:24 | 02:09:27 | 136:21,22 | 02:11:13 | 138:19 |
| 02:05:10 | 133:6 | 02:07:38 | 134:25 | 02:09:29 | 136:23 | 02:11:15 | 138:20 |
| 02:05:12 | 133:7 | | 135:1 | 02:09:33 | 136:24 | 02:11:20 | 138:21 |
| 02:05:16 | 133:8 | 02:07:39 | 135:2,3 | 02:09:35 | 136:25 | 02:11:22 | 138:22 |
| 02:05:18 | 133:9 | 02:07:41 | 135:4 | 02:09:36 | 137:1 | 02:11:26 | 138:23 |
| 02:05:22 | 133:10 | 02:07:44 | 135:5 | 02:09:39 | 137:2 | 02:11:28 | 138:24 |
| 02:05:30 | 133:11 | 02:07:48 | 135:6 | 02:09:43 | 137:3 | 02:11:32 | 138:25 |
| 02:05:36 | 133:12 | 02:07:54 | 135:7 | 02:09:44 | 137:4 | 02:11:35 | 139:1 |
| 02:05:42 | 133:13 | 02:07:58 | 135:8 | 02:09:46 | 137:5 | 02:11:37 | 139:2 |
| 02:05:45 | 133:14 | 02:08:00 | 135:9 | 02:09:48 | 137:6 | 02:11:39 | 139:3 |
| 02:05:48 | 133:15 | 02:08:04 | 135:10 | 02:09:50 | 137:7 | 02:11:42 | 139:4 |
| 02:05:52 | 133:16 | 02:08:08 | 135:11 | 02:09:54 | 137:8 | 02:11:44 | 139:5 |
| 02:05:56 | 133:17 | 02:08:10 | 135:12 | 02:09:55 | 137:9 | 02:11:47 | 139:6 |
| 02:05:58 | 133:18 | 02:08:13 | 135:13 | 02:09:56 | 137:10 | 02:11:50 | 139:7 |
| 02:06:06 | 133:19 | 02:08:16 | 135:14 | 02:09:58 | 137:11 | 02:11:52 | 139:8 |
| 02:06:09 | 133:20 | 02:08:17 | 135:15 | 02:10:00 | 137:12 | 02:11:56 | 139:9 |
| 02:06:14 | 133:21 | 02:08:18 | 135:16 | 02:10:03 | 137:13 | 02:11:59 | 139:10 |
| 02:06:17 | 133:22 | 02:08:20 | 135:17 | 02:10:07 | 137:14 | 02:12:02 | 139:11 |
| 02:06:21 | 133:23 | 02:08:24 | 135:18 | 02:10:08 | 137:15 | 02:12:05 | 139:12 |
| 02:06:23 | 133:24 | 02:08:28 | 135:19 | 02:10:12 | 137:16 | 02:12:06 | 139:13 |
| 02:06:27 | 133:25 | 02:08:31 | 135:20 | 02:10:16 | 137:17 | 02:12:07 | 139:14 |
| 02:06:31 | 134:1 | 02:08:35 | 135:21 | 02:10:21 | 137:18 | 02:12:09 | 139:15 |
| 02:06:34 | 134:2 | 02:08:38 | 135:22 | 02:10:23 | 137:19 | 02:12:11 | 139:16 |
| 02:06:37 | 134:3 | 02:08:39 | 135:23 | 02:10:24 | 137:20 | 02:12:12 | 139:17 |
| 02:06:39 | 134:4 | 02:08:41 | 135:24 | 02:10:27 | 137:21,22 | 02:12:13 | 139:18 |
| 02:06:44 | 134:5 | 02:08:43 | 135:25 | 02:10:28 | 137:23 | 02:12:15 | 139:19 |
| 02:06:47 | 134:6 | 02:08:47 | 136:1 | 02:10:29 | 137:24 | 02:12:16 | 139:20 |
| 02:06:48 | 134:7 | 02:08:48 | 136:2 | 02:10:31 | 137:25 | 02:12:19 | 139:21 |
| 02:06:51 | 134:8 | 02:08:50 | 136:3 | 02:10:36 | 138:1 | 02:12:22 | 139:22 |
| 02:06:53 | 134:9 | 02:08:51 | 136:4,5 | 02:10:38 | 138:2 | 02:12:28 | 139:23 |
| 02:06:55 | 134:10 | 02:08:53 | 136:6 | 02:10:40 | 138:3 | 02:12:30 | 139:24 |
| 02:06:58 | 134:11 | 02:08:54 | 136:7 | 02:10:43 | 138:4 | 02:12:35 | 139:25 |
| 02:07:00 | 134:12 | 02:08:56 | 136:8 | 02:10:46 | 138:5 | 02:12:37 | 140:1 |
| 02:07:02 | 134:13 | 02:08:57 | 136:9 | 02:10:47 | 138:6 | 02:12:38 | 140:6 |
| 02:07:06 | 134:14 | 02:08:58 | 136:10 | 02:10:48 | 138:7 | 02:12:41 | 140:2,3,4 |
| 02:07:08 | 134:15 | 02:08:59 | 136:11,12 | 02:10:50 | 138:8,9 | 02:13:47 | 140:7 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02:13:50 | 140:8 | 02:16:09 | 142:4 | 02:19:45 | 144:2 | 02:21:40 | 145:22 |
| 02:13:51 | 140:9 | 02:16:11 | 142:5 | 02:19:48 | 144:3 | 02:21:43 | 145:23 |
| 02:13:53 | 140:10 | 02:16:12 | 142:6 | 02:19:50 | 144:4 | 02:21:45 | 145:24 |
| 02:13:58 | 140:11 | 02:16:13 | 142:7 | 02:19:54 | 144:5 | 02:21:46 | 145:25 |
| 02:14:00 | 140:12 | 02:16:15 | 142:8 | 02:19:56 | 144:6 | 146:1 | |
| 02:14:06 | 140:13 | 02:16:17 | 142:9 | 02:19:57 | 144:7 | 02:21:49 | 146:2 |
| 02:14:12 | 140:14 | 02:16:21 | 142:10 | 02:20:00 | 144:8 | 02:21:51 | 146:3 |
| 02:14:16 | 140:15 | 02:16:26 | 142:11 | 02:20:06 | 144:9 | 02:21:53 | 146:4 |
| 02:14:17 | 140:16 | 02:16:29 | 142:12 | 02:20:09 | 144:10,11 | 02:21:56 | 146:5 |
| 02:14:21 | 140:17 | 02:16:33 | 142:13 | 02:20:13 | 144:12 | 02:21:57 | 146:6 |
| 02:14:25 | 140:18 | 02:16:35 | 142:14 | 02:20:15 | 144:13 | 02:21:59 | 146:7 |
| 02:14:26 | 140:19 | 02:16:38 | 142:15 | 02:20:18 | 144:14 | 02:22:00 | 146:8 |
| 02:14:28 | 140:20 | 02:16:41 | 142:16 | 02:20:21 | 144:15 | 02:22:03 | 146:9 |
| 02:14:30 | 140:21 | 02:16:46 | 142:17 | 02:20:23 | 144:16 | 02:22:05 | 146:10 |
| 02:14:32 | 140:22 | 02:16:47 | 142:18 | 02:20:24 | 144:17 | 02:22:08 | 146:11 |
| 02:14:33 | 140:23 | 02:16:57 | 142:19,20 | 02:20:25 | 144:18 | 02:22:10 | 146:12 |
| 02:14:35 | 140:24 | | 142:21 | 02:20:26 | 144:19 | 02:22:14 | 146:13,14 |
| 02:14:38 | 140:25 | 02:16:58 | 142:22,23 | 02:20:29 | 144:20 | 02:22:17 | 146:15 |
| 02:14:40 | 141:1 | 02:18:02 | 142:24 | 02:20:35 | 144:21 | 02:22:23 | 146:16 |
| 02:14:42 | 141:2 | 02:18:07 | 142:25 | 02:20:36 | 144:22 | 02:22:30 | 146:17 |
| 02:14:43 | 141:3 | 02:18:08 | 143:1 | 02:20:38 | 144:23 | 02:22:32 | 146:18 |
| 02:14:45 | 141:4 | 02:18:09 | 143:2 | 02:20:39 | 144:24 | 02:22:36 | 146:19 |
| 02:14:47 | 141:5 | 02:18:11 | 143:3 | 02:20:40 | 144:25 | 02:22:38 | 146:20 |
| 02:14:49 | 141:6 | 02:18:13 | 143:4 | 02:20:42 | 145:1 | 02:22:40 | 146:21 |
| 02:14:51 | 141:7 | 02:18:16 | 143:5 | 02:20:43 | 145:2 | 02:22:43 | 146:22 |
| 02:14:52 | 141:8 | 02:18:19 | 143:6 | 02:20:45 | 145:3 | 02:22:46 | 146:23 |
| 02:14:53 | 141:9 | 02:18:23 | 143:7 | 02:20:46 | 145:4 | 02:22:52 | 146:24 |
| 02:15:01 | 141:10 | 02:18:24 | 143:8,9,10 | 02:20:51 | 145:5 | 02:22:54 | 146:25 |
| 02:15:05 | 141:11,12 | 02:18:29 | 143:11 | 02:20:54 | 145:6 | 02:22:56 | 147:1 |
| 02:15:07 | 141:13 | 02:18:30 | 143:12 | 02:20:58 | 145:7 | 02:23:05 | 147:2 |
| 02:15:08 | 141:14 | 02:18:58 | 143:13 | 02:21:02 | 145:8 | 02:23:07 | 147:3 |
| 02:15:11 | 141:15 | 02:19:01 | 143:14 | 02:21:06 | 145:9 | 02:23:15 | 147:4 |
| 02:15:14 | 141:16 | 02:19:07 | 143:15 | 02:21:08 | 145:10 | 02:23:21 | 147:5 |
| 02:15:17 | 141:17 | 02:19:12 | 143:16 | 02:21:10 | 145:11 | 02:23:26 | 147:6 |
| 02:15:22 | 141:18 | 02:19:17 | 143:17 | 02:21:15 | 145:12 | 02:23:29 | 147:7 |
| 02:15:27 | 141:19 | 02:19:22 | 143:18 | 02:21:18 | 145:13 | 02:23:33 | 147:8 |
| 02:15:29 | 141:20 | 02:19:23 | 143:19 | 02:21:21 | 145:14 | 02:23:37 | 147:9 |
| 02:15:39 | 141:21 | 02:19:26 | 143:20 | 02:21:24 | 145:15 | 02:23:40 | 147:10 |
| 02:15:45 | 141:22 | 02:19:32 | 143:21 | 02:21:27 | 145:16 | 02:23:42 | 147:11 |
| 02:15:47 | 141:23,24 | 02:19:34 | 143:22 | 02:21:28 | 145:17 | 02:23:48 | 147:12,13 |
| 02:15:52 | 141:25 | 02:19:36 | 143:23 | 02:21:30 | 145:18 | 147:14 | |
| 02:16:00 | 142:1 | 02:19:39 | 143:24 | 02:21:33 | 145:19 | 02:23:50 | 147:15,16 |
| 02:16:01 | 142:2 | 02:19:42 | 143:25 | 02:21:35 | 145:20 | 02:23:55 | 147:17 |
| 02:16:05 | 142:3 | 02:19:44 | 144:1 | 02:21:37 | 145:21 | 02:23:57 | 147:18 |

| | | | | | | |
|---|---|---|---|---|---|---|---|
| **02:23:59** | 147:19 | **02:26:20** | 149:13 | **02:52:26** | 151:9 | **02:54:44** | 153:3 |
| **02:24:02** | 147:20 | **02:26:22** | 149:14 | **02:52:29** | 151:10 | **02:54:46** | 153:4 |
| **02:24:06** | 147:21 | **02:26:24** | 149:15 | **02:52:33** | 151:11 | **02:54:49** | 153:5 |
| **02:24:11** | 147:22 | **02:26:27** | 149:16 | **02:52:36** | 151:12 | **02:54:52** | 153:6 |
| **02:24:15** | 147:23 | **02:26:30** | 149:17 | **02:52:38** | 151:13 | **02:54:58** | 153:7 |
| **02:24:19** | 147:24 | **02:26:32** | 149:18 | **02:52:40** | 151:14 | **02:55:03** | 153:8 |
| **02:24:22** | 147:25 | **02:26:35** | 149:19 | **02:52:43** | 151:15 | **02:55:07** | 153:9 |
| **02:24:26** | 148:1 | **02:26:36** | 149:20 | **02:52:44** | 151:16 | **02:55:10** | 153:10 |
| **02:24:28** | 148:2 | **02:26:37** | 149:21 | **02:52:46** | 151:17 | **02:55:14** | 153:11 |
| **02:24:32** | 148:3 | **02:26:38** | 149:22 | **02:52:48** | 151:18 | **02:55:19** | 153:12 |
| **02:24:36** | 148:4 | **02:26:41** | 149:23 | **02:52:52** | 151:19 | **02:55:23** | 153:13,14 |
| **02:24:41** | 148:5 | **02:26:42** | 149:24 | **02:52:55** | 151:20 | **02:55:27** | 153:15 |
| **02:24:44** | 148:6 | **02:26:44** | 149:25 | **02:52:58** | 151:21 | **02:55:29** | 153:16 |
| **02:24:47** | 148:7 | **02:26:46** | 150:1 | **02:53:01** | 151:22 | **02:55:31** | 153:17,18 |
| **02:24:52** | 148:8 | **02:26:50** | 150:2 | **02:53:04** | 151:23 | **02:55:38** | 153:19 |
| **02:24:56** | 148:9 | **02:26:51** | 150:3 | **02:53:07** | 151:24 | **02:55:43** | 153:20 |
| **02:24:59** | 148:10 | **02:26:55** | 150:4 | **02:53:11** | 151:25 | **02:55:49** | 153:21 |
| **02:25:03** | 148:11 | **02:26:58** | 150:5 | **02:53:15** | 152:1 | **02:55:55** | 153:22 |
| **02:25:05** | 148:12 | **02:26:59** | 150:6 | **02:53:18** | 152:2 | **02:55:58** | 153:23 |
| **02:25:08** | 148:13 | **02:27:03** | 150:7 | **02:53:20** | 152:3 | **02:56:03** | 153:24 |
| **02:25:10** | 148:14 | **02:27:06** | 150:8 | **02:53:21** | 152:4 | **02:56:15** | 153:25 |
| **02:25:14** | 148:15 | **02:27:09** | 150:9 | **02:53:23** | 152:5 | **02:56:17** | 154:1 |
| **02:25:20** | 148:16 | **02:27:11** | 150:10 | **02:53:26** | 152:6 | **02:56:19** | 154:2 |
| **02:25:23** | 148:17 | **02:27:14** | 150:11,12 | **02:53:29** | 152:7 | **02:56:20** | 154:3 |
| **02:25:25** | 148:18 | **02:27:16** | 150:13 | **02:53:32** | 152:8 | **02:56:23** | 154:4 |
| **02:25:28** | 148:19 | **02:27:27** | 150:14 | **02:53:35** | 152:9 | **02:56:28** | 154:5 |
| **02:25:31** | 148:20 | **02:27:29** | 150:15 | **02:53:36** | 152:10 | **02:56:29** | 154:6 |
| **02:25:33** | 148:21 | **02:27:31** | 150:16 | **02:53:40** | 152:11 | **02:56:30** | 154:7,8,9 |
| **02:25:37** | 148:22 | **02:27:32** | 150:17,18 | **02:53:41** | 152:12 | **02:56:31** | 154:10 |
| **02:25:38** | 148:23 | **02:51:48** | 150:19 | **02:53:46** | 152:13 | **02:56:32** | 154:11,12 |
| **02:25:39** | 148:24 | **02:51:50** | 150:20 | **02:53:47** | 152:14 | | 154:13 |
| **02:25:44** | 148:25 | **02:51:52** | 150:21 | **02:53:50** | 152:15 | **02:56:33** | 154:14 |
| **02:25:46** | 149:1 | **02:51:53** | 150:22 | **02:54:06** | 152:16 | **02:56:35** | 154:15,16 |
| **02:25:48** | 149:2 | **02:51:56** | 150:23 | **02:54:09** | 152:17 | | 154:17 |
| **02:25:50** | 149:3 | **02:51:59** | 150:24 | **02:54:11** | 152:18 | **02:56:37** | 154:18 |
| **02:25:52** | 149:4 | **02:52:02** | 150:25 | **02:54:14** | 152:19 | **02:56:40** | 154:19 |
| **02:25:54** | 149:5 | **02:52:05** | 151:1 | **02:54:15** | 152:20 | **02:56:44** | 154:20,21 |
| **02:25:58** | 149:6 | **02:52:09** | 151:2 | **02:54:16** | 152:21 | **02:56:45** | 154:22 |
| **02:26:05** | 149:7 | **02:52:11** | 151:3 | **02:54:19** | 152:22 | **02:56:49** | 154:23 |
| **02:26:06** | 149:8 | **02:52:13** | 151:4 | **02:54:22** | 152:23 | **02:56:50** | 154:24 |
| **02:26:08** | 149:9 | **02:52:15** | 151:5 | **02:54:26** | 152:24 | **02:56:54** | 154:25 |
| **02:26:10** | 149:10 | **02:52:19** | 151:6 | **02:54:31** | 152:25 | **02:56:58** | 155:1 |
| **02:26:13** | 149:11 | **02:52:22** | 151:7 | **02:54:34** | 153:1 | **02:56:59** | 155:2 |
| **02:26:16** | 149:12 | **02:52:24** | 151:8 | **02:54:39** | 153:2 | **02:57:01** | 155:3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02:57:05 | 155:4 | 03:00:37 | 157:1 | 03:03:01 | 158:24 | 03:05:44 | 160:19 |
| 02:57:07 | 155:5 | 03:00:44 | 157:2 | 03:03:05 | 158:25 | 03:05:46 | 160:20 |
| 02:57:16 | 155:6 | 03:01:03 | 157:3 | 03:03:08 | 159:1 | 03:05:47 | 160:21 |
| 02:57:17 | 155:7 | 03:01:07 | 157:4 | 03:03:09 | 159:2 | 03:05:48 | 160:22 |
| 02:57:21 | 155:8,9 | 03:01:09 | 157:5 | 03:03:10 | 159:3 | 03:05:50 | 160:23 |
| 02:57:22 | 155:10 | 03:01:16 | 157:6 | 03:03:14 | 159:4 | 03:05:51 | 160:24 |
| 02:57:23 | 155:11 | 03:01:17 | 157:7 | 03:03:16 | 159:5 | 03:05:56 | 160:25 |
| 02:57:25 | 155:12,13 | 03:01:18 | 157:8,9,10 | 03:03:22 | 159:6 | 03:06:00 | 161:1 |
| | 155:14 | 03:01:22 | 157:11 | 03:03:24 | 159:7 | 03:06:01 | 161:2 |
| 02:57:47 | 155:15,16 | 03:01:25 | 157:12 | 03:03:28 | 159:8 | 03:06:04 | 161:3 |
| 02:57:50 | 155:17 | 03:01:29 | 157:13 | 03:03:31 | 159:9 | 03:06:07 | 161:4 |
| 02:58:24 | 155:18 | 03:01:34 | 157:14 | 03:03:34 | 159:10 | 03:06:10 | 161:5 |
| 02:58:28 | 155:19 | 03:01:36 | 157:15 | 03:03:39 | 159:11 | 03:06:15 | 161:6 |
| 02:58:31 | 155:20 | 03:01:39 | 157:16 | 03:03:48 | 159:12 | 03:06:20 | 161:7 |
| 02:58:35 | 155:21 | 03:01:41 | 157:17 | 03:03:51 | 159:13 | 03:06:25 | 161:8 |
| 02:58:37 | 155:22 | 03:01:43 | 157:18,19 | 03:03:55 | 159:14 | 03:06:29 | 161:9 |
| 02:58:39 | 155:23 | 03:01:44 | 157:20 | 03:03:57 | 159:15 | 03:06:32 | 161:10 |
| 02:58:41 | 155:24 | 03:01:47 | 157:21 | 03:04:00 | 159:16 | 03:06:36 | 161:11 |
| 02:58:43 | 155:25 | 03:01:51 | 157:22 | 03:04:02 | 159:17 | 03:06:39 | 161:12 |
| 02:58:45 | 156:1 | 03:01:53 | 157:23 | 03:04:05 | 159:18 | 03:06:43 | 161:13 |
| 02:58:47 | 156:2 | 03:01:57 | 157:24 | 03:04:07 | 159:19 | 03:06:49 | 161:14 |
| 02:58:53 | 156:3 | 03:01:59 | 157:25 | 03:04:09 | 159:20,21 | 03:06:58 | 161:15 |
| 02:58:58 | 156:4 | 03:02:00 | 158:1 | 03:04:11 | 159:22 | 03:07:01 | 161:16 |
| 02:59:08 | 156:5 | 03:02:03 | 158:2 | 03:04:13 | 159:23 | 03:07:02 | 161:17 |
| 02:59:12 | 156:6 | 03:02:04 | 158:3 | 03:04:14 | 159:24 | 03:07:06 | 161:18 |
| 02:59:17 | 156:7 | 03:02:10 | 158:4 | 03:04:15 | 159:25 | 03:07:09 | 161:19 |
| 02:59:21 | 156:8 | 03:02:13 | 158:5 | 03:04:23 | 160:1 | 03:07:10 | 161:20 |
| 02:59:27 | 156:9 | 03:02:14 | 158:6 | 03:04:34 | 160:2 | 03:07:11 | 161:21 |
| 02:59:29 | 156:10 | 03:02:15 | 158:7 | 03:04:47 | 160:3 | 03:07:14 | 161:22 |
| 02:59:36 | 156:11 | 03:02:17 | 158:8 | 03:04:55 | 160:4 | 03:07:16 | 161:23 |
| 02:59:38 | 156:12 | 03:02:19 | 158:9 | 03:05:00 | 160:5 | 03:07:17 | 161:24 |
| 02:59:42 | 156:13 | 03:02:24 | 158:10 | 03:05:04 | 160:6 | 03:07:20 | 161:25 |
| 02:59:44 | 156:14 | 03:02:26 | 158:11 | 03:05:10 | 160:7 | 03:07:23 | 162:1 |
| 02:59:46 | 156:15 | 03:02:28 | 158:12,13 | 03:05:13 | 160:8 | 03:07:24 | 162:2,3,4 |
| 02:59:47 | 156:16 | 03:02:31 | 158:14 | 03:05:17 | 160:9 | 03:07:41 | 162:5 |
| 02:59:48 | 156:17 | 03:02:33 | 158:15 | 03:05:21 | 160:10 | 03:07:42 | 162:6 |
| 02:59:51 | 156:18 | 03:02:38 | 158:16 | 03:05:25 | 160:11 | 03:07:44 | 162:7 |
| 02:59:53 | 156:19 | 03:02:40 | 158:17 | 03:05:29 | 160:12 | 03:07:48 | 162:8 |
| 02:59:59 | 156:20 | 03:02:42 | 158:18 | 03:05:31 | 160:13 | 03:07:51 | 162:9 |
| 03:00:02 | 156:21 | 03:02:45 | 158:19 | 03:05:33 | 160:14 | 03:07:53 | 162:10 |
| 03:00:05 | 156:22 | 03:02:50 | 158:20 | 03:05:35 | 160:15 | 03:07:56 | 162:11 |
| 03:00:08 | 156:23 | 03:02:53 | 158:21 | 03:05:38 | 160:16 | 03:07:58 | 162:12 |
| 03:00:22 | 156:24 | 03:02:56 | 158:22 | 03:05:40 | 160:17 | 03:07:59 | 162:13 |
| 03:00:27 | 156:25 | 03:02:58 | 158:23 | 03:05:42 | 160:18 | 03:08:00 | 162:14 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03:08:04 | 162:15 | 03:11:40 | 164:12 | 03:23:07 | 166:12 | 03:25:17 | 168:6 |
| 03:08:07 | 162:16 | 03:11:41 | 164:13 | 03:23:11 | 166:13 | 03:25:22 | 168:7 |
| 03:08:10 | 162:17 | 03:11:43 | 164:14 | 03:23:15 | 166:14 | 03:25:25 | 168:8 |
| 03:08:14 | 162:18 | 03:11:47 | 164:15 | 03:23:17 | 166:15 | 03:25:29 | 168:9 |
| 03:08:23 | 162:19 | 03:11:52 | 164:16 | 03:23:18 | 166:16 | 03:25:31 | 168:10 |
| 03:08:26 | 162:20 | 03:11:54 | 164:17,18 | 03:23:21 | 166:17 | 03:25:33 | 168:11 |
| 03:08:32 | 162:21 | 03:21:28 | 164:19 | 03:23:23 | 166:18 | 03:25:35 | 168:12 |
| 03:08:34 | 162:22 | 03:21:30 | 164:20 | 03:23:24 | 166:19 | 03:25:40 | 168:13 |
| 03:08:36 | 162:23 | 03:21:31 | 164:21,22 | 03:23:25 | 166:20 | 03:25:43 | 168:14 |
| 03:08:42 | 162:24 | 03:21:32 | 164:23 | 03:23:28 | 166:21 | 03:25:45 | 168:15 |
| 03:08:46 | 162:25 | 03:21:34 | 164:24 | 03:23:29 | 166:22 | 03:25:48 | 168:16 |
| 03:08:48 | 163:1 | 03:21:37 | 164:25 | 03:23:30 | 166:23 | 03:25:51 | 168:17 |
| 03:08:52 | 163:2 | 03:21:39 | 165:1 | 03:23:31 | 166:24 | 03:25:54 | 168:18 |
| 03:08:54 | 163:3 | 03:21:41 | 165:2 | 03:23:33 | 166:25 | 03:25:56 | 168:19 |
| 03:08:57 | 163:4 | 03:21:44 | 165:3 | 03:23:36 | 167:1 | 03:25:58 | 168:20 |
| 03:09:01 | 163:5 | 03:21:47 | 165:4 | 03:23:43 | 167:2 | 03:26:01 | 168:21 |
| 03:09:03 | 163:6 | 03:21:48 | 165:5 | 03:23:45 | 167:3 | 03:26:04 | 168:22 |
| 03:09:06 | 163:7 | 03:21:49 | 165:6 | 03:23:46 | 167:4 | 03:26:07 | 168:23 |
| 03:09:08 | 163:8 | 03:21:50 | 165:7 | 03:23:49 | 167:5 | 03:26:09 | 168:24 |
| 03:09:11 | 163:9 | 03:21:52 | 165:8 | 03:23:52 | 167:6 | 03:26:11 | 168:25 |
| 03:09:14 | 163:10 | 03:21:55 | 165:9,10 | 03:23:54 | 167:7 | 03:26:14 | 169:1 |
| 03:09:16 | 163:11,12 | 03:21:57 | 165:11 | 03:24:02 | 167:8 | 03:26:15 | 169:2 |
| 03:09:17 | 163:13,14 | 03:21:59 | 165:12 | 03:24:06 | 167:9 | 03:26:18 | 169:3 |
| 03:09:19 | 163:15 | 03:22:01 | 165:13 | 03:24:11 | 167:10 | 03:26:20 | 169:4 |
| 03:09:21 | 163:16 | 03:22:04 | 165:14 | 03:24:22 | 167:11 | 03:26:23 | 169:5 |
| 03:09:23 | 163:17 | 03:22:06 | 165:15 | 03:24:23 | 167:12 | 03:26:28 | 169:6 |
| 03:09:26 | 163:18 | 03:22:13 | 165:16 | 03:24:27 | 167:13 | 03:26:32 | 169:7 |
| 03:09:29 | 163:19 | 03:22:17 | 165:17 | 03:24:32 | 167:14 | 03:26:34 | 169:8 |
| 03:09:37 | 163:20 | 03:22:22 | 165:18 | 03:24:36 | 167:15 | 03:26:35 | 169:9 |
| 03:09:40 | 163:21 | 03:22:23 | 165:19 | 03:24:39 | 167:16 | 03:26:38 | 169:10 |
| 03:09:56 | 163:22 | 03:22:27 | 165:20 | 03:24:40 | 167:17 | 03:26:40 | 169:11 |
| 03:11:00 | 163:23 | 03:22:28 | 165:21,22 | 03:24:43 | 167:18 | 03:26:41 | 169:12 |
| 03:11:05 | 163:24 | 03:22:31 | 165:23,24 | 03:24:45 | 167:19 | 03:26:44 | 169:13 |
| 03:11:07 | 163:25 | 03:22:33 | 165:25 | 03:24:46 | 167:20 | 03:26:46 | 169:14 |
| 03:11:10 | 164:1 | 03:22:34 | 166:1 | 03:24:48 | 167:21 | 03:26:47 | 169:15 |
| 03:11:13 | 164:2 | 03:22:35 | 166:2 | 03:24:54 | 167:22 | 03:26:50 | 169:16 |
| 03:11:16 | 164:3 | 03:22:36 | 166:3 | 03:24:55 | 167:23 | 03:26:52 | 169:17 |
| 03:11:19 | 164:4 | 03:22:38 | 166:4 | 03:24:56 | 167:24 | 03:26:53 | 169:18 |
| 03:11:21 | 164:5 | 03:22:41 | 166:5,6 | 03:25:01 | 167:25 | 03:26:56 | 169:19 |
| 03:11:25 | 164:6 | 03:22:43 | 166:7 | 03:25:04 | 168:1 | 03:26:58 | 169:20 |
| 03:11:29 | 164:7 | 03:22:46 | 166:8 | 03:25:07 | 168:2 | 03:27:01 | 169:21 |
| 03:11:32 | 164:8 | 03:22:49 | 166:9 | 03:25:09 | 168:3 | 03:27:05 | 169:22 |
| 03:11:35 | 164:9 | 03:22:53 | 166:10 | 03:25:10 | 168:4 | 03:27:07 | 169:23 |
| 03:11:38 | 164:10,11 | 03:23:05 | 166:11 | 03:25:14 | 168:5 | 03:27:08 | 169:24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03:27:09 | 169:25 | 09:46:13 | 5:12 | 09:48:25 | 7:17 | 09:50:35 | 9:11 |
| 03:27:11 | 170:1,2,3 | 09:46:16 | 5:13 | 09:48:28 | 7:18,19 | 09:50:36 | 9:12 |
| 03:27:13 | 170:4,5,6,7 | 09:46:17 | 5:14 | 09:48:31 | 7:20 | 09:50:40 | 9:13 |
| 03:27:15 | 170:8 | 09:46:20 | 5:15 | 09:48:33 | 7:21 | 09:50:42 | 9:14 |
| 03:27:16 | 170:9 | 09:46:23 | 5:16 | 09:48:35 | 6:17,18,19 | 09:50:43 | 9:15,16 |
| 03:27:17 | 170:10 | 09:46:30 | 5:17,18,19 | 09:48:37 | 6:20 | 09:50:44 | 9:17 |
| 03:27:19 | 170:11 | | 5:20,21,22,23 | 09:48:38 | 7:22 | 09:50:45 | 9:18 |
| 03:27:20 | 170:12 | 09:46:32 | 5:24 | 09:48:39 | 7:23 | 09:50:47 | 9:19 |
| 03:27:22 | 170:13 | 09:46:33 | 5:25 | 09:48:40 | 7:24 | 09:50:49 | 9:20 |
| 03:27:25 | 170:14 | 09:46:34 | 6:1 | 09:48:43 | 7:25 | 09:50:50 | 9:21 |
| 03:27:27 | 170:15 | 09:46:36 | 6:2 | 09:48:47 | 8:1 | 09:50:52 | 9:22 |
| 03:27:29 | 170:16 | 09:46:45 | 6:3 | 09:48:48 | 8:2 | 09:50:53 | 9:23 |
| 03:27:32 | 170:17 | 09:46:49 | 6:4 | 09:48:51 | 8:3 | 09:50:55 | 9:24 |
| 03:27:34 | 170:18,19 | 09:46:51 | 6:5 | 09:48:54 | 8:4 | 09:50:57 | 9:25 10:1 |
| | 170:20 | 09:46:55 | 6:6 | 09:48:57 | 8:5 | 09:50:58 | 10:2 |
| 03:27:35 | 170:21 | 09:46:56 | 6:7 | 09:49:01 | 8:6 | 09:51:06 | 10:3 |
| 03:27:38 | 170:22 | 09:46:57 | 6:8 | 09:49:03 | 8:7 | 09:51:08 | 10:4 |
| 03:27:40 | 170:23 | 09:46:58 | 6:9 | 09:49:06 | 8:8 | 09:51:12 | 10:5 |
| 03:27:45 | 170:24 | 09:47:00 | 6:10 | 09:49:09 | 8:9 | 09:51:15 | 10:6 |
| 03:27:48 | 170:25 | 09:47:01 | 6:11 | 09:49:11 | 8:10 | 09:51:18 | 10:7 |
| 03:27:51 | 171:1 | 09:47:03 | 6:12 | 09:49:14 | 8:11 | 09:51:21 | 10:8 |
| 03:27:52 | 171:2,3 | 09:47:06 | 6:13 | 09:49:17 | 8:12 | 09:51:23 | 10:9 |
| 03:27:54 | 171:4 | 09:47:08 | 6:14,15,16 | 09:49:21 | 8:13 | 09:51:26 | 10:10 |
| 03:27:55 | 171:5 | 09:47:12 | 6:21 | 09:49:24 | 8:14 | 09:51:29 | 10:11 |
| 03:27:57 | 171:6 | 09:47:16 | 6:22 | 09:49:27 | 8:15 | 09:51:31 | 10:12 |
| 03:27:58 | 171:7 | 09:47:23 | 6:23 | 09:49:29 | 8:16,17 | 09:51:33 | 10:13 |
| 03:27:59 | 171:8 | 09:47:26 | 6:24 | 09:49:33 | 8:18 | 09:51:37 | 10:14 |
| 03:28:04 | 171:9 | 09:47:29 | 6:25 | 09:49:39 | 8:19 | 09:51:43 | 10:15 |
| 03:28:06 | 171:10 | 09:47:35 | 7:1 | 09:49:41 | 8:20 | 09:51:47 | 10:16 |
| 03:28:09 | 171:11 | 09:47:41 | 7:2 | 09:49:42 | 8:21 | 09:51:48 | 10:17 |
| 07 | 141:25 | 09:47:49 | 7:3 | 09:49:53 | 8:22 | 09:51:53 | 10:18 |
| 08-12264 | 1:4 | 09:48:00 | 7:4 | 09:49:55 | 8:23 | 09:51:54 | 10:19 |
| 08-12265 | 1:8 5:6 | 09:48:01 | 7:5 | 09:49:58 | 8:24 | 09:51:59 | 10:20 |
| 09:01:49 | 5:1 | 09:48:02 | 7:6 | 09:50:01 | 8:25 | 09:52:06 | 10:21 |
| 09:45:45 | 5:2 | 09:48:03 | 7:7 | 09:50:04 | 9:1 | 09:52:08 | 10:22 |
| 09:45:48 | 5:3 | 09:48:04 | 7:8 | 09:50:07 | 9:2 | 09:52:09 | 10:23 |
| 09:45:51 | 5:4 | 09:48:06 | 7:9 | 09:50:08 | 9:3 | 09:52:11 | 10:24 |
| 09:45:55 | 5:5 | 09:48:10 | 7:10 | 09:50:10 | 9:4 | 09:52:15 | 10:25 11:1 |
| 09:45:57 | 5:6 | 09:48:11 | 7:11 | 09:50:13 | 9:5 | 09:52:17 | 11:2 |
| 09:46:02 | 5:7 | 09:48:13 | 7:12 | 09:50:14 | 9:6 | 09:52:23 | 11:3 |
| 09:46:04 | 5:8 | 09:48:16 | 7:13 | 09:50:15 | 9:7 | 09:52:28 | 11:4 |
| 09:46:07 | 5:9 | 09:48:18 | 7:14 | 09:50:16 | 9:8 | 09:52:31 | 11:5 |
| 09:46:09 | 5:10 | 09:48:21 | 7:15 | 09:50:26 | 9:9 | 09:52:33 | 11:6 |
| 09:46:10 | 5:11 | 09:48:22 | 7:16 | 09:50:29 | 9:10 | 09:52:35 | 11:7 |

| | | | |
|---|---|---|---|
| **09:52:37** 11:8 | **09:54:33** 13:3 | **09:57:48** 14:24 | **1020** 176:1 |
| **09:52:39** 11:9 | **09:54:34** 13:4 | **09:57:51** 14:25 | **1040** 135:23 137:20 |
| **09:52:41** 11:10 | **09:54:36** 13:5 | **09:57:54** 15:1 | 138:12 139:18 |
| **09:52:42** 11:11 | **09:54:39** 13:6 | **09:57:57** 15:2 | **1040s** 139:20 |
| **09:52:43** 11:12 | **09:54:41** 13:7 | **09:58:00** 15:3 | **10:00** 16:6 |
| **09:52:45** 11:13 | **09:54:45** 13:8 | **09:58:03** 15:4 | **10:00:04** 16:6 |
| **09:52:47** 11:14 | **09:54:47** 13:9 | **09:58:06** 15:5 | **10:00:45** 16:7 |
| **09:52:48** 11:15 | **09:54:53** 13:10 | **09:58:11** 15:6 | **10:00:46** 16:8 |
| **09:52:52** 11:16 | **09:54:55** 13:11 | **09:58:16** 15:7 | **10:00:48** 16:9 |
| **09:52:55** 11:17 | **09:54:57** 13:12 | **09:58:19** 15:8 | **10:00:52** 16:10 |
| **09:52:58** 11:18 | **09:54:59** 13:13 | **09:58:23** 15:9 | **10:00:55** 16:11 |
| **09:53:00** 11:19 | **09:55:01** 13:14 | **09:58:24** 15:10 | **10:00:57** 16:12 |
| **09:53:05** 11:20 | **09:55:04** 13:15 | **09:58:25** 15:11,12 | **10:01:00** 16:13 |
| **09:53:09** 11:21 | **09:55:06** 13:16 | **09:58:27** 15:13,14 | **10:01:03** 16:14 |
| **09:53:11** 11:22 | **09:55:10** 13:17 | **09:58:29** 15:15 | **10:01:05** 16:15 |
| **09:53:17** 11:23 | **09:55:13** 13:18 | **09:58:31** 15:16 | **10:01:07** 16:16 |
| **09:53:19** 11:24 | **09:55:15** 13:19,20 | **09:58:34** 15:17 | **10:01:09** 16:17 |
| **09:53:24** 11:25 | **09:55:18** 13:21 | **09:58:36** 15:18 | **10:01:11** 16:18 |
| **09:53:31** 12:1 | **09:55:19** 13:22 | **09:58:37** 15:19 | **10:01:12** 16:19 |
| **09:53:32** 12:2 | **09:55:21** 13:23 | **09:58:39** 15:20 | **10:01:17** 16:20 |
| **09:53:37** 12:3,4 | **09:55:24** 13:24 | **09:58:42** 15:21 | **10:01:19** 16:21 |
| **09:53:39** 12:5 | **09:55:27** 13:25 | **09:58:43** 15:22 | **10:01:21** 16:22 |
| **09:53:43** 12:6 | **09:55:30** 14:1,2 | **09:58:46** 15:23 | **10:01:23** 16:23 |
| **09:53:44** 12:7 | **09:55:32** 14:3 | **09:58:49** 15:24 | **10:01:24** 16:24 |
| **09:53:46** 12:8 | **09:55:34** 14:4 | **09:58:51** 15:25 | **10:01:25** 16:25 |
| **09:53:49** 12:9 | **09:55:37** 14:5 | **09:58:53** 16:1 | **10:01:27** 17:1 |
| **09:53:51** 12:10 | **09:55:41** 14:6 | **09:58:54** 16:2 | **10:01:29** 17:2 |
| **09:53:52** 12:11 | **09:55:45** 14:7 | **09:58:56** 16:3 | **10:01:31** 17:3 |
| **09:53:54** 12:12 | **09:55:47** 14:8 | **09:58:57** 16:4,5 | **10:01:34** 17:4 |
| **09:53:56** 12:13 | **09:55:49** 14:9 | **1** | **10:01:36** 17:5 |
| **09:53:58** 12:14 | **09:55:54** 14:10 | **1** 3:7,7 5:2 6:16,22 | **10:01:41** 17:6 |
| **09:54:03** 12:15 | **09:55:56** 14:11 | 7:19 61:11 123:19 | **10:01:44** 17:7 |
| **09:54:05** 12:16 | **09:55:58** 14:12 | 131:12 137:19 | **10:01:46** 17:8 |
| **09:54:08** 12:17 | **09:56:02** 14:13 | 138:8 139:15 | **10:01:48** 17:9 |
| **09:54:10** 12:18 | **09:56:05** 14:14 | 165:17 | **10:01:52** 17:10 |
| **09:54:12** 12:19 | **09:56:07** 14:15 | **1,000,504** 61:2 | **10:01:54** 17:11 |
| **09:54:13** 12:20 | **09:56:09** 14:16 | **10** 3:13 46:3 65:13 | **10:01:56** 17:12 |
| **09:54:15** 12:21 | **09:56:12** 14:17 | 66:22,22 76:24 | **10:01:59** 17:13 |
| **09:54:17** 12:22 | **09:56:14** 14:18 | 77:20 87:6 92:3,8,9 | **10:02:01** 17:14 |
| **09:54:21** 12:23 | **09:56:17** 14:19 | 92:11,15,17,23 | **10:02:04** 17:15 |
| **09:54:22** 12:24 | **09:56:21** 14:20 | 122:9 160:21,22 | **10:02:05** 17:16 |
| **09:54:24** 12:25 | **09:56:34** 14:21 | 162:12 | **10:02:07** 17:17,18 |
| **09:54:29** 13:1 | **09:56:39** 14:22 | **10166** 2:4 | **10:02:09** 17:19,20 |
| **09:54:31** 13:2 | **09:57:12** 14:23 | | **10:02:10** 17:21,22 |

| | | | | | | |
|---|---|---|---|---|---|
| **10:02:11** | 17:23 | **10:04:02** | 19:19 | **10:05:47** | 21:16 | **10:08:10** | 23:16 |
| **10:02:14** | 17:24 | **10:04:06** | 19:20 | **10:05:50** | 21:17 | **10:08:12** | 23:17 |
| **10:02:17** | 17:25 | **10:04:07** | 19:21 | **10:05:52** | 21:18 | **10:08:13** | 23:18 |
| **10:02:20** | 18:1 | **10:04:08** | 19:22 | **10:05:53** | 21:19 | **10:08:14** | 23:19 |
| **10:02:23** | 18:2 | **10:04:10** | 19:23 | **10:05:54** | 21:20 | **10:08:15** | 23:20 |
| **10:02:27** | 18:3 | **10:04:12** | 19:24 | **10:05:55** | 21:21,22 | **10:08:17** | 23:21 |
| **10:02:30** | 18:4 | **10:04:15** | 19:25 | **10:05:56** | 21:23 | **10:08:18** | 23:22 |
| **10:02:33** | 18:5,6 | **10:04:17** | 20:1 | **10:05:57** | 21:24 | **10:08:19** | 23:23 |
| **10:02:34** | 18:7 | **10:04:21** | 20:2,3 | **10:05:58** | 21:25 | **10:08:21** | 23:24 |
| **10:02:37** | 18:8 | **10:04:23** | 20:4 | **10:05:59** | 22:1 | **10:08:22** | 23:25 24:1 |
| **10:02:39** | 18:9 | **10:04:24** | 20:5 | **10:06:00** | 22:2 | 24:2 | |
| **10:02:40** | 18:10 | **10:04:26** | 20:6 | **10:06:01** | 22:3 | **10:08:24** | 24:3 |
| **10:02:41** | 18:11 | **10:04:27** | 20:7 | **10:06:03** | 22:4 | **10:08:25** | 24:4 |
| **10:02:44** | 18:12 | **10:04:28** | 20:8 | **10:06:06** | 22:5 | **10:08:26** | 24:5,6 |
| **10:02:45** | 18:13 | **10:04:34** | 20:9 | **10:06:08** | 22:6 | **10:08:32** | 24:7 |
| **10:02:46** | 18:14 | **10:04:35** | 20:10 | **10:06:10** | 22:7 | **10:08:34** | 24:8 |
| **10:02:47** | 18:15 | **10:04:36** | 20:11 | **10:06:12** | 22:8 | **10:08:38** | 24:9 |
| **10:02:49** | 18:16 | **10:04:39** | 20:12 | **10:06:14** | 22:9,10 | **10:08:43** | 24:10 |
| **10:02:52** | 18:17 | **10:04:42** | 20:13 | **10:06:15** | 22:11 | **10:08:47** | 24:11 |
| **10:02:54** | 18:18 | **10:04:46** | 20:14 | **10:06:18** | 22:12 | **10:08:48** | 24:12 |
| **10:02:56** | 18:19 | **10:04:48** | 20:15 | **10:06:19** | 22:13 | **10:08:54** | 24:13 |
| **10:02:59** | 18:20 | **10:04:49** | 20:16,17 | **10:06:21** | 22:14 | **10:08:57** | 24:14 |
| **10:03:01** | 18:21 | **10:04:51** | 20:18,19 | **10:06:23** | 22:15,16 | **10:08:59** | 24:15 |
| **10:03:02** | 18:22 | **10:04:53** | 20:20 | **10:06:33** | 22:17,18 | **10:09:04** | 24:16 |
| **10:03:05** | 18:23 | **10:04:56** | 20:21 | **10:06:35** | 22:19 | **10:09:07** | 24:17 |
| **10:03:10** | 18:24 | **10:04:58** | 20:22 | **10:06:37** | 22:20 | **10:09:12** | 24:18 |
| **10:03:11** | 18:25 | **10:05:00** | 20:23 | **10:06:39** | 22:21 | **10:09:15** | 24:19 |
| **10:03:15** | 19:1 | **10:05:03** | 20:24 | **10:06:42** | 22:22 | **10:09:27** | 24:20 |
| **10:03:17** | 19:2 | **10:05:04** | 20:25 | **10:06:59** | 22:23 | **10:09:30** | 24:21 |
| **10:03:21** | 19:3 | **10:05:08** | 21:1 | **10:07:07** | 22:24 | **10:09:32** | 24:22 |
| **10:03:23** | 19:4 | **10:05:12** | 21:2 | **10:07:15** | 22:25 | **10:09:35** | 24:23 |
| **10:03:24** | 19:5 | **10:05:16** | 21:3 | **10:07:18** | 23:1 | **10:09:37** | 24:24 |
| **10:03:26** | 19:6 | **10:05:18** | 21:4 | **10:07:25** | 23:2 | **10:09:40** | 24:25 |
| **10:03:30** | 19:7 | **10:05:20** | 21:5 | **10:07:28** | 23:3 | **10:09:44** | 25:1 |
| **10:03:35** | 19:8 | **10:05:23** | 21:6 | **10:07:33** | 23:4 | **10:09:46** | 25:2 |
| **10:03:38** | 19:9 | **10:05:27** | 21:7 | **10:07:38** | 23:5 | **10:09:50** | 25:3 |
| **10:03:41** | 19:10,11 | **10:05:28** | 21:8 | **10:07:41** | 23:6 | **10:09:54** | 25:4 |
| **10:03:43** | 19:12 | **10:05:32** | 21:9 | **10:07:44** | 23:7 | **10:09:56** | 25:5 |
| **10:03:47** | 19:13 | **10:05:33** | 21:10 | **10:07:46** | 23:8,9 | **10:10:00** | 25:6 |
| **10:03:49** | 19:14 | **10:05:35** | 21:11 | **10:07:54** | 23:10 | **10:10:06** | 25:7 |
| **10:03:51** | 19:15 | **10:05:39** | 21:12 | **10:08:00** | 23:11 | **10:10:08** | 25:8 |
| **10:03:53** | 19:16 | **10:05:42** | 21:13 | **10:08:04** | 23:12,13 | **10:10:10** | 25:9 |
| **10:03:57** | 19:17 | **10:05:44** | 21:14 | **10:08:06** | 23:14 | **10:10:12** | 25:10 |
| **10:03:59** | 19:18 | **10:05:45** | 21:15 | **10:08:08** | 23:15 | **10:10:16** | 25:11 |

| | | | | | | |
|---|---|---|---|---|---|---|---|
| **10:10:17** | 25:12 | **10:12:30** | 27:13 | **10:15:08** | 29:7 | **10:17:31** | 31:3 |
| **10:10:20** | 25:13 | **10:12:36** | 27:5,6,7 | **10:15:10** | 29:8 | **10:17:34** | 31:4 |
| **10:10:24** | 25:14 | **10:12:40** | 27:14 | **10:15:12** | 29:9 | **10:17:37** | 31:5 |
| **10:10:28** | 25:15 | **10:12:53** | 27:15 | **10:15:13** | 29:10 | **10:17:41** | 31:6 |
| **10:10:31** | 25:16 | **10:12:54** | 27:16 | **10:15:24** | 29:11 | **10:17:46** | 31:7 |
| **10:10:36** | 25:17 | **10:13:10** | 27:17 | **10:15:26** | 29:12 | **10:17:48** | 31:8 |
| **10:10:40** | 25:18 | **10:13:12** | 27:18,19 | **10:15:28** | 29:13 | **10:17:50** | 31:9 |
| **10:10:42** | 25:19 | **10:13:14** | 27:20 | **10:15:30** | 29:14 | **10:18:05** | 31:10 |
| **10:10:43** | 25:20 | **10:13:16** | 27:21 | **10:15:31** | 29:15 | **10:18:09** | 31:11 |
| **10:10:45** | 25:21 | **10:13:24** | 27:22 | **10:15:32** | 29:16 | **10:18:13** | 31:12 |
| **10:10:48** | 25:22 | **10:13:26** | 27:23 | **10:15:34** | 29:17 | **10:18:19** | 31:13 |
| **10:10:50** | 25:23 | **10:13:27** | 27:24 | **10:15:36** | 29:18 | **10:18:22** | 31:14 |
| **10:10:57** | 25:24 | **10:13:29** | 27:25 | **10:15:39** | 29:19 | **10:18:25** | 31:15 |
| **10:10:58** | 25:25 | **10:13:31** | 28:1 | **10:15:44** | 29:20 | **10:18:29** | 31:16 |
| **10:11:00** | 26:1 | **10:13:33** | 28:2 | **10:15:46** | 29:21 | **10:18:32** | 31:17 |
| **10:11:02** | 26:2 | **10:13:36** | 28:3 | **10:15:52** | 29:22 | **10:18:37** | 31:18 |
| **10:11:05** | 26:3 | **10:13:39** | 28:4 | **10:15:54** | 29:23,24 | **10:18:41** | 31:19 |
| **10:11:07** | 26:4 | **10:13:44** | 28:5 | **10:15:56** | 29:25 | **10:18:44** | 31:20 |
| **10:11:13** | 26:5 | **10:13:49** | 28:6 | **10:15:58** | 30:1 | **10:18:45** | 31:21 |
| **10:11:18** | 26:6 | **10:13:55** | 28:7 | **10:16:01** | 30:2 | **10:18:47** | 31:22 |
| **10:11:21** | 26:7 | **10:13:57** | 28:8 | **10:16:06** | 30:3 | **10:18:48** | 31:23 |
| **10:11:28** | 26:8 | **10:13:59** | 28:9 | **10:16:09** | 30:4 | **10:18:49** | 31:24 |
| **10:11:30** | 26:9 | **10:14:03** | 28:10 | **10:16:12** | 30:5 | **10:18:51** | 31:25 |
| **10:11:32** | 26:10 | **10:14:07** | 28:11 | **10:16:13** | 30:6 | **10:18:55** | 32:1 |
| **10:11:34** | 26:11 | **10:14:12** | 28:12 | **10:16:14** | 30:7 | **10:19:00** | 32:2 |
| **10:11:36** | 26:12,13 | **10:14:13** | 28:13 | **10:16:16** | 30:8 | **10:19:02** | 32:3 |
| **10:11:37** | 26:14 | **10:14:15** | 28:14 | **10:16:19** | 30:9 | **10:19:06** | 32:4 |
| **10:11:39** | 26:15 | **10:14:20** | 28:15 | **10:16:21** | 30:10 | **10:19:09** | 32:5 |
| **10:11:40** | 26:16 | **10:14:22** | 28:16 | **10:16:25** | 30:11 | **10:19:10** | 32:6 |
| **10:11:47** | 26:17 | **10:14:25** | 28:17 | **10:16:31** | 30:12 | **10:19:13** | 32:7 |
| **10:11:49** | 26:18 | **10:14:28** | 28:18 | **10:16:33** | 30:13 | **10:19:15** | 32:8 |
| **10:11:51** | 26:19,20 | **10:14:30** | 28:19 | **10:16:36** | 30:14 | **10:19:19** | 32:9 |
| 26:21 | | **10:14:34** | 28:20 | **10:16:40** | 30:15 | **10:19:21** | 32:10 |
| **10:11:53** | 26:22 | **10:14:39** | 28:21 | **10:16:41** | 30:16 | **10:19:24** | 32:11 |
| **10:11:54** | 26:23 | **10:14:42** | 28:22 | **10:16:44** | 30:17 | **10:19:27** | 32:12 |
| **10:11:56** | 26:24,25 | **10:14:44** | 28:23 | **10:16:48** | 30:18 | **10:19:30** | 32:13 |
| **10:11:58** | 27:1 | **10:14:46** | 28:24 | **10:16:51** | 30:19 | **10:19:33** | 32:14 |
| **10:12:03** | 27:2 | **10:14:47** | 28:25 | **10:17:06** | 30:20,21 | **10:19:36** | 32:15 |
| **10:12:07** | 27:3 | **10:14:51** | 29:1 | **10:17:10** | 30:22 | **10:19:39** | 32:16 |
| **10:12:10** | 27:4 | **10:14:55** | 29:2 | **10:17:15** | 30:23 | **10:19:41** | 32:17 |
| **10:12:13** | 27:9 | **10:14:57** | 29:3 | **10:17:20** | 30:24 | **10:19:43** | 32:18 |
| **10:12:16** | 27:10 | **10:15:00** | 29:4 | **10:17:24** | 30:25 | **10:19:45** | 32:19 |
| **10:12:19** | 27:11 | **10:15:03** | 29:5 | **10:17:26** | 31:1 | **10:19:48** | 32:20 |
| **10:12:27** | 27:12 | **10:15:06** | 29:6 | **10:17:29** | 31:2 | **10:19:50** | 32:21 |

| | | | | | | |
|---|---|---|---|---|---|---|---|
| 10:19:54 | 32:22 | 10:22:44 | 34:16 | 10:25:08 | 36:11 | 10:27:31 | 38:5 |
| 10:19:57 | 32:23 | 10:22:48 | 34:17 | 10:25:11 | 36:12 | 10:27:36 | 38:6 |
| 10:20:01 | 32:24 | 10:22:51 | 34:18 | 10:25:14 | 36:13 | 10:27:39 | 38:7 |
| 10:20:03 | 32:25 | 10:22:53 | 34:19 | 10:25:18 | 36:14 | 10:27:43 | 38:8 |
| 10:20:08 | 33:1 | 10:22:56 | 34:20 | 10:25:22 | 36:15 | 10:27:46 | 38:9 |
| 10:20:15 | 33:2 | 10:22:59 | 34:21 | 10:25:25 | 36:16 | 10:27:49 | 38:10 |
| 10:20:20 | 33:3 | 10:23:06 | 34:22 | 10:25:31 | 36:17 | 10:27:53 | 38:11 |
| 10:20:24 | 33:4 | 10:23:09 | 34:23 | 10:25:33 | 36:18 | 10:27:54 | 38:12 |
| 10:20:27 | 33:5 | 10:23:14 | 34:24 | 10:25:34 | 36:19 | 10:27:56 | 38:13 |
| 10:20:31 | 33:6 | 10:23:15 | 34:25 | 10:25:37 | 36:20 | 10:27:58 | 38:14 |
| 10:20:34 | 33:7 | 10:23:17 | 35:1 | 10:25:39 | 36:21 | 10:28:00 | 38:15 |
| 10:20:37 | 33:8 | 10:23:22 | 35:2 | 10:25:43 | 36:22 | 10:28:05 | 38:16 |
| 10:20:39 | 33:9 | 10:23:26 | 35:3 | 10:25:47 | 36:23 | 10:28:09 | 38:17 |
| 10:20:44 | 33:10 | 10:23:30 | 35:4 | 10:25:51 | 36:24 | 10:28:17 | 38:18 |
| 10:20:47 | 33:11 | 10:23:34 | 35:5 | 10:25:53 | 36:25 | 10:28:20 | 38:19 |
| 10:20:50 | 33:12 | 10:23:38 | 35:6 | 10:25:55 | 37:1 | 10:28:24 | 38:20 |
| 10:20:55 | 33:13 | 10:23:40 | 35:7 | 10:26:03 | 37:2 | 10:28:28 | 38:21 |
| 10:20:57 | 33:14 | 10:23:41 | 35:8 | 10:26:05 | 37:3 | 10:28:33 | 38:22 |
| 10:21:01 | 33:15 | 10:23:48 | 35:9 | 10:26:08 | 37:4 | 10:28:38 | 38:23 |
| 10:21:05 | 33:16 | 10:23:51 | 35:10 | 10:26:14 | 37:5 | 10:28:42 | 38:24 |
| 10:21:09 | 33:17 | 10:23:55 | 35:11 | 10:26:21 | 37:6 | 10:28:44 | 38:25 |
| 10:21:12 | 33:18 | 10:23:57 | 35:12 | 10:26:26 | 37:7 | 10:28:47 | 39:1 |
| 10:21:16 | 33:19 | 10:23:59 | 35:13 | 10:26:27 | 37:8 | 10:28:49 | 39:2 |
| 10:21:18 | 33:20 | 10:24:01 | 35:14 | 10:26:29 | 37:9 | 10:28:51 | 39:3 |
| 10:21:22 | 33:21 | 10:24:06 | 35:15 | 10:26:31 | 37:10 | 10:28:54 | 39:4 |
| 10:21:27 | 33:22 | 10:24:09 | 35:16 | 10:26:32 | 37:11 | 10:28:57 | 39:5 |
| 10:21:33 | 33:23 | 10:24:11 | 35:17 | 10:26:33 | 37:12 | 10:29:03 | 39:6 |
| 10:21:37 | 33:24 | 10:24:15 | 35:18 | 10:26:34 | 37:13 | 10:29:08 | 39:7 |
| 10:21:48 | 33:25 | 10:24:18 | 35:19,20 | 10:26:37 | 37:14 | 10:29:10 | 39:8 |
| 10:21:53 | 34:1 | 10:24:21 | 35:21 | 10:26:39 | 37:15 | 10:29:12 | 39:9 |
| 10:21:57 | 34:2 | 10:24:26 | 35:22 | 10:26:43 | 37:16 | 10:29:16 | 39:10 |
| 10:22:00 | 34:3 | 10:24:28 | 35:23 | 10:26:49 | 37:17 | 10:29:20 | 39:11 |
| 10:22:01 | 34:4 | 10:24:34 | 35:24 | 10:26:52 | 37:18 | 10:29:22 | 39:12 |
| 10:22:06 | 34:5 | 10:24:36 | 35:25 | 10:26:56 | 37:19 | 10:29:27 | 39:13 |
| 10:22:09 | 34:6 | 10:24:38 | 36:1 | 10:27:00 | 37:20 | 10:29:33 | 39:14 |
| 10:22:13 | 34:7 | 10:24:40 | 36:2 | 10:27:05 | 37:21 | 10:29:34 | 39:15 |
| 10:22:17 | 34:8 | 10:24:41 | 36:3 | 10:27:10 | 37:22 | 10:29:36 | 39:16 |
| 10:22:22 | 34:9 | 10:24:43 | 36:4 | 10:27:12 | 37:23 | 10:29:40 | 39:17 |
| 10:22:26 | 34:10 | 10:24:45 | 36:5 | 10:27:14 | 37:24 | 10:29:42 | 39:18 |
| 10:22:28 | 34:11 | 10:24:51 | 36:6 | 10:27:17 | 37:25 | 10:29:44 | 39:19 |
| 10:22:32 | 34:12 | 10:24:55 | 36:7 | 10:27:21 | 38:1 | 10:29:46 | 39:20 |
| 10:22:35 | 34:13 | 10:24:58 | 36:8 | 10:27:22 | 38:2 | 10:29:50 | 39:21 |
| 10:22:38 | 34:14 | 10:25:02 | 36:9 | 10:27:25 | 38:3 | 10:29:52 | 39:22 |
| 10:22:42 | 34:15 | 10:25:06 | 36:10 | 10:27:29 | 38:4 | 10:29:55 | 39:23 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10:30:00 | 39:24 | 10:31:58 | 41:18 | 10:34:09 | 43:12 | 10:36:01 | 45:9 |
| 10:30:04 | 39:25 | 10:32:03 | 41:19 | 10:34:12 | 43:13 | 10:36:04 | 45:10 |
| 10:30:09 | 40:1 | 10:32:06 | 41:20 | 10:34:13 | 43:14 | 10:36:06 | 45:11 |
| 10:30:13 | 40:2 | 10:32:07 | 41:21 | 10:34:16 | 43:15 | 10:36:07 | 45:12 |
| 10:30:15 | 40:3 | 10:32:09 | 41:22 | 10:34:18 | 43:16 | 10:36:11 | 45:13 |
| 10:30:19 | 40:4 | 10:32:15 | 41:23 | 10:34:21 | 43:17,18 | 10:36:13 | 45:14 |
| 10:30:22 | 40:5 | 10:32:21 | 41:24 | 10:34:22 | 43:19 | 10:36:18 | 45:15 |
| 10:30:25 | 40:6 | 10:32:24 | 41:25 | 10:34:24 | 43:20 | 10:36:30 | 45:16 |
| 10:30:29 | 40:7 | 10:32:28 | 42:1 | 10:34:28 | 43:21 | 10:36:33 | 45:17 |
| 10:30:36 | 40:8 | 10:32:32 | 42:2 | 10:34:31 | 43:22 | 10:36:35 | 45:18 |
| 10:30:39 | 40:9 | 10:32:35 | 42:3 | 10:34:32 | 43:23 | 10:36:39 | 45:19 |
| 10:30:40 | 40:10 | 10:32:39 | 42:4 | 10:34:33 | 43:24,25 | 10:36:42 | 45:20 |
| 10:30:41 | 40:11 | 10:32:42 | 42:5 | 10:34:39 | 44:1 | 10:36:47 | 45:21 |
| 10:30:42 | 40:12 | 10:32:44 | 42:6 | 10:34:46 | 44:2 | 10:36:50 | 45:22 |
| 10:30:44 | 40:13 | 10:32:46 | 42:7 | 10:34:50 | 44:3 | 10:36:57 | 45:23 |
| 10:30:45 | 40:14 | 10:32:53 | 42:8 | 10:34:51 | 44:4 | 10:37:02 | 45:24 |
| 10:30:46 | 40:15 | 10:32:55 | 42:9 | 10:34:54 | 44:5 | 10:37:06 | 45:25 |
| 10:30:49 | 40:16 | 10:32:57 | 42:10 | 10:34:55 | 44:6 | 10:37:10 | 46:1 93:4,5 |
| 10:30:53 | 40:17 | 10:33:00 | 42:11 | 10:34:57 | 44:7 | 93:6 | |
| 10:30:56 | 40:18 | 10:33:03 | 42:12 | 10:34:59 | 44:8 | 10:37:13 | 46:2 |
| 10:30:58 | 40:19 | 10:33:04 | 42:13 | 10:35:00 | 44:9 | 10:37:15 | 46:3 |
| 10:31:00 | 40:20 | 10:33:05 | 42:14 | 10:35:01 | 44:10 | 10:37:18 | 46:4 |
| 10:31:02 | 40:21 | 10:33:07 | 42:15 | 10:35:04 | 44:11 | 10:37:20 | 46:5 |
| 10:31:05 | 40:22 | 10:33:10 | 42:16 | 10:35:06 | 44:12 | 10:37:22 | 46:6 |
| 10:31:11 | 40:23 | 10:33:14 | 42:17 | 10:35:07 | 44:13,14 | 10:37:24 | 46:7 |
| 10:31:14 | 40:24 | 10:33:18 | 42:18 | 10:35:18 | 44:15 | 10:37:27 | 46:8 |
| 10:31:15 | 40:25 | 10:33:20 | 42:19 | 10:35:22 | 44:16 | 10:37:31 | 46:9 |
| 10:31:17 | 41:1 | 10:33:21 | 42:20 | 10:35:24 | 44:17 | 10:37:34 | 46:10 |
| 10:31:19 | 41:2 | 10:33:24 | 42:21 | 10:35:25 | 44:18 | 10:37:36 | 46:11 |
| 10:31:22 | 41:3 | 10:33:28 | 42:22 | 10:35:29 | 44:19 | 10:37:39 | 46:12 |
| 10:31:23 | 41:4 | 10:33:30 | 42:23 | 10:35:31 | 44:20 | 10:37:41 | 46:13 |
| 10:31:25 | 41:5 | 10:33:34 | 42:24 | 10:35:33 | 44:21 | 10:37:44 | 46:14 |
| 10:31:27 | 41:6 | 10:33:37 | 42:25 | 10:35:34 | 44:22 | 10:37:46 | 46:15 |
| 10:31:28 | 41:7 | 10:33:39 | 43:1 | 10:35:37 | 44:23 | 10:37:49 | 46:16 |
| 10:31:33 | 41:8 | 10:33:40 | 43:2 | 10:35:39 | 44:24 | 10:37:56 | 46:17 |
| 10:31:35 | 41:9 | 10:33:42 | 43:3 | 10:35:41 | 44:25 | 10:37:58 | 46:18 |
| 10:31:36 | 41:10 | 10:33:45 | 43:4 | 10:35:42 | 45:1 | 10:38:02 | 46:19 |
| 10:31:37 | 41:11 | 10:33:46 | 43:5 | 10:35:45 | 45:2 | 10:38:05 | 46:20 |
| 10:31:40 | 41:12 | 10:33:54 | 43:6 | 10:35:46 | 45:3 | 10:38:07 | 46:21 |
| 10:31:42 | 41:13 | 10:33:56 | 43:7 | 10:35:49 | 45:4 | 10:38:12 | 46:22 |
| 10:31:45 | 41:14 | 10:33:58 | 43:8 | 10:35:51 | 45:5 | 10:38:18 | 46:23 |
| 10:31:49 | 41:15 | 10:34:00 | 43:9 | 10:35:54 | 45:6 | 10:38:20 | 46:24 |
| 10:31:52 | 41:16 | 10:34:03 | 43:10 | 10:35:56 | 45:7 | 10:38:22 | 46:25 |
| 10:31:56 | 41:17 | 10:34:07 | 43:11 | 10:35:57 | 45:8 | 10:38:25 | 47:1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **10:38:28** | 47:2 | **10:41:12** | 48:21 | **10:43:41** | 50:21 | **10:55:27** 52:20,21 |
| **10:38:31** | 47:3 | **10:41:17** | 48:22 | **10:43:42** | 50:22 | **10:55:29** 52:22 |
| **10:38:35** | 47:4 | **10:41:20** | 48:23 | **10:43:45** | 50:23 | **10:55:31** 52:23 |
| **10:38:38** | 47:5 | **10:41:21** | 48:24 | **10:43:48** | 50:24 | **10:55:33** 52:24 |
| **10:38:41** | 47:6 | **10:41:26** | 48:25 | **10:43:50** | 50:25 | **10:55:37** 52:25 |
| **10:38:43** | 47:7 | **10:41:30** | 49:1 | **10:43:57** | 51:5 | **10:55:39** 53:1 |
| **10:38:50** | 47:8 | **10:41:31** | 49:2 | **10:44:00** | 51:6 | **10:55:40** 53:2 |
| **10:38:54** | 47:9 | **10:41:33** | 49:3 | **10:44:01** | 51:1,2,3 | **10:55:45** 53:3 |
| **10:38:58** | 47:10 | **10:41:39** | 49:4 | **10:44:16** | 51:7 | **10:55:46** 53:4 |
| **10:39:02** | 47:11 | **10:41:41** | 49:5 | **10:44:27** | 51:8,9 | **10:55:49** 53:5 |
| **10:39:07** | 47:12 | **10:41:44** | 49:6 | **10:44:30** | 51:10 | **10:55:51** 53:6 |
| **10:39:10** | 47:13 | **10:41:46** | 49:7 | **10:44:34** | 51:11 | **10:55:56** 53:7 |
| **10:39:15** | 47:14 | **10:41:49** | 49:8 | **10:44:52** | 51:12 | **10:55:59** 53:8 |
| **10:39:18** | 47:15 | **10:41:54** | 49:9 | **10:44:57** | 51:13 | **10:56:02** 53:9 |
| **10:39:21** | 47:16 | **10:41:58** | 49:10 | **10:45:02** | 51:14 | **10:56:04** 53:10 |
| **10:39:24** | 47:17 | **10:42:01** | 49:11 | **10:45:05** | 51:15 | **10:56:05** 53:11 |
| **10:39:25** | 47:18 | **10:42:04** | 49:16 | **10:45:12** | 51:16 | **10:56:07** 53:12 |
| **10:39:29** | 47:19 | **10:42:06** | 49:17 | **10:45:15** | 51:17 | **10:56:09** 53:13 |
| **10:39:32** | 47:20 | **10:42:23** | 49:18 | **10:45:18** | 51:18 | **10:56:10** 53:14 |
| **10:39:36** | 47:21 | **10:42:25** | 49:12,13 | **10:45:22** | 51:19 | **10:56:12** 53:15 |
| **10:39:39** | 47:22 | | 49:14 | **10:45:25** | 51:20 | **10:56:13** 53:16 |
| **10:39:42** | 47:23 | **10:42:30** | 49:19,20 | **10:45:28** | 51:21 | **10:56:15** 53:17 |
| **10:39:43** | 47:24 | **10:42:33** | 49:21 | **10:45:30** | 51:22 | **10:56:19** 53:18 |
| **10:39:57** | 47:25 | **10:42:36** | 49:22 | **10:45:33** | 51:23 | **10:56:30** 53:19 |
| **10:40:00** | 48:1 | **10:42:49** | 49:23 | **10:45:34** | 51:24 | **10:56:37** 53:20 |
| **10:40:02** | 48:2 | **10:42:51** | 49:24 | **10:45:36** | 51:25 | **10:56:43** 53:21 |
| **10:40:04** | 48:3 | **10:42:52** | 49:25 | **10:45:39** | 52:1 | **10:56:48** 53:22 |
| **10:40:24** | 48:4 | **10:42:54** | 50:1 | **10:45:42** | 52:2 | **10:56:51** 53:23 |
| **10:40:29** | 48:5 | **10:42:55** | 50:2 | **10:45:45** | 52:3 | **10:56:55** 53:24 |
| **10:40:36** | 48:6 | **10:42:56** | 50:3,4 | **10:46** | 52:16 | **10:56:58** 53:25 |
| **10:40:37** | 48:7 | **10:42:57** | 50:5,6,7 | **10:46:33** | 52:4 | **10:57:02** 54:1 |
| **10:40:38** | 48:8 | **10:42:59** | 50:8 | **10:46:36** | 52:5,6 | **10:57:06** 54:2 |
| **10:40:41** | 48:9 | **10:43:00** | 50:9 | **10:46:39** | 52:7 | **10:57:09** 54:3 |
| **10:40:42** | 48:10 | **10:43:01** | 50:10 | **10:46:40** | 52:8 | **10:57:12** 54:4 |
| **10:40:44** | 48:11 | **10:43:04** | 50:11 | **10:46:42** | 52:9 | **10:57:15** 54:5 |
| **10:40:47** | 48:12 | **10:43:08** | 50:12 | **10:46:43** | 52:10 | **10:57:20** 54:6 |
| **10:40:50** | 48:13 | **10:43:11** | 50:13 | **10:46:44** | 52:11 | **10:57:28** 54:7 |
| **10:40:54** | 48:14 | **10:43:18** | 50:14 | **10:46:45** | 52:12 | **10:57:34** 54:8 |
| **10:40:57** | 48:15 | **10:43:21** | 50:15 | **10:46:48** | 52:13,14 | **10:57:36** 54:9 |
| **10:40:58** | 48:16 | **10:43:28** | 50:16 | **10:46:49** | 52:15 | **10:57:38** 54:10 |
| **10:41:00** | 48:17 | **10:43:31** | 50:17 | **10:46:51** | 52:16 | **10:57:42** 54:11 |
| **10:41:04** | 48:18 | **10:43:34** | 50:18 | **10:46:52** | 52:17,18 | **10:57:45** 54:12 |
| **10:41:06** | 48:19 | **10:43:37** | 50:19 | **10:54** | 52:19 | **10:57:50** 54:13 |
| **10:41:08** | 48:20 | **10:43:39** | 50:20 | **10:55:23** | 52:19 | **10:57:54** 54:14 |

| | | | | | | |
|---|---|---|---|---|---|---|---|
| **10:58:03** | 54:15 | **11:00:06** | 55:24 | **11:02:58** | 57:21 | **11:05:37** | 59:15 |
| **10:58:07** | 54:16 | **11:00:08** | 55:25 | **11:02:59** | 57:22 | **11:05:39** | 59:16 |
| **10:58:12** | 54:17 | **11:00:09** | 56:1 | **11:03:00** | 57:23 | **11:05:42** | 59:17 |
| **10:58:17** | 54:18 | **11:00:12** | 56:2 | **11:03:02** | 57:24 | **11:05:45** | 59:18 |
| **10:58:19** | 54:19 | **11:00:16** | 56:3 | **11:03:04** | 57:25 | **11:05:48** | 59:19 |
| **10:58:21** | 54:20 | **11:00:20** | 56:4 | **11:03:09** | 58:1 | **11:05:50** | 59:20 |
| **10:58:23** | 54:21 | **11:00:23** | 56:5 | **11:03:12** | 58:2 | **11:05:54** | 59:21 |
| **10:58:27** | 54:22 | **11:00:28** | 56:6 | **11:03:15** | 58:3 | **11:05:57** | 59:22 |
| **10:58:29** | 54:23 | **11:00:32** | 56:7 | **11:03:16** | 58:4 | **11:05:58** | 59:23 |
| **10:58:31** | 54:24 | **11:00:37** | 56:8 | **11:03:29** | 58:5 | **11:05:59** | 59:24,25 |
| **10:58:35** | 54:25 | **11:00:42** | 56:9 | **11:03:34** | 58:6 | **11:06:01** | 60:1 |
| **10:58:39** | 55:1 | **11:00:45** | 56:10 | **11:03:37** | 58:7 | **11:06:04** | 60:2 |
| **10:58:42** | 55:2 | **11:00:48** | 56:11 | **11:03:41** | 58:8 | **11:06:08** | 60:3 |
| **10:58:49** | 55:3 | **11:00:50** | 56:12 | **11:03:45** | 58:9 | **11:06:11** | 60:4 |
| **10:58:54** | 55:4 | **11:00:54** | 56:13 | **11:03:47** | 58:10 | **11:06:14** | 60:5 |
| **10:58:56** | 55:5 | **11:00:57** | 56:14 | **11:03:50** | 58:11 | **11:06:21** | 60:6 |
| **10:59:00** | 55:6 | **11:01:01** | 56:15 | **11:03:54** | 58:12 | **11:06:22** | 60:7 |
| **10:59:03** | 55:7 | **11:01:09** | 56:16 | **11:04:00** | 58:13 | **11:06:25** | 60:8 |
| **10:59:08** | 55:8 | **11:01:10** | 56:17 | **11:04:03** | 58:14 | **11:06:27** | 60:9 |
| **10:59:10** | 55:9 | **11:01:21** | 56:18,19 | **11:04:05** | 58:15 | **11:06:29** | 60:10 |
| **10:59:14** | 55:10 | **11:01:23** | 56:20 | **11:04:07** | 58:16 | **11:06:31** | 60:11 |
| **10:59:20** | 55:11 | **11:01:25** | 56:21 | **11:04:12** | 58:17 | **11:06:36** | 60:12 |
| **10:59:23** | 55:12 | **11:01:33** | 56:22 | **11:04:15** | 58:18 | **11:06:37** | 60:13 |
| **10:59:27** | 55:13 | **11:01:39** | 56:23 | **11:04:18** | 58:19 | **11:06:41** | 60:14 |
| **10:59:30** | 55:14 | **11:01:41** | 56:24 | **11:04:24** | 58:20 | **11:06:42** | 60:15 |
| **10:59:34** | 55:15 | **11:01:42** | 56:25 | **11:04:28** | 58:21 | **11:06:52** | 60:16 |
| **10:59:38** | 55:16 | **11:01:57** | 57:1,2 | **11:04:30** | 58:22 | **11:06:53** | 60:17 |
| **10:59:44** | 55:17 | **11:01:58** | 57:3 | **11:04:31** | 58:23 | **11:06:55** | 60:18 |
| **10:59:46** | 55:18 | **11:02:00** | 57:4 | **11:04:39** | 58:24 | **11:06:58** | 60:19 |
| **10:59:48** | 55:19 | **11:02:04** | 57:5 | **11:04:42** | 58:25 | **11:07:04** | 60:20 |
| **10:59:51** | 55:20 | **11:02:06** | 57:6 | **11:04:44** | 59:1 | **11:07:07** | 60:21 |
| **10:59:55** | 55:21 | **11:02:09** | 57:7 | **11:04:47** | 59:2 | **11:07:12** | 60:22,23 |
| **10:59:59** | 55:22 | **11:02:12** | 57:8 | **11:04:51** | 59:3 | | 60:24 |
| **11** | 3:14 30:10 34:21 | **11:02:15** | 57:9 | **11:04:54** | 59:4 | **11:07:13** | 60:25 |
| | 35:1 59:4,21 60:1 | **11:02:18** | 57:10 | **11:04:57** | 59:5 | **11:07:16** | 61:1 |
| | 60:13,15,16,18 61:1 | **11:02:21** | 57:11 | **11:05:00** | 59:6 | **11:07:19** | 61:2 |
| | 77:20 92:6,9,9,12 | **11:02:24** | 57:12 | **11:05:06** | 59:7 | **11:07:26** | 61:3 |
| | 92:15,18 117:21 | **11:02:30** | 57:13 | **11:05:09** | 59:8 | **11:07:30** | 61:4 |
| | 122:10 142:24 | **11:02:34** | 57:14,15 | **11:05:12** | 59:9 | **11:07:33** | 61:5 |
| **11.7** | 50:16 | **11:02:36** | 57:16 | **11:05:16** | 59:10 | **11:07:34** | 61:6 |
| **11.8** | 50:17 | **11:02:40** | 57:17 | **11:05:21** | 59:11 | **11:07:35** | 61:7 |
| **11/6/09** | 96:16 | **11:02:46** | 57:18 | **11:05:27** | 59:12 | **11:07:37** | 61:8 |
| **114** | 3:18 | **11:02:51** | 57:19 | **11:05:31** | 59:13 | **11:07:39** | 61:9 |
| **11:00:03** | 55:23 | **11:02:56** | 57:20 | **11:05:34** | 59:14 | **11:07:45** | 61:10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **11:07:46** | 61:11 | **11:09:49** | 63:6 | **11:13:00** | 65:9 | **11:15:25** | 67:4 |
| **11:07:51** | 61:12 | **11:09:51** | 63:7 | **11:13:03** | 65:10 | **11:15:29** | 67:5 |
| **11:07:53** | 61:13 | **11:09:55** | 63:8 | **11:13:05** | 65:11 | **11:15:32** | 67:6 |
| **11:07:57** | 61:14 | **11:09:57** | 63:9,10 | **11:13:06** | 65:12 | **11:15:35** | 67:7 |
| **11:07:58** | 61:15 | **11:10:00** | 63:11,12 | **11:13:10** | 65:13 | **11:15:38** | 67:8 |
| **11:08:02** | 61:16 | **11:10:03** | 63:13 | **11:13:13** | 65:14 | **11:15:40** | 67:9 |
| **11:08:04** | 61:17 | **11:10:07** | 63:14 | **11:13:16** | 65:15 | **11:15:43** | 67:10 |
| **11:08:06** | 61:18 | **11:10:12** | 63:15 | **11:13:22** | 65:16 | **11:15:44** | 67:11 |
| **11:08:08** | 61:19 | **11:10:16** | 63:16 | **11:13:24** | 65:17 | **11:15:45** | 67:12 |
| **11:08:10** | 61:20 | **11:10:20** | 63:17 | **11:13:26** | 65:18 | **11:15:56** | 67:13,14 |
| **11:08:14** | 61:21 | **11:10:21** | 63:18,19 | **11:13:31** | 65:19 | **11:15:57** | 67:15 |
| **11:08:17** | 61:22 | **11:10:24** | 63:20 | **11:13:34** | 65:20 | **11:15:58** | 67:16 |
| **11:08:18** | 61:23 | **11:10:26** | 63:21,22 | **11:13:35** | 65:21 | **11:16:00** | 67:17 |
| **11:08:21** | 61:24 | **11:10:29** | 63:23 | **11:13:42** | 65:22 | **11:16:02** | 67:18 |
| **11:08:24** | 61:25 62:1 | **11:10:33** | 63:24 | **11:13:45** | 65:23 | **11:16:06** | 67:19 |
| **11:08:27** | 62:2 | **11:10:34** | 63:25 | **11:13:48** | 65:24 | **11:16:10** | 67:20 |
| **11:08:32** | 62:3 | **11:10:37** | 64:1 | **11:13:49** | 65:25 | **11:16:12** | 67:21 |
| **11:08:36** | 62:4 | **11:10:40** | 64:2 | **11:13:52** | 66:1 | **11:16:13** | 67:22 |
| **11:08:39** | 62:5 | **11:10:42** | 64:3 | **11:13:55** | 66:2 | **11:16:16** | 67:23 |
| **11:08:40** | 62:6 | **11:10:45** | 64:4 | **11:13:59** | 66:3 | **11:16:19** | 67:24 |
| **11:08:44** | 62:7 | **11:10:47** | 64:5 | **11:14:03** | 66:4 | **11:16:20** | 67:25 |
| **11:08:46** | 62:8 | **11:10:49** | 64:6 | **11:14:07** | 66:5 | **11:16:22** | 68:1,2 |
| **11:08:49** | 62:9 | **11:10:51** | 64:7 | **11:14:14** | 66:6 | **11:16:25** | 68:3 |
| **11:08:52** | 62:10 | **11:10:54** | 64:8 | **11:14:18** | 66:7 | **11:16:45** | 68:8 |
| **11:08:55** | 62:11 | **11:11:00** | 64:13 | **11:14:20** | 66:8 | **11:16:47** | 68:9 |
| **11:08:58** | 62:12 | **11:11:01** | 64:14 | **11:14:21** | 66:9 | **11:16:53** | 68:10 |
| **11:09:04** | 62:13 | **11:11:09** | 64:9,10,11 | **11:14:26** | 66:10 | **11:16:54** | 68:4,5,6 |
| **11:09:06** | 62:14 | **11:11:12** | 64:15 | **11:14:30** | 66:11 | **11:16:55** | 68:11 |
| **11:09:10** | 62:15 | **11:11:13** | 64:16 | **11:14:32** | 66:12 | **11:16:56** | 68:12 |
| **11:09:12** | 62:16 | **11:11:32** | 64:17 | **11:14:33** | 66:13 | **11:17:24** | 68:13 |
| **11:09:14** | 62:17 | **11:11:33** | 64:18,19 | **11:14:36** | 66:14 | **11:17:25** | 68:14 |
| **11:09:19** | 62:18 | **11:11:35** | 64:20,21 | **11:14:37** | 66:15 | **11:17:28** | 68:15 |
| **11:09:22** | 62:19 | **11:11:36** | 64:22 | **11:14:39** | 66:16 | **11:17:30** | 68:16 |
| **11:09:24** | 62:20 | **11:11:37** | 64:23 | **11:14:42** | 66:17 | **11:17:31** | 68:17 |
| **11:09:27** | 62:21 | **11:11:45** | 64:24 | **11:14:44** | 66:18 | **11:17:33** | 68:18 |
| **11:09:28** | 62:22 | **11:11:46** | 64:25 | **11:14:48** | 66:19 | **11:17:39** | 68:19 |
| **11:09:31** | 62:23 | **11:11:48** | 65:1 | **11:14:54** | 66:20,21 | **11:17:40** | 68:20 |
| **11:09:34** | 62:24 | **11:12:18** | 65:2 | **11:14:56** | 66:22 | **11:17:42** | 68:21,22 |
| **11:09:37** | 62:25 | **11:12:19** | 65:3 | **11:15:00** | 66:23 | | 68:23,24 |
| **11:09:40** | 63:1 | **11:12:21** | 65:4 | **11:15:03** | 66:24 | **11:17:43** | 68:25 |
| **11:09:42** | 63:2 | **11:12:40** | 65:5 | **11:15:06** | 66:25 | **11:17:44** | 69:1,2 |
| **11:09:43** | 63:3 | **11:12:46** | 65:6 | **11:15:08** | 67:1 | **11:17:45** | 69:3 |
| **11:09:46** | 63:4 | **11:12:54** | 65:7 | **11:15:17** | 67:2 | **11:17:47** | 69:4 |
| **11:09:47** | 63:5 | **11:12:57** | 65:8 | **11:15:21** | 67:3 | **11:17:48** | 69:5 |

| | | | |
|---|---|---|---|
| **11:17:49** 69:6 | **11:20:03** 71:2 | **11:23:20** 73:2 | **11:26:19** 74:23,24 |
| **11:17:51** 69:7 | **11:20:06** 71:3 | **11:23:21** 73:3 | **11:26:20** 74:25 |
| **11:17:53** 69:8 | **11:20:11** 71:4 | **11:23:22** 73:4 | **11:26:25** 75:1 |
| **11:17:55** 69:9 | **11:20:13** 71:5 | **11:23:25** 73:5 | **11:26:32** 75:2 |
| **11:17:56** 69:10,11 | **11:20:16** 71:6 | **11:23:29** 73:6 | **11:26:35** 75:3 |
| 69:12 | **11:20:24** 71:7 | **11:23:31** 73:7 | **11:26:36** 75:4 |
| **11:17:58** 69:13 | **11:20:27** 71:8 | **11:23:36** 73:8 | **11:26:38** 75:5 |
| **11:18:00** 69:14 | **11:20:28** 71:9 | **11:23:40** 73:9 | **11:26:40** 75:6 |
| **11:18:01** 69:15 | **11:20:30** 71:10 | **11:23:43** 73:10 | **11:26:42** 75:7 |
| **11:18:03** 69:16 | **11:20:33** 71:11 | **11:23:47** 73:11 | **11:26:43** 75:8 |
| **11:18:13** 69:17 | **11:20:36** 71:12 | **11:23:50** 73:12 | **11:26:44** 75:9 |
| **11:18:16** 69:18 | **11:20:39** 71:13 | **11:23:52** 73:13 | **11:26:46** 75:10 |
| **11:18:22** 69:19 | **11:20:48** 71:14 | **11:23:54** 73:14 | **11:26:48** 75:11 |
| **11:18:25** 69:20 | **11:20:51** 71:15 | **11:23:57** 73:15 | **11:26:51** 75:12 |
| **11:18:27** 69:21 | **11:20:54** 71:16 | **11:24** 74:9 | **11:26:55** 75:13 |
| **11:18:31** 69:22 | **11:20:55** 71:17 | **11:24:00** 73:16 | **11:26:56** 75:14 |
| **11:18:33** 69:23 | **11:20:56** 71:18 | **11:24:02** 73:17 | **11:26:57** 75:15 |
| **11:18:39** 69:24 | **11:21:01** 71:19 | **11:24:05** 73:18 | **11:26:59** 75:16 |
| **11:18:45** 69:25 | **11:21:04** 71:20 | **11:24:08** 73:19 | **11:27:03** 75:17 |
| **11:18:48** 70:1 | **11:21:07** 71:21 | **11:24:11** 73:20 | **11:27:06** 75:18 |
| **11:18:50** 70:2 | **11:21:09** 71:22 | **11:24:15** 73:21 | **11:27:09** 75:19 |
| **11:18:51** 70:3 | **11:21:12** 71:23 | **11:24:18** 73:22 | **11:27:13** 75:20 |
| **11:18:55** 70:4 | **11:21:15** 71:24 | **11:24:20** 73:23 | **11:27:15** 75:21 |
| **11:18:58** 70:5 | **11:21:18** 71:25 72:1 | **11:24:21** 73:24 | **11:27:19** 75:22 |
| **11:19:01** 70:6 | **11:21:21** 72:2 | **11:24:24** 73:25 | **11:27:25** 75:23 |
| **11:19:03** 70:7 | **11:21:28** 72:3 | **11:24:27** 74:1 | **11:27:30** 75:24 |
| **11:19:07** 70:8 | **11:21:30** 72:4 | **11:24:28** 74:2 | **11:27:33** 75:25 |
| **11:19:09** 70:9 | **11:21:31** 72:5 | **11:24:29** 74:3 | **11:27:38** 76:1 |
| **11:19:11** 70:10 | **11:21:42** 72:9,10 | **11:24:31** 74:4 | **11:27:42** 76:2 |
| **11:19:13** 70:11 | **11:21:46** 72:11 | **11:24:33** 74:5 | **11:27:45** 76:3 |
| **11:19:15** 70:12 | **11:21:48** 72:12 | **11:24:42** 74:6 | **11:27:51** 76:4 |
| **11:19:21** 70:13 | **11:21:51** 72:13 | **11:24:43** 74:7,8 | **11:27:54** 76:5 |
| **11:19:27** 70:14 | **11:21:53** 72:14 | **11:24:46** 74:9 | **11:27:59** 76:6 |
| **11:19:29** 70:15 | **11:21:55** 72:15 | **11:24:48** 74:10,11 | **11:28:02** 76:7 |
| **11:19:31** 70:16 | **11:21:58** 72:16,17 | **11:25** 74:12 | **11:28:06** 76:8 |
| **11:19:35** 70:17 | **11:22:00** 72:6,7,8 | **11:25:49** 74:12 | **11:28:09** 76:9 |
| **11:19:37** 70:18 | **11:22:13** 72:18 | **11:25:51** 74:13,14 | **11:28:12** 76:10 |
| **11:19:42** 70:19 | **11:22:16** 72:19,20 | **11:25:53** 74:15,16 | **11:28:15** 76:11 |
| **11:19:45** 70:20,21 | 72:21 | 74:17 | **11:28:19** 76:12,13 |
| **11:19:48** 70:22 | **11:22:36** 72:22 | **11:25:54** 74:18 | **11:28:21** 76:14 |
| **11:19:54** 70:23 | **11:22:41** 72:23 | **11:25:56** 74:19 | **11:28:24** 76:15 |
| **11:19:55** 70:24 | **11:22:54** 72:24 | **11:25:57** 74:20 | **11:28:26** 76:16 |
| **11:19:58** 70:25 | **11:23:11** 72:25 | **11:25:59** 74:21 | **11:28:32** 76:17 |
| **11:20:00** 71:1 | **11:23:13** 73:1 | **11:26:01** 74:22 | **11:28:35** 76:18 |

| Time | Ref | Time | Ref | Time | Ref | Time | Ref |
|---|---|---|---|---|---|---|---|
| 11:28:36 | 76:19 | 11:30:54 | 78:15 | 11:53:05 | 80:10 | 11:57:24 | 82:8 |
| 11:28:39 | 76:20 | 11:30:57 | 78:16 | 11:53:06 | 80:11 | 11:57:27 | 82:9 |
| 11:28:45 | 76:21 | 11:30:58 | 78:17 | 11:53:08 | 80:12 | 11:57:29 | 82:10 |
| 11:28:46 | 76:22 | 11:31 | 79:15 | 11:53:10 | 80:13 | 11:57:30 | 82:11 |
| 11:28:48 | 76:23 | 11:31:03 | 78:18 | 11:53:13 | 80:14 | 11:57:31 | 82:12 |
| 11:28:51 | 76:24 | 11:31:06 | 78:19 | 11:53:15 | 80:15,16 | 11:57:33 | 82:13 |
| 11:28:55 | 76:25 | 11:31:07 | 78:20 | 11:53:16 | 80:17 | 11:57:36 | 82:14 |
| 11:28:58 | 77:1 | 11:31:08 | 78:21 | 11:53:23 | 80:18 | 11:57:38 | 82:15 |
| 11:29:03 | 77:2 | 11:31:09 | 78:22 | 11:53:31 | 80:19 | 11:57:42 | 82:16 |
| 11:29:05 | 77:3 | 11:31:12 | 78:23,24 | 11:53:37 | 80:20 | 11:57:45 | 82:17 |
| 11:29:08 | 77:4 | 11:31:13 | 78:25 | 11:53:43 | 80:21 | 11:57:47 | 82:18 |
| 11:29:12 | 77:5 | 11:31:15 | 79:1 | 11:53:46 | 80:22 | 11:57:51 | 82:19 |
| 11:29:14 | 77:6 | 11:31:18 | 79:2 | 11:53:51 | 80:23 | 11:57:52 | 82:20 |
| 11:29:18 | 77:7 | 11:31:19 | 79:3 | 11:53:53 | 80:24 | 11:57:57 | 82:21 |
| 11:29:21 | 77:8 | 11:31:21 | 79:4,5 | 11:53:57 | 80:25 | 11:58:05 | 82:22 |
| 11:29:25 | 77:9 | 11:31:24 | 79:6 | 11:54:02 | 81:1 | 11:58:08 | 82:23 |
| 11:29:27 | 77:10 | 11:31:30 | 79:7 | 11:54:05 | 81:2 | 11:58:10 | 82:24 |
| 11:29:29 | 77:11 | 11:31:34 | 79:8 | 11:54:08 | 81:3 | 11:58:12 | 82:25 |
| 11:29:33 | 77:12,13 | 11:31:36 | 79:9 | 11:54:10 | 81:4 | 11:58:15 | 83:1 |
| 11:29:36 | 77:14,15 | 11:31:37 | 79:10 | 11:54:13 | 81:5 | 11:58:17 | 83:2 |
| 11:29:38 | 77:16 | 11:31:40 | 79:11 | 11:54:17 | 81:6 | 11:58:21 | 83:3 |
| 11:29:40 | 77:17 | 11:31:42 | 79:12 | 11:54:22 | 81:7 | 11:58:24 | 83:4 |
| 11:29:43 | 77:18 | 11:31:43 | 79:13 | 11:54:25 | 81:8 | 11:58:27 | 83:5 |
| 11:29:48 | 77:19 | 11:31:45 | 79:14 | 11:54:27 | 81:9 | 11:58:34 | 83:6 |
| 11:29:51 | 77:20 | 11:31:47 | 79:15 | 11:54:30 | 81:10 | 11:58:38 | 83:7 |
| 11:29:55 | 77:21 | 11:31:49 | 79:16,17 | 11:54:33 | 81:11 | 11:58:40 | 83:8 |
| 11:30:00 | 77:22 |  | 79:18 | 11:54:36 | 81:16 | 11:58:45 | 83:9 |
| 11:30:03 | 77:23 | 11:51 | 79:19 | 11:54:38 | 81:17 | 11:58:49 | 83:10 |
| 11:30:07 | 77:24 | 11:52:05 | 79:19 | 11:54:40 | 81:18 | 11:58:54 | 83:11 |
| 11:30:09 | 77:25 | 11:52:08 | 79:20 | 11:55:01 | 81:19 | 11:58:56 | 83:12 |
| 11:30:12 | 78:1 | 11:52:10 | 79:21 | 11:55:06 | 81:20 | 11:58:58 | 83:13 |
| 11:30:14 | 78:2 | 11:52:13 | 79:22 | 11:55:08 | 81:21 | 11:59:03 | 83:14 |
| 11:30:16 | 78:3 | 11:52:16 | 79:23 | 11:55:12 | 81:12,13 | 11:59:06 | 83:15 |
| 11:30:17 | 78:4 | 11:52:21 | 79:24 |  | 81:14 | 11:59:08 | 83:16 |
| 11:30:21 | 78:5 | 11:52:25 | 79:25 | 11:55:45 | 81:22 | 11:59:10 | 83:17 |
| 11:30:24 | 78:6 | 11:52:27 | 80:1 | 11:55:46 | 81:23 | 11:59:13 | 83:18 |
| 11:30:28 | 78:7 | 11:52:30 | 80:2 | 11:55:48 | 81:24 | 11:59:17 | 83:19 |
| 11:30:31 | 78:8 | 11:52:34 | 80:3 | 11:57:04 | 81:25 | 11:59:19 | 83:20 |
| 11:30:36 | 78:9 | 11:52:40 | 80:4 | 11:57:06 | 82:1 | 11:59:20 | 83:21 |
| 11:30:39 | 78:10 | 11:52:43 | 80:5 | 11:57:12 | 82:2 | 11:59:21 | 83:22 |
| 11:30:45 | 78:11 | 11:52:46 | 80:6 | 11:57:14 | 82:3 | 11:59:24 | 83:23 |
| 11:30:46 | 78:12 | 11:52:52 | 80:7 | 11:57:17 | 82:4 | 11:59:26 | 83:24 |
| 11:30:48 | 78:13 | 11:52:56 | 80:8 | 11:57:19 | 82:5 | 11:59:27 | 83:25 |
| 11:30:49 | 78:14 | 11:52:59 | 80:9 | 11:57:22 | 82:6,7 | 11:59:30 | 84:1 |

| | | | |
|---|---|---|---|
| **11:59:33** 84:2 | **12:01:21** 85:15 | **12:03:37** 87:11 | **12:06:08** 89:5 |
| **11:59:36** 84:3 | **12:01:26** 85:16 | **12:03:42** 87:12 | **12:06:09** 89:6 |
| **11:59:39** 84:4 | **12:01:31** 85:17 | **12:03:45** 87:13 | **12:06:10** 89:7 |
| **11:59:44** 84:5 | **12:01:33** 85:18 | **12:03:47** 87:14 | **12:06:12** 89:8 |
| **11:59:45** 84:6 | **12:01:36** 85:19 | **12:03:51** 87:15 | **12:06:16** 89:9 |
| **11:59:48** 84:7 | **12:01:39** 85:20 | **12:03:53** 87:16 | **12:06:21** 89:10 |
| **11:59:50** 84:8 | **12:01:46** 85:21 | **12:03:54** 87:17 | **12:06:26** 89:11 |
| **11:59:51** 84:9 | **12:01:48** 85:22 | **12:03:57** 87:18 | **12:06:28** 89:12,13 |
| **11:59:53** 84:10 | **12:01:53** 85:23 | **12:04:00** 87:19 | **12:06:31** 89:14 |
| **11:59:56** 84:11 | **12:01:56** 85:24 | **12:04:03** 87:20 | **12:06:34** 89:15 |
| **12**  3:15 95:22 96:3 | **12:01:58** 85:25 | **12:04:05** 87:21 | **12:06:37** 89:16 |
|   97:7 123:12 124:23 | **12:02:01** 86:1 | **12:04:09** 87:22 | **12:06:39** 89:17 |
|   131:8 132:23 | **12:02:03** 86:2 | **12:04:12** 87:23 | **12:06:40** 89:18 |
| **120**  3:20,21 | **12:02:06** 86:3 | **12:04:13** 87:24 | **12:06:42** 89:19 |
| **1201**  2:12 | **12:02:09** 86:4 | **12:04:15** 87:25 | **12:06:44** 89:20 |
| **123**  3:22 | **12:02:15** 86:5 | **12:04:17** 88:1 | **12:06:46** 89:21 |
| **125**  3:23,25 | **12:02:19** 86:6 | **12:04:22** 88:2 | **12:06:47** 89:22 |
| **12:00:00** 84:12 | **12:02:22** 86:7 | **12:04:28** 88:3 | **12:06:48** 89:23 |
| **12:00:01** 84:13 | **12:02:24** 86:8 | **12:04:30** 88:4 | **12:06:49** 89:24 |
| **12:00:04** 84:14 | **12:02:26** 86:9 | **12:04:32** 88:5 | **12:06:51** 89:25 90:1 |
| **12:00:07** 84:15 | **12:02:27** 86:10 | **12:04:34** 88:6 | **12:06:53** 90:2 |
| **12:00:10** 84:16 | **12:02:28** 86:11 | **12:04:37** 88:7 | **12:06:56** 90:3 |
| **12:00:12** 84:17 | **12:02:29** 86:12 | **12:04:40** 88:8 | **12:06:58** 90:4 |
| **12:00:14** 84:18 | **12:02:30** 86:13 | **12:04:45** 88:9 | **12:07:03** 90:5 |
| **12:00:18** 84:19 | **12:02:33** 86:14 | **12:04:48** 88:10 | **12:07:06** 90:6 |
| **12:00:20** 84:20,21 | **12:02:36** 86:15 | **12:04:55** 88:11 | **12:07:08** 90:7 |
| **12:00:22** 84:22 | **12:02:39** 86:16 | **12:04:58** 88:12 | **12:07:12** 90:8 |
| **12:00:25** 84:23 | **12:02:42** 86:17 | **12:05:01** 88:13 | **12:07:15** 90:9 |
| **12:00:31** 84:24 | **12:02:45** 86:18 | **12:05:05** 88:14 | **12:07:18** 90:10 |
| **12:00:36** 84:25 | **12:02:50** 86:19 | **12:05:07** 88:15 | **12:07:21** 90:11 |
| **12:00:39** 85:1 | **12:02:52** 86:20,21 | **12:05:12** 88:16 | **12:07:23** 90:12 |
| **12:00:43** 85:2 | **12:02:53** 86:22 | **12:05:15** 88:17 | **12:07:27** 90:13 |
| **12:00:45** 85:3 | **12:02:55** 86:23 | **12:05:17** 88:18 | **12:07:29** 90:14,15 |
| **12:00:48** 85:4 | **12:02:59** 86:24 | **12:05:21** 88:19 | **12:07:30** 90:16 |
| **12:00:51** 85:5 | **12:03:03** 86:25 87:1 | **12:05:24** 88:20 | **12:07:31** 90:17 |
| **12:00:55** 85:6 | **12:03:07** 87:2 | **12:05:30** 88:21 | **12:07:32** 90:18 |
| **12:00:59** 85:7 | **12:03:10** 87:3 | **12:05:34** 88:22 | **12:07:37** 90:19 |
| **12:01:03** 85:8 | **12:03:12** 87:4 | **12:05:37** 88:23 | **12:07:39** 90:20 |
| **12:01:06** 85:9 | **12:03:13** 87:5 | **12:05:42** 88:24 | **12:07:51** 90:21 |
| **12:01:10** 85:10 | **12:03:16** 87:6 | **12:05:45** 88:25 | **12:07:55** 90:22 |
| **12:01:12** 85:11 | **12:03:21** 87:7 | **12:05:47** 89:1 | **12:07:59** 90:23 |
| **12:01:15** 85:12 | **12:03:25** 87:8 | **12:05:53** 89:2 | **12:08:04** 90:24 |
| **12:01:16** 85:13 | **12:03:29** 87:9 | **12:05:56** 89:3 | **12:08:09** 90:25 91:1 |
| **12:01:18** 85:14 | **12:03:32** 87:10 | **12:06:01** 89:4 | **12:08:12** 91:2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **12:08:14** | 91:3 | **12:10:54** | 93:7 | **12:12:26** | 95:6 | **12:16:31** | 97:4 |
| **12:08:15** | 91:4 | **12:10:55** | 93:8 | **12:12:29** | 95:7 | **12:16:35** | 97:5 |
| **12:08:16** | 91:5 | **12:10:56** | 93:9 | **12:12:33** | 95:8 | **12:16:39** | 97:6 |
| **12:08:21** | 91:6,7 | **12:10:58** | 93:10 | **12:12:35** | 95:9 | **12:16:48** | 97:7 |
| **12:08:22** | 91:8 | **12:11:01** | 93:11 | **12:12:37** | 95:10 | **12:16:51** | 97:8 |
| **12:08:25** | 91:9 | **12:11:06** | 93:12 | **12:12:38** | 95:11 | **12:16:53** | 97:9 |
| **12:08:27** | 91:10 | **12:11:08** | 93:13 | **12:12:40** | 95:12 | **12:16:56** | 97:13,14 |
| **12:08:28** | 91:11 | **12:11:11** | 93:14 | **12:12:42** | 95:13 | **12:17:00** | 97:10,11 |
| **12:08:29** | 91:12 | **12:11:14** | 93:15 | **12:12:43** | 95:14 | | 97:12 |
| **12:08:31** | 91:13 | **12:11:16** | 93:16 | **12:12:44** | 95:15 | **12:17:11** | 97:15 |
| **12:08:33** | 91:14 | **12:11:19** | 93:17 | **12:12:46** | 95:16 | **12:17:13** | 97:16,17 |
| **12:08:44** | 91:15 | **12:11:21** | 93:18 | **12:12:48** | 95:17,18 | **12:17:15** | 97:18 |
| **12:08:49** | 91:16 | **12:11:23** | 93:19 | **12:12:50** | 95:19 | **12:17:18** | 97:19 |
| **12:08:52** | 91:17 | **12:11:24** | 93:20 | **12:13:31** | 95:23 | **12:17:24** | 97:20 |
| **12:08:55** | 91:18 | **12:11:26** | 93:21 | **12:13:33** | 95:24 | **12:17:27** | 97:21 |
| **12:09:00** | 91:19 | **12:11:28** | 93:22 | **12:13:35** | 95:25 | **12:17:31** | 97:22 |
| **12:09:03** | 91:20 | **12:11:30** | 93:23 | **12:13:37** | 96:1 | **12:17:34** | 97:23 |
| **12:09:04** | 91:21 | **12:11:33** | 93:24 | **12:14:09** | 95:20,21 | **12:17:36** | 97:24 |
| **12:09:06** | 91:22 | **12:11:35** | 93:25 | | 95:22 96:2 | **12:17:43** | 97:25 |
| **12:09:09** | 91:23 | **12:11:36** | 94:1 | **12:14:10** | 96:3 | **12:17:45** | 98:1 |
| **12:09:10** | 91:24 | **12:11:38** | 94:2 | **12:14:13** | 96:4 | **12:17:49** | 98:2 |
| **12:09:12** | 91:25 | **12:11:39** | 94:3 | **12:14:18** | 96:5 | **12:17:52** | 98:3 |
| **12:09:15** | 92:8 | **12:11:40** | 94:4 | **12:14:19** | 96:6 | **12:17:57** | 98:4 |
| **12:09:18** | 92:9 | **12:11:42** | 94:5,6 | **12:14:20** | 96:7 | **12:18:02** | 98:5 |
| **12:09:25** | 92:10 | **12:11:43** | 94:7 | **12:14:21** | 96:8 | **12:18:06** | 98:6 |
| **12:09:31** | 92:1,2,3 | **12:11:45** | 94:8 | **12:14:22** | 96:9 | **12:18:09** | 98:7 |
| **12:09:33** | 92:4,5,6 | **12:11:47** | 94:9 | **12:14:32** | 96:10,11 | **12:18:12** | 98:8 |
| **12:09:35** | 92:11 | **12:11:48** | 94:10,11 | | 96:12 | **12:18:13** | 98:9 |
| **12:09:37** | 92:12 | | 94:12,13,14 | **12:15:39** | 96:13 | **12:18:15** | 98:10 |
| **12:09:39** | 92:13 | **12:11:49** | 94:15 | **12:15:40** | 96:14 | **12:18:19** | 98:11 |
| **12:09:49** | 92:14 | **12:11:54** | 94:16 | **12:15:41** | 96:15 | **12:18:24** | 98:12 |
| **12:09:57** | 92:15 | **12:11:57** | 94:17 | **12:15:43** | 96:16 | **12:18:26** | 98:13 |
| **12:10:03** | 92:16 | **12:12:03** | 94:18,19 | **12:15:50** | 96:17 | **12:18:31** | 98:14 |
| **12:10:04** | 92:17 | **12:12:04** | 94:20 | **12:16:01** | 96:18 | **12:18:34** | 98:15 |
| **12:10:06** | 92:18 | **12:12:06** | 94:21 | **12:16:03** | 96:19 | **12:18:37** | 98:16 |
| **12:10:07** | 92:19 | **12:12:08** | 94:22 | **12:16:04** | 96:20 | **12:18:40** | 98:17 |
| **12:10:09** | 92:20 | **12:12:10** | 94:23 | **12:16:07** | 96:21 | **12:18:42** | 98:18 |
| **12:10:11** | 92:21 | **12:12:12** | 94:24 | **12:16:08** | 96:22 | **12:18:43** | 98:19 |
| **12:10:15** | 92:22,23 | **12:12:14** | 94:25 | **12:16:13** | 96:23 | **12:18:47** | 98:20 |
| **12:10:18** | 92:24 | **12:12:16** | 95:1 | **12:16:18** | 96:24 | **12:18:49** | 98:21 |
| **12:10:19** | 92:25 | **12:12:18** | 95:2 | **12:16:19** | 96:25 | **12:18:55** | 98:22 |
| **12:10:32** | 93:1 | **12:12:19** | 95:3 | **12:16:21** | 97:1 | **12:19:00** | 98:23 |
| **12:10:34** | 93:2 | **12:12:21** | 95:4 | **12:16:25** | 97:2 | **12:19:02** | 98:24 |
| **12:10:36** | 93:3 | **12:12:24** | 95:5 | **12:16:29** | 97:3 | **12:19:05** | 98:25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **12:19:08** | 99:1 | **12:21:13** | 100:20 | **12:23:25** | 102:17,18 | **14:51** 150:19 |
| **12:19:12** | 99:2 | **12:21:17** | 100:21 | **12:23:27** | 102:19 | **15** 3:21,25 22:7 46:3 |
| **12:19:16** | 99:3 | **12:21:20** | 100:22 | **12:23:33** | 102:20 | 61:11 87:6 121:24 |
| **12:19:19** | 99:4 | **12:21:22** | 100:23 | **12:23:39** | 102:21 | 122:5 123:18 |
| **12:19:21** | 99:5 | **12:21:28** | 100:24 | **12:23:43** | 102:22 | 141:24 151:2,22 |
| **12:19:22** | 99:6 | **12:21:31** | 100:25 | **12:23:47** | 102:23 | 152:10,12,14,16 |
| **12:19:24** | 99:7 | **12:21:33** | 101:1,2 | **12:23:49** | 102:24 | **153** 4:5 |
| **12:19:27** | 99:8 | **12:21:40** | 101:3 | **12:23:53** | 102:25 | **154** 4:6 |
| **12:19:30** | 99:9 | **12:21:43** | 101:4 | **12:23:56** | 103:1 | **15:11** 164:15 |
| **12:19:33** | 99:10 | **12:21:44** | 101:5 | **12:24** 103:17 | | **15:20** 164:19 |
| **12:19:36** | 99:11 | **12:21:47** | 101:6 | **12:24:00** | 103:2 | **15:27** 171:10 |
| **12:19:38** | 99:12 | **12:21:51** | 101:7 | **12:24:02** | 103:3 | **16** 124:4 127:14 |
| **12:19:40** | 99:13 | **12:21:52** | 101:8 | **12:24:09** | 103:4 | 134:17 135:1 151:9 |
| **12:19:42** | 99:14 | **12:21:56** | 101:9 | **12:24:14** | 103:5 | 151:12,21 158:24 |
| **12:19:45** | 99:15 | **12:21:58** | 101:10 | **12:24:18** | 103:6 | **163** 3:3 |
| **12:19:50** | 99:16 | **12:22:01** | 101:11 | **12:24:20** | 103:7 | **165** 3:4 |
| **12:19:51** | 99:17 | **12:22:04** | 101:12 | **12:24:21** | 103:8 | **16a** 4:8 124:9 |
| **12:19:55** | 99:18 | **12:22:06** | 101:13 | **12:24:23** | 103:9 | 154:19 |
| **12:19:59** | 99:19 | **12:22:08** | 101:14 | **12:24:34** | 103:10 | **16b** 3:22 124:8,12 |
| **12:20:06** | 99:20 | **12:22:11** | 101:15 | **12:24:35** | 103:11 | 124:13 133:13 |
| **12:20:09** | 99:21 | **12:22:14** | 101:16 | **12:24:37** | 103:12 | **17** 3:23 119:23 |
| **12:20:11** | 99:22 | **12:22:17** | 101:17 | **12:24:38** | 103:13,14 | 126:3,5,10 157:2 |
| **12:20:14** | 99:23 | **12:22:18** | 101:18 | **12:24:45** | 103:15 | **18** 3:25 14:23 16:9 |
| **12:20:19** | 99:24 | **12:22:19** | 101:19 | **12:24:47** | 103:16 | 20:14 21:9 103:8 |
| **12:20:22** | 99:25 | **12:22:21** | 101:20 | **12:24:48** | 103:17 | 104:19 119:25 |
| **12:20:25** | 100:1 | **12:22:23** | 101:21 | **12:24:50** | 103:18 | 126:14,16 134:20 |
| **12:20:28** | 100:2 | **12:22:40** | 101:22,23 | **12:24:51** | 103:19,20 | 134:23 139:22 |
| **12:20:31** | 100:3 | 101:24 | | 103:21 | | **19** 4:1 16:9 101:21 |
| **12:20:35** | 100:4 | **12:22:54** | 101:25 | **13** 3:16,18 4:6 96:16 | | 102:8 140:4,6 |
| **12:20:39** | 100:5 | **12:22:56** | 102:1 | 97:12,14 115:11,14 | | 141:21 176:1 |
| **12:20:42** | 100:6 | **12:22:57** | 102:2 | 115:25 116:11 | | **1978** 115:6 |
| **12:20:43** | 100:7 | **12:23:00** | 102:3 | 117:12 118:9 | | **19899** 2:13 |
| **12:20:45** | 100:8 | **12:23:01** | 102:4 | 120:19 122:25 | | **1999** 112:12 |
| **12:20:46** | 100:9 | **12:23:02** | 102:5 | 126:7,10 155:19 | | **1s** 136:23 137:1,5 |
| **12:20:47** | 100:10 | **12:23:03** | 102:6,7 | **135** 55:7 | | 139:20,25 140:1 |
| **12:20:48** | 100:11 | **12:23:04** | 102:8 | **139** 4:1 55:7 | | **2** |
| **12:20:54** | 100:12 | **12:23:05** | 102:9 | **13:21** 103:22 | | |
| **12:20:56** | 100:13 | **12:23:06** | 102:10 | **14** 3:20 121:21 | | **2** 3:8,8 6:19,22 7:20 |
| **12:20:58** | 100:14 | **12:23:09** | 102:11 | 122:3 123:18 151:1 | | 79:20 124:20 |
| **12:21:03** | 100:15 | **12:23:15** | 102:12 | 151:22 152:11 | | 131:12 152:11,17 |
| **12:21:06** | 100:16 | **12:23:17** | 102:13 | **141** 4:1 | | 160:2 |
| **12:21:07** | 100:17 | **12:23:19** | 102:14 | **142** 4:2 | | **2.75** 60:19 |
| **12:21:09** | 100:18 | **12:23:21** | 102:15 | **146** 4:4 | | **20** 4:1 120:3 142:21 |
| **12:21:11** | 100:19 | **12:23:23** | 102:16 | **14:26** 150:15 | | 142:23 157:2 |
| | | | | | | 158:24 |

**200**  2:4
**2000**  69:23 104:4
  112:12 130:7,8
  135:6,10 160:5,9,9
  160:13 161:8
**2000s**  97:19
**2001**  112:13 160:2
**2002**  73:7 77:21
  112:13
**2003**  165:17
**2004**  74:25 76:25
  78:14,17 79:5 80:18
  118:15
**2005**  4:6 14:25
  16:12 19:6 38:16
  41:18 42:7 44:22
  45:22 69:23 76:25
  87:7 98:3 99:11,16
  100:10 101:5 104:6
  104:7 106:20
  131:12 134:6
  140:14 141:10
  155:19,23 156:13
  161:8
**2006**  6:2 89:3
**2007**  50:24 142:10
**2008**  27:21 36:21
  42:7 47:2 54:10,14
  61:20 64:22 71:5
  86:2 87:7 96:16
  98:3,16 99:18
  106:20 109:17
  130:7 131:12
**2009**  131:13 151:9
  151:12,21
**2010**  3:22,25 130:8
  140:14 141:10
**2012**  7:3
**2013**  1:18 5:3 16:12
  19:7 27:21 98:2
  142:11 172:6 173:3
  174:14 175:18
  176:7
**21**  4:2 7:3 143:10,12
  143:22 146:18

147:3 148:11,14
  157:2
**22**  4:4 7:3 147:14,16
  147:17 148:24
  154:15 157:1
**23**  4:8 65:6,12
  141:22 154:19
**24**  4:5 120:8 154:9
  154:11,22,24
**25**  4:6 155:6,14,16
  155:18
**26**  3:9
**282**  149:10
**28th**  2:8 176:5

**3**

**3**  3:9,22 27:7,10,18
  30:22,23 31:12 32:1
  32:25 101:3 124:19
  124:23 131:13
  150:20 160:2
**3.75**  61:9
**30**  1:18 5:3 13:14,16
  13:25 16:22 17:3,18
  63:16 73:7 80:6
  131:12 176:9
**305-376-8800**  176:2
**30th**  172:6 173:3
**33130**  176:2
**33131-1704**  2:8
  176:5
**341**  120:5 146:2,6
  146:10
**35**  96:8,9
**38,000**  94:17
**3:27**  1:19 171:13
**3rd**  2:8 176:5

**4**

**4**  3:3,9 34:11,14,17
  35:15,18,21 37:17
  37:19,22 38:10
  49:14,17 50:10
  51:19 55:10,12
  57:11 59:3,9 60:4,8
  60:10 62:3 160:2

**4.3**  61:13
**41**  51:13
**48**  3:9
**4:30**  176:14
**4th**  174:14 175:18
  176:7

**5**

**5**  3:7,8,10 51:3,6
  53:17,18 60:13,14
  62:22 74:25 131:6
  131:13 160:2
**50**  3:10
**50th**  2:4
**57**  73:10

**6**

**6**  3:10 13:14,16,25
  14:24 16:22 17:3,18
  64:11,14 76:24 80:6
  119:21 127:13
  134:17,24 141:21
**6,000**  92:23
**63**  3:10
**6600**  94:17
**67**  3:11
**6th**  141:20

**7**

**7**  3:11 59:4,8 62:6
  64:20 68:6,9 72:25
  89:3 131:12
**7/12/2015**  174:25
  175:25
**71**  3:12

**8**

**8**  3:12 72:8,17 73:1
  89:4
**80**  3:13
**85**  76:5,5,10
**8:30**  176:14

**9**

**9**  3:13 65:5,12 81:14
  81:17 82:1,8,17
  84:23,23 85:15

**91**  3:13,14
**92**  101:3
**94**  3:15
**96**  3:16
**9:30**  1:19
**9:45**  5:3
**9:58**  16:2

**a**

**a.m.**  1:19 176:14
**abiding**  139:7
**ability**  17:4 85:20
  85:23 114:5,12
**able**  32:4 37:3 51:10
  68:13 73:4 80:4,9
  89:18,20 90:18,19
  91:12 95:24 139:21
**abundance**  72:12
**abundantly**  80:8
**abuse**  29:8 30:6
  119:24
**abused**  85:7,7
**abusive**  119:22
**accept**  38:16 94:16
  110:12 146:24
  148:6
**accepted**  111:12
**accepting**  31:18
**access**  106:7,9,10,13
**account**  27:1 101:16
**accountant**  110:10
  110:20 169:10
**accountants**  59:7
  136:13,24 169:11
**accounted**  162:1
**accounting**  58:9,13
  59:5 61:2,10,24
  62:6,12,20 113:10
  114:17 138:17,20
  161:24 167:24
  168:12
**accounts**  25:6,11,12
  25:19,22 26:5 27:1
  75:23 76:1,6,10
  77:5,8,10,17,22,23

135:9 161:18
**accrual**  161:25
**accrued**  163:5
**accurate**  88:25
  94:15,19 101:19
  132:4 153:15,17
**achieved**  38:8
  114:25
**acknowledge**  172:5
**acknowledged**
  156:20 172:17
**acquisition**  160:6,7
  161:10
**act**  28:16 29:2 31:8
  31:10,17,19 32:1,20
**acted**  11:24 25:16
  115:22
**acting**  11:23 18:25
  19:1,17,18 23:7,8,9
  25:14,16 29:5 33:18
  49:3 59:6 115:20,21
  143:4,4 149:1,2,2
  155:1,2,3
**action**  46:22,23 86:5
  86:24 87:12,20
  89:15 90:22,23
  91:16 97:21 143:15
  156:7 175:16,17
**actions**  35:23 39:24
  102:18
**activities**  20:13
  48:25 93:13 168:17
**acts**  28:18,19
**add**  120:25 121:7
**added**  62:6
**addition**  34:11
  127:21
**additional**  34:14,18
  35:18 42:24 75:25
  161:10,11,12
**address**  58:25
  105:10 106:21
**addressed**  57:7
  92:20 97:1

**addresses**  106:16
  119:4
**administer**  77:25
**administered**  36:9
  36:23 57:5
**administration**
  24:23
**administrative**
  24:25
**advance**  93:14
**adversary**  2:6,11
  146:22 149:14
  164:25
**advise**  176:11
**advised**  12:25 18:19
  170:25
**advisors**  59:11
  139:11
**advisory**  160:6,7,8
  161:11,12 162:22
  163:3
**affidavit**  172:1
**affiliate**  129:12,15
  129:22,22,25 130:4
**affiliated**  43:15
**affiliates**  45:24
  127:19,25 128:12
  129:17
**affirmative**  98:10
  98:20 99:8 106:22
  108:14,24 141:17
  143:16
**afraid**  84:8
**age**  5:20
**agency**  58:19
**ago**  11:4 19:7,9 41:2
  41:12 51:21 77:21
  100:25 128:23
  133:12 135:4
  142:13 148:12
  155:23 158:18,22
**agree**  78:4,6 143:24
**agreed**  94:16
**agreement**  3:12 10:6
  10:10,15,21 11:16

72:11 73:5,7,12,13
  73:20,22,25 74:4,20
  74:21,25 75:4 76:9
  76:13 77:16,20,24
  78:1 110:17 111:2
  166:20,25,25 167:1
  167:4,7,8,12
**agreements**  76:20
  77:17 129:23
  162:23 163:3 167:4
  167:7,16,18
**ahead**  77:15 145:3
**aig**  155:20 156:4
**aislic**  125:4 132:19
  133:11,18 134:11
**akerman**  2:7 5:13
  5:15 8:24,25 9:8,8
  10:3,7,11,15 11:19
  12:24 14:18,25
  17:24 18:15 22:25
  26:6 29:17 39:16
  41:16 47:13 48:22
  53:9 86:22 95:5
  106:13 107:4,19,19
  108:3 127:1,4
  139:21,24 140:13
  141:9 155:19 176:4
**alexander**  39:23
**allegations**  46:8
  116:23
**alleged**  62:2 81:19
  116:10
**allowed**  38:14
**amc**  1:3,7,10,10 5:5
  8:11,12,19 10:13,14
  15:2,3,4,5,7,8,8
  18:23,23 23:6 24:13
  25:5,5,12 26:16
  27:12 28:10,13,16
  29:2,13,16 30:10,11
  31:6 33:14,19,20
  34:8 35:2,3,5,22
  36:7,9 38:4,9,15
  39:6,9 40:3,5 42:22
  42:23 43:10 44:2,15

44:20 45:23 46:7,17
  46:19 47:3,12 48:7
  48:20 49:7,7 50:15
  51:15,15 52:2,2
  54:25 55:2,6,16
  56:6,8,10 57:12
  59:7 60:7 65:17,21
  67:5 68:2,2 69:16
  69:17 70:12,12
  71:13,13 72:3 73:5
  73:8 75:1 79:10
  80:23,24,25 81:1,4
  81:5 82:5,5 83:5
  84:14 85:19 87:14
  88:10,12,16,16,21
  89:1,9,9,10,13
  90:24 92:12 93:18
  96:25 97:4 98:5
  99:2 101:14 102:11
  102:11,21,24 103:1
  103:2,4,25 104:3,11
  104:17 106:5
  108:18,18 109:9,18
  109:19,23,25 110:3
  110:13,16 111:3
  112:2,7,17,19,25
  113:1,2,4,7,13,21
  114:7 115:19 116:4
  116:5,12,18 117:2
  118:11,12 119:11
  120:4,21 127:2,2
  128:8 129:4,19
  131:22 132:2,9
  133:18,20,20
  134:13 140:16
  141:17 143:3 144:3
  145:13 147:20,21
  147:22,23,25 148:3
  148:4,5,25 149:16
  151:19,24 152:8
  153:6,6,9 155:1
  156:6,17,20 160:3,6
  161:7 162:17,23
  163:4,11,12,15
  165:15,16 166:10

166:10 172:6 173:2
176:8
**amc's** 114:5 116:9
**amended** 3:9,12
50:12 73:6
**amount** 30:9,19
50:16 57:10,11,11
59:16,20,25 77:6
79:7 83:4,18,23
84:6,12,25 85:21,24
86:4 88:7 130:21
156:8,22 160:12,17
160:19 162:7
166:13
**amounted** 62:3
**amounting** 55:12
**amounts** 122:15
**analysis** 40:22 42:11
43:3
**analyze** 43:7
**annoyed** 86:14
**annual** 71:10 72:2
**answer** 9:4,13,16
10:23 12:5,22 15:23
17:5,15 21:19 22:14
23:16 26:14,20
28:23 30:20 31:22
32:4 35:24 36:1,15
45:6,7,10 47:9,25
48:11,14 54:19
66:16 67:8,9 69:21
76:14 78:12,21,25
79:10 80:12 83:19
85:2 89:18,21 90:3
90:5,10,11,12,18,19
91:1,10,12,13 93:24
94:1,4 95:11 97:2,9
100:8,24 101:7
103:6,9 104:7
106:24 110:8,24
111:7,9 112:15
116:11 121:1,3,8
122:9,21 127:21
128:4,5,13,24
129:12 131:15

134:19 135:4,13
137:9 138:13
139:12 142:18
170:8,20,22,25
171:4,6
**answered** 18:11
22:12 32:3 36:3
79:1 91:11 94:6
120:5,23 122:17
137:22
**answering** 22:8
66:10,11 152:6
**answers** 6:12 7:12
44:17 126:24
128:16 130:25
138:5
**anybody** 18:10
73:16 99:22
**anyway** 56:12
**apologies** 126:9
**apologize** 114:19
163:21
**apparent** 151:16
**apparently** 66:24
**appeal** 4:5,5 30:12
30:13,18 51:18,23
54:6 58:11,17,23
82:23 84:5,7 85:20
85:20,23 86:25
149:5
**appeals** 88:3
**appear** 74:18 89:23
93:1,11 148:7
**appearances** 2:1
5:10
**appeared** 125:23
172:15 174:8
**appearing** 13:8,11
13:21
**appears** 50:19 73:11
126:6,21 156:5
**appellants** 51:16
**appellate** 3:10 51:14
53:21

**applicable** 67:1
**application** 118:13
**applies** 32:10
**appointment** 176:13
**appreciated** 176:21
**approach** 75:19
**appropriate** 43:2
138:2
**approval** 96:24
**approved** 24:17
122:12 143:20
**approximate** 59:20
86:4 87:2 160:12
162:7
**approximately** 5:3
30:9 37:23 58:18
60:1 61:9
**arguably** 133:15,15
**argue** 21:23 54:7
**arguing** 22:14
**argument** 116:16
117:5,15
**arguments** 53:20,23
133:16
**arising** 153:5 167:15
**arose** 166:9
**arrangements**
176:15
**arsht** 2:12 5:16
**articulated** 9:23
23:17,21 95:13
99:19 122:22
137:16
**aru** 24:24 106:10,10
**ascertain** 14:5 39:4
45:9 76:19 80:18
**aside** 24:8 55:19
57:16 116:9 126:9
**asked** 11:3 17:13
18:10 21:18 40:2,14
43:6 45:13 48:1
53:24 55:25 56:1,15
64:5 93:23 94:5
108:3 114:20
120:22 128:7,23

129:3,8,11 135:4
136:7 137:21
143:14,20 145:11
148:12 151:5
159:18 163:18
165:1 166:5
**asking** 17:17 19:5
27:4 37:10 56:3
63:19,21 87:19
120:6,13,15,18
123:9 141:6 144:15
159:19 166:6
**asks** 132:23,25
**assert** 4:3
**asserting** 9:24
**asset** 38:22,24 39:1
**assets** 33:20 35:3,4
36:11 38:13,14,18
38:20 39:5 56:7,14
65:15 70:16 71:22
83:7,11 100:13
101:8,13,16 102:22
102:23 103:5
116:24 148:2
**assignment** 107:25
**assignments** 107:25
**assistant** 145:21
**assume** 11:8 40:14
69:24 70:15 94:24
94:25 104:10
113:10 122:18
131:20 132:4 133:7
140:24 142:15
**assumed** 77:21 89:8
89:11
**assumption** 80:22
**assumptions** 54:20
58:25 86:17 90:9
**attached** 4:8 93:3
172:7
**attempt** 119:2
**attempting** 118:24
**attended** 120:4
**attention** 60:17 79:5
97:2 139:10 152:5

156:1 157:1 164:1,2
176:20
**attitude**  98:15
**attorney**  3:14,15
9:25 14:6 18:1
20:22 45:13 49:20
54:22,24 65:10
85:18 109:13 110:9
170:25 175:13,15
**attorney's**  9:9 58:8
58:13 59:18 60:19
61:9,13,16,24 62:12
67:3,19
**attorneys**  17:24
18:2 20:23 32:15
41:14,15 45:5 47:21
47:23 95:1 106:12
122:11,13 129:7,9
131:24 132:1,1
133:6,9 141:3
168:14
**attributable**  165:15
165:19 166:4,9
167:14
**audited**  112:8,12
**auditor's**  111:16,24
**auditors**  112:5,17
113:5
**august**  160:9,13
174:14 175:18
176:7
**augustin**  24:22
106:11
**author**  16:20
**authority**  25:10,21
174:6
**authorize**  3:16,18
3:23 82:1 87:10
115:18 143:1,21
148:23 154:23
**authorized**  18:20,24
19:5,12,15,16 20:1
21:13,16 23:4,6
31:12,25 32:25
51:22 84:22 85:14

115:19 119:12
128:16,18 143:3,6
144:2 147:3 148:25
154:25 175:7
**authorizing**  82:16
98:10 118:16
120:19 148:14
**available**  34:5
133:24 176:9,11
**avenue**  1:17 2:4,8
176:5
**avoid**  137:25
**award**  60:20 61:2
**awarded**  59:17,20
**aware**  12:14 28:3
48:16 70:11 119:9
132:21 158:8

## b

**b**  13:14,16,25 16:22
17:3,18 27:13 39:25
76:24 80:6 156:22
**back**  12:2 16:6
22:15,18 26:22
35:14 46:20 50:22
52:19,24 56:17,19
57:2 67:12,14 73:16
74:12 79:19 97:15
97:18 100:4,24
101:12 103:22
110:5,7 113:8
122:24 124:11
134:16,23 150:19
156:3 164:19
**background**  114:22
**bad**  147:18
**bambush**  135:20,22
**bank**  101:15
**bankers**  159:11,21
**bankruptcy**  1:1
28:4,7 29:6,9,21
30:1,7,15,17 64:18
71:21 83:21 84:4,11
84:24 85:6,15,25
86:6 93:12 94:9

116:21 117:21,25
118:16,23 123:22
143:14,15,18 145:5
145:6,10,15,20,23
145:24 146:13,15
148:16,17 151:1
152:22 153:8
156:25
**base**  81:3
**based**  33:11 41:6
62:1 74:14 75:21,23
77:23 133:19
**basis**  9:15,21,23
87:8 113:20,23
114:1,13 146:14
161:23,24 170:22
**batts**  34:6 47:2
54:12,15,22 55:19
60:3 61:20 62:8,16
62:18 109:18,24
110:13 111:11
**beat**  90:5
**beating**  90:2
**began**  99:10
**behalf**  1:10 2:2,6,11
28:6 29:5,16 31:17
31:19 45:16,20
46:19 48:25 59:6
99:8,15 100:17
106:23 108:15,25
119:5,6 123:24
143:2,16,25,25
148:21,24 149:6
164:24
**behavior**  58:2
**behinds**  162:17
**belief**  84:23 90:23
108:16
**believe**  12:23 13:10
14:11,17,20 19:16
19:20 21:15 23:3,22
23:23 25:7,9 27:3
27:19 29:20 30:13
30:21,23 31:6,10,23
31:24 32:6,7,24

33:14,23 35:8,11,25
36:1,2,3 37:21
40:10 42:10,14 43:2
44:6,11,14,23 45:1
45:12 48:2 50:22
51:17,21,24 53:16
54:9 59:25 60:5
62:1,2,24 65:9
67:23 70:23 74:3
75:6,8,10 77:3
78:14 80:5 81:25
82:2,7,11,14 83:20
84:10 88:4 93:13
95:8 97:3 100:7,9
100:10 101:4,19
102:16 103:7,11
104:4,21,22 106:1
107:5 109:4,5
110:16 112:16,18
113:21 115:6,17,19
115:24 116:3,13
119:3 120:18 121:3
121:10,15 122:10
123:16 127:3 128:7
132:19 137:23
139:13,23 140:20
140:21 141:3 143:3
143:23 146:17
148:25 149:9 150:5
151:11 153:16,24
154:2,3,25 156:14
160:5 164:5
**believed**  33:8,10
112:23
**believing**  146:14
**bells**  27:20
**benefit**  54:12 62:15
83:15 92:10
**best**  17:4 29:20 31:8
31:11 32:1 33:1
42:4,4 48:10 79:24
82:8,11,15,18,23
83:17 85:11 86:3
87:1,14 90:23 91:10
99:6 104:24 115:25

116:3,9,12 119:15
120:15,17,20
146:18 149:10,15
149:21 162:6,6
**beyond** 161:6
**big** 164:3 170:4
**bill** 22:24,25 24:9
65:19 95:3
**billed** 70:3 142:9
**billing** 3:15 59:8
**bills** 9:13 21:2,2
23:2,5,7,12 26:6
59:12 69:21 71:25
87:8 95:1,8 96:23
122:14 140:12
141:9,15 142:14
145:12 151:24
152:8
**binder** 27:15
**bit** 50:18 136:15
**blanks** 123:21
**blocked** 171:8
**board** 8:18 40:5
43:9 44:1,15 60:6
**bob** 90:2,3
**bogus** 38:25
**bombulie** 2:9 5:14
151:5,11
**book** 27:14 49:21
72:22 81:19 92:10
**books** 105:3 106:8
116:17 119:25
135:9 161:22
**borrow** 113:25
155:25
**borrowed** 55:6
**borrower** 75:24
**borrowers** 73:8
**borrowing** 81:1,3,6
**bottom** 127:13,15
131:7 152:18
**box** 159:15
**boxes** 159:11,16,21
**breach** 47:6 55:1

**break** 10:17 52:10
52:12,23 79:11
101:25 103:16
150:14 151:4 152:3
**brian** 2:9 5:13 27:11
41:13 47:20 81:18
95:15 176:6
**brian's** 92:9
**brief** 3:10 33:11
51:17,20 53:21,23
83:3 144:19
**briefings** 146:16
**briefly** 73:24 140:7
**briefs** 54:6 156:24
**bring** 99:3 145:5
**bringing** 99:7 152:5
**brought** 98:22
141:17
**broward** 174:4
175:4
**burdensome** 127:23
**business** 35:4 70:16
70:21 102:23
106:17 114:18
115:4 147:22 148:5
153:5
**businesses** 105:15
**businessman** 125:17
**businessman's**
32:16 38:19

**c**

**c** 39:25 46:16 49:18
49:21 64:15 68:9,10
132:20
**calculate** 163:2
**calculated** 162:25
163:4
**call** 136:22 137:10
176:13
**called** 12:18 45:22
132:19 137:12,14
148:1 168:3,22
**calls** 71:16 83:24
89:5 125:14 159:4

**canceled** 71:6
158:18
**capacity** 13:25
17:17 49:4,11 52:3
82:2 172:18
**capital** 56:4 168:5
**card** 55:5
**carry** 65:13
**case** 5:4,6 10:20
11:1,15 18:3 30:3
36:22 43:17 44:12
54:9 57:25 91:18,25
94:17,17 105:2
117:25 125:5,8,24
133:18 142:3
145:10,25 154:1
156:25 172:6 176:8
**cases** 28:4,7 29:6,22
69:1 71:1,2 152:23
**cash** 23:11 24:8,10
38:12 56:8 71:22,22
71:23 83:11 101:15
113:19,22 130:18
130:19 161:23,24
167:13
**casita** 46:16 88:20
**caught** 138:1
**cause** 46:22,23
**caused** 35:22,22
76:16 100:1
**caution** 72:12
**caveat** 158:23
**cc** 176:25
**ceased** 70:13
**cents** 76:5,5
**ceo** 81:4
**certain** 27:19 44:18
45:6 52:24 73:12
117:10 129:23
132:21 150:3 153:3
161:2 168:23
**certainly** 16:18
32:13 33:13 47:23
53:8 60:15 70:4
73:18 86:15 112:11

145:1 148:1 164:3
**certificate** 3:11
104:5 172:11 174:1
175:1
**certificated** 104:1
104:19
**certificates** 71:5
81:3 104:22,22
**certified** 172:5
**certify** 174:6 175:7
175:12
**cessation** 153:5
**chabra** 40:1,1
**chabras** 39:25 45:16
45:21
**challenged** 58:12,18
58:23
**chance** 7:8 80:2
137:24
**chandler** 176:23
**change** 7:17 160:1
**changes** 6:11 7:11
176:16,17
**characterization**
165:10 168:6
**cheap** 46:9
**cheaply** 46:19
**check** 25:18 26:18
27:1
**checking** 25:6 26:5
**checks** 25:21 26:8
130:20
**choose** 78:1 91:17
**chooses** 77:25
**choosing** 76:4
**circumstances**
32:20 36:20 39:1
58:1 82:22 83:16
100:19
**citibank** 25:9,19,22
27:1
**city** 169:21 170:23
**claim** 33:8 35:1 38:1
38:23,24 39:2 57:6
57:9,10 125:7

132:18,20 168:6
**claimed**  88:7
**claims**  4:4 38:21
39:5,10,13 40:22,22
41:23 42:1,12 43:9
55:11 67:6,7 133:20
143:16,19 145:5
146:15 147:22,25
150:1,6
**clarify**  17:16
**clarifying**  114:16
**clarity**  91:8
**clear**  30:8 36:21
80:9 94:12 123:17
124:25
**clearly**  117:16
148:13
**client**  9:25 14:6
15:23 42:1 48:24
**closest**  176:14
**clr**  1:24
**code**  135:19 138:15
138:25 139:5
**collateral**  76:8,11
77:11 79:7 80:20
81:2
**colleague**  145:18
**colleagues**  53:20
**collect**  35:18 59:9
88:24 147:8 161:10
**collectively**  153:1
**combined**  4:2
**come**  46:21 88:14
124:10 131:1
162:20 176:13
**coming**  66:2 87:8
**commence**  45:20
143:16 147:5
**commenced**  87:21
98:3
**commencement**
28:4
**commencing**  106:22
108:14,24

**comment**  66:11
**comments**  53:25
**commission**  172:25
173:25 174:24
175:24
**committed**  47:3,5
54:25 55:2 114:19
**common**  103:25
104:3
**communicating**
148:13
**communications**
109:4 127:20
131:13 132:24
**companies**  56:13
71:7 125:20 132:12
133:16 134:3,4
**company**  47:15
67:17,23 71:3,21
112:18 113:19
125:13 131:24
155:20
**compelled**  113:13
**compensation**  3:13
3:14,20,21 49:20
92:12,13 135:24
137:2 151:3,24
152:21
**competent**  60:21
**complained**  81:9
**complete**  39:17
74:20
**completed**  47:25
176:19
**completely**  38:25
**completing**  80:2
**compliance**  4:2
**complicated**  33:17
33:19 138:15
157:12
**comply**  136:5
138:23
**components**  75:20
**composite**  4:1

**compound**  26:10
**comprehensive**
73:15
**computer**  8:19 15:2
15:5,7,8 34:8 35:3,5
38:15 40:3,6 43:10
44:2,16,20 46:7,17
47:3 55:1,2,6 56:8
56:10 60:7 65:17
68:3 73:5 75:1
79:10 80:24,25 81:1
81:5,5 101:14
102:25 103:1 104:1
104:17 106:25
107:17 108:18
109:10,18,19,23,25
110:3,13,16 111:3
112:2,7,19,25 113:1
113:2,4,21 147:23
147:25 148:3,5,5
153:6,7,9 156:20
160:3,6 161:7
162:17,23 163:4,12
163:15
**computer's**  104:3
**computers**  73:8
**concealing**  116:24
**concerned**  78:8
**concerning**  112:6
158:10
**concluded**  37:15
99:20 171:11,13
176:19
**conclusion**  29:19
60:3 71:17 83:25
84:2 88:13 89:6
125:15,22
**conditions**  36:12
**conducted**  142:3
**confer**  164:14
**conference**  3:11
**conferred**  129:7
**confident**  18:13
41:12 53:24

**confusing**  50:19
135:16
**congratulations**
170:17
**connected**  121:17
175:16
**connection**  6:3 9:9
33:24 117:25
118:22 152:22
**consider**  82:16
91:15 100:16,20
**consideration**  98:19
141:16
**considered**  39:23
40:4,6 82:20 98:13
99:7
**considering**  91:21
99:14
**consistent**  156:15
**constituted**  111:12
**constrained**  85:22
114:6
**constructed**  77:4
**consult**  53:19 132:5
**consultant**  107:21
**consultant's**  107:23
**consultations**  28:11
**consulting**  107:6
**contained**  94:14
**contemporaneous**
20:12,25
**contents**  63:6
**contest**  83:18,22
84:25
**contested**  34:23,25
**context**  17:5 66:9
129:25
**continue**  66:21 95:7
164:6
**contract**  133:21
**contracts**  166:12
**contractual**  125:25
133:19 153:18
161:5

**contractually**
153:10
**contrary** 46:7
120:14,17,20
**convenient** 102:4
**conversation** 45:13
54:1 99:4 112:21
113:5 132:8,12
**conversations** 19:23
21:8,11 39:6,15
40:19 41:7,10,11,18
42:5,9,16 47:13,14
47:19 81:7 109:2
146:11 156:11,16
**copies** 126:23 158:3
**copy** 50:1,7 52:4
72:15 125:10 155:9
155:25 172:5
176:18
**corp** 44:20 73:5
153:6 162:23
**corporate** 13:8 17:6
42:24 49:11 56:13
69:22
**corporation** 8:19
44:2,16 65:17 104:1
104:18 160:3 161:7
**correct** 11:11 19:11
19:13 20:10 21:14
27:2,3 28:24 42:13
42:19 43:20 44:2,5
44:8,16,22,25 45:3
53:11,15 54:23
61:22 62:9,23 63:2
63:9,11,21 64:19,21
64:23 66:4 87:23
88:3,4 91:23 92:24
94:4 97:5,6 105:18
105:19 111:17
119:2,7 123:8
125:22 128:17
131:19 135:25
144:1,9 148:16
151:12 163:9
166:11,17

**corrections** 172:7
176:16
**correctly** 26:23
156:18
**correspondence**
132:17
**cost** 38:7 145:7
**costs** 114:8 145:13
**counsel** 5:9 6:25 7:3
7:25 8:2 13:12 14:8
16:16 18:15,19
28:11,14 29:17 39:9
52:22 71:3 86:4,7,9
87:25 102:20
123:14 128:7 138:9
146:16 164:14
175:13,15 176:17
176:25
**countervailing**
82:21,25
**counting** 158:15
**county** 172:3,13
174:4 175:4
**couple** 54:24 64:7
163:20
**course** 12:24 40:25
44:17 68:24 77:24
96:7 150:23 154:13
164:11
**court** 1:1 4:5 5:8 6:5
6:15,18 27:6 30:8
33:11,24 34:5,19
48:5,13,17 49:13
50:20 51:2,14,18
53:2 54:6,13 57:16
57:25 58:6 59:17
61:8,21 62:11 64:10
64:18 65:14,18,20
65:25 66:18 68:5
72:7 80:14,14 81:13
83:14 85:10,22,25
86:24 87:21 90:22
91:16 92:2,5 93:12
93:22 94:9 95:21
97:11,22 115:10

116:21,22,25
117:21,21 121:20
121:23 122:12
123:22 124:7 126:2
126:13,24 140:3
142:20 143:9,14
147:13 148:16,18
148:18 149:5 151:1
153:2 154:8 155:13
**court's** 61:2 150:7
**courts** 116:20
**cover** 67:2,18
167:21
**coverage** 125:1,5,6
125:7,13,23 132:19
133:18,23
**covered** 23:14
**crap** 79:2
**credit** 3:12 55:5,5
72:11 73:4,7,8,11
73:13,20,22,25 74:4
74:25 75:4 110:17
111:2
**creditor** 30:4 32:2
33:2,3,4,5 34:22
42:2 85:8
**creditors** 30:2 31:11
31:14,16,17,19
33:19,21 82:12,14
82:18,20 116:1,1,6
116:8 146:18,22,24
149:11,13
**cross** 3:3 164:21
**crutcher** 2:3 15:2
39:20 40:18 138:20
168:14 169:3,4
**css** 1:4,8 5:6
**current** 104:24
109:8
**currently** 7:2
**cursorily** 73:24
**curtis** 2:13 5:15
72:25 96:13
**custody** 104:6

**cut** 113:24 114:7,8,8

**d**

**d** 3:1 81:18
**d&o** 125:18
**damages** 99:12,14
99:24 100:12 101:6
**data** 107:6,14,16
**date** 96:13,15,17
109:9 151:10
160:11 173:3
176:19
**dated** 3:22,25 4:6
14:24 16:11 27:21
71:5 73:7 155:19
173:24 175:18
**dates** 130:21
**david** 39:22
**day** 22:6 33:21 38:9
81:6,6 172:6,20
173:24 174:14
175:18
**days** 7:13 176:9
**dd0661766** 174:24
175:24
**de** 2:13
**debt** 36:12
**debtor** 1:4,8 3:14,15
49:20 67:18,19
129:15
**debtors** 3:16,17,18
3:19,23,24 4:1,2,4
5:12 9:12 10:20
11:15,20,22 13:14
13:17 14:1,6,16,19
15:4,6 17:20,23
21:3 22:25 26:7
27:2 28:5 29:5,21
30:24 31:9,9,11,13
31:15,18 32:1 33:2
33:4,14,24 34:21
35:9 36:5,16 37:5
37:21 39:4 41:23
46:19 59:6 67:3
81:19 82:9,12,14,15

82:18,24 83:10
97:25 98:1 99:9
102:22 103:4 116:2
118:12,13,18 119:6
119:16,25 123:15
123:24 124:25
127:19,22,25
129:12,17 131:10
133:1 143:2,16,17
144:1,7,13,13
146:19,22,23 147:6
147:6,9 148:24
149:7,11,13,14,15
149:22 152:22
153:23
**december** 54:13
109:17 151:9,12,21
**decided** 11:19 28:11
46:23 47:9 62:18
89:14 98:17 100:20
143:19 145:7,11
**deciding** 91:15
**decimal** 160:16
**decision** 46:24 70:25
90:21 100:5
**decline** 45:20
**declined** 38:16
146:15 148:6
**default** 87:22
**defective** 27:15
**defend** 87:11 88:1
89:14 90:21 91:15
**defendant** 44:4,24
53:2,10
**defendants** 1:15 2:6
2:11 11:1 13:9
43:16 51:15 105:2
130:11 135:7
153:22 160:4
164:24 167:9
**defended** 53:15
**defense** 48:4
**defenses** 156:6
**defer** 37:13

**define** 10:24 31:1
77:18 111:6
**defined** 111:5
118:12 129:23
153:6
**definitely** 73:11
160:22
**definition** 76:8
77:20 110:10,20,23
111:4,12 113:8,9,10
114:17,17,18
129:14,21,24
**definitions** 78:2
86:17 90:9 113:11
113:16 114:10
**definitive** 45:7
**definitively** 163:6
**defunct** 65:17
**delaware** 1:1 10:22
11:17 22:5 28:5
68:12 69:7,18 70:14
145:17 146:9
164:25
**deliberations** 40:9
**delivered** 127:1
**dell** 44:1,18
**demand** 102:13
**denied** 67:7 125:5
125:13 132:20
133:18
**department** 51:14
**depend** 39:1 76:7
**depending** 32:19
**deponent** 172:8
173:2
**depose** 118:25
121:11,16 169:25
**deposed** 120:2,3
**deposition** 1:21 3:7
3:8 5:4 6:3,16,19,22
7:24 8:7,15,23 11:7
14:22,22 16:14,23
17:6,9 18:5,9,16
20:11 22:21 27:7,10
27:17,25 28:2 45:10

49:14 51:3 53:11,14
57:4 62:23 64:8,11
68:6 72:8 73:21
74:1 76:19 80:2
81:14 92:3,6 95:22
97:12 110:12 111:9
111:17,25 115:11
117:4 118:1,18
119:16 120:14,16
120:20 121:21,24
124:8 126:3,14
130:25 134:9 140:4
140:12,17 141:11
142:21 143:10
144:24 147:14
149:13 150:23
154:9 155:14 158:4
158:5,17,21 159:8
159:18 164:6
171:10,12 172:6
175:8 176:11,20
**depositions** 8:9,10
23:15 24:21 46:15
115:1 159:13,13,17
**describe** 15:16 48:1
50:2 109:19
**described** 43:4
57:17 107:13 153:1
161:7 172:17
**design** 119:24
**desire** 172:7
**detail** 58:20 163:15
**detailed** 62:20 73:14
131:1
**determination**
70:24
**determined** 34:7
55:6 57:5,17
**develop** 107:7,14
**developed** 98:16
**develops** 100:21
**device** 119:24
**devote** 139:9
**devoted** 139:8

**difference** 7:17 59:4
**different** 32:10,11
32:11,20 39:25
42:20 43:25 46:3
50:17 61:16,17
67:16 75:18,18,20
87:6,19 93:11
103:14 105:14,15
109:15,16 110:22
129:8 134:3,4,6
141:6 144:16
158:19 159:19
168:17,25
**digits** 160:15
**direct** 3:3 5:23 28:9
29:4
**directed** 28:14 48:4
48:24 107:17
151:21 156:24
**directing** 60:17
118:16
**direction** 49:2 58:12
58:17,22
**directly** 47:11
146:11
**director** 24:15 44:20
44:21,22 80:23
113:2
**directors** 8:18 40:5
43:10,11,13,14 44:2
44:15
**disagree** 80:11
**disagreement** 82:13
**disbursed** 23:11
**disbursing** 24:10
**discloses** 151:23
**disclosure** 3:13,14
3:20,21 49:19 92:11
92:13 151:2,18,22
**discovery** 8:13 9:19
14:13 21:6 37:15
46:16,25 74:3,5
99:20 100:22
106:12,15 107:8
108:4 134:13

140:17 141:5
170:13,14
**discuss** 16:16,19
39:16 41:21 106:21
108:23
**discussed** 16:17
43:8 53:12 98:25
108:13 133:12
**discusses** 15:3
**discussion** 42:3
72:19 74:14 93:4
96:10 99:1 101:22
128:10 129:6 157:8
162:2
**discussions** 41:25
47:24 85:18 98:24
**dismiss** 3:9 27:12
28:6 29:5 81:21
**dismissed** 39:22
**dispute** 83:4,8 116:6
116:8 146:25 156:7
156:21
**disputes** 116:21
**disrupt** 52:8
**distributions** 168:1
168:5
**district** 1:1 4:5 6:4,5
149:5
**division** 51:14
**docket** 96:8
**document** 6:14,17
16:13 18:1 27:5,23
28:2 46:15 49:12,23
50:3 51:1,12 61:14
63:17 64:9 68:4
72:6 81:12 92:1,4
95:20 97:10 102:6
102:19 103:8,10,12
115:9,15 117:6,14
117:20 119:1,3,8,9
119:20 120:1,11
121:3,19,22 123:7
124:6 126:1,10,12
126:17,21 130:4
136:23 140:2

142:19,24 143:2,8
144:11,12,16,23
147:12 154:7
155:12
**documents** 3:17,24
7:25 8:4,6 21:5 69:8
74:2 93:9,10 106:14
118:17 122:11,13
124:25 126:25
127:5,16 131:15,18
131:22 132:2 133:6
133:7 134:12
136:22 137:13,15
140:15 141:4
150:24 152:1 153:7
157:4,12,14,15
158:2 159:7
**doing** 40:25 46:25
47:1 56:2 95:2,4
169:2
**dollar** 76:5,6
**dollars** 58:18 160:18
**doucments** 3:19
**draft** 93:9,24 128:20
**drafts** 53:24 157:3
157:11,13,15,19
158:1
**draw** 156:1 157:1
168:4
**drawing** 163:25
**drive** 105:9
**dry** 100:4
**due** 70:3 162:25
**duly** 5:20 172:5
174:10
**dunn** 2:3 15:2 39:20
40:18 138:20
168:14 169:3,4
**duties** 30:24 32:19
89:1,3
**duty** 31:10 32:8,17
47:6 55:1 88:22
**dynamics** 162:10

**e**
**e** 3:1 92:10 106:16
106:20 107:2
108:12,17,22,22,23
109:6
**earlier** 53:13 84:2
97:23 98:12,21
103:10,12 109:1
128:19 159:18
165:1
**early** 99:11
**easier** 50:7 135:13
**easiest** 12:22
**education** 114:25
**educational** 114:22
**effect** 85:17,19
91:23 112:21
**effectively** 45:23
**effort** 30:17 38:7
85:9 147:10 148:7
150:2
**efforts** 14:4 39:3
45:9 76:18 79:24
80:17 106:19 111:8
114:7 119:23
130:24 145:14
**egregiously** 30:11
**eidson** 2:7 176:4
**eight** 19:7,9 41:2,12
118:7 155:23 159:5
167:10
**either** 11:14,15
59:10 67:3,18,19
85:22 90:6 97:24
98:1,10 99:8 161:13
**ekkehart** 39:21
**electronic** 107:3
**eligible** 77:18,22
80:20
**eliminate** 164:3
**embarrassed** 137:25
**employed** 43:15
**employee** 80:23
113:1 175:13,14

**employment** 168:20
**enclosed** 125:11
**encompassed** 47:14
**encouraged** 145:5
**energy** 139:9
**enforce** 4:2
**engaged** 153:4
**entered** 48:17 50:19
**entire** 51:16 64:1
117:3
**entities** 10:19,24
11:4,5,8,15 13:4,6
17:7 25:3 28:16
31:7 33:15 35:2
36:9 38:6 39:12
40:7 41:24 42:1,2
42:18,21,24 43:16
47:12 56:6 65:15,24
66:6,14 67:7 69:22
80:24 83:6 88:21
98:23 99:2,2 105:18
106:3 116:18 120:9
121:17 129:5
130:10 135:7,10
136:19 149:16
153:3,4,22 156:6
161:1,21 162:15
165:9 168:13
**entitled** 88:9 95:15
170:12
**entity** 9:10 10:10
30:5 33:2 65:14,23
121:18 137:3
153:19 160:11,25
161:5,9,16 163:10
**entries** 21:1 141:16
**entry** 96:9 118:14
141:24 142:2,9
**envision** 100:14
101:9
**equitable** 131:11
133:2
**equity** 49:8,10 88:20
110:2 137:16
152:24,25 153:19

153:20
**equivalent** 136:19
**errata** 172:7 173:1
**error** 30:11 31:16
    31:19 33:12,14
    133:10
**escaped** 164:2
**esq** 2:5,9,9,13 176:6
**essentially** 102:13
    103:3 116:16
**estate** 4:3 144:9
**estimate** 158:13
    159:6
**eugenia** 1:9 15:6
    30:4,18 34:8,9,11
    34:14 35:1,6,9,13
    35:15,16,21,23 36:6
    36:14,16,23 37:6,15
    37:17,17,22 38:15
    39:21 45:15,22,24
    46:17 49:22 50:14
    54:17 55:2,8,9,11
    56:2,21 57:5,8,9,13
    57:24 59:8 60:5
    62:4 71:23,24 73:5
    73:9 75:1,1,12,22
    76:4,17,20 77:1,4
    78:5,7,14,18 79:6
    80:25 81:8 83:5,6
    83:10 84:3 88:10,12
    88:14,19 91:17
    99:21 101:15
    102:10,20 104:23
    109:20,21,24
    110:14,18 113:24
    116:1,17,18,20
    118:13,14 143:14
    143:20 144:14,18
    145:4,11,14 147:4,9
    147:21,21,22 148:4
    148:6,7,15,18 149:6
    150:4 153:2,12
    156:19
**eugenia's** 4:3 37:1
    59:1 62:2 147:11,19

**evasive** 86:18
**event** 176:15
**evidence** 46:20
    60:21
**evidentiary** 88:2
**exact** 105:10
**exactly** 19:8 128:21
    142:12
**examination** 3:2,16
    3:18,23 5:23 118:17
    146:2,7 164:21
    166:1
**examine** 162:19
**examined** 6:2
**example** 76:5
**exceptions** 78:2
**exclusion** 133:19
**exclusive** 99:5
**excuse** 116:1
**execute** 92:21
**executed** 25:13
    50:13 75:5 110:18
    123:7 172:17,18
**execution** 19:6
**exhibit** 3:7,8,9,9,10
    3:10,11,12,13,13,14
    3:15,16,18,20,21,22
    3:23,25 4:1,1,2,4,5
    4:6 6:16,19 7:19,20
    14:21,23 15:17 16:9
    17:12 20:14 21:8,9
    27:7,10,18 30:22,23
    31:12 32:1,25 49:14
    49:17,17,22 50:10
    51:3,6,19 53:17,18
    58:5 60:13,14,15
    62:22 64:1,8,11,14
    64:14,15 68:6,9,9
    68:25 72:8,17,23
    81:14,17 82:1,8,17
    84:23,23 85:15 92:3
    92:6 93:2 95:22
    96:3 97:7,12,14
    101:21 102:8 103:8
    103:14 104:19

115:11,14,25
116:11 117:12
118:9 121:21,24
122:2,3,5,25 124:8
124:20 126:3,5,14
133:13 134:20,23
139:22 140:4,6
141:21 142:21,23
143:10,12,22
146:18 147:3,14,16
147:17 148:11,14
148:24 149:10
151:22 152:10,11
152:14,16 154:9,11
154:14,24 155:14
155:16,18 157:1
**exhibits** 3:5 6:22
    92:8,17 122:9
    123:18,18 150:25
    151:1,5 154:19
**exist** 131:15,18
    133:7 157:20,24
**existed** 133:9
**existence** 70:13,19
    70:22 71:6
**expect** 70:4
**expense** 60:12 168:8
**expenses** 59:13
    114:8 138:22
**experience** 38:21
    40:18 137:16
**experiences** 153:11
**expert** 110:19
    125:16 137:4,6,11
    137:12,15 150:7
    167:24,24 168:11
    168:12
**expires** 172:25
    173:25 174:25
    175:25
**explain** 15:22
    116:14
**explained** 31:14
**expressed** 172:18

**expression** 32:8
    38:18 75:16
**extend** 153:21
**extended** 12:14
**extensive** 40:7 46:15
**extra** 52:6 76:11

_____ f _____

**f** 49:17,22 92:10
**face** 77:8,24 113:15
    150:4
**facilities** 105:3
**facility** 55:5 113:25
**fact** 33:18 54:24
    55:4 85:7 88:18
    90:6 91:22 97:18
    109:20,22 122:17
**facts** 52:24 82:21
    83:15 100:19
**failure** 71:9
**fair** 23:20 32:21
    63:1,3,7 165:10
**faith** 33:13 71:24
**fallic** 145:18
**familiar** 12:7 110:11
    114:11 168:19
**familiarity** 114:15
**far** 153:15
**fast** 157:23
**faster** 50:7 135:13
**february** 3:22 6:2
**federal** 34:6,10,12
    35:12,13,14,16
    36:13,21 37:14 44:5
    44:25 45:14 47:2
    53:1 54:12 61:21
    83:16 116:19,22
    118:15 145:10
    169:6,7
**feel** 41:6 109:14
    117:19 125:23
**fees** 9:9 58:7,8,9,13
    58:14,19,19 59:5,6
    59:18 60:11,20 61:2
    61:10,10,13,16,24

61:25 62:6,12,13
66:1,5,13 67:3,19
72:4 86:4 87:2
151:19 152:24
153:11,25 154:4
160:2,7,7,8,10,13,25
161:6,11,12,12,13
161:14 162:8,14,21
**felt** 34:22 88:22
112:22,24 113:12
**fiduciary** 30:23 32:8
32:17,19 47:6 55:1
89:1,3
**figure** 139:1
**figured** 46:8
**file** 28:14 29:3 80:13
148:20 151:7
**filed** 5:19 28:7,9
30:12,23 45:25
46:12,14 54:10
61:19 71:20 84:4
87:6 88:19 93:9
94:8 96:16 99:25
117:20 119:5,11
132:6 134:6 143:24
151:23 156:25
157:4
**files** 107:4,18
131:23 132:1 158:1
**filing** 31:12,25
32:25 47:1 51:13
82:1,7,17,17,23
84:10,22 85:15 86:6
100:3 115:18,20,24
116:11 117:3,11
119:12 120:19
126:24 143:1,21
146:17 147:3
148:23 149:9 153:8
154:23
**filings** 85:12 150:25
**fill** 135:21
**filled** 81:4 93:11
**finalized** 156:5

**finance** 115:3
**financial** 38:5 81:4
111:15 112:1,6,8,12
113:3,11,16 114:10
135:9 161:12,15
163:5,8,14,16
**financially** 175:16
**financing** 160:7
**find** 46:9 95:24
106:19 114:21
130:5 170:11
**fine** 52:13 72:15
101:17
**finish** 79:10 102:6
**finished** 30:20 31:21
83:19 100:7 103:6
112:15 121:1
139:12
**firm** 10:21 11:16
12:10,18 13:1 17:23
26:7 41:16 43:3
44:8 45:3 53:6 95:4
96:22 107:6 138:17
138:20 152:22
169:15
**firm's** 21:2 169:16
**firms** 40:17 41:19
48:22,25 49:2 71:15
86:12 87:2 93:12
94:16 123:21
**first** 5:20 30:6 51:14
56:14 60:18,19,25
65:7 87:20 96:14,15
99:7 109:9 114:2
118:8,9 135:23
137:20 138:12
139:17 152:18
156:2 172:5
**five** 14:7 15:25 41:1
41:11 52:15
**fl** 176:2
**flagler** 176:1
**floor** 2:4,8 176:5
**florida** 1:18,25 2:8
172:2,13 174:3,23

175:3 176:1,5
**flow** 52:9 113:20,22
**focus** 132:22,24
**focused** 98:21
163:17
**follow** 65:11 118:9
127:15 131:9
152:18 164:23
**following** 16:5 19:11
28:3 52:18 61:22
62:9 72:20 74:11
79:18 85:14 90:17
93:5 96:11 101:23
103:20 150:18
157:9 162:3 164:18
**follows** 5:22 118:20
**fontalvo** 1:24 5:8
174:22 175:6,23
176:23
**foot** 145:12,13
**footing** 65:19
**foregoing** 172:17
175:8
**foregone** 59:3 60:4
60:11
**forget** 138:4
**forgotten** 151:15,17
151:25
**form** 20:16 29:7
38:22 39:5 43:21
71:16 77:13 79:9
83:24 94:18 104:1,5
104:19 109:11
117:13 119:18
141:12 144:10
146:20 149:18
**formal** 114:24
117:20
**formation** 3:11
**former** 8:18 145:18
**forms** 93:11 94:15
123:19,20
**formulas** 163:2
**forth** 46:21 117:16
118:19 127:22

166:13
**forthright** 32:21
**forward** 84:7
**found** 52:6 54:23
55:4,8,9,10,17 62:8
62:17 108:22
109:18,24 110:13
131:21
**foundation** 44:10
45:4
**four** 60:10
**frame** 42:7 87:7
**franchise** 70:5
**frankly** 46:6
**fraud** 33:25 34:1,2
47:3,5 54:25 55:13
55:14 125:19
**fraudulent** 33:9
**free** 6:23 51:9
**freedman** 50:13
62:15,17
**freedman's** 62:11
**friday** 176:15
**front** 146:9 152:15
152:16
**fulfilled** 80:5
**full** 34:9 35:14
36:14 37:16 55:3,9
60:18 77:6 118:8
**funded** 152:24
**funds** 65:22 88:9
153:1,9,25 167:11
**furnish** 176:17
**further** 81:20
120:25 121:7 151:6
152:2 164:9 165:25
171:1,9 175:12
**furthermore** 88:10

**g**

**g** 58:5 106:11
**gain** 110:1 145:8
**gather** 100:5
**gathered** 98:16

ge 56:4
general 11:23 13:23
  19:1,18 21:11 23:9
  25:16 28:18 31:5
  44:14 45:14 49:5,8
  52:1 82:4 115:22
  127:22 132:10
  155:2
generally 20:7,8
  28:3 158:8
gentleman 145:19
  146:9
getting 134:18 135:3
  162:18
gibson 2:3 15:2
  39:20 40:18 138:20
  168:14 169:3,4
give 15:6 50:1,6
  90:11 102:25 103:2
  122:5 138:21
  139:10,20 155:7
  163:22 164:13
given 36:25 38:1
  46:13,14 56:12
  63:25 64:2 80:7
  85:7,9 93:12 104:23
  108:1 125:7 128:6
  128:25 139:23
  159:7 169:22
gives 93:22
giving 7:5 129:11
  137:24 159:22
glaser 1:14,22 3:5,7
  3:8 5:4,18,25 6:16
  6:19,22 7:23 11:25
  13:13,19,21 19:2,19
  23:10 24:15 25:17
  27:7,10,17 28:20,22
  28:25 30:22 31:2,3
  31:25 32:25 39:8
  47:20 49:3,17 50:10
  51:3,6,24 52:22
  53:18 60:14 64:11
  64:14 68:6,9 72:8
  72:10,25 80:12,17

81:14,17 84:23
  91:10 92:3,6,9,9,17
  96:3 97:12,14,17
  114:19 115:11,13
  115:23 116:11
  118:19,19 120:2,9
  120:14,15,16,19,20
  121:21,24 122:3,5
  122:25 123:18
  124:8 126:3,14,16
  127:17,19 128:1
  140:4 142:21
  143:10 147:14
  149:3 152:6 154:9
  155:4,14 164:23
  165:22 166:22
  173:2 174:8 175:9
  176:4,10
glaser's 170:13
glazer 49:14 95:22
glenn 44:1
glosson 44:14,18
  45:14
go 26:2,22 70:22
  72:22,23 77:15 84:7
  122:24 124:12
  145:2 147:9 157:23
  164:13
goes 125:2,9 138:11
  139:17 153:12
going 9:4 22:5,11
  23:13,15 25:24
  30:25 37:2 46:14
  50:6 51:10 52:14,14
  59:14 65:13 77:4
  79:12,13,22,24 84:8
  85:16 88:14 89:16
  95:23 102:5 103:17
  104:12,13 124:10
  134:16,23 154:19
  159:5,10 160:17
  169:25 170:3,7
  171:1
good 5:25 6:1 33:13
  46:24 70:13,19

71:24
governing 153:7
gross 37:1 38:1
grossly 31:16,18
grounds 170:9
group 65:22 134:3
guarantee 33:25
  35:6,10 36:6,10,18
  36:20,25 37:6,23
  38:1 48:5,18 54:5
  54:17,18 55:22 56:1
  56:2,3,4,9,12,13,20
  57:19,25 61:8 68:2
  78:9 86:5,24 87:11
  87:20 89:15 90:22
  91:16 97:21 102:12
  102:14 104:23
  125:25 133:22
  148:1,2 156:7,19
guaranteed 168:3
  168:10,22,24
guarantees 57:7,9
guarantor 147:20
guarantor's 117:25
  143:15
guarantors 15:5
  36:7 45:17,21 48:6
  49:1 54:7,11,16
  55:21,25 56:21
  57:19 58:12,17,23
  78:7 86:10,13,23
  89:4 98:11,22 99:15
  100:11,13 101:5,7
  105:4 106:2,4,4,8
  106:23 108:15,25
  148:2,4,9,21 149:16
guess 10:5 50:23
  73:10 91:25 93:17
  116:4 119:11
  131:21 159:5,10
  160:18 163:2
guessing 19:4
guesstimate 159:1

h

h 39:25 64:14,15
  72:22,23
habit 20:21
hand 156:3 172:20
  174:12
handful 27:22
handle 25:2
handled 24:18 36:8
  56:22 57:8 59:12
handling 18:2
hanging 109:23
hans 39:22
happen 19:22
happened 19:9 41:1
  46:7 49:3 57:24
  61:21 91:22
happy 102:25 103:2
harass 90:5 119:24
  150:3
harassed 121:10,15
harassing 90:3
  119:21 137:22
hard 126:22
hassels 39:22 109:22
head 69:9 100:2
  105:23 107:24
  108:2 142:8 146:1
hear 12:1 79:23
  121:6,12
heard 12:18 30:14
  30:19 84:5 110:21
hearing 3:11 33:11
  66:7 145:17 151:8
  151:20
hearings 88:2
hector 39:22
held 15:7,8 16:5
  39:6 41:18 52:18
  72:19,21 74:11
  79:18 93:4,6 96:10
  96:12 100:4,4
  101:22,24 103:21
  104:1,4,19 150:18

157:8,10 162:2,4
164:18
**helen** 50:13
**help** 49:25 59:8
137:8 162:17
**heretofore** 5:19
**highest** 114:24
**hinges** 111:4
**hire** 138:17
**hired** 107:5
**hiring** 47:1 107:20
**holding** 56:13
**holdings** 1:9,13 5:5
11:2,9,24 13:23
19:1,18 23:9 24:14
25:15 28:19 31:4
35:9 36:17 37:22
39:8 42:21 47:11
49:5 51:25 73:9
82:3 102:11 115:21
118:14 130:13
131:3 143:5,6 144:4
144:5 149:2 155:3
165:3,15 166:8,13
166:21 168:1,16
**honest** 32:21
**honestly** 17:4 90:12
**honesty** 12:16
**honorable** 50:13
**host** 116:19
**hours** 158:14,25
159:2,5 176:14
**huh** 135:2 141:23
142:1,6 152:20
**human** 28:13 29:14
**hundred** 58:18
60:10

**i**

**idea** 130:23
**identical** 123:20
**identification** 6:15
6:18 27:6 49:13
51:2 64:10 68:5
72:7 81:13 92:2,5

95:21 97:11 115:10
121:20,23 124:7
126:2,13 140:3
142:20 143:9
147:13 154:8
155:13
**identified** 4:8 15:18
37:9 41:20 50:12
51:19 55:15 73:6
**identify** 34:2 37:3
37:10 72:10 73:4
99:23 123:14
**identifying** 15:15
**ii** 1:7,10 7:20 8:12
10:14 15:4 18:23
25:6 26:16 42:23
48:8,21 49:7 50:15
51:15 52:2 57:12
69:17 70:13 71:13
82:5 90:25 102:11
106:5 108:18
118:12 120:21
127:3 133:21
141:18 151:19,25
152:8 165:16
166:10
**imagine** 18:22 19:3
69:20 70:22 71:1
119:8 162:22
164:12
**immediately** 20:13
**implication** 63:15
**implications** 32:11
**implies** 80:22 90:4
**implying** 83:5
**imprecise** 104:15
**improper** 88:8
99:23 119:24
**inaccurate** 88:8
**inches** 159:7
**incidental** 56:8
**include** 26:4 43:14
68:25 159:12,22
**included** 14:11 21:1
21:6 41:13,14,15

59:13 61:9,18 86:17
88:8 99:4 140:21
**including** 40:17
42:21,25 43:1 47:12
63:14 81:2 108:6
127:17 151:1
**income** 70:4 138:22
167:15,21 169:6,8
170:13
**incomplete** 74:21
93:2
**incorrect** 33:9
**incurred** 34:8 67:3
67:19
**incurring** 100:15
101:9
**indebtedness** 80:19
**indemnified** 154:3
**indemnify** 153:10
**indicate** 71:6 123:12
**indicated** 172:7
**indicating** 60:3
**indirectly** 47:11
**individual** 28:20
29:19 48:4,24 49:11
167:14 169:5,7
**individuals** 24:18
40:7 42:24
**inefficiently** 59:11
**ineligible** 77:18,23
**inflated** 59:12 83:14
83:18 85:9 87:16
147:24
**information** 33:12
34:6,20 62:16,19
94:14 98:15 100:5
100:21 106:25
107:7,14 108:4
127:1,4 137:19,20
138:21 139:10,14
140:21 152:10
164:1
**initialed** 73:15
**initials** 141:25

**injury** 100:11 101:6
**inquiries** 79:22
**inquiry** 164:7
**insolvency** 110:21
110:21 111:5,13
113:8,12,17 114:11
**insolvent** 109:10,15
109:20,21 110:1,11
110:14,17 111:3
112:19 113:7,14
**instance** 125:5,24
**instituted** 123:13
**instituting** 98:13
**institution** 25:8
115:7
**instruct** 9:4 23:15
26:14 66:15 122:20
170:7 171:5
**instructed** 141:3
**instructing** 171:3
**instruction** 9:12,16
66:19 95:10 97:9
142:17
**instructions** 25:25
**instrument** 172:17
172:18
**insurance** 66:25
67:2,6,17,23 125:1
125:10,12,16,18,20
131:10,24 132:9,11
133:12,16 155:20
**insured** 133:11,15
133:17,17,23,23,25
**insurers** 134:4
**intangible** 38:18,20
38:22,24,25 39:4
**intend** 125:21
**intent** 86:15
**interest** 15:8 31:8,11
32:1 33:18 58:7
79:6 82:19 83:17
87:14 89:10 116:3,4
116:7,12 117:1
122:4 131:11 133:2
146:18,24 149:10

**interested** 175:17
**interestingly** 138:19
**interests** 29:21
32:22 33:1 82:8,12
82:15,18,23 85:11
89:13 90:24 115:25
116:9 119:16
120:15,17,21
149:15,21
**interference** 142:4
**internal** 136:6
138:16 139:6
**international** 115:3
**interpret** 119:10
**interrupt** 68:20
78:24 92:22 144:22
**interrupted** 145:2
**interrupting** 87:18
**introduced** 138:19
**invalid** 38:11 150:1
**inventory** 75:24
76:2 77:5,9
**investigation** 60:6
**investment** 110:2
**investor** 65:15
**investors** 1:3,7,10
1:10 5:5 8:12,12
10:13,14 15:3,4,8
18:23,23 23:6 24:13
25:5,5,12 26:16
27:12 28:10,14,16
29:3,13,16 30:10,12
31:6 33:15,19,20
35:2,22 36:7,9 38:4
38:9 39:7,9 42:23
42:23 46:20 47:12
48:8,20 49:7,7
50:15 51:15,15 52:2
52:2 55:16 56:6
57:12 59:7 65:21
67:5 68:2 69:17,17
70:12,13 71:13,13
72:4 80:24 82:5,5
83:6 84:14 85:20
87:14 88:10,13,16

88:17,21 89:2,9,10
89:14 90:24 92:12
93:18 97:1,4 98:5
99:2 102:11,11,21
103:2,4 104:11
106:5 108:18
115:19 116:4,6,12
116:18 117:2
118:11,12 119:11
120:4,21 127:2,3
128:9 129:4,19
131:22 132:2,9
133:19,20,21
134:14 137:13
140:16 141:18
143:4 144:3 145:13
147:20,22 149:1,16
151:19,24 152:8
155:1 156:6,17
165:16,16 166:10
166:10 172:6 173:2
176:8
**invoice** 24:12,16
**invoices** 4:1 14:10
14:11,13,14 20:9
21:6 26:15 140:10
141:9
**involuntary** 27:13
28:4 30:14,17 71:21
81:21 84:4
**involved** 13:6 24:9
24:23,24 25:1,3
38:5,6 47:22,24
107:10,17 113:3
134:16,18 135:3
145:8
**irs** 161:24 167:24
**issue** 37:24 43:12
57:4,7,17 71:19
76:23 84:16 86:2
99:10 107:2 111:14
113:15 152:2
156:19
**issued** 30:9 33:10
34:19 50:23 61:18

104:2,3,24
**issues** 46:5 59:14
71:20 82:21,25
119:4 139:9
**items** 37:15

**j**

**j** 1:14 68:9
**jack** 24:24
**james** 2:9
**january** 3:25 73:7
165:17
**jason** 2:16 5:7
**jimmy** 5:14
**joint** 3:13 81:19
**judge** 22:4 26:2
33:11,13 34:4,6,6
34:10,12,16,19
35:12,13,14,16
36:14,21 37:14,20
47:2 54:12,15,22
55:19 60:3 61:19,20
62:8,11,15,16,17,18
79:12,14 83:16 91:5
109:18,24 110:13
111:11 145:10,22
151:17,20
**judge's** 151:8
**judgment** 3:9 9:19
30:9,12,19 31:16,18
33:10,23 34:19
37:13 48:17 50:4,5
50:13,19 51:18 58:6
59:3,18 61:8,18,24
62:11 83:8,14,18,23
84:6,12 85:1,9,16
85:21,24 87:15,22
88:12,23 91:18
97:22 139:3 156:8
170:14,15
**judicial** 84:11
**july** 1:18 5:3 19:7
142:10 172:6 173:3
**jumbled** 118:7

**june** 7:3,3 14:24
19:6 38:16 131:12
131:13
**jurisdictions** 46:1
97:20 118:6
**justifiable** 36:12

**k**

**k** 136:23 137:1,5,19
138:8 139:15,20,25
140:1
**karlan** 2:5 3:3,4
5:11,11,24 6:20
7:21,22 9:6,7,15,21
9:24 10:2 12:1,3
13:13,19 14:2,3
15:1,9,11,19 16:8
17:19,21 18:6 20:18
21:25 22:3,10,15,22
23:18,25 24:4,7
25:24 26:11,19,22
26:24 27:8,11,16
29:10 32:15 39:19
43:24 44:13 45:8
48:9,10,15 49:15,21
50:1,4,6,8 51:4,8
52:5,7,10,13,21
56:16,24 57:15
63:12 64:12,16,19
64:21,23,24 66:17
66:20 67:11,15 68:7
68:11,22,24 69:2,4
69:9,11 72:1,9,16
72:22 73:2 74:6,16
74:22,23 77:14 79:1
79:4,11,21 80:16
81:15,18,22 84:9
86:9,12,14,21 89:12
89:24 90:14,16 91:3
91:4,11,14 92:7,14
92:16,24 93:7 94:10
94:20 95:12,15,23
96:2,7,18 97:13
102:2,5,7 103:15,24
104:12,14 110:4,15

115:12 117:23
120:12,24 121:5,14
122:1,23 123:4,6
124:3,5,9,14 126:4
126:8,15 137:24
138:6,10 140:5
141:14 142:22
143:11 144:17
147:1,15 149:20
150:14,21 152:9,13
154:5,10 155:6,11
155:15 157:6,18
162:5 163:19
165:18 166:2
169:25 170:3,5,9,11
170:17,19 171:3,7
**keep**  20:24
**kept**  161:21
**kimberly**  1:24 5:8
174:22 175:6,23
176:23
**kind**  31:1 55:4,24
56:7 69:17 100:14
100:15 101:8,9
116:21 117:5
127:18 130:9
168:25
**klinghoffer**  14:25
16:19 17:11 18:3,8
18:20 19:12,24
21:12,16 22:19
41:13,21 42:16,17
47:18,21 102:21
**klinghoffer's**  19:25
20:3,8,12,19 21:1
**knew**  17:12 33:9,21
46:14 57:13 78:18
83:7,10 85:2 88:10
99:18 109:21
132:17 136:20
**know**  11:1 12:10,12
12:17,21 13:5 19:12
19:25 20:3 24:25
28:15 30:1 34:4
35:11,11,25 36:2,25

37:24 39:19,21
44:11 45:5 46:6,8
47:2 52:12 53:22
54:23 57:10 59:21
61:15,19,23 62:7,10
62:17,18 63:4 66:7
66:8,10 67:22 68:19
69:25 70:2,3,5,7,9
70:12 71:12,18,24
72:2,5,9 73:19
78:10,16,22 80:21
84:17 87:17 89:7
93:17 94:11,12,14
94:19,21,24 95:3,15
99:17,20,22 100:19
102:22 104:7
105:12 107:22,25
108:11,20,21
109:15,17 110:23
112:7,11 113:9,12
113:14 114:16
116:7 119:8,10
122:14,17 125:22
128:15 129:10,14
129:20,21,22,24
130:1 131:23,25,25
132:16 133:10
136:1,2,3,9,10
137:4,14,18,19
140:18 141:8,13,15
142:7 145:19,22
146:1,7,8 148:17
152:4 153:14
157:19,21,24
158:24 161:2 168:6
169:2,2,14,22
**knowing**  76:13
110:1
**knowledge**  10:9,13
26:25 42:12 73:17
**known**  172:16,16

**l**

**l**  132:20

**landlord**  105:21
**large**  1:25
**larger**  37:4
**late**  36:21
**launched**  116:18
**law**  10:21 11:16
12:10,18 13:1 17:23
21:2 40:17 41:16,19
43:3 44:8 45:3
48:21,25 49:2 53:6
71:14 80:6 93:11
138:23 139:7 142:3
**lawful**  5:20
**laws**  70:14
**lawsuit**  47:16 48:5
88:2
**lawsuits**  45:25 46:11
46:13 134:6 162:16
**lawyer**  30:1 32:13
36:24 40:21 41:22
47:4 84:1,17 89:7
89:11 93:21 109:13
110:20 146:8 156:9
**lawyer's**  150:7
**lawyers**  8:15 29:4
40:15,20 41:8,9
42:17,18,20 47:1
59:8 87:7 93:15,16
93:17 131:20
150:10 169:3
**layton**  79:22
**leading**  165:18
**leafed**  140:15,22,24
**learn**  111:9 130:25
**leave**  4:4 58:5 83:22
**led**  45:19
**lee**  12:19 13:2 14:16
22:24 48:22 65:10
86:22 95:7 96:22
123:8,13 140:13
**leeway**  169:23
**left**  160:16
**legal**  23:1 32:9 34:1
39:24 59:6 62:6
71:17 72:4 83:25

84:1 89:5 94:15
110:22,24 111:11
111:13 113:9
114:17 117:20
125:14,16 128:18
129:21 131:11
133:1 151:18,24
152:7,24 153:11,25
154:4 157:13
**legitimate**  147:25
**lend**  76:5 77:4
**lender**  34:8 38:2
56:2,4 58:3 75:2
77:25 80:25
**lenders**  76:9
**lent**  55:3 75:22
**letter**  3:22,25 4:6
14:24 16:11 18:21
19:6,10,13 20:2
21:11,14,16 22:20
102:10,20 103:1
104:20 124:21
125:11 126:21,23
128:14,22 129:25
130:1 132:3 155:19
176:11
**letters**  131:24
**letting**  70:19
**level**  32:14 114:24
163:15
**liabilities**  167:22
**liability**  54:7,16
78:8 167:14
**lie**  138:1
**limitations**  46:11
**limited**  33:12 35:10
36:17 37:22 49:10
73:9 118:14 127:17
127:24 152:25
153:21 166:24,25
167:3,6,12
**line**  64:6 65:6,12
66:22 72:13 101:3
169:12 171:1 173:5
176:17

**lines**  64:7 94:3
  164:7
**linked**  76:1
**liquidation**  45:23
**liquidity**  114:5
**list**  39:17 40:23,23
  131:1 176:16
**listen**  90:17
**listing**  26:11
**litigate**  85:20,24
**litigated**  36:24
  37:25 38:3
**litigation**  7:2 9:1,10
  10:4 12:13 13:7
  38:7 43:20 44:5,7
  44:25 45:2,14,20
  46:4 47:1 48:21
  53:1 54:5,18 59:14
  62:12 63:13 67:20
  67:23,25 74:5 87:6
  88:15,19 98:3,4,6
  98:10,14,20,22 99:1
  99:3,8,25 100:2,17
  100:23 106:22
  107:9 108:5,10,14
  108:24 118:6
  130:11 135:7 137:7
  141:17 144:8 147:4
  148:15,20 153:5,9
  153:22
**litigations**  6:3 48:12
  97:19,24
**little**  33:19 50:18
  99:21 136:15
**llc**  1:3,10,10,13
  10:14,14 11:2,24
  13:23 19:18 23:9
  24:14 25:5,6,15
  27:12 47:11 51:25
  71:13,13 82:3 92:12
  97:1,4 118:11,12
  165:16,16 166:25
  176:1
**llp**  2:3,12

**loan**  15:5 34:15 36:8
  36:8,22 37:16 45:22
  56:22 57:5,8 62:4
  75:21,22,25,25 76:9
  76:9,13,15,16,20
  77:8,12,16,16,20,24
  78:1 81:8 109:20,22
  109:25 110:14
  113:24 147:21,21
**loans**  156:19
**local**  13:1
**locate**  108:12
**located**  105:6 109:6
**long**  22:5 27:22
  51:13 52:15 78:4,6
  117:21 142:25
**longer**  113:25 114:1
**look**  16:13 18:18
  20:5,7,8,11,19,22,25
  21:4 22:7 55:24
  60:13 64:13 65:5
  73:24 74:8 89:8,9
  90:8 92:8 93:20
  95:25 106:14
  111:24 115:13
  118:8 122:2 123:1
  123:18 124:19
  126:5,16 127:12,14
  131:6,8 140:6
  141:20,24 142:23
  143:12 147:16,17
  151:7 152:17
  154:11 155:16,18
  157:11,13 159:14
  163:20
**looked**  8:3,8,9 16:18
  37:14 43:12 46:5
  59:7 62:17 63:24
  71:19 74:2 76:22
  91:24 97:23 111:14
  111:15 112:9
  134:10,12 135:11
  141:8 147:10
  151:13 156:23
  157:16 159:15

  163:8,14,16
**looking**  49:24 53:17
  60:25 99:10 133:13
  135:8 142:11
  148:18 151:14
  152:2 166:15,16
**looks**  50:15 73:19
  118:24
**lose**  84:8
**loss**  34:7,13,17
  35:21,21 100:12,15
  101:6,10
**losses**  35:17 37:18
  37:18 59:2,2 62:2
  150:4
**lost**  45:15 60:5
  99:21 116:22
**lot**  36:12 40:16,17
  40:19 54:20 55:23
  62:19,19 63:25
  99:22 118:6,6 150:9
  169:23
**loud**  68:18 117:18
**lp**  1:13,13 11:2,3,22
  13:18 18:25 19:17
  23:8 24:14 25:14
  49:9 88:20 152:24
  153:20
**lunch**  102:1 103:16
  103:19

## m

**mail**  106:16 107:2
  108:17
**mails**  106:20 108:12
  108:22,22,23 109:6
**maintain**  105:2
**majority**  88:21
**making**  33:8 80:3
  110:14 116:23
  139:10
**managed**  65:22
  107:20 129:19
**management**  1:13
  11:2,10,22 13:18,24

  18:25 19:17 23:8
  24:14 25:14 28:17
  31:5 39:7 40:3
  42:22 49:6,6 52:1
  65:24 66:6 82:4
  115:20 129:20
  130:13 131:2 143:4
  144:3 149:1 155:1
  160:8 161:4,11
  165:3,14 166:7,12
  167:5 168:2,16
**manager**  11:22 23:8
  25:14 28:17 31:6
  49:7,9 52:2 82:5
  115:21
**managers**  18:25
**managing**  11:24
  13:22 19:2,19 23:10
  24:15 25:15,17
  28:19 31:4 47:10
  49:4 51:25 82:3
  113:4 115:22 143:5
  144:4 149:3 155:3
**manner**  119:13
**maplewood**  1:13,13
  1:13 5:5 9:10 10:9
  10:19,24 11:2,2,3,4
  11:7,9,9,10,14,21,23
  13:18,22,24 18:24
  19:1,17,17 23:2,7,9
  24:13,14 25:3,13,15
  28:17,18 31:4,5
  38:6 39:7,8 41:24
  42:18,21,21,22,22
  43:16 46:18 47:10
  47:15 49:4,5,6,8,9
  51:25 52:1 65:24
  66:6,14 67:7 82:3,4
  88:20 97:2,5 105:1
  105:1,18 106:1,3,17
  107:1,18 115:20,21
  120:9,17 121:18
  129:20 130:10,13
  130:13,14 131:2,3,3
  132:11,15 134:3

135:6 136:18 137:3
141:9 143:4,5,6
144:3,4,5 149:1,2
152:24,25 153:1,3,4
153:9,10,19,19,20
153:21 155:1,2
160:4,11,25 161:3,4
161:5,9,15 162:15
165:2,3,3,13,14,14
166:7,7,8,21 167:2
167:5,9,25 168:1,2
168:15,16,16
**maplewoodpartne...**
106:18
**mark** 155:6
**marked** 6:15,18,21
14:21 17:13 27:6,9
49:13,16 50:9 51:2
51:5 64:10,14 68:5
68:8 72:7,12 81:13
81:16 92:2,5 95:21
97:11 101:20
115:10 121:20,23
124:7,9 126:2,10,13
140:3 142:20 143:9
147:13 150:25
151:4 154:8 155:13
**market** 2:12
**material** 7:17 14:12
30:4 33:20 85:8
101:13,16
**materials** 8:11
159:11
**matter** 96:22 97:3
176:20
**matters** 125:17
**maximum** 37:19
**mba** 115:3,5 135:18
**mean** 19:3 25:16
38:12 64:3,5 65:15
68:14,14 75:16,17
75:18 93:20 108:22
129:9 130:17 166:4
**meaningful** 39:10

**means** 109:15
129:15
**meant** 128:11,15,22
129:10
**measured** 159:9
**measurement** 78:10
159:22
**media** 5:2 79:20
150:20
**meet** 114:1,6,9,13
**meeting** 40:15 120:5
**member** 8:18 11:25
13:22 19:2,19 23:10
25:15,17 28:19 31:4
44:1,15 47:10 49:4
51:25 82:3 88:21
115:23 143:5 144:4
149:3 155:3
**members** 40:3,5
43:9
**memoranda** 156:24
**memory** 63:6
151:15 152:1
**mention** 83:2
**mentioned** 61:17
87:5,13 162:16
167:16
**merely** 35:17 150:3
**mess** 138:16
**met** 7:25 8:2
**method** 32:21
**methodology** 127:3
**miami** 1:18 2:8
105:7 176:2,5
**mid** 97:18
**miller** 2:9,13 3:3
5:13,13,15 6:25
7:19 9:2,11,17,23
10:1 13:16,21 15:22
17:16,20,22 20:16
21:23 22:2,7,13
23:13,21 24:2,6
26:9,13,20 27:15
29:7 41:13,22 42:16
42:17 43:20,21 44:8

44:10 45:3,4 47:17
47:20 48:7 49:19,24
50:2,5 51:7 52:4,6
53:6,9,14,19 64:15
64:17,20,22 66:15
66:19 68:10,20,25
69:3,6,10 71:16
72:9,18,24,25 73:1
77:13 78:24 79:9
80:11 83:24 86:7,11
89:5 91:2,6 92:11
92:22,25 94:5,18
95:10,13,18 96:5,8
96:13 97:8 101:25
102:3 104:9 109:11
117:13 119:18
120:22 121:2,12
122:20 123:2,5
124:4,13,24 125:14
126:6 137:21 138:9
141:12 142:17
144:10 146:20
149:18 150:21
151:13 152:11
154:6 155:7,9 156:4
156:12 158:14,20
158:25 159:3,7
163:25 164:11,22
165:21,25 166:6,16
169:22 170:2,7,10
170:12 171:5 176:6
**million** 30:10 34:11
34:14,17,21 35:1,15
35:18,21 37:17,19
37:22 38:10 50:17
55:7,7,10,12 57:11
59:3,4,4,8,9,21 60:1
60:4,8,10,19 61:9
61:13 62:3,6 160:18
160:20,21 162:11
162:12
**mind** 12:2
**mine** 69:4,4,5
**minority** 80:24

**minute** 158:19
164:13
**minutes** 15:25 22:8
52:15 102:1
**mischaracterizes**
144:11
**miscommunicating**
87:18
**missed** 34:14 35:17
55:11
**misspeak** 100:25
**mistaken** 129:2
**misunderstanding**
80:1
**mitch** 52:4
**mitchell** 2:5 5:11
15:1 39:19
**moment** 11:4 14:23
15:12,21,22 52:25
85:3 95:25 97:16
98:4 100:25 117:3
122:24 124:17
128:23 132:22
133:12 134:8 135:4
146:12 148:12
156:3 163:24
**monday** 176:15
**monetary** 99:24
**money** 35:8 36:6,17
37:5 38:10 46:25
55:21 56:21,23
57:10,12,13,19
59:17 69:25 70:8
75:22 87:11 88:11
88:13,15 91:19
99:21,21,22 106:3
130:20 143:17
144:9 147:5,8,10,18
148:9,10 149:17,22
149:25 156:22
165:8,13 166:13
**moneys** 167:18
**monies** 88:8 165:2
166:8 167:9

month 63:1 158:18
  158:22
monthly 87:8
morning 5:25 6:1
morris 2:12 5:15
  10:21 11:17 12:5,7
  12:9
motion 3:9,18,23
  4:2,3,4 27:11 29:3
  71:21 80:3,13 84:4
  164:4,5
motions 28:5,9,12
  28:14 37:15 81:20
motivated 90:22
motivation 30:8
move 15:9,19 22:4,9
  22:11 29:5 37:7,11
  74:22 90:14 91:4
  116:20
moved 63:20
movement 30:14,16
multiple 12:25 13:7
  30:2 45:25,25 46:1
  47:12 63:13 87:7,8
  133:14

**n**

n 2:12 3:1 106:11
name 12:7 27:2
  44:14 65:8 102:2
  105:12,13,22
  107:23 138:17
  150:11,12 169:13
  169:16
named 5:19 40:24
  133:25
names 24:20 41:9
  47:22
narinder 40:1
nature 8:13 39:2
  125:7,25
near 125:18 126:25
necessarily 36:22
necessary 41:6

need 10:18 17:25
  18:7,14 52:10,15
  76:11 78:8 158:16
  162:19
needed 12:25 18:2
  18:11,17 88:25
negligence 37:1 38:1
negligent 71:9
neither 54:5 127:24
net 85:17,19
never 12:2 18:10
  30:19 35:2 36:16
  56:6,14 57:4,7,13
  66:8 81:8 83:7
  88:11 90:6 125:20
  146:11 159:9
new 2:4 6:5 33:23
  43:20 44:4,24 50:20
  51:13 53:1 55:14
  85:21 86:5,23 87:21
  90:22 91:16 97:21
  115:8 148:15
nichols 2:12 5:16
  10:21 11:17 12:5,7
  12:9
nine 167:10
nodding 69:9
nonapplicable
  125:10
nonresponsive
  90:15
nonsensical 148:8
nonuse 58:19
norm 40:19
north 105:7
notarized 176:16
notary 1:25 172:23
  173:23 174:23
note 93:1
notes 163:21 175:11
notice 4:5 5:19
  76:24
notices 80:7 158:3,5
  158:9

noting 176:16
notwithstanding
  66:17
november 54:10
  61:20 71:5 96:16
number 37:3,4,4,9
  37:10 40:7 46:2
  60:8 96:8 97:19
  124:3,22 158:14
  160:15 176:13
numbered 123:19
  124:19,22 127:13
  158:9
numbers 50:18
  61:16,17 176:17
numerous 17:24
  19:23 38:6
ny 2:4

**o**

oath 5:21 138:5
  174:1
object 9:2 20:16
  23:13 26:9 29:7
  43:21 66:15 71:16
  77:13 79:9 83:24
  94:18 109:11
  117:13 119:18
  127:22 141:12
  144:10 146:20
  149:18
objection 3:16,18,23
  4:2 9:11 44:10 45:4
  49:22 89:5 94:5
  95:10 97:8 118:11
  119:1 120:22 121:2
  122:20 125:14
  130:3 137:21
  142:17 144:14
  165:18
objections 127:22
  145:14 152:6
obligated 36:10
  112:22,24 153:10

obligation 17:9 31:8
  31:24 32:23 33:1,15
  34:21 71:12 80:22
  88:22 146:23
  153:18
obligations 17:3
  55:16 71:14 80:6
  89:8 114:1,6,9,13
obtained 91:18
obvious 138:1
obviously 80:11
occasion 146:5
occasions 8:3,4
  108:8,9
occur 158:22
occurred 41:11
  47:19 54:13 107:9
october 64:20
  141:25 142:10
offer 15:3
offered 15:6 38:15
  83:12 101:14 148:4
offering 103:4
  137:13,15
office 176:13,14
offices 97:4,5
official 172:20
  174:12
offshore 49:10
  152:25 153:20
okay 11:6 13:19
  17:22 20:19 21:21
  48:3 52:7 53:17
  59:24 65:25 69:6,16
  86:11 92:25 101:1,2
  103:15 118:4 123:5
  126:8 128:23 145:2
  152:14 153:18
  154:21 156:23
  158:3 159:25 171:7
once 24:16 94:2
ones 41:19 112:3,4
  157:17 161:6
ongoing 113:20,23
  114:13

**onwards** 134:6
**operations** 70:17
  113:20,22 153:6
**operator's** 114:18
**opinion** 37:13 109:8
  111:1,11 114:3
  125:12 129:18
  170:18
**opinions** 112:5,9
**opportunities** 55:12
**opportunity** 6:8
  35:18 61:15 64:1,3
  83:22 84:25 98:25
**oppose** 87:11 89:15
  90:21 164:11
**opposed** 117:16,17
**opposing** 117:11
  144:19
**opposition** 4:1
**options** 87:22
**orally** 128:5,25
**order** 116:25 118:15
**outside** 107:5
**outstanding** 77:8
  79:7 80:18
**overboard** 127:23
**overhead** 114:8
**oversaw** 47:11
**oversecured** 75:2,13
  75:16,17 76:4,7,17
  76:21 77:2 78:5,7
  78:11,15,17
**overseeing** 84:14
**owe** 55:21 57:19
  106:2 139:2
**owed** 30:23 32:20
  35:9 36:5,16 37:6
  37:21 56:21 83:5
  162:7,20
**owned** 105:17
**owners** 31:9 89:10
  89:14 116:5,10
**ownership** 35:5 56:8

**p**

**p.m.** 1:19 171:13
  176:14
**package** 14:12
  51:16
**page** 3:2,6 60:13,16
  60:18 61:1,11 63:16
  65:5,12,13 66:22
  73:15 96:14,15
  101:3 118:9 119:21
  123:1,3,12 124:20
  124:20 127:12,12
  127:15 131:6
  134:17,24 135:23
  137:20 138:12
  139:18 141:20,21
  152:18 156:2 173:5
  176:16
**pages** 27:22 37:14
  51:13 63:14 69:3
  73:10 96:21 117:21
  142:25
**paid** 9:10 35:14
  36:14 37:16 55:8
  66:5,13 69:20,25
  70:2 71:14,15,25
  72:3 83:6 86:4 87:2
  88:1,1 94:21,23
  95:1,8,9 97:7 106:1
  122:14,15,19
  142:14,16 152:7,21
  160:3,8,10 161:1,3
  161:13 162:15,18
  166:8,14 167:11,18
  167:25 168:3,5,7
**paper** 15:14 18:4
  92:20 93:17,21
**paragraph** 60:18
  61:1 118:8 120:3
  123:19 124:19,22
  152:11,17 156:2
**paragraphs** 158:9
**paraphrase** 117:19

**pardon** 40:12
**park** 2:4
**part** 8:12 14:12 17:1
  21:5 26:21 30:18
  56:22 58:6,7,8,8
  74:3,4 75:25 106:12
  116:21 132:23,25
  134:13 145:14
  150:4
**particular** 18:4
  47:14 71:12 76:23
  96:21 99:24 157:15
**parties** 12:25 32:20
  32:22 46:1 73:9
  83:17 85:11 88:16
  98:14 133:14
  146:22 148:20
  153:11 175:14,15
**partner** 11:23 13:24
  19:1,18 23:9 25:16
  28:18 31:5 49:5,8
  52:1 82:4 115:22
  155:2
**partners** 1:13 11:3,9
  42:22 49:9,10 88:20
  106:1 107:1 130:14
  131:3 135:20
  152:24,25 153:20
  153:20 161:3,9
  165:4,14 166:7,12
  167:2,25 168:17
**partnership** 166:24
  167:3,6,12 168:4,20
  168:21
**partnerships** 167:15
**party** 83:8 97:25
  98:1,11 154:3
**pause** 157:6
**pay** 23:11 24:8 26:5
  38:10 56:23 57:14
  71:10 79:5 88:11,13
  105:20 125:21
  135:18 138:24
  139:11 156:22
  167:14

**payable** 163:1
**paying** 8:25 9:13
  69:17 72:3 153:25
  154:3
**payment** 23:4,7
  24:17,17 26:15
  67:24 83:11 102:13
  129:13 131:2 168:3
  168:7,10
**payments** 24:19
  25:3 67:17 127:18
  127:25 128:9 129:4
  130:9 135:5 152:23
  167:20,21 168:21
  168:22,24,24
**pays** 105:25
**pending** 6:4 15:12
  22:11 97:19
**people** 18:18 24:18
  24:20 25:1,2 46:16
  46:17,17 71:19 72:3
  84:13 100:1 105:14
  105:14 109:16
  139:4 145:6 150:3
  162:16,16
**people's** 150:9
**percent** 76:10
**percentage** 75:23
  76:1
**perform** 40:21 43:3
**performed** 21:2
  26:7
**perfunctory** 157:13
**period** 12:15 16:21
  46:10 69:23 134:5
  140:14 160:9
**periods** 44:19
**permission** 143:15
  147:4 149:5
**permitted** 26:4
  84:24
**permitting** 149:6
**perpetrated** 125:19
**person** 51:22 142:2
  169:14,18,21 170:1

170:23 172:16
**person's** 169:13
170:6
**personal** 57:18,20
114:14 139:24
**personally** 8:22
25:18 29:17 31:3,7
53:2 91:19 107:10
166:22 172:15
174:8
**persons** 24:9,11
38:22 39:5,12 40:23
**perspective** 111:11
**peter** 135:20
**petition** 27:13 30:15
30:17 84:11 86:6
**petitions** 81:21
**phone** 79:12
**phonetic** 145:18
**physical** 104:6
130:19
**physically** 24:19
**piece** 15:14 18:4
93:16,21 164:1,3
**pieces** 13:7 46:4
63:13 87:6 92:20
108:5,10
**pile** 154:14
**place** 56:14 97:5
**plaintiff** 5:12 47:16
50:14 54:8,17
**plaintiffs** 1:11 2:2
**pleading** 151:7
**pleadings** 153:2
156:24
**please** 5:9 7:24
10:24 14:23 15:25
22:16 32:18 56:25
60:14 64:13 65:5
66:21 67:12 75:15
90:17,18,19 92:8
110:5 115:13 122:2
126:5,16 130:15,22
137:9 139:1 140:6
141:20 142:23

143:12 147:16
155:7,25 157:1
176:13,16
**plenty** 46:18 135:19
**plus** 158:24
**pocket** 147:11,19
**point** 9:20 54:2,9
57:21 70:15 99:24
100:18 102:4 118:3
126:20 128:10
129:16 142:12
158:16 160:16
165:17 170:16
**pointed** 83:1 116:5
**points** 14:15,19
39:11 116:16
163:17
**policies** 125:19,20
131:10 132:25
133:5
**policy** 67:1,2,6,18
125:10 132:9,11,14
132:20,21 133:12
134:1,11 138:17
**portion** 22:17 56:18
57:1 67:2,13 75:22
76:15,16 77:5 110:6
**portions** 75:6
**posed** 139:22
**position** 36:4,16
54:15 55:20 57:3,18
57:20 144:7 145:22
156:17
**positions** 32:12
**possibility** 39:24
91:17 98:13 106:22
108:14,24
**possible** 38:23,24
47:16 98:5,19 110:9
141:17 163:4
**post** 9:19 160:7
161:10 170:14
**potential** 40:22
42:12 43:9 98:21

**pourakis** 65:8,9,16
65:19,21 66:1,4,9
66:11,17,23
**powder** 100:4
**practice** 164:4
**preceding** 20:13
**precise** 8:17 13:16
48:14 162:20
**precluded** 35:4
84:11,13 102:23
**predate** 153:8
**premarked** 154:18
**prep** 158:20
**preparation** 8:7
16:22 17:1 18:4,8
20:6,10,20 27:25
28:2 62:23 73:21,25
111:25 134:9
140:11 141:10
144:23 159:8
**prepare** 7:24 8:15
17:9 18:16 111:16
136:24 169:11
**prepared** 122:11
158:10 164:8
**preparer** 169:12
**prepares** 93:21
**preparing** 113:3
**preps** 158:19
**present** 2:16 127:7,9
**presently** 63:22
**preserve** 106:20
**presume** 137:10
**pretty** 41:12 53:24
157:16
**previously** 22:20
23:16,24 24:1 28:16
31:14 32:12 57:3
87:5 88:6 114:20
119:13 120:10
122:21 144:5 145:1
146:21 158:17
165:11
**pricewaterhouse**
169:19 170:24

**pricewaterhousec...**
169:17
**primarily** 33:3
47:19 167:13
**primary** 25:2 33:5,7
47:23 84:3
**principal** 34:10,12
34:17 37:16 55:3
58:7
**principals** 153:3
**prior** 14:4,22 34:19
44:22 45:10 56:4
76:18 86:5 94:7
110:14 114:4
129:11 132:17
140:17 153:2
159:13 168:20
176:19
**private** 137:16
**privilege** 9:25 23:23
24:4 95:12,16,17,19
**privileged** 23:18,19
**probably** 25:1 42:6
53:4 70:25 84:15
114:12 130:19
135:14,21 145:9
158:23,24 162:11
163:21
**problem** 26:13
**problems** 139:6
**procedure** 118:16
**proceed** 84:24 100:6
100:6
**proceeding** 110:22
164:25
**proceedings** 16:5
52:18 72:20 74:11
79:18 93:5 96:11
101:23 103:20
116:19 150:18
157:9 162:3 164:18
**process** 8:13 17:1
24:9 29:9 30:1,7
45:19 46:22 81:1
83:22 84:24 85:6,16

98:21 100:3,22
106:12 107:11,12
107:13,20
**processed** 24:19
**processes** 48:1
**processing** 24:17
**procured** 33:25
**produce** 108:4
**produced** 8:11
13:13,20 14:12
125:1
**production** 3:17,19
3:24 46:15 118:17
**profit** 35:19 55:12
**profits** 34:11,15,18
35:15 37:17 55:10
59:3 60:4,11 110:2
**progress** 79:25 80:9
**prohibited** 85:22
**prompt** 176:20
**proper** 99:23
**properly** 22:1 36:8
36:23 56:22 57:6,8
125:13
**proposing** 148:15
**prosecuted** 150:6
**prospective** 137:13
164:3
**protect** 32:21 33:1
85:9,16 89:13
**provide** 55:25 56:2
125:9 135:12
**provided** 6:24 8:9
21:5 36:8 74:3,4
134:13 136:24
140:16 157:22
**providing** 167:13
**provocative** 163:7
**proxies** 103:3
**public** 1:25 125:19
172:23 173:23
174:23
**purportedly** 28:6
29:4 119:6 143:25
148:21,24

**purporting** 123:22
**purpose** 70:21,24
172:18
**purposes** 11:6
110:12
**pursuant** 118:15
153:7 158:4,5 167:8
**pursue** 28:11 84:16
88:24 143:19 144:8
146:15
**pursuing** 39:11
84:14 98:18
**put** 7:13 45:23
126:9 136:20
147:21
**putting** 24:8 55:19
57:16 116:9

**q**

**qualified** 34:2 77:11
109:14 111:6
**question** 7:5 9:5,6
9:14,16 10:23 11:13
12:2,4,23 13:12
15:10,12 18:10,12
20:17 21:18 22:12
23:14 26:10,12,21
28:23 32:3,4 33:17
35:24,25 36:15
39:14 40:14 43:22
43:25 45:6,10 48:11
55:23 56:16,24 64:5
64:25 67:8,9,11,16
69:12 73:3 74:17,19
76:14 78:12,17,19
78:20,21,25 80:21
84:21 85:3,14 86:19
87:19 89:18 90:1,4
90:7,17 91:3,7,9
95:11 101:4 104:8
104:10,15 106:24
110:4,25 111:7,9,19
111:21 121:13
122:6 123:10 129:8
130:7 135:1,4,13

136:7 137:9 138:13
141:7 144:15,16
148:11 149:19
154:12 159:20
163:18 165:20,22
166:4,19 170:20,23
171:4,6
**questions** 6:12 7:12
15:23 17:5,13 21:19
22:8 25:25 26:3
53:25 80:12 86:16
89:20 90:10 114:20
120:5,6 130:25
139:22 152:7
163:23 164:24
165:25 171:1
**quickly** 95:24
**quite** 46:6
**quote** 34:13,13
35:16,17,20,21
37:18,18 59:2,2
79:3
**quoted** 109:23

**r**

**r** 39:25 106:10
**raise** 17:5 54:2,3
**ramos** 79:21 124:24
**ranging** 98:25
**read** 6:23 7:3 22:10
22:10,15,17 51:9,16
56:16,18,24 57:1,24
61:14 62:22,24,25
63:7,8,16,17,19,22
64:1,4,8 65:12
67:11,13 68:18,18
73:20,22 75:4,6,9
100:24 110:4,6
111:11 117:3,6,8,17
118:10 127:15
131:9 136:14
144:23,25 145:1
152:19 153:15,16
155:7 172:5 176:14

**reading** 66:21 68:14
101:12 176:9,12,18
176:19
**reads** 60:19
**ready** 64:25 122:6,7
**reale** 1:14 14:22
16:9 20:14 21:8
101:20 102:8 103:8
104:18
**realize** 86:14
**really** 22:3,5 30:3
38:4 61:21 111:22
113:13
**reask** 86:19
**reason** 70:18 71:7
84:3 100:16 176:17
**reasons** 23:16,21
95:13 122:21
**recall** 6:6 7:5 10:8
10:12,16 11:18
16:11,17 21:10 28:1
33:5,6 39:18 40:25
41:2,14,15,18 48:20
53:3,4,5,7,11,12
54:1,4,13 55:15,17
55:18 58:5,10,11,15
58:16,20,22 63:8,23
63:24 68:17 69:15
71:20 75:21 76:23
77:10 81:10 85:18
86:1 92:19 94:7
96:20 98:4,8 106:5
109:2,3 112:4
117:24 118:2
124:16,18 126:19
127:11 128:19,20
133:17,25 134:15
140:9,10 142:11
143:13 144:20
145:4 146:12
155:22,24 157:14
160:10,14 161:21
167:4,7 168:12
169:20

**recalls** 21:13
**receipt** 102:19
**receivable** 75:23
76:2,6,11 77:5,9,11
77:17 161:18
**receivables** 77:22,23
**receive** 115:5 130:9
130:18 136:18
161:6 165:13,24
**received** 34:18
35:15 55:9 56:15
69:22 88:9,23
106:21 108:5,13,17
108:23 112:7
116:17 129:4
130:12,15,19 135:6
135:25 136:22
137:2 162:1 165:2,7
167:9,21
**recess** 16:4 52:17
74:10 79:17 103:19
150:17 164:17
**recognize** 65:8
**recollect** 41:17
**recollection** 14:15
19:8 27:23,24 42:5
52:23 61:7 65:2
86:3 87:1,4,9 91:20
93:8 94:23 97:24
98:9 99:6 104:25
118:21 127:8,9
134:7 146:4 162:7
162:10
**recommended** 13:1
168:15 169:4
**record** 5:1,10 16:3,7
26:1 33:16 52:16,20
72:20 74:6,9,13,15
79:16,20 93:5 96:11
101:23 103:18,23
114:16 150:16,20
157:9 158:16 162:3
164:14,16,20
171:11 175:11

**recorded** 22:18
56:19 57:2 67:14
110:7
**records** 20:1,4,8,12
20:20,22,23 21:7,10
105:3 106:8 107:3
107:18 116:17
119:25 132:2 135:9
142:3 158:1 162:19
**recoup** 110:2
**recover** 91:18 99:13
99:15 143:17 144:8
147:5 149:17,22
161:6
**recovered** 149:25
**redirect** 3:4 166:1
**refer** 21:11 93:2
**reference** 97:17
142:7 146:6
**referenced** 108:18
176:19
**referred** 6:14,17
27:5 49:12 51:1
64:6,9 68:4 72:6
81:12 92:1,4 95:20
97:10 104:18 115:9
116:10 121:19,22
124:6 126:1,12
140:2 142:19 143:8
146:3 147:12 154:7
155:12 159:16
**referring** 11:5,8
29:12,14,18 47:8
48:7 68:1 86:8
103:9 127:16 130:2
168:9
**refers** 92:23
**refinancings** 162:24
**reflect** 20:1 21:7
40:8 42:8 88:12
141:16
**reflected** 161:14
**refresh** 14:14 61:7
118:21

**refreshed** 52:23
151:15 152:2
**refusal** 71:9
**refused** 83:13
**refusing** 170:22
**regarding** 15:2
93:13 102:12
150:25 170:13
**regardless** 58:2
133:22 145:12
**registration** 69:19
**regulations** 136:6
**reimbursements**
168:8
**reinforced** 88:18
**relate** 44:18
**related** 59:13 60:11
81:1 83:4 99:1
111:14 127:20
131:13 132:24
142:12 167:13
**relates** 17:6 19:9
29:19 67:22 77:6
95:18 138:21
**relating** 50:14 98:5
106:25 109:4 120:1
127:2,16 131:22
132:9,15
**relationship** 149:14
**relationships** 14:6
**relative** 175:13,14
**relevance** 9:3,18,22
169:24
**relevant** 161:15
**rely** 139:3
**remained** 78:5
**remark** 15:19
**remarks** 173:5
**remember** 12:8 46:2
47:22 54:2 60:1,2
63:10,16,17 98:7
112:20 143:18
160:17,19 165:5
**rendered** 23:2
123:23,23 135:25

140:12
**rent** 105:15,20,25
**repaid** 34:9 55:3,7
**repeat** 11:12 43:22
**repeatedly** 149:12
**rephrase** 48:13
**reply** 3:13 81:20
**report** 123:22
135:24 175:8
**reporter** 5:8 6:15,18
22:16,18 27:6 49:13
51:2 56:19 57:2
64:10 67:14 68:5
72:7 81:13 92:2,5
95:21 97:11 110:7
115:10 121:20,23
124:7 126:2,13
140:3 142:20 143:9
147:13 154:8
155:13
**reports** 111:16,24
**represent** 6:24 9:1
10:4 12:12,21 13:3
**representation**
12:24 66:5,18
**representative** 13:9
13:14,17 120:4
**represented** 14:16
14:19 43:19 44:7
45:2 48:21 53:6,8
86:23
**representing** 8:22
18:23 28:13 86:9,13
**request** 108:7 118:1
121:11,16 124:23
127:14,23 128:19
131:8 132:23,25
134:17 149:4
**requested** 22:17
56:18 57:1 67:13
110:6 175:10
**requests** 106:15
107:8 108:5 119:21
127:1,6 140:17
141:5

**required** 35:6
135:24
**research** 142:3
151:6
**reside** 169:21
**resides** 170:24
**resist** 115:2
**resources** 38:5
120:7
**respect** 12:5 26:15
58:16 104:10
123:23 152:7
**respectfully** 118:19
**respective** 176:17
**respond** 80:13
139:22 164:9
**responded** 103:4
**respondent** 61:12
**responding** 128:18
**response** 7:12
102:19 103:1 132:6
140:16
**responses** 164:7
**responsible** 138:2
**responsive** 15:10
106:14 107:8,15
108:4 127:5 133:8
141:4
**rest** 60:11
**restated** 3:12 73:7
**result** 100:22
**resulted** 56:21 77:7
97:22
**retain** 11:19
**retained** 10:3 87:25
93:19
**retainer** 152:23
**retention** 10:6,10,15
10:20 11:16
**return** 136:21
169:19
**returns** 135:11,12
135:16 136:12,25
139:24 169:6,8
170:14,24

**revenue** 136:6
138:16 139:6
**review** 6:8 7:8 8:6
14:10,23 84:11
96:23 128:4 140:12
157:3,13 159:8,17
175:9
**reviewed** 7:25 8:11
24:13,16 53:24
93:14,24 122:12
128:24
**reviewing** 27:24
28:1 81:24 93:8
128:20 157:14
**revolver** 76:7 77:1,3
77:6 79:8 80:19
**revolving** 55:5
75:21 113:25
**richards** 79:22
**right** 22:13 48:8
54:4,23 65:11,18
79:12 93:15 104:11
124:24 151:10
160:14 161:10
**rights** 103:2 161:6
**ring** 27:20
**robert** 1:14,14,22
3:7,8 5:4,18 11:25
19:2,19 23:10 24:15
25:17 28:20,22,25
31:2,3 39:8 47:20
49:3 51:24 115:23
118:18 127:17,19
149:3 155:4 166:22
173:2 174:8 175:9
176:4,10
**rolled** 62:4
**room** 135:21
**rough** 158:25
**roughly** 35:1 84:5
160:8
**rounds** 38:7 114:7
**routine** 96:23 97:3
157:11,12

**rpr** 1:24 174:22
175:6,23 176:23
**rule** 55:20 80:15
91:5,7 118:15
**ruled** 34:12 35:12
35:13,14,16 36:14
47:2 54:16,22 55:19
62:18 109:18
**rules** 34:10 80:14
118:15 136:5
**ruling** 34:16 36:20
37:20 55:16 61:20
62:21 110:13 145:9
149:6 151:18,20
**rulings** 54:12
**run** 116:25
**rvglaser** 106:18

**s**

**s** 2:13 39:25 46:16
106:11 132:20
**s.e.** 2:8 176:5
**sat** 146:9
**satisfaction** 36:11
**satisfy** 83:7
**saw** 71:11 93:14
94:7 99:25 112:1
122:10 124:18
132:17
**saying** 66:12 90:4
109:12,23 133:19
**says** 61:1 63:10,23
63:25 66:4 83:3
119:21,23 124:23
141:21
**scanned** 140:7
**scenarios** 32:11
**scheduled** 158:17
**scope** 127:24
**scratch** 100:2
**seal** 172:20 174:12
**search** 107:6,16,21
108:12 109:5
**searched** 108:19
131:21

**searching** 107:14
**second** 26:21 30:7
60:17 68:21 74:7
144:22 156:10
157:7 163:22
**seconds** 102:6
163:20
**secret** 170:4
**secretary** 68:12 69:7
90:3
**sector** 137:17
**secured** 78:18
**security** 79:6
**see** 14:13 15:16 16:9
20:23 22:3 46:21
60:18,23 61:1,5
71:4 79:23 96:5
98:15 100:21
102:15,16 112:5,11
123:21,25 124:22
128:2 131:16 133:3
133:4 142:5 163:9
169:23 171:7
**seeing** 20:21 27:23
65:2 68:17 69:15
76:23 92:19 96:20
124:16 127:8
128:20 140:9 152:1
155:22
**seek** 88:12,15 147:5
**seeking** 99:12
143:17 144:8 147:4
**seen** 27:17 50:21
51:20 65:1 66:8
68:15,23 69:13
81:23,25 92:17 96:4
96:19 102:8,14
115:15 122:7
124:15 126:17
127:10 139:4 140:8
155:17,21 158:3
**send** 20:1 21:13,16
176:16
**sense** 59:9 125:4
148:8

| | | | |
|---|---|---|---|
| **sent** 102:15,17,20 104:20 106:20 107:2 108:12,17,23 | **shorter** 135:12 | 134:17 140:18 | **sort** 30:3 |
| **sentence** 60:19,25 61:12 156:2 | **show** 6:21 14:21 27:9 49:16 50:9 51:5 68:8 81:16 96:1,3 97:14 101:20 111:19 156:9 | 143:13 152:15 153:14 154:11 155:16 160:1 | **sought** 61:12 156:8 |
| **senterfitt** 2:7 5:14 5:15 8:24,25 10:3,7 10:11,15 11:19 12:24 14:18 15:1 17:24 18:16 22:25 26:6 29:18 39:16 41:16 47:13 48:22 53:9 86:22 95:5 106:13 107:4,19,19 108:3 127:2,4 139:21,24 140:13 155:20 176:4 | **showed** 103:10,12 | **sit** 7:14 10:8,12,16 11:18 12:8,15 13:4 33:6 41:2,17 46:20 53:3 58:21 60:1,2,9 69:20 70:9 72:5 77:19 81:10 87:4,9 94:22 105:10 112:14 117:3 122:16 124:17 126:20 127:10 134:8 155:24 160:14 163:6 169:20 | **source** 151:18,23 152:21 |
| | **showing** 72:17 | | **southeast** 1:17 |
| | **shown** 150:24 | | **southern** 6:5 |
| | **sic** 76:24 | | **space** 105:15 |
| | **sign** 18:20 19:12,15 25:18,21 35:7 92:21 136:12,14 169:7,9 169:12 176:14 | | **spaced** 73:10 |
| | **signature** 173:22 | | **spar** 138:3 |
| | **signatures** 25:13 73:16 123:2,4 | | **speak** 8:14,18,21 17:11,25 18:2,3,8 18:11,18 22:19 |
| **senterfitt's** 9:8,9 | **signed** 10:6,10,14,20 11:16 16:10 26:7,17 26:25 58:2 111:2 169:10 | **sitting** 36:4 48:16 61:23 62:1,7,10 79:2 95:6 142:10 | **speaking** 28:22 54:2 66:23 146:4 |
| **separately** 23:1 159:16 | | | **speaks** 117:14,22 119:20 120:11 121:4 |
| **september** 4:6 131:12 155:19 156:13 160:9,13 | **significant** 62:16 97:19 | **situation** 15:5 31:14 31:20 144:21 145:4 | **specialists** 47:22 |
| | **signing** 20:14 25:10 176:12,18,20 | **six** 142:13 | **specific** 19:8 21:11 27:22 28:1 58:20 64:6 92:19 109:25 110:9 132:8 140:9 162:9 163:18 |
| **series** 158:9 | | **skimmed** 142:24 | |
| **served** 80:7 132:6 | **signs** 169:5,18 170:23 | **skip** 124:10 | |
| **servers** 107:1 | | **skipping** 134:21 154:18 | **specifically** 54:1 55:15 76:15 108:1 156:25 157:14 |
| **service** 136:6 138:16 139:6 | **similar** 122:9 | | |
| | **similarly** 89:24 | **slightly** 141:6 | **specificity** 96:20 |
| **services** 23:1 94:16 123:23 135:25 162:23 | **simply** 87:22 | **somebody** 88:25 132:7 142:9 162:25 163:3 | **specified** 81:1 |
| | **sincerely** 86:16 90:10 | | **specifies** 119:9 |
| **sessions** 158:20 | **single** 73:10 168:7 | **someplace** 101:16 | **spell** 39:20,21 |
| **set** 33:16 118:19 127:22 166:13 168:13,14 | **sir** 6:2 7:18,21 15:13 22:23 27:17 37:2 48:9 50:10 51:20 64:25 65:7 66:21 69:12 72:17 73:3 74:19,25 81:23 92:18 96:3,19 101:11 102:9 115:16 120:13 122:6,24 123:11 124:15 126:9,18 130:6 131:4,16 | **soon** 52:12 | **spend** 46:25 138:25 159:2 |
| | | **sorry** 11:12 20:15 29:2 31:21 48:10 63:18 84:19 87:17 92:22 96:5 104:9 107:12 111:20 115:1 121:12 123:9 134:20,21,21 136:2 140:18,20 145:2 148:6 149:19 153:19 155:11 166:15 | **spending** 87:10 |
| **sets** 117:16 | | | **spent** 158:14,24 |
| **seven** 94:3 | | | **spoke** 14:8 17:23 18:15 29:17 145:19 |
| **shareholders** 80:25 88:17 89:4 90:24 | | | **spoken** 79:21 145:15 |
| **shares** 103:25 104:11,17 | | | **ssh** 141:25 |
| **sheet** 172:7 173:1 | | | **st** 2:12 |
| **shoes** 148:19 | | | **staff** 81:4 |
| **short** 150:14 | | | **staggering** 61:13 |
| | | | **stand** 24:3 37:20 |
| | | | **standing** 4:3 70:14 70:19 |

**standpoint** 110:24
  111:13
**stands** 66:19
**stapleton** 2:16 5:7
**start** 39:13 104:15
  109:12 148:15
**starting** 65:12
**starts** 61:12
**state** 1:25 5:9 30:8
  33:11,24 34:4,19
  48:5,12,17 50:20
  51:18 58:6 59:17
  61:8 62:11 68:12
  69:8,18 70:6,14,18
  70:23 71:1,6 83:14
  85:10,21 86:5,23
  87:21 90:22 91:16
  97:22 116:19,25
  172:2,13 174:3,23
  175:3
**stated** 5:21
**statement** 125:3
  131:18 136:19
  150:22
**statements** 111:16
  112:2,6,8,12 113:3
  161:15 163:5,9,15
  163:16
**states** 1:1 6:4 93:12
  127:21
**status** 3:10
**statute** 46:11 55:14
**ste** 176:1
**stenographer's**
  150:8
**stenographic** 175:11
**stenographically**
  175:8
**step** 148:19
**stevens** 12:19 13:2
  14:15 22:24 48:22
  65:10 86:22 95:7
  96:22 123:7,13
  140:13 141:10

**stipulate** 72:14
**stock** 15:7 35:3,5
  38:15 56:8,10 65:16
  83:12 101:14
  102:24,25 103:25
  104:3,5,17,21,22
  148:3,4,7
**stop** 66:3 70:18 95:2
**stopped** 90:2,2 95:4
**stopping** 102:4
**storage** 105:3
**stored** 106:8
**straight** 33:16
**straightforward**
  157:16
**strategy** 156:5
**street** 105:10
**strike** 15:9,19 74:22
  90:14
**structure** 25:4 47:15
  168:15,20
**styled** 5:5
**subject** 109:9
  156:12 160:1
**submit** 96:23
**submitted** 96:25
  122:11,13
**submitting** 81:2
**subpoena** 170:3
**subsequent** 94:8
**substance** 128:4
**substantial** 38:8
  60:21
**substantive** 123:3
**sue** 45:16 55:13
  125:21 149:6
**sued** 40:4,6 45:18
  153:12
**suffered** 100:11
  101:5
**sufficiently** 164:8
**suing** 39:16 99:14
**sum** 37:5
**summarized** 117:2
  156:18

**summary** 116:15
  117:2,4,15
**summer** 99:11,15
  100:10 101:4
**sums** 94:21 117:5
**supplemental** 3:20
  3:21 151:2,22
**support** 81:20
**supported** 60:21
**supreme** 51:14
**sure** 10:25 16:12
  24:2 26:18,23 28:21
  30:18 33:13 43:25
  57:25 63:25 68:17
  71:18 76:16 77:16
  85:2 88:23 95:23
  100:25 112:14
  113:4,18 114:15
  117:8 124:18 125:6
  128:8,21 130:12
  135:17 139:10
  141:4 144:25
  146:23 148:12
  159:14 162:24
  163:3
**surinder** 40:1
**suspect** 72:13
**suspicion** 88:18
**sustain** 113:20,22
**sworn** 5:21 172:5
  174:10

---

                    **t**

**t** 46:16 106:11
**tab** 27:13 49:18,21
  68:9 72:22,23 81:18
**table** 32:15
**tabs** 92:10
**take** 14:23 15:21,22
  15:25 52:15 64:7
  69:4,5 77:17 79:11
  87:22 95:25 102:5
  102:18 103:15
  150:14

**taken** 1:24 16:4
  52:17 53:11 74:10
  79:17 103:19
  119:17 150:17
  155:18 164:17
  172:6,6
**talk** 76:3
**talked** 53:22 98:12
  107:3 146:9 168:18
**talking** 119:25
**talks** 120:8
**tasks** 24:25
**tax** 135:11,12,16,19
  135:19 136:12,20
  136:21,24 138:15
  139:5,11,24 167:14
  167:21 168:1,11,23
  168:25 169:1,6,8
  170:13,24
**taxes** 69:18,19,25
  70:4,5,6 71:10 72:2
  138:18,24 139:11
**taxpayer** 139:8
**technical** 32:9
**technically** 129:20
**technology** 107:5,20
  107:22
**teddy** 14:25 41:13
  47:20
**telephone** 159:4
**tell** 7:23 13:5 19:11
  32:18 43:10 50:10
  51:11 61:22 68:13
  73:12,13,18 75:15
  77:19 85:13 89:19
  90:20 105:10,23
  112:17,23 125:18
  128:11 130:15,16
  135:5,20 137:1
  139:1 155:17
  157:17 169:1
**ten** 102:1 159:5
**tend** 138:3
**tens** 63:14

**term** 10:24 11:7,13
32:10 34:1 38:20
65:23 75:25 76:4,15
76:16 78:17 110:21
**terms** 81:6 83:18
**testified** 5:21 19:14
21:4,17 22:20 26:17
28:15 32:12 36:13
84:2 88:6 98:20
109:1 111:10
119:13,14 144:5
146:21 165:7
167:23
**testify** 22:1 158:11
**testimony** 6:9 7:1,6
7:9 14:5 36:19
101:11,18 137:18
138:7 149:23 165:1
**thank** 7:18 14:2
16:1 22:23 48:3
50:25 51:7 57:22
58:4 65:4 69:6,10
81:11 109:7 124:2,5
124:13 138:14
148:22 152:9 154:5
155:5 163:25
170:21
**thanks** 137:7
**thereto** 127:20
131:14 132:24
**thing** 102:24 138:2
147:18
**things** 8:13 18:18
19:22 30:3 40:16
54:25 58:13 75:18
109:16 138:4
153:12 156:21
**think** 6:13 7:14 9:3
9:17 10:1 15:4
21:20 23:22 24:6,21
26:16 27:21 28:10
29:18 32:3,9,10,17
33:7 36:19 39:19,20
39:23 40:1,2,4 42:2
42:6 50:17 53:13

54:10,11,19 55:4,6
56:20 59:20 61:17
62:14 67:5 68:10
76:22 78:22 80:8
81:7 83:1 84:13,15
85:4,17 87:18,24
89:16 93:25 95:18
96:25 98:12 99:10
101:12 102:12
106:9 108:9 111:7
111:10 112:1,13,25
114:4,4 116:15
117:1,4,14,15,18
120:10 122:12,16
123:20 128:10
132:10,12 133:14
135:8,20,21 136:22
138:1 139:4 144:13
144:18,20 145:6,13
145:21 147:18
149:13,15,25
151:16 156:17
157:16 158:18,23
159:15 167:11,13
169:14 170:8
**thinking** 43:11
84:18,19
**thinks** 22:4
**third** 1:17 98:11
124:20 156:2
**thorough** 62:20
**thought** 30:6,7,10
31:15 45:19 46:18
48:1 59:10 60:7
78:16,23 82:22
83:17 85:5,5,5,10
85:13 86:1 87:13,15
88:7 113:7,13
128:23,25 149:21
149:24 150:1,2
158:21 166:16
169:9
**thoughtfully** 90:12
**thousand** 58:18

**thousands** 37:14
63:14
**thread** 109:24
**three** 42:18 43:16
46:10 128:12
130:10 135:6
153:21 159:11,21
160:4 163:19
**time** 5:9 6:13 12:15
12:23 14:15,19 16:2
16:6,21 19:22,23,25
20:4,8,13,20,21,24
21:1,7,10 23:1 25:6
30:22 31:12,25
32:24 36:5 37:2
39:3,11 41:22 42:7
42:15 43:19 44:19
45:24 46:6,10,18
50:22 51:17 52:19
54:4 56:1 57:21
59:15 60:6 62:19
64:7 67:4 69:16
70:16 75:12 78:2
79:15,19 82:22
84:18,20,22 85:3,6
85:14,19 87:7,20
95:16 98:4 99:7,17
99:19,25 100:15,18
100:22 101:9 102:2
102:15,16 103:17
103:22 104:20,23
108:7 110:17 111:2
112:11,18 114:2
117:19,24 118:3,22
120:6 122:4,5
124:17 127:24
130:6,8 134:2,5,8
138:25 139:8
141:16 142:2,12
143:13 146:12
147:2 149:24 150:2
150:5,7,7,8,8,15,19
158:21 160:5,9
163:17 164:15,19
168:19 171:10

**times** 58:1 75:2,12
76:17,21 77:1 97:18
106:12 114:5 150:8
150:9 167:25 168:2
168:4
**today** 5:2 7:24 8:23
10:8,12,16 11:18
12:8,15 13:5,8,11
13:22 14:5 20:6,11
20:20 24:5 36:4
41:3,17 45:11 48:16
53:3,13 54:15 55:20
57:3 58:21 60:2,2,9
61:23 62:2,7,10
64:4 69:21 70:10
72:5 73:17,21 74:1
76:19 77:19 79:23
80:2,4,10 81:10
84:2 87:5,9 88:6
94:22 95:6 97:23
98:7,7,13 99:18
103:10,12 104:8
105:11,24 109:1
111:17 112:14
122:16 126:20
127:11 134:9
140:12 144:6
155:24 156:23
157:20 158:6,15
159:8,18 163:6,21
164:10 169:20
**today's** 140:17
**told** 6:25 18:7 21:15
56:5 64:3 111:6
132:10,14,16
**tomorrow** 170:4
**top** 105:23 107:24
108:2 138:17
141:21 142:8 146:1
**topic** 41:25 109:3,6
**topics** 131:23
158:10
**tortious** 142:4
**total** 50:16 59:25
87:2 158:13 162:14

162:20
**totally** 113:13
**transaction** 160:6
161:11
**transcript** 3:10 6:9
7:9 24:2 64:17 65:1
65:3 80:8 151:8,14
175:9,10 176:11,14
176:20
**transcripts** 7:1,15
8:8,10 114:21
159:12,17,23
**transfer** 129:13
**transfers** 127:18
128:1 130:9,12,20
135:5
**transmitted** 133:9
**transmitting** 127:5
**treatment** 168:23,25
169:1
**trial** 54:6 61:1,12
86:24 137:25
**true** 63:5 66:13
125:3,4 136:4,8
153:15,16 172:5
175:10
**trustee** 84:16 143:19
145:5,7,11,16,20,21
145:23,24 146:13
146:15 148:19
**truthfully** 90:13
**try** 31:8 37:12 48:13
48:14 58:25 75:19
86:19 88:15 110:1,8
112:24 119:19
132:18 138:13
139:4
**trying** 21:19 41:17
78:21 86:16 90:10
90:12 116:20,24
139:1 144:14 148:8
163:7
**tunnell** 2:12 5:16
**turn** 13:23 36:10
61:11 119:20

**turned** 71:22,23
107:4,18 147:23
**turns** 46:24
**twice** 126:10
**two** 10:20 11:15
27:2 28:5 35:2
39:24 45:25 48:5,25
50:17 56:13 69:3,7
69:22 71:4 75:20
83:8 86:12,23 87:2
88:2,2 93:11 102:5
123:21 134:10
158:15,18,22 159:3
159:4,10,21
**type** 136:23
**typical** 19:21 40:15
113:19
**typically** 24:12 30:2
168:21
**typos** 7:16

**u**

**u** 106:10,11,11
**uh** 135:2 141:23
142:1,6 152:20
**umbrella** 132:11
**unable** 17:14
**undersigned** 174:6
**understand** 11:13
17:8 20:17 25:24
43:23 46:10 48:11
56:5,9,11 57:23
68:15 71:19 74:24
74:24 75:15 76:25
83:21 86:16,20
111:20 126:22
135:17 138:8,11,25
139:5,14,17 147:2,7
149:4 165:19,22
166:3
**understanding** 17:2
18:17 29:25 32:8,14
32:16 38:17,19 47:4
54:21 59:1,5,16,19
60:9 66:25 70:20

75:11 108:3,16
**understands** 135:22
**understood** 14:2
26:23 75:8 147:8
148:14,19 166:6
**undertake** 168:17
**unfold** 100:23
**unfolded** 46:22
**unit** 5:2 79:20
150:20
**united** 1:1 6:4 93:12
**university** 115:8
**unpaid** 161:14
162:8,20
**unpleasant** 22:6
**unreported** 69:1
**unsubstantiated**
61:4
**untrue** 116:23
**use** 11:7 12:25 65:23
88:15 90:8 91:17
106:16 109:14
130:4 154:19
**usually** 95:1
**utterly** 61:3

**v**

**v** 1:14 5:4,5,18
11:25 19:2,19 23:10
24:15 25:17 28:20
28:22,25 31:2,3
39:8 47:20 49:3
51:24 115:23
118:18 149:3 155:4
166:22
**vacated** 60:20 61:3
**valid** 36:25 37:25
38:10 41:23 57:6,8
58:1
**value** 77:8 80:20
101:13
**variety** 13:4 42:23
97:20 100:1 113:11
**various** 39:11 65:22
67:6 71:14 98:14

106:11 108:5,8,9,10
145:6 150:24 153:3
162:24 163:17
164:7
**vendetta** 120:8
**venture** 1:9 35:9
36:17 37:22 73:9
102:10 118:14
**venue** 150:3
**venues** 12:14
**verbal** 128:10
**veritext** 176:1,13
**vi** 1:9 35:9 36:6,16
37:6,22 54:17 73:5
73:9 75:1,1,12
76:20 77:1 78:5,7
78:14 79:6 102:10
118:13
**video** 15:15
**videographer** 2:16
5:1,7 16:2,6 52:16
52:19 74:9,12 79:15
79:19 103:17,22
150:15,19 164:15
164:19 171:10
**videotaped** 1:21 5:4
**view** 29:8,11 84:3
110:1
**viewed** 30:16
**volume** 3:7,8 7:19
7:20 159:6
**vote** 103:3
**vs** 1:6,12

**w**

**w** 176:1
**wage** 136:19
**wait** 98:15 100:21
**waived** 161:13
163:1 176:19
**want** 22:3 26:1
28:21 39:17,18
48:10 52:8,11,24
56:5,12 68:19 72:14
84:7 91:9 109:19

114:15 128:8
138:16,23,25 139:7
139:7 148:12 156:1
157:1 160:1 163:20
**wanted**  56:3,15
120:1 144:18
150:22
**warehouse**  105:2,12
105:14,15,17 106:7
106:14
**waste**  117:18 120:6
149:24 150:2
**wasted**  150:5
**watch**  46:20
**way**  12:22 19:22
46:9 77:3 81:8
85:15 91:24 104:9
106:25 108:11,17
111:1 135:13
145:12 165:15
168:13
**ways**  110:22
**we've**  22:7 23:14
52:14 63:20 72:10
72:24 97:23
**week**  30:13 84:5
117:7,9 158:21
**weeks**  134:10
158:15 159:3,4
**weighing**  82:21
**weiler**  39:22 109:22
**went**  97:1 114:7,22
145:17 146:8
**werner**  39:22
**whatsoever**  33:21
38:13 100:14 101:8
127:18
**wide**  98:24
**wife**  90:2,5
**willing**  125:9
**wilmington**  2:13
**wish**  6:11 7:4,11
51:10 90:11
**withdraw**  9:6 84:21
89:25,25 90:20

130:7 152:6 166:19
**withdrawing**  91:2,6
91:9
**withdrawn**  8:21
12:17 22:24 43:7
70:11 78:5 89:2
99:13 108:20
160:24 167:19
**witness**  5:19 13:20
13:25 16:1 17:3,18
21:24,25 23:15
26:14 52:8,11 78:25
80:5,7 96:1,15
150:8 163:23 164:8
170:11 172:20
173:22 174:12
**witness's**  150:8
**witnesses**  17:14
**word**  76:8 109:14
110:10 111:5
129:21,22,24 130:4
165:19 166:3
**words**  35:6 54:23
90:8 128:12 129:9
**work**  13:1 21:2 26:6
40:17 87:3 95:2,4,7
**worked**  18:1
**working**  17:25 32:7
38:17 59:11 137:7
162:17
**works**  30:2
**worrying**  139:9
**worth**  39:10 56:9
79:7 98:18
**worthwhile**  39:10
**write**  40:16,20
125:20 128:14
130:1 132:3
**writer**  128:15,21
**writes**  124:24 156:4
**writings**  40:8 42:8
**written**  40:22 42:11
50:18 77:20 109:3
138:4 166:11,20
167:1

**wrong**  30:11 63:15
**wrote**  128:22 131:20
131:24

**x**

**x**  3:1

**y**

**yeah**  20:17 52:6
65:20 70:2 71:18
89:7 101:12 125:16
154:16 159:19
**year**  45:24 46:10
63:3 115:5 136:20
137:1 162:13
**years**  13:7 14:7 19:7
19:9 41:2,12 51:21
77:21 112:8,10
118:7 138:19
142:13 155:23
165:8 167:10,10
**yesterday**  8:3,5
144:25
**york**  2:4 6:5 33:24
43:20 44:4,24 50:20
51:13 53:1 55:14
85:21 86:5,23 87:21
90:22 91:16 97:22
115:8

**z**

**zero**  37:4,5 54:7