## EXHIBIT A

## Ramos, Marcos A.

| | |
|---|---|
| **From:** | Dale R. Dube <ddube@coochtaylor.com> |
| **Sent:** | Monday, December 02, 2013 6:13 PM |
| **To:** | Ramos, Marcos A. |
| **Cc:** | Jeoffrey Burtch |
| **Subject:** | RE: AMC Investors |

Sorry for the late response, I was unable to get time with the Trustee until just a few minutes ago.

This will confirm that the Trustee agrees to waive any and all privilege and protections as to the documents and other records of the AMC debtors including, without limitation, any attorney/client privilege, co-client or joint defense privilege, protections afforded under the work product doctrine, and under any other similar privilege and/or protection.

DALE DUBE, ESQ.
COOCH AND TAYLOR, P.A.
THE BRANDYWINE BUILDING |1000 WEST STREET | 10TH FLOOR
P.O. BOX 1680|WILMINGTON DE 19899-1680
☏302.984.3835   ⎙ 302.984.3939   ✉ DDUBE@COOCHTAYLOR.COM

THIS ELECTRONIC TRANSMISSION, INCLUDING ANY ACCOMPANYING DOCUMENTS, CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL OR PRIVILEGED. IT IS INTENDED SOLELY FOR THE RECIPIENT. USE BY ANY OTHER PARTY IS NOT AUTHORIZED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE AWARE THAT ANY DISCLOSURE, REPLICATION, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY ME IMMEDIATELY BY RETURN MAIL.

**From:** Ramos, Marcos A. [mailto:ramos@RLF.com]
**Sent:** Monday, December 02, 2013 2:46 PM
**To:** Dale R. Dube
**Subject:** RE: AMC Investors

Hi Dale. I thought I would follow-up and see if you needed any additional clarification or information about this matter. Regards, Marcos

Richards, Layton and Finger, P.A. is not providing any advice with respect to any federal tax issue in connection with this matter.
The information contained in this e-mail message is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

1