## CERTIFICATE OF SERVICE

On December 4, 2013, I caused a copy of the foregoing *Plaintiff's Reply in Support of Motion (I) to Compel the Production of Documents and Testimony; and (II) for Sanctions* to be served in the manner indicated upon the parties below:

### HAND DELIVERY

Curtis S. Miller, Esq.  
Morris Nichols Arsht & Tunnell  
1201 N. Market St.  
Wilmington, DE 19801

Maria A. Sawczuk  
Stevens & Lee, P.C.  
1105 N. Market Street, 7th Floor  
Wilmington, Delaware 19801

-and-

### FIRST CLASS MAIL

Brian Miller, Esq.  
Ackerman Senterfitt  
One Southeast Third Avenue  
25th Floor  
Miami, FL 33131

Constantine D. Pourakis, Esq.  
Stevens & Lee, P.C.  
485 Madison Avenue, 20th Floor  
New York, New York 10022

/s/ Cory D. Kandestin  
Cory D. Kandestin (No. 5025)

RLF1 9615064v.1