## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the foregoing **Akerman LLP's Reply in Support of Its Motion for Protective Order and/or Motion to Quash Subpoena in Adversary Proceeding and Incorporated Memorandum of Law** was caused to be made on December 4, 2013, in the manner indicated upon the parties identified below:

Dated: December 4, 2013                                    */s/ Curtis S. Miller*
      Wilmington, Delaware                              Curtis S. Miller (No. 4583)


**VIA HAND DELIVERY**

Mark D. Collins
Marcos A. Ramos
Cory D. Kandestin
Richards Layton & Finger, P.A.
920 N. King St.
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Mitchell Karlan
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Jeremy Graves
Gibson Dunn & Crutcher, LLP
1801 California Street
Denver, CO  80202

{27565278;1}